**ORIGINAL**

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
Attorney At Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>             Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>             Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>PLAINTIFFS' INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: May 2, 2006<br>JUDGE: DAVID A. EZRA |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1, Plaintiff hereby submits his Initial Disclosure Statement, which supplements Plaintiff's Initial Disclosure of Experts filed herein on October 31, 2005. At this time, Plaintiff believes that the following potential witnesses fall within the scope of initial disclosure obligations.

A.   LAY/FACT WITNESSES

1.   John Muse
     c/o Stanley E. Levin, Esq.
     851 Fort Street, Ste. 400
     Honolulu, Hawaii 96813

Plaintiff John Muse, who suffers from a disability, will testify as to issues of liability and damages.

2.   Michael J. Dolan
     c/o Torkildson, Katz, Fonseca, Moore & Hetherington
     700 Bishop Street, Suite 1500
     Honolulu, Hawaii 96813

Mr. Dolan, an employee of Defendant Home Depot, will testify as to the events leading to the filing of this action and to the issues of liability and damages.

3.   Darlyn P. Kuhia
     c/o Torkildson, Katz, Fonseca, Moore & Hetherington
     700 Bishop Street, Suite 1500
     Honolulu, Hawaii 96813

Mr. Kuhia, an employee of Home Depot, will testify as to the events leading to the filing of this action, and to the issues of liability and damages.

2

  4.  Debra A. Peterson
    c/o Torkildson, Katz, Fonseca, Moore & Hetherington
    700 Bishop Street, Suite 1500
    Honolulu, Hawaii 96813

Ms. Peterson, an employee of Home Depot, will testify as to the events leading to the filing of this action, and to the issues of liability and damages.

B.  EXPERT WITNESSES

As stated in Plaintiff's Initial Disclosure of Experts filed on October 31, 2005, Samuel H. Zinner, M.D., Assistant Professor – Pediatrics University of Washington, Center on Human Development and Disability; and William P. Sheehan, M.D., Psychiatrist, Kaiser Foundation Hospital; will testify as to Plaintiff's disability and condition.

C.  DOCUMENTS TO BE USED BY PLAINTIFFS TO SUPPORT THEIR CONTENTIONS

All non-privileged documents and material within Plaintiff's possession with the exception of any records or documents encompassed by the attorney-client privilege, work product doctrine, and/or applicable privilege have been made available for inspection and copying. Plaintiff's request the right to identify additional documents for inspection and copying as discovery progresses.

III. DAMAGES

Plaintiff is entitled to compensation for the damages and emotional distress he suffered due to Defendant's indifference and discriminatory actions. Plaintiff

shall seek reasonable attorneys' fees and costs incurred in connection with this lawsuit. However, Plaintiff does not yet have the information required to formulate a definitive calculation of damages.

IV. <u>INSURANCE</u>

Plaintiff believes that Defendant Home Depot is covered by a professional liability policy.

The foregoing initial disclosures are based on information presently available to Plaintiff, and are preliminary in nature. Plaintiffs request the right to amend and/or supplement these disclosures.

DATED: Honolulu, Hawaii, January __11__, 2006.

                                              _____
                                              STANLEY E. LEVIN
                                              BRUCE F. SHERMAN
                                              THOMAS F. FEENEY

                                              Attorneys for Plaintiff
                                              JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HOME DEPOT USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the PLAINTIFFS' INITIAL DISCLOSURES was duly delivered to the following:

Jeffrey S. Harris, Esq.
Jan Muranaka Boivin, Esq.
Torkildson Katz Fonseca Moore
& Hetherington
700 Bishop Street, 15th Fl.
Honolulu, Hawaii 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, January 11, 2006.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff
JON MUSE