

ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 1 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

JEFFREY S. HARRIS        2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN    8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL DOLAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED NOVEMBER 29, 2005; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:      March 20, 2006<br>Time:      10:00 a.m.<br>Judge:     Hon. David A. Ezra<br>Trial Date: May 2, 2006 |

## SUPPLEMENTAL DECLARATION OF MICHAEL DOLAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <u>FILED NOVEMBER 29, 2005</u>

MICHAEL DOLAN, upon penalty of perjury, states as follows:

1.      I am a resident of the State of Hawaii, City & County of Honolulu and an employee of Defendant HOME DEPOT USA, INC.  I am the Assistant Store Manager at Home Depot's Honolulu store, which is located at 421 Alakawa Street ("Alakawa store").  I make this declaration based on personal knowledge, unless otherwise stated, in support of Sections D, E, and F of Defendant's Memorandum in Support of Motion for Summary Judgment (filed November 30, 2005) and Paragraphs 1 and 2 of Defendant's Concise Statement of Facts in Support of Motion for Summary Judgment (filed November 30, 2005).

2.      In my capacity as Assistant Store Manager at the Alakawa store, I have personally asked customers to leave based on their use of the words "f[]ck" and "c[]nt".

3.      In my capacity as Assistant Store Manager at the Alakawa store, I directly and indirectly supervise associates.

4.      I have directly and indirectly supervised associates who, in 2005 and 2006, have assisted a regular customer who appears to have Tourette's syndrome. The regular customer interjects the term "yip" repeatedly into his conversations.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 10, 2006.

MICHAEL DOLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JON MUSE,

               Plaintiff,

v.

HOME DEPOT USA, INC.,

               Defendant.

NO. **CV04-00154 DAE/BMK**

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following, at the addresses shown, by depositing the same in the U.S. Mail, postage prepaid:

Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Attorney for Plaintiff
JON MUSE

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorney for Plaintiff
JON MUSE

DATED: Honolulu, Hawaii, January 11, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
Attorneys for Defendant
HOME DEPOT USA, INC.