<u>Jon Muse vs. Home Depot USA</u>
CV04-00154 DAE/BMK

A copy of the videotaped deposition of Debra Peterson taken on January 7, 2006 by Certified Legal Video Services has been provided to Judge Barry M. Kurren for review and examination purposes.

Copies may be obtained through Certified Legal Video Services, 1000 Bishop Street, Suite 904, Honolulu, Hawaii 96818. Telephone 808 550 2587, Email clvs@hawaii.rr.com.

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served after filing by hand delivery to the following parties:

Jeffrey S. Harris, Esq.
Jan Muranaka Boivin, Esq.
Torkildson Katz Fonseca Moore
  & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, Hawaii 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, January 13, 2006

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff
JON MUSE