ORIGINAL

OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
Attorney At Law,
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 12 o'clock and 25 min. PM
SUE BEITIA, CLERK

LODGED

JAN 1 3 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.<br><br>        Defendant. | ) CIVIL NO. 04-00154 DAE/BMK<br>) (Civil Rights Violation)<br>)<br>) NOTICE OF HEARING;<br>) PLAINTIFF'S THIRD MOTION TO<br>) COMPEL DISCOVERY;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) STANLEY E. LEVIN; EXHIBIT "A;"<br>) AND CERTIFICATE OF SERVICE<br>)<br>) DATE: 1-24-06<br>) TIME: 9 a.m.<br>) JUDGE: Honorable Barry M. Kurren<br>) |

SCANNED

## NOTICE OF HEARING

TO:  Jeffrey S. Harris, Esq.
Jan Muranaka Boivin, Esq.
Torkildson Katz Fonseca Moore
& Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

NOTICE IS HEREBY GIVEN that Plaintiffs' Third Motion to Compel Discovery shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his Courtroom at 300 Ala Moana Blvd., Prince Kuhio Federal Building, Honolulu, Hawaii, at 9:00 a.m. on JAN 2 4 2006, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai'i, January 13, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE

2