ORIGINAL

OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN   1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
Attorney At Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at 12 o'clock and 05 min. P M
SUE BEITIA, CLERK

LODGED

JAN 13 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>EX PARTE MOTION<br>SHORTENING TIME FOR<br>HEARING ON PLAINTIFF'S<br>THIRD MOTION TO COMPEL<br>DISCOVERY; DECLARATION OF<br>STANLEY E. LEVIN; ORDER<br>GRANTING EX PARTE MOTION<br><br>TRIAL DATE: May 2, 2006<br>JUDGE: DAVID A. EZRA |

## EX PARTE MOTION SHORTENING TIME FOR HEARING
## ON PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

Plaintiff Jon Muse, by and through his attorneys, hereby move, Ex Parte, for an order to shorten time for hearing on Plaintiff's Third Motion to Compel Discovery and allow the hearing to be held as soon as possible.

This Motion is made pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and Rule 6 of the Local Rules, and is based on the Declaration of Counsel, and the records and files herein.

DATED: Honolulu, Hawai'i January 13, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF STANLEY E. |
| vs. | ) | LEVIN |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | )) | |

**<u>DECLARATION OF STANLEY E. LEVIN</u>**

1.  I am an attorney licensed to practice in the State of Hawaii and one of the attorneys for the Plaintiff in the above-entitled action.

2.  Defendant's counsel, Jeffrey S. Harris and Jan Boivin, and Plaintiff's counsel, Bruce Sherman and myself, held a telephonic meet and confer to resolve the issues concerning the Rule 30(b)(6) deposition scheduled for January 19, 2006. However, the parties were unable to resolve the issues.

3.  In reference to Mr. Harris's instructions to deponent, Debrah Peterson, not to answer certain question at the deposition, Plaintiff made every effort to resolve the issues but were unable to do so. Counsel for the parties subsequently discussed these issues, but have not been unable to resolve the matter.

4.	Plaintiff's counsel has not received an explanation concerning the spoliation issue and believes that Defendant's counsel will force Plaintiff's counsel to conduct several Rule 30(b)(6) depositions regarding the spoliation issues.

5.	The discovery cutoff date is currently set for March 3, 2006. Plaintiff's counsel did not schedule depositions during December 2005 in order to accommodate Defendant's counsel's state court trial schedule. Unless the trial date or the discovery cutoff date is extended, it is no long feasible or possible for Plaintiff's counsel to accommodate Mr. Harris's state court trial schedule or a settlement conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of January 2006.

_____
STANLEY E. LEVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) ORDER GRANTING EX PARTE |
| vs. | ) MOTION |
| | ) |
| HOME DEPOT USA, INC., | ) TRIAL DATE: May 2, 2006 |
| | ) JUDGE: DAVID A. EZRA |
| Defendant. | ) |
| | ) |

**ORDER GRANTING EX PARTE MOTION SHORTENING TIME
FOR HEARING ON PLAINTIFF'S
THIRD MOTION TO COMPEL DISCOVERY**

Upon review of the Ex Parte Motion to Shorten Time filed herein by Plaintiff and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion to Shorten Time is granted, and that Plaintiff's Third Motion to Compel Discovery shall be heard before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom in the United States Court House, 300 Ala Moana Blvd., Honolulu, Hawaii at _____ o'clock __.m. on _____, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii    JAN 1 3 2006

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

JON MUSE V. HOME DEPOT USA, INC.; CIVIL NO. 04-00154 DAE/BMK; ORDER GRANTING GRANTING EX PARTE MOTION SHORTENING TIME FOR HEARING ON PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served after filing by hand delivery to the following parties:

Jeffrey S. Harris, Esq.
Jan Muranaka Boivin, Esq.
Torkildson Katz Fonseca Moore
  & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, Hawaii 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, January /3, 2006

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff
JON MUSE