IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>     Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>     Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY<br><br>Date:  January 24, 2006<br>Time:  9:00 A.M.<br>Judge:  Hon. Barry M. Kurren<br>Trial:  May 2, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY**

Pursuant to Local Rule 7.9 of the United States District Court for the District of Hawaii, Defendant Home Depot USA, Inc. ("Defendant"), by and through its undersigned counsel, Torkildson, Katz, Fonseca, Moore & Hetherington, Attorneys At Law, A Law Corporation, hereby moves this Court for an order barring Plaintiff Jon Muse ("Plaintiff") from inquiring into the circumstances surrounding the termination of Debra Peterson, or suggesting or implying that Ms. Peterson has a cause of action against Home Depot for wrongful termination.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Rules 7.1 and 7.9 of the United States District Court for the District of Hawaii. It is based upon the First Amended Memorandum in Opposition to Plaintiff's Third Motion to Compel Discovery and in Support of

617736.V1

Defendant's Counter Motion, submitted herewith, the Declaration of Jeffrey S. Harris attached thereto, the declarations and exhibits attached to Defendant's Memorandum in Opposition to Plaintiff's Third Motion to Compel Discovery, and the records and files herein.

DATED: Honolulu, Hawaii, January 19, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>
>_____
>JEFFREY S. HARRIS
>JAN MURANAKA BOIVIN
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.

617736. V1

2