## TABLE OF CONTENTS

Page

I. INTRODUCTION ..................................................................................... 1

II. QUESTIONS POSED BY PLAINTIFF'S COUNSEL AT DEBRA PETERSON'S JANUARY 7, 2006 DEPOSITION WERE ARGUMENTATIVE, HARASSING AND/OR PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE ............................................... 3

    A. Argumentative or Harassing Questions ............................................. 4

    B. Questions that Violated Attorney-Client Privilege .......................... 10

III. PLAINTIFF HAS FAILED TO DEMONSTRATE THAT DEFENDANT'S CONDUCT WITH REGARD TO DEBRA PETERSON'S PERSONAL NOTES AND STORE SURVEILLANCE TAPES ALLEGED TO EXIST CONSTITUTES SPOLIATION ............................................................................................ 13

    A. Ms. Peterson's Personal Notes ....................................................... 14

    B. Alleged Video Surveillance Tapes .................................................. 15

IV. PLAINTIFF HAS FAILED TO DESCRIBE WITH REASONABLE PARTICULARITY THE MATTERS UPON WHICH EXAMINATION IS REQUESTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) ................................................................. 19

V. IF THE DEPOSITION OF MS. PETERSON IS RESUMED, PLAINTIFF'S COUNSEL SHOULD BE PRECLUDED FROM INQUIRY REGARDING MS. PETERSON'S TERMINATION AND SUGGESTION THAT SHE SHOULD SUE DEFENDANT FOR WRONGFUL TERMINATION ............................................................... 23

    A. Inquiry Regarding the Circumstances Surrounding Ms. Peterson's Termination and Suggestion that Ms. Peterson Should Sue Defendant for Wrongful Termination is Irrelevant to Plaintiff's Claims and Harassing To Defendant .......................... 26

    B. Plaintiff Counsel's Inquiries and Suggestions that Ms. Peterson Should Sue Defendant for Wrongful Termination Violates the Guidelines of Professional Courtesy and Civility ............................ 28

VI. CONCLUSION ...................................................................................... 29

# TABLE OF AUTHORITIES

Page

## FEDERAL CASES

*Alexander v. Federal Bureau of Investigation*, 188 F.R.D. 111 ...................20

*Anderson v. National R.R. Passenger Corp.*, 866 F.Supp. 937 ....................15

*Canal Authority of Florida v. Froehlke*, 81 F.R.D. 609................................27

*Epstein v. Toys-R-Us Delaware, Inc.*, 277 F.Supp.2d 1266..........................17

*Filanowski v. Wal-Mart Stores, Inc.*, Civil No. 99-147-B-H, 2000
   U.S.Dist. LEXIS 8006.............................................................................17

*In re Folding Carton Antitrust Litigation*, 83 F.R.D. 132...............................8

*Hampton v. Pennsylvania Railroad Co.*, 30 F.R.D. 70....................................8

*Harlan v. Lewis*, 982 F.2d 1255 ....................................................................28

*Harlan v. Lewis*, No. 92-1428, No. 92-1489, 1993 U.S.App. LEXIS
   3403 ........................................................................................................28

*Hennessey v. Genesis Health Ventures, Inc.*, Civil Action No. 99-
   2762, 2000 U.S.Dist. LEXIS 4932..........................................................27

*Hickman v. Taylor*, 329 U.S. 495, 67 S.Ct. 385 [91 L.Ed. 451] ...................27

*Idaho Potato Commission v. G&T Terminal Packaging, Inc.*, 425
   F.3d 708..................................................................................................14

*Idaho Potato Commission v. G&T Terminal Packaging, Inc.*, 425
   F.3d 708..................................................................................................17

*Indiana Manufactured Housing Association v. Pierce*, Cause No.
   S86-698, 1987 U.S.Dist. LEXIS 15230 ..................................................12

# TABLE OF AUTHORITIES
(continued)

Page

*Industrial Hard Chrome, Ltd. v. Hetran, Inc.*, 92 F.Supp.2d 786..................23

*Kalis v. Colgate-Palmolive Co.*, 231 F.3d 1049............................................20

*Otero v. Wood*, 316 F.Supp.2d 612 ................................................................16

*Pastorello v. City of New York*, 95 Civ. 470, 2003 U.S.Dist. LEXIS 16017 ........................................................................................................16

*Prokosch v. Catalina Lighting, Inc.*, 193 F.R.D. 633.....................................21

*Tuttle v. Combined Insurance Co.*, 222 F.R.D. 424........................................28

*United States v. Kitsap Physicians Serv.*, 314 F.3d 995.................................13

*United States v. Kitsap Physicians Serv.*, 314 F.3d 995.................................17

*Wilson v. Pope*, No. 96 C 5815, 1997 U.S. Dist. Lexis 10228 .....................22

## FEDERAL STATUTES

Federal Rule of Civil Procedure 26 ................................................................26

Fed. R. Civ. Pro. 26(b)....................................................................................27

Fed. R. Civ. Pro. 26(b)....................................................................................27

Federal Rule of Civil Procedure 30(b) .............................................................2

FRCP 30(b) ....................................................................................................20

   *id* ....................................................................................................20

   *id* ....................................................................................................20

# TABLE OF AUTHORITIES
(continued)

**Page**

Federal Rule of Civil Procedure 30(d) ..................................................8

## STATE CASES

*Aguirre v. S. Tex. Blood & Tissue Ctr.*, 2 S.W.3d 454, 457 ..........................18

*Doe v. Mobile Video Tapes, Inc.*, 43 S.W.3d 40, 55 ......................................18

## STATE GUIDELINES

Guidelines of Prof'l Courtesy & Civility .........................................................9

   *id* ...............................................................................................................28

## LOCAL RULES OF USDC FOR DISTRICT OF HAWAII

Local Rule 83.3 ................................................................................................9

*id.*........ ..........................................................................................................28