IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | DECLARATION OF JEFFREY S. HARRIS |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

### DECLARATION OF JEFFREY S. HARRIS

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.   I am an attorney duly licensed to practice before all courts in the State of Hawaii and am an attorney with Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC., ("Home Depot") in this action. All statements made herein are based upon personal knowledge.

2.   Ms. Peterson is not a party in this matter, and is not my client. I received permission to serve the limited role of defending Ms. Peterson during the January 7, 2006 deposition.

617728.V1

3.  On the morning of January 7, 2006, Plaintiff's counsel made inappropriate off-the-record inquiries and suggestions that Ms. Peterson might have a claim for wrongful termination against Home Depot.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 19, 2006.

_____
JEFFREY S. HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following, at the addresses shown, by depositing the same in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Stanley E. Levin, Esq.<br>Davis Levin Livingston Grande<br>851 Fort Street, #400<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>JON MUSE | Bruce Sherman, Esq.<br>1164 Bishop Street, Suite 124<br>Honolulu, HI 96813<br><br>Attorney for Plaintiff<br>JON MUSE |

DATED: Honolulu, Hawaii, January 19, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_/s/ Heather M. Rickenbrode_
JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

617736.V1