TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN         8138-0
(jmb@torkildson.com)
HEATHER M. RICKENBRODE      8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>             Plaintiff,<br><br>   v.<br><br>HOME DEPOT USA, INC.,<br><br>             Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>NOTICE OF HEARING; DEFENDANT HOME DEPOT USA, INC.'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY; FIRST AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY AND IN SUPPORT OF DEFENDANT'S COUNTER MOTION; DECLARATION OF JEFFREY S. HARRIS; CERTIFICATE OF SERVICE<br><br>Date:  January 24, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Barry M. Kurren<br>Trial: May 2, 2006 |

617736.V1

## NOTICE OF MOTION

TO:  Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

PLEASE TAKE NOTICE that, pursuant to Local Rule 7.9 of the United States District Court for the District of Hawaii, the following Motion will be heard before the Honorable BARRY M. KURREN, United States District Magistrate Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on Tuesday, the 24th day of January, 2006, at 9 o'clock, a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 19, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

*/s/ Heather Rickenbrode*
JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.
