**ORIGINAL**

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JEFFREY S. HARRIS (jsh@torkildson.com) | 2718-0 |
| JAN MURANAKA BOIVIN (jmb@torkildson.com) | 8138-0 |
| HEATHER M. RICKENBRODE (hmr@torkildson.com) | 8174-0 |

700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at __1__ o'clock and __33__ min. __P__ M
SUE BEITIA, CLERK

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT USA, INC., <br><br> Defendant. | NO. CV04-00154 DAE/BMK <br><br> DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A"-"C"; CERTIFICATE OF SERVICE <br><br> Date: January 24, 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. Barry M. Kurren <br> Trial: May 2, 2006 |

# TABLE OF CONTENTS

        **Page**

I. INTRODUCTION ..................................................................................................2

II. QUESTIONS POSED BY PLAINTIFF'S COUNSEL AT DEBRA PETERSON'S JANUARY 7, 2006 DEPOSITION WERE ARGUMENTATIVE, HARASSING AND/OR PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE ..................................................................3

    A. Argumentative or Harassing Questions ...............................................4

    B. Questions that Violated Attorney-Client Privilege ...........................10

III. PLAINTIFF HAS FAILED TO DEMONSTRATE THAT DEFENDANT'S CONDUCT WITH REGARD TO DEBRA PETERSON'S PERSONAL NOTES AND STORE SURVEILLANCE TAPES ALLEGED TO EXIST CONSTITUTES SPOLIATION ...........................................................................................................13

    A. Ms. Peterson's Personal Notes ............................................................14

    B. Alleged Video Surveillance Tapes ......................................................15

IV. PLAINTIFF HAS FAILED TO DESCRIBE WITH REASONABLE PARTICULARITY THE MATTERS UPON WHICH EXAMINATION IS REQUESTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) ..........................................................................19

V. CONCLUSION .....................................................................................................23

# TABLE OF AUTHORITIES

Page

## FEDERAL CASES

*Alexander v. Federal Bureau of Investigation*, 188 F.R.D. 111 ...................20

*Anderson V. National R.R. passenger Corp.*, 866 F.Supp. 937 ....................15

*Epstein v. Toys-R-Us Delaware, Inc.*, 277 F.Supp.2d 1266.........................17

*Filanowski v. Wal-Mart Stores, Inc.*, Civil No. 99-147-B-H, 2000
  U.S.Dist. LEXIS 8006......................................................................17

*In re Folding Carton Antitrust Litigation*, 83 F.R.D. 132................................8

*Hampton v. Pennsylvania Railroad Co.*, 30 F.R.D. 70....................................8

*Idaho Potato Commission v. G&T Terminal Packaging, Inc.*, 425
  F.3d 708..........................................................................................13

  *Idaho Potato Commission v. G&T Terminal Packaging, Inc.*, 425
    F.3d 708......................................................................................17

*Indiana Manufactured Housing Association v. Pierce*, Cause No.
  S86-698, 1987 U.S.Dist. LEXIS 15230 ..............................................12

*Industrial Hard Chrome, Ltd. v. Hetran, Inc.*, 92 F.Supp.2d 786.................22

*Kalis v. Colgate-Palmolive Co.*, 231 F.3d 1049............................................20

*Otero v. Wood*, 316 F.Supp.2d 612 ..............................................................16

*Pastorello v. City of New York*, 95 Civ. 470  2003 U.S.Dist. LEXIS
  16017 ..............................................................................................16

*Prokosch v. Catalina Lighting, Inc.*, 193 F.R.D. 633....................................20

# TABLE OF AUTHORITIES
## (continued)

**Page**

*United States v. Kitsap Physicians Serv.*, 314 F.3d 995 .................................. 13

*United States v. Kitsap Physicians Serv.*, 314 F.3d 995 .......................... 17

*Wilson v. Pope*, No. 96 C 5815 (N.D. Ill. July 14, 1997) .............................. 22

## FEDERAL STATUTES

Federal Rules of Civil Procedure 30(b) ............................................... 2

Federal Rules of Civil Procedure 30(d) ............................................... 8

FRCP 30(b) ............................................................................ 20

   *id* ................................................................................. 20

   *id* ................................................................................. 20

## STATE CASES

*Aguirre v. S. Tex. Blood & Tissue Ctr.*, 2 S.W.3d 454, 457 (Tex.App. 2001) ................................................................................ 18

*Doe v. Mobile Video Tapes, Inc.*, 43 S.W.3d 40, 55 (Tex.App. 2001) ......... 17

## STATE GUIDELINES

Guidelines of Prof'l Courtesy & Civility ................................................. 9

# TABLE OF AUTHORITIES
### (continued)

**Page**

## LOCAL RULES OF USDC FOR DISTRICT OF HAWAII

Local Rule 83.3 ..................................................................................9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following, at the addresses shown, by depositing the same in the U.S. Mail, postage prepaid:

Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Attorney for Plaintiff
JON MUSE

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorney for Plaintiff
JON MUSE

DATED: Honolulu, Hawaii, January 18, 2006.

　　　　　　　　　　TORKILDSON, KATZ, FONSECA,
　　　　　　　　　　MOORE & HETHERINGTON,
　　　　　　　　　　Attorneys at Law, A Law Corporation

　　　　　　　　　　*/s/ Heather Rickenbrode*
　　　　　　　　　　JEFFREY S. HARRIS
　　　　　　　　　　JAN MURANAKA BOIVIN
　　　　　　　　　　HEATHER M. RICKENBRODE
　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　HOME DEPOT USA, INC.