

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. CV04-00154 DAE/BMK<br><br>DECLARATION OF JEFFREY S. HARRIS |

### DECLARATION OF JEFFREY S. HARRIS

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1. I am an attorney duly licensed to practice before all courts in the State of Hawaii and am an attorney with Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC., ("Home Depot") in this action. All statements made herein are based upon personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the deposition transcript of Debra Peterson, taken on January 7, 2006.

3. Attached hereto as Exhibit "B" is a true and correct copy of Harold Han's declaration, signed on January 17, 2006. The original declaration will be filed at a later time.

617600.V1

4.   Attached hereto as Exhibit "C" is a true and correct copy of the Notice of Taking Rule 30(b)(6) Oral Deposition, issued by Plaintiff on December 20, 2005.

5.   During a teleconference on the instant motion, Plaintiff's counsel defined the term "generally" to mean in Home Depot stores "across the nation".

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 18, 2006.

_____
JEFFREY S. HARRIS