JAN-17-2006 11:44   FROM-Home Depot  53//HILO        808 9208414        T-369  P.001/002  F-989

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. CV04-00154 DAE/BMK |
| Plaintiff, | DECLARATION OF HAROLD HAN |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## DECLARATION OF HAROLD HAN

I, HAROLD HAN, declare under penalty of law that the following is true and correct:

1.  I work as the District Loss Prevention Manager for Home Depot.

2.  My responsibilities include overseeing the operation of surveillance technology associated with loss prevention in area stores, including the Alakawa store.

3.  In early 2002, surveillance technology in place at the Alakawa store included video cameras.

4.  No video cameras were in operation during the November 3, 2003 incident involving Plaintiff. As such, no videotape ever existed with regard to that incident.

617529.V1

EXHIBIT "B"

5.  The installation of new surveillance equipment began in November or December of 2003.

6.  The installation process took upwards of thirty days, and the new surveillance equipment was not fully functional until early 2004. The new equipment did not consist of video cameras, but instead was a computer hard drive programmed to retain surveillance records for ninety days before they were automatically destroyed.

7.  Backup records are not made in the ordinary course, but are instead made upon request after an assault or battery has occurred on store premises.

8.  This means that there is no record of the April 25, 2004 incident involving Plaintiff.

9.  The surveillance system at the Alakawa store is not equipped to record sound.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 17, 2006.

_____
HAROLD HAN

617529.V1