TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN          8138-0
(jmb@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at _2_ o'clock and _52_min. _P_ M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JON MUSE,

            Plaintiff,

v.

HOME DEPOT USA, INC.,

            Defendant.

NO. **CV04-00154 DAE/BMK**

CERTIFICATE OF COUNSEL IN
SUPPORT OF DEFENDANT'S
COUNTER MOTION TO
PLAINTIFF'S THIRD MOTION TO
COMPEL DISCOVERY;
CERTIFICATE OF SERVICE

617736.V1

CERTIFICATE OF COUNSEL IN SUPPORT OF
DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S
<u>THIRD MOTION TO COMPEL DISCOVERY</u>

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local

Rule 37.1, I certify that I have in good faith attempted to confer with Plaintiff JON

MUSE'S counsel in an effort to resolve this dispute without court action.

Specifically, on January 9, 2006, January 10, 2006, and January 11, 2006,

Bruce Sherman called me several times. He explained that he believed that Debra

Peterson should be required to answer how many times and how long she met with

me to prepare for the deposition, even though I represented her for this purpose.

He explained that he believed that Ms. Peterson should be required to continue

answering questions whether the word "c__t" offended her and what other

disabilities offended her, even though she had answered questions like those

several times. He explained that he saw no problem with encouraging Ms.

Peterson to sue for her termination, both on and off the record. He explained that

he thought there was spoliation. He explained that the Rule 30(b)(6) notice that he

withdrew specified the matters on which testimony was requested with reasonable

particularity.

I explained why we did not agree with his positions on any of these issues.

To date, these issues remain unresolved.

DATED:  Honolulu, Hawaii, January 20, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
>
> _____
> JEFFREY S. HARRIS
> JAN MURANAKA BOIVIN
> HEATHER M. RICKENBRODE
> Attorneys for Defendant
> HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JON MUSE,

              Plaintiff,

v.

HOME DEPOT USA, INC.,

              Defendant.

NO. **CV04-00154 DAE/BMK**

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following, at the addresses shown, by hand delivery:

| | |
|---|---|
| Stanley E. Levin, Esq.<br>Davis Levin Livingston Grande<br>851 Fort Street, #400<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>JON MUSE | Bruce Sherman, Esq.<br>1164 Bishop Street, Suite 124<br>Honolulu, HI 96813<br><br>Attorney for Plaintiff<br>JON MUSE |

DATED: Honolulu, Hawaii, January 20, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

617831.V1