### Debbie McWilliams

| | |
|---|---|
| **From:** | Bruce F. Sherman [failey52@hawaii.rr.com] |
| **Sent:** | Wednesday, January 18, 2006 9:56 PM |
| **To:** | Rickenbrode, Heather M.; Feeney,Thomas; Stan Levin; Debbie McWilliams |
| **Subject:** | Re: Muse v. Home Depot |

Dear Ms. Rickenbrode,
   You are aware of the requirements of LR37.1(a) and the obligation of counsel pursuant to LR37.1(b). We will attempt to schedule a conference within a reasonable period of time which comports with the various schedules of counsel. You will recall that we scheduled several such conference times on several occasions to accomodate Mr. Harris's recent state court trial, before we were able to finally have the conference relating to the Rule 30(b)(6) issue. Any request or stipulation for shortened time is premature at this time. If we cannot resolve matters through meet and confer, then we can discuss shortening time.
Sincerely,
Bruce F. Sherman

Rickenbrode, Heather M. wrote:

> Our firm plans to file a motion for protective order tomorrow. The motion will seek an order precluding further inquiry into the circumstances surrounding Debra Peterson's termination from Home Depot and any suggestion that Ms. Peterson has a cause of action against Home Depot for wrongful termination. We ask that you agree to permit the court to shorten the time for a hearing on this motion so that we may resolve this matter concurrently with the issues raised in Plaintiff's Third Motion to Compel Discovery. Kindly let us know if you are willing to agree to shorten the time for hearing this motion by noon tomorrow, January 19, 2006.
>
> Thank you,
>
> Heather Rickenbrode
> Torkildson, Katz, Fonseca, Moore & Hetherington
> 700 Bishop Street, 15th Floor
> Honolulu, Hawaii 96813
> Phone: (808) 523-6000   Fax: (808) 523-6001



EXHIBIT A

1/19/2006