

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
Attorney At Law,
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING;** |
| vs. | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **STRIKE DEFENDANT HOME** |
| HOME DEPOT USA, INC. | ) | **DEPOT USA, INC.'S COUNTER** |
| | ) | **MOTION TO PLAINTIFF'S** |
| Defendant. | ) | **THIRD MOTION TO COMPEL** |
| | ) | **DISCOVERY; DECLARATION OF** |
| | ) | **STANLEY E. LEVIN; EXHIBIT** |
| | ) | **"A" AND CERTIFICATE OF** |
| | ) | **SERVICE** |

)  DATE:  January 24, 2006
)  TIME:  9:00 a.m.
)  JUDGE:  Honorable Barry M. Kurren
)  TRIAL:  May 2, 2006
)
)

## NOTICE OF HEARING

TO:  Jeffrey S. Harris, Esq.
Jan Muranaka Boivin, Esq.
Torkildson Katz Fonseca Moore
& Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

NOTICE IS HEREBY GIVEN that Plaintiffs' Motion to Strike Defendant Home Depot, USA, Inc.'s Counter Motion to Plaintiff's Third Motion to Compel Discovery shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his Courtroom at 300 Ala Moana Blvd., Prince Kuhio Federal Building, Honolulu, Hawaii, at 9:00 a.m. on January 24, 2006, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai'i, January 20, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

2