IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF STANLEY E. |
| vs. | ) | LEVIN |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and is one the attorneys for the Plaintiffs in the above-entitled action.

2. I am one of the named attorneys in the above-captioned case.

3. Attached hereto as Exhibit A is a true and correct copy of pertinent pages (pp. 34, 35, 36, 39, 43, 44, 60, 61, 63, 64, 65, 81, 84, 85, 93, and 94) of the deposition of Debra Peterson taken on January 7, 2006.

I declare under penalty of perjury that the above is true and correct.

Executed on the 20th day of January 2006.

_____
STANLEY E. LEVIN