# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00154DAE-BMK

CASE NAME:        Muse v. Home Depot

ATTYS FOR PLA:    Bruce Sherman, Stanley Levin

ATTYS FOR DEFT:   Jeffrey S. Harris, Jan M. Boivin

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     1/24/2006                TIME:        9:03 - 9:31

---

COURT ACTION:  EP:  Plaintiff's Third Motion to Compel Discovery - GRANTED in part.

Defendant Home Depot USA, Inc.'s Counter Motion to Plaintiff's Third Motion to Compel Discovery - GRANTED in part.

Plaintiff's Motion to Strike Defendant Home Depot USA, Inc.'s Counter Motion - DENIED.

Sherman to prepare order.

Submitted by Richlyn Young, Courtroom Manager