**ORIGINAL**

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
Attorney At Law,
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2006

at 2 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>DECLARATION OF STANLEY E. LEVIN IN OPPOSITION TO CERTIFICATE OF COUNSEL IN SUPPORT OF DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY FILED ON JANUARY 20, 2006; EXHIBIT "A" AND CERTIFICATE OF SERVICE |

|  | ) DATE: January 24, 2006 |
|---|---|
|  | ) TIME: 9:00 a.m. |
|  | ) JUDGE: Barry M. Kurren |
|  | ) TRIAL: May 2, 2006 |

<u>DECLARATION OF STANLEY E. LEVIN IN
OPPOSITION TO CERTIFICATE OF COUNSEL IN
SUPPORT OF DEFENDANT'S COUNTER MOTION TO
PLAINTIFF'S THIRD MOTION TO COMPEL
DISCOVERY FILED ON JANUARY 20, 2006</u>

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and am one the attorneys for the Plaintiffs in the above-entitled action.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Bruce F. Sherman signed on January 21, 2006.

3. This Declaration of Bruce F. Sherman sets forth the chronology of events surrounding the deposition of Ms. Peterson. It is also submitted in opposition to the Certificate of Counsel in Support of Defendant's Counter Motion to Plaintiff's Third Motion to Compel Discovery which was filed on January 20, 2006.

4. By my declaration, I completely concur with the statements contained in the Declaration of Bruce F. Sherman attached hereto as Exhibit A. I request that this court grant our Motion to Compel the Defendant Home

2

Depot USA, Inc. to respond to our discovery requests as trial is fast approaching.

I declare under penalty of perjury that the above is true and correct.

Executed on the 23rd day of January 2006.

_____
STANLEY E. LEVIN