IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HOME DEPOT USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2006, a copy of the Declaration of Stanley E. Levin in Opposition to Certificate of Counsel in Support of Defendant's Counter Motion to Plaintiff's Third Motion to Compel Discovery filed on January 20, 2006 was duly delivered to the following:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, January 23, 2006.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff