ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN         8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 24 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE |

**CERTIFICATE OF SERVICE RE:
DEFENDANT HOME DEPOT USA, INC.'S
SECOND REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF JON MUSE**

I hereby certify that on this date, two copies of "DEFENDANT HOME

DEPOT USA, INC.'S SECOND REQUEST FOR PRODUCTION OF

617303. V1

DOCUMENTS TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; DOCUMENTS TO BE PRODUCED", were duly served upon the following individuals by hand delivery addressed as follows:

>Stanley E. Levin, Esq.
>851 Fort Street
>400 Davis Levin Livingston Grande Place
>Honolulu, Hawaii 96813
>
>and
>
>Bruce F. Sherman, Esq.
>1164 Bishop Street, Suite 124
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff
>JON MUSE

Dated: Honolulu, Hawaii, January 24, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>
>
>JEFFREY S. HARRIS
>JAN MURANAKA BOIVIN
>Attorneys for Defendant
>HOME DEPOT USA INC.