ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN        8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | CIVIL NO.  CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE |

**CERTIFICATE OF SERVICE RE:
DEFENDANT HOME DEPOT USA, INC.'S
SECOND REQUEST FOR ANSWERS TO
INTERROGATORIES TO PLAINTIFF JON MUSE**

I hereby certify on this date, two copies of "DEFENDANT HOME DEPOT

USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES



TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS;

INTERROGATORIES", were duly served upon the following individuals by hand

delivery addressed as follows:

> Stanley E. Levin, Esq.
> 851 Fort Street
> 400 Davis Levin Livingston Grande Place
> Honolulu, Hawaii 96813
>
> and
>
> Bruce F. Sherman, Esq.
> 1164 Bishop Street, Suite 124
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiff
> JON MUSE

Dated:  Honolulu, Hawaii, January 24, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
>
> _____
> JEFFREY S. HARRIS
> JAN MURANAKA BOIVIN
> Attorneys for Defendant
> HOME DEPOT USA INC.