ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN        8138-0
(jmb@torkildson.com)
HEATHER M. RICKENBRODE     8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2006

at 2 o'clock and 46 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>              Plaintiff,<br><br>       v.<br><br>HOME DEPOT USA, INC.,<br><br>              Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>NOTICE OF FILING OF ORIGINAL DECLARATION OF HAROLD HAN IN SUPPORT OF DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY; DECLARATION OF HAROLD HAN; CERTIFICATE OF SERVICE |

SCANNED

617995.V1

NOTICE OF FILING OF ORIGINAL DECLARATION OF HAROLD HAN
IN SUPPORT OF DEFENDANT'S COUNTER MOTION TO
PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

Notice is hereby given of the filing of the Original Declaration of Harold Han, dated January 17, 2006.

DATED: Honolulu, Hawaii, January 24, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>*/s/ Heather M. Rickenbrode*
>JEFFREY S. HARRIS
>JAN MURANAKA BOIVIN
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF HAROLD HAN |

## DECLARATION OF HAROLD HAN

I, HAROLD HAN, declare under penalty of law that the following is true and correct:

1. I work as the District Loss Prevention Manager for Home Depot.

2. My responsibilities include overseeing the operation of surveillance technology associated with loss prevention in area stores, including the Alakawa store.

3. In early 2002, surveillance technology in place at the Alakawa store included video cameras.

4. No video cameras were in operation during the November 3, 2003 incident involving Plaintiff. As such, no videotape ever existed with regard to that incident.

617529.V1

5.   The installation of new surveillance equipment began in November or December of 2003.

6.   The installation process took upwards of thirty days, and the new surveillance equipment was not fully functional until early 2004. The new equipment did not consist of video cameras, but instead was a computer hard drive programmed to retain surveillance records for ninety days before they were automatically destroyed.

7.   Backup records are not made in the ordinary course, but are instead made upon request after an assault or battery has occurred on store premises.

8.   This means that there is no record of the April 25, 2004 incident involving Plaintiff.

9.   The surveillance system at the Alakawa store is not equipped to record sound.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, January 17, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAROLD HAN

617529.V1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was served upon the following, at the addresses shown, by hand delivery:

Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii 96813

Attorney for Plaintiff
JON MUSE

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorney for Plaintiff
JON MUSE

DATED: Honolulu, Hawaii, January 24, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

*Heather Rickenbrode*

JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

617995.V1