# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 2/7/2006 | TIME: | |

COURT ACTION:  EO: New dates given at the request of the parties.  Court to prepare an amended scheduling order.

1. Non-jury trial on November 7, 2006 at 9:00 a.m. before DAE
2. Final Pretrial Conference on September 26, 2006 at 9:00 a.m. before BMK
3.
4. Final Pretrial Statement by September 19, 2006
5.
6.
7.
8a. File Motions in Limine by October 17, 2006
8b. File opposition memo to a Motion in Limine by October 24, 2006
11a.
11b.
12. Discovery deadline September 8, 2006
13. Settlement Conference set for August 16, 2006 at 10:00 a.m. before BMK
14. Settlement Conference statements by August 9, 2006
20.
21. File Final witness list by October 17, 2006
24. Exchange Exhibit and Demonstrative aids by October 10, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 17, 2006
26. File objections to the Exhibits by October 24, 2006
28a. File Deposition Excerpt Designations by October 17, 2006

28b. File Deposition Counter Designations and Objections by October 24, 2006
29. File Trial Brief by October 24, 2006
30. File Findings of Fact & Conclusions of Law by October 24, 2006


cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager










CV 04-00154DAE-BMK;
Jon Muse v. Home Depot USA, Inc.;
Rule 16 Scheduling Conference Minutes
2/7/2006