IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CV NO 04-00154 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF CHALLENGE TO CONSTITUTIONALITY
OF STATE AND FEDERAL STATUTES

On November 29, 2005, Defendant Home Depot filed a Motion for Summary Judgment in which it argues that "enforcement of Title III [of the Americans with Disabilities Act] and H.R.S. § 347-13, and H.R.S. § 489-3 as to Home Depot's refusal to serve a customer making sexist and racist statements would violate the Hawai`i and United States Constitutions." (Def.'s Mot. for Summ. J. at 31-33.)  A hearing on this motion is set for March 20, 2006.  Home Depot did not bring its constitutional challenge to the attention of this Court.

Because the constitutionality of both State and Federal statutes regarding discrimination against disabled individuals is being challenged in this case, and since neither the United States nor the State is a party to this action,

pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 24(c), the Court HEREBY NOTIFIES the Attorney General of the United States and the Attorney General of the State of Hawaii of such challenge.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, February 17, 2006.



_____
David Alan Ezra
United States District Judge

Jon Muse v. Home Depot USA, Inc. CV No. 04-00154 DAE-BMK; NOTICE OF CHALLENGE TO CONSTITUTIONALITY OF STATE AND FEDERAL STATUTES