OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
|---|---|---|
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFFS' MOTION TO |
| vs. | ) | CONTINUE DEFENDANT'S |
| | ) | MOTION FOR SUMMARY |
| HOME DEPOT USA, INC. | ) | JUDGMENT PURSUANT TO |
| | ) | F.R.C.P. 56(f); MEMORANDUM IN |
| Defendants. | ) | SUPPORT OF MOTION; |
| | ) | DECLARATION OF BRUCE F. |
| | ) | SHERMAN; EXHIBIT "1" AND |
| | ) | CERTIFICATE OF SERVICE |

## PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f)

Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure:

> . . . the court may order a continuance to permit . . . depositions to be taken or discovery to be had or may make such other order as is just.

Plaintiff Jon Muse hereby moves this Court for an order continuing Defendant's Motion for Summary Judgment currently scheduled for March 20, 2006 at 10:00 a.m.

DATED: Honolulu, Hawai'i, February 21, 2006.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff