OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com

A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>**PLAINTIFF'S AMENDED NOTICE OF TAKING RULE 30(b)(6) ORAL AND VIDEOTAPED DEPOSITION** |

EXHIBIT 1

## PLAINTIFF'S AMENDED NOTICE OF TAKING RULE 30(b)(6) ORAL AND VIDEOTAPED DEPOSITION

**TO:** Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore
& Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant

PLEASE TAKE NOTICE that on the day and time listed below, the Plaintiff will take the following oral deposition by court reporter and videotape:

| DEPONENT | DATE/TIME/PLACE |
|---|---|
| **Person(s) most knowledgeable for the Deposition 30(b)(6) about the following:** <br><br> 1) the corporate policy regarding the proper method of handling or accommodating a customer with a disability both generally and at the store specified in Plaintiffs' complaint; <br><br> 2) what training and preparation the corporation provides its employees to enable the handling of accommodations for disabled customers; and <br><br> 3) the Americans with Disabilities Act. | Thursday, January 19, 2006@1:00p.m. <br> Davis Levin Livingston Grande <br> 841 Fort Street, Suite 400 <br> Honolulu, Hawaii 96813 |

2

The deposition shall be upon taken by oral examination before an officer authorized by law to administer oaths pursuant to Rule 30(b)(6) of the Hawaii Rules of Civil Procedure, Ralph Rosenberg Court Reporters. The deposition will be videotaped by Certified Legal Video Services. The deposition will continue from day-to-day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, December 30, 2005.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff