OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com

THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com

Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | EX PARTE MOTION |
| vs. | ) | SHORTENING TIME FOR |
| | ) | HEARING ON PLAINTIFF'S |
| HOME DEPOT USA, INC., | ) | MOTION TO CONTINUE |
| | ) | DEFENDANT'S MOTION FOR |
| Defendant. | ) | SUMMARY JUDGMENT |

)   PURSUANT TO F.R.C.P. 56(f);
)   DECLARATION OF BRUCE F.
)   SHERMAN AND ORDER
)   GRANTING EX PARTE MOTION
)    TRIAL DATE:  November 7, 2006
)   JUDGE:  DAVID A. EZRA

## EX PARTE MOTION SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f)

Plaintiff Jon Muse, by and through his attorneys, hereby move, Ex Parte, for an order to shorten time for hearing on Plaintiff's Motion to Continue Defendant's Motion for Summary Judgment Pursuant to F.R.C.P. 56(f) and allow the hearing to be held as soon as possible.

This Motion is made pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, and is based on the Declaration of Counsel, and the records and files herein.

DATED: Honolulu, Hawai'i February 21, 2006.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE