IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>           Plaintiff,<br><br>     vs.<br><br>HOME DEPOT USA, INC.,<br><br>           Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>ORDER GRANTING EX PARTE<br>MOTION SHORTENING TIME<br>FOR HEARING ON PLAINTIFF'S<br>MOTION TO CONTINUE<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT<br>PURSUANT TO F.R.C.P. 56(f) |

**ORDER GRANTING EX PARTE MOTION SHORTENING
TIME FOR HEARING ON PLAINTIFF'S MOTION TO
CONTINUE DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT PURSUANT TO F.R.C.P. 56(f)**

Upon review of the Ex Parte Motion to Shorten Time filed herein by Plaintiff and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion to Shorten Time is granted, and that Plaintiff's Motion to Continue Defendant's Motion for Summary Judgment Pursuant to F.R.C.P. 56(f) shall be heard before the Honorable David A. Ezra, Judge of the above-entitled Court, in his courtroom in the United States Court

House, 300 Ala Moana Blvd., Honolulu, Hawaii at _____o'clock \_\_.m. on

_____, or as soon thereafter as counsel can be heard.

DATED:  Honolulu, Hawaii _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

JON MUSE V. HOME DEPOT USA, INC.; CIVIL NO. 04-00154 DAE/BMK; ORDER GRANTING EX PARTE MOTION SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f)