IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS |

DECLARATION OF JEFFREY S. HARRIS

JEFFREY S. HARRIS, upon penalty of perjury, states as follows:

1. I am a counsel of record for Defendant HOME DEPOT USA, INC. The statements in this declaration are based upon my own personal knowledge.

2. Exhibit A is a true and accurate copy of an excerpt from the deposition of Debra Peterson which I defended in this case.

DATED:   Honolulu, Hawaii, February 22, 2006.

_____
JEFFREY S. HARRIS