1

```
              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

JON MUSE,                    )
                             )
              Plaintiff,     )
                             )
         vs.                 )  Civil No. CV04-00154 DAE/BMK
                             )
HOME DEPOT USA, INC.,        )
                             )
              Defendants.    )
_____)
```

DEPOSITION OF DEBRA PETERSON

Taken on behalf of the Plaintiff at the offices of Davis Levin Livingston Grande, 851 Fort Street, 500 Davis Levin Livingston Grande Place, Honolulu, Hawaii, commencing at 9:01 a.m. on January 7, 2006, pursuant to Notice.

BEFORE:     JESSICA R. PERRY, CSR NO. 404
            Certified Shorthand Reporter

Ralph Rosenberg Court Reporters
OFC:  (808) 524-2090     FAX:  (808) 524-2596

EXHIBIT A

```
 1  grammatical question, that's all.
 2              MR. HARRIS:  It's hard for both of us
 3  sometimes.
 4              MR. SHERMAN:  I understand.  We're getting to
 5  that age.
 6       Q.   So assuming that Mr. Muse has a verbal tic that
 7  forces him to use the word cunt and fucking and he has no
 8  control over that, you were still offended by the fact that
 9  he uses that language in that context?
10              MR. HARRIS:  Objection, foundation,
11  speculation, lay opinion, argumentative.
12       Q.   Okay, go ahead.  You can answer.
13       A.   Yes.
14       Q.   So are there any other disabilities that offend
15  you?
16              MR. HARRIS:  Objection, argumentative.
17  Instruct the witness not to answer.  Harassing.  Don't
18  answer.
19       Q.   Are there some disabilities that offend you?
20              MR. HARRIS:  Same objection, same instruction.
21  Irrelevant, harassing.
22       Q.   Why were you offended at that time in November?
23       A.   As a woman, any woman would be offended being
24  called a C word.
25       Q.   But did he actually say, you're a cunt, at that
```

1  time in November?

2      A.   He addressed me as, eh, C.  Can you help me return,

3  C, this wheelbarrow, C?

4      Q.   Let me ask you that question again.

5           MR. HARRIS:  Objection, asked and answered,

6  argumentative.  Instruct the witness not to answer.

7      Q.   What made you think that he was directing that to

8  you personally at that time?

9      A.   He was asking -- directing to me, asking me for

10 help and looking at me straight in the eyes and saying the C

11 word.  He addressed me as, eh, C.

12     Q.   He actually said a --

13     A.   Eh, as in E-H, eh.

14     Q.   Isn't it possible he was simply asking you for help

15 in this transaction?

16          MR. HARRIS:  Objection, foundation,

17 speculation.

18     Q.   You can answer that.

19     A.   He was asking me for help, but he still addressed

20 me as, eh, C.

21     Q.   So that's -- that was your feeling at that time,

22 that he was calling you a cunt; is that correct?

23     A.   Yes.

24     Q.   And is that still your feeling?

25     A.   Yes.

```
 1              I, DEBRA PETERSON, hereby certify that I have
 2    read the foregoing typewritten pages 1 through 97, inclusive,
 3    and corrections, if any, were noted by me and the same is a
 4    true and correct transcript of my testimony.
 5
 6
 7
 8    _____
 9    DEBRA PETERSON
10
11    Signed before me this _____ day of
12
13    _____, 20 ___.
14
15
16
17
18
19
20
21
22    Muse vs. Home Depot, U.S. District Court, Civil No.
23    CV04-00154 DAE/BMK, taken on January 7, 2006, by Jessica R.
24    Perry, CSR.
25    JAN 1 8 2006
```

```
 1  STATE OF HAWAII              )
                                 ) ss:
 3  CITY & COUNTY OF HONOLULU    )
```

5  I, JESSICA R. PERRY, do hereby certify:

6  That on January 7, 2006, at 9:01 a.m. appeared before me DEBRA PETERSON, the witness whose deposition is contained herein; that prior to being examined she was by me duly sworn;

10  That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form by computer-aided transcription; that the foregoing represents, to the best of my ability, a full, true and correct transcript of said deposition.

15  I further certify that I am not attorney for any of the parties hereto, nor in any way concerned with the cause.

19  DATED this 17th day of January 2006, in Honolulu, Hawaii.

_____
Jessica R. Perry, CSR 404
Notary Public, State of Hawaii
My commission expires: 5/11/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify on this date, a true and accurate copy of the foregoing document was duly served upon the following individuals by depositing same in the United States Mail, postage prepaid, addressed as follows:

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort St., #400
    Honolulu, HI  96813

    and

    BRUCE F. SHERMAN, ESQ.
    1164 Bishop Street, #124
    Honolulu, HI  96813

    Attorneys for Plaintiff
    JON MUSE

619584.V1

-2-

Dated:  Honolulu, Hawaii, February 22, 2006.

                              TORKILDSON, KATZ, FONSECA,
                              MOORE & HETHERINGTON,
                              Attorneys at Law, A Law Corporation

                              */s/ Jeffrey S. Harris*
                              JEFFREY S. HARRIS
                              Attorney for Defendant
                              HOME DEPOT USA INC.