OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>         Plaintiff,<br><br>    vs.<br><br>HOME DEPOT USA, INC.,<br><br>         Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>CERTIFICATE OF SERVICE<br>REGARDING EX PARTE MOTION<br>SHORTENING TIME FOR<br>HEARING ON PLAINTIFF'S<br>MOTION TO CONTINUE<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT<br>PURSUANT TO F.R.C.P. 56(f) |

**CERTIFICATE OF SERVICE REGARDING EX PARTE
MOTION SHORTENING TIME FOR HEARING ON
PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f)**

I HEREBY CERTIFY that on February 21, 2006, a copy of the EX PARTE MOTION SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f) was duly faxed to the following:

Jeffrey S. Harris, Esq.
Jan K. Boivin, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
FAX NO: 523-6001
Attorneys for Defendant
HOME DEPOT USA, INC.

And on February 22, 2006, a copy of EX PARTE MOTION SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(f) was duly hand delivered to the above.

DATED: Honolulu, Hawaii, February 22, 2006.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff