ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at 3 o'clock and 44 min P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>CERTIFICATE OF SERVICE<br>REGARDING PLAINTIFF'S<br>RESPONSE TO DEFENDANT<br>HOME DEPOT USA, INC.'S<br>SECOND REQUEST FOR<br>PRODUCTION OF DOCUMENTS<br>TO PLAINTIFF JON MUSE DATED<br>JANUARY 24, 2006 |

## CERTIFICATE OF SERVICE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006

I HEREBY CERTIFY that on February 23, 2006, a copy of the PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006 was duly mailed, postage prepaid to the following:

Jeffrey S. Harris, Esq.
Jan K. Boivin, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
FAX NO: 523-6001
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, February 23, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

2