# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Bruce Sherman<br>Stanley Levin |
| ATTYS FOR DEFT: | Jeffrey S. Harris |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/27/2006 | TIME: | 9:00am-9:25am |

COURT ACTION:  EP:  Plaintiff's Motion to Continue Defendant's Motion for Summary Judgment.

Oral arguments heard.

Plaintiff's Motion to Continue Defendant's Motion for Summary Judgment- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager