## MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 04-00154DAE-BMK

CASE NAME:      Jon Muse v. Home Depot USA, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Barry M. Kurren            REPORTER:

DATE:     2/28/2006                  TIME:

---

COURT ACTION: EO: New dates given at the agreement of the parties. Court to prepare an amended scheduling order.

1.   Non-jury trial on October 24, 2006 at 9:00 a.m. before DAE
2.   Final Pretrial Conference on September 12, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by September 5, 2006
5.
6.
7.
8a.  File Motions in Limine by October 3, 2006
8b.  File opposition memo to a Motion in Limine by October 10, 2006
11a.
11b.
12.  Discovery deadline August 25, 2006
13.  Settlement Conference set for August 16, 2006 at 10:00 a.m. before BMK
14.  Settlement Conference statements by August 9, 2006
20.
21.  File Final witness list by October 3, 2006
24.  Exchange Exhibit and Demonstrative aids by September 26, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 3, 2006
26.  File objections to the Exhibits by October 10, 2006
28a. File Deposition Excerpt Designations by October 3, 2006

28b. File Deposition Counter Designations and Objections by October 10, 2006
29. File Trial Brief by October 10, 2006
30. File Findings of Fact & Conclusions of Law by October 10, 2006


cc: Tammy Kimura


Submitted by Richlyn Young, Courtroom Manager