**ORIGINAL**

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
(jsh@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorney for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | CIVIL NO.  CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL CITATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:    continued indefinitely<br>Time:    continued indefinitely<br>Judge:   Hon. David A. Ezra<br><br>Trial:   November 7, 2006 |

619937.V1

## DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL CITATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Home Depot USA, Inc. submits the following supplemental citation, in support of its motion for summary judgment that no federal or state statute requires Defendant to allow Plaintiff to say "c_nt" and "n_gger" to Defendant's customers and employees:

> Ash v. Tyson Foods, 546 U.S. ___ (February 21, 2006) (employer's use of the term "boy" when addressing an African American worker might have been evidence of discrimination, even without a racial designation).

A copy of the United States Supreme Court's recent opinion is attached as Exhibit "A".

Dated: Honolulu, Hawaii, March 1, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_____
JEFFREY S. HARRIS
Attorney for Defendant
HOME DEPOT USA INC.