IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>      Defendant. | CIVIL NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I hereby certify on this date, a true and accurate copy of the foregoing document was duly served upon the following individuals by depositing same in the United States Mail, postage prepaid, addressed as follows:

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort St., #400
    Honolulu, HI  96813

    and

    BRUCE F. SHERMAN, ESQ.
    1164 Bishop Street, #124
    Honolulu, HI  96813

    Attorneys for Plaintiff
    JON MUSE

619937.V1

-2-

Dated: Honolulu, Hawaii, March 1, 2006.

                                    TORKILDSON, KATZ, FONSECA,
                                    MOORE & HETHERINGTON,
                                    Attorneys at Law, A Law Corporation

                                    _____
                                    JEFFREY S. HARRIS
                                    Attorney for Defendant
                                    HOME DEPOT USA INC.