EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for the
United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff<br><br>   vs.<br><br>HOME DEPOT USA, INC.,<br><br>       Defendants. | ) CIVIL NO. 04-00154 DAE BMK<br>)<br>)<br>)<br>) UNITED STATES' RESPONSE TO<br>) NOTICE OF CHALLENGE TO<br>) CONSTITUTIONALITY OF FEDERAL<br>) STATUTE; CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

**UNITED STATES' RESPONSE TO NOTICE OF CHALLENGE TO
CONSTITUTIONALITY OF FEDERAL STATUTE**

Pursuant to the Court's Notice of Challenge to
Constitutionality of State and Federal Statutes dated February
17, 2006, the United States responds as follows to Defendant Home
Depot's Motion for Summary Judgment.

As to Defendant's claim that the enforcement of Title
III in this case would be violation of the First Amendment
protection against ideological speech, the United States does not

believe there is merit to this claim nor does this court need to address Defendant's constitutional challenge to the ADA.

The novel issue of commercial speech raised by Defendant's memorandum in support of their motion is not one previously encountered or argued in this circuit and to decide the case on that basis, this court would be unnecessarily reaching the constitutional issue in this case where there may well be no statutory prohibition against Defendant's challenged actions.  In an analogous employment situation, other courts have declined to reach a constitutionality issue when there is a statutory basis upon which to rule.  In Ray v. Kroger Co. No. 03-12919, 2003 WL 23018292 (11th Cir. (Ga.) Dec 17, 2003), the court affirmed a district court decision that an employee of a discount retail store could be held to general standards of behavior and using inappropriate or offensive language could be a basis to terminate an employee, even one with a disability like Tourette Syndrome.  The ADA does not prohibit an entity from fairly enforcing universal standards of behavior and language in the workplace and persons with disabilities must abide by such standards as well.

Without suggesting an outcome or taking a position in favor of Plaintiff or Defendant, the United States believes that Defendant's challenge to the constitutionality of the ADA is not sustainable unless Plaintiff or Defendant are able to demonstrate

that the ADA would in fact prohibit or provide an exception to
Defendant's act or omission, which is the basis for the
disability discrimination claim.

DATED:  March 23, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee

By_____
  HARRY YEE
  Assistant U.S. Attorney

Attorneys for the
United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
JON MUSE,                     ) CIVIL NO. 04-00154 DAE BMK
                              )
            Plaintiff         ) CERTIFICATE OF SERVICE
                              )
      vs.                     )
                              )
                              )
HOME DEPOT USA, INC.,         )
                              )
            Defendants.       )
_____ )
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 23, 2006, and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Jan Muranaka Boivin
jboivin@marrhipp.com
bchang@marrhipp.com
MHJW_Efiling@marrhipp.com

Jeffrey S. Harris
jsh@torkildson.com

Stanley E. Levin
slevin@davislevin.com
debbie@davislevin.com

Heather M. Rickenbrode
hmr@torkildson.com

Bruce F. Sherman
Failey52@hawaii.rr.com

Served by First Class Mail:

Thomas F. Feeney
1164 Bishop Street, Suite 124
Honolulu, Hawaii  96813

Mark Bennett
Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813

DATED:  March 23, 2006, at Honolulu, Hawaii.


/s/ Jan Yoneda

_____

2