ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
HEATHER M. RICKENBRODE       8174-0
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 3 2006

at 3 o'clock and 0 min P m
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT USA, INC.<br><br>　　　　Defendant. | CIVIL NO. 04-00154 DAE-BMK<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE; CERTIFICATE OF SERVICE<br><br><br><br>Judge:　Hon. Barry M. Kurren |

NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE

NOTICE IS HEREBY GIVEN that Jan M. Boivin, Esq. shall be taken off the Court's service list as she is no longer with the firm of Torkildson, Katz, Fonseca, Moore & Hetherington. Service for Defendant Home Depot U.S.A., Inc.

shall be as follows:

        JEFFREY S. HARRIS, ESQ.
        HEATHER M. RICKENBRODE, ESQ.
        Torkildson, Katz, Fonseca, Moore & Hetherington
        700 Bishop St., 15th Floor
        Honolulu, HI 96813

DATED: Honolulu, Hawaii, March 23, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        _____
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.<br><br>    Defendant. | CIVIL NO. 04-00154 DAE-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2006, a true and correct copy of the foregoing document was duly served upon the following individuals at either their last known address via U.S. first-class mail, postage prepaid or by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

STANLEY E. LEVIN, ESQ.     [via U.S. mail]
Davis Levin Livingston Grande
851 Fort Street, # 400
Honolulu, Hawaii 96813


BRUCE F. SHERMAN, ESQ.     [via U.S. mail]
1164 Bishop Street, # 124
Honolulu, Hawaii 96813

Attorneys for Plaintiff
JON MUSE


DATED: Honolulu, Hawaii, March 23, 2006.

                TORKILDSON, KATZ, FONSECA,
                MOORE & HETHERINGTON,
                Attorneys at Law, A Law Corporation

                /s/
                _____
                JEFFREY S. HARRIS
                HEATHER M. RICKENBRODE
                Attorneys for Defendant
                HOME DEPOT USA, INC.