IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CV. NO. 04-00154 DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HOME DEPOT USA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER DENYING (1) PLAINTIFF'S THIRD MOTION
TO COMPEL DISCOVERY; (2) PLAINTIFF'S MOTION TO
STRIKE DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S
THIRD MOTION TO COMPEL; AND (3) DEFENDANT'S COUNTER
<u>MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL</u>

Plaintiff's (1) Third Motion To Compel Discovery; (2) Plaintiff's

Motion To Strike Defendant's Counter Motion To Plaintiff's Third Motion To

Compel; and (3) Defendant's Counter Motion To Plaintiff's Third Motion To

Compel were heard on January 24, 2006.  The Court incorporates herein its

opinion, orally delivered at the conclusion of the January 24, 2006 hearing.  For the

reasons stated therein, the Court DENIES (1) Plaintiff's Third Motion To Compel

Discovery; (2) Plaintiff's Motion To Strike Defendant's Counter Motion To

Plaintiff's Third Motion To Compel; and (3) Defendant's Counter Motion To Plaintiff's Third Motion To Compel.

    IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 5, 2006

MUSE V. HOME DEPOT USA, INC.; CV. NO. 04-00154 DAE-BMK; ORDER DENYING (1) PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY; (2) PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL; AND (3) DEFENDANT'S COUNTER MOTION TO PLAINTIFF'S THIRD MOTION TO COMPEL