IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS |

**DEFENDANT HOME DEPOT USA, INC.'S
MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

Pursuant to Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure, Defendant Home Depot USA, Inc. ("Defendant"), by and through its undersigned counsel, Torkildson, Katz, Fonseca, Moore & Hetherington, Attorneys At Law, A Law Corporation, hereby moves this Court for an Order:

**A.** Compelling Plaintiff to:

(1) Supplement his answer to Question 1 of Defendant's Second Request for Answers to Interrogatories by describing in detail the method of calculating the compensatory and punitive damages to which Plaintiff has claimed entitlement;

(2) Produce (a) any and all documents relating or referring to income earned by Plaintiff from any and all sources since December 1996; and (b) any and all tax returns filed by Plaintiff since 1996;

(3)   Supplement his answer to Question 2 of Defendant's Second Request for Answers to Interrogatories by providing detailed summaries of the knowledge that Dr. Samuel H. Zinner, Dr. William P. Sheehan, and Dr. Wray Y. Tsuzaki possess regarding damages Plaintiff has claimed to have suffered; and

**B.**   Awarding Defendant its reasonable expenses, including attorneys' fees, in compelling Plaintiff to respond to Defendant's discovery requests.

This Motion is based upon the memorandum submitted herewith, the Declaration of Counsel and Exhibits "A" – "F" attached thereto, and the records and files herein.

DATED: Honolulu, Hawaii, April ___, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_____
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.