TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE   8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>NOTICE OF HEARING; DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A" – "F"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Hon. Barry M. Kurren<br>Trial: October 24, 2006 |

621566.V3

## NOTICE OF HEARING

To:   Stanley E. Levin, Esq.
      Davis Levin Livingston Grande
      851 Fort Street, #400
      Honolulu, Hawaii 96813

      Bruce Sherman, Esq.
      1164 Bishop Street, Suite 124
      Honolulu, HI 96813

      Attorneys for Plaintiff
      JON MUSE

NOTICE IS HEREBY GIVEN that Defendant's Motion to Compel Discovery and for Sanctions shall come on for hearing before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his Courtroom at 300 Ala Moana Blvd., Prince Kuhio Federal Building, Honolulu, Hawaii, at _____ \_\_\_.m. on _____, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, April \_\_\_, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_____
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.