IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF COUNSEL |

### DECLARATION OF COUNSEL

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1. I am an attorney duly licensed to practice before all courts in the State of Hawaii and am an attorney with Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC., ("Defendant") in this action. All statements made herein are based upon personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of Defendant Home Depot USA, Inc.'s Second Request for Answers to Interrogatories to Plaintiff Jon Muse.

3. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Response Defendant Home Depot USA, Inc.'s Second Request for Answers to

621566.V3

Interrogatories to Plaintiff Jon Muse dated January 24, 2006.

4. The parties had a telephonic conference on March 8, 2006 regarding discovery matters.

5. During the teleconference, I requested that Plaintiff's counsel supplement the response given for Interrogatory No. 1 and Interrogatory No. 2 of Defendant's Second Request for Answers to Interrogatories.

6. Plaintiff's counsel refused to supplement the response to Interrogatory No. 1 and Interrogatory No. 2. Plaintiff's counsel failed to state any valid grounds to justify this refusal.

7. Attached hereto as Exhibit "C" is a true and correct copy of Defendant Home Depot USA, Inc.'s Second Request for Production of Documents to Plaintiff Jon Muse dated January 24, 2006.

8. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's Response to Defendant Home Depot USA, Inc.'s Second Request for Production of Documents to Plaintiff Jon Muse dated January 24, 2006.

9. During the discovery teleconference on March 8, 2006, I requested that Plaintiff's counsel withdraw the relevance objections to Defendant's request for production of Plaintiff's financial records and tax returns dated from 1996 to 2006.

10. Plaintiff's counsel refused to withdraw the relevance objections and

produce Plaintiff's financial records and tax returns dated from 1996 to 2006.

11. Attached hereto as Exhibit "E" is a true and correct copy of Dr. Samuel H. Zinner's Expert Report for Jon R. Muse, dated September 20, 2005.

12. Attached hereto as Exhibit "F" is a true and correct copy of the clinical notes Plaintiff produced in response to Defendant's First Request for Production of Documents.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, April 6, 2006.

_____
JEFFREY S. HARRIS