OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN   1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) PLAINTIFF'S RESPONSE TO |
| vs. | ) DEFENDANT HOME DEPOT USA, |
| | ) INC.'S SECOND REQUEST FOR |
| HOME DEPOT USA, INC., | ) ANSWERS TO |
| | ) INTERROGATORIES TO |
| Defendant. | ) PLAINTIFF JON MUSE DATED |
| | ) JANUARY 24, 2006 |
| | ) |

EXHIBIT "B"

**PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006**

TO:   JEFFREY S. HARRIS, ESQ.
       CLAYTON A. KAMIDA, ESQ.
       TORKILDSON, KATZ, FONSECA,
       MOORE & HEATHERINGTON
       700 Bishop Street, 15th Floor
       Honolulu, Hawaii 96813

Plaintiff Jon Muse, by and through his above named attorneys, responds to Defendant Home Depot USA, Inc.'s Second Request For Answers To Interrogatories To Plaintiff Jon Muse Dated January 24, 2006. Said response to interrogatories is attached hereto.

       DATED: Honolulu, Hawaii, February 23, 2006.

 

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

2

## **INTERROGATORIES**

NO. 1:
For all damages you are claiming, describe in detail each and every item and or category of damage, together with the method of calculation, and describe all documents and/or evidentiary material on which your computation is based upon, including all material bearing on the nature and extent of injuries allegedly suffered by you.

Answer:

Punitive Damages
Compensatory Damages for psychological injury, embarrassment and alienation. I am entitled to compensatory damages and punitive damages to address the humiliation, anguish, emotional distress, and the inconvenience caused by Defendant's failure to provide reasonable accommodations. I am having a "hard time" emotionally after the incident and the second incident.

Barnes v. Gorman, 536 U.S. 181 (2002)
Expert report of Dr. Samuel H. Zinner
Testimony of Dr. Samuel H. Zinner
Testimony of Dr. William Sheehan

NO. 2:
Please identify each and every person who you believe has information or knowledge related to any of the damages stated above in Interrogatory No. 1. Please include their name, address, telephone number, and a detailed summary of the knowledge they possess.

Answer:

Samuel H. Zinner, M.D., Assistant Professor – Pediatrics
University of Washington, Center on Human Development and Disability,
Box 357920
Seattle, WA 98195-7920,
Tel: (206) 685-1290, Fax: 206.543.577

See Expert Report of Dr. Zinner

Dr. William P. Sheehan
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

See clinical notes provided in Plaintiff's first response to request for production of documents.

Dr. Wray Y. Tsuzaki
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

NO. 3:
Do you claim that you lost personal income or earnings as a result of any alleged wrongful conduct by Defendants? If so, state the amount of loss, together with an explanation of how it is computed (including, wages, benefits, etc.)

Answer: No

NO. 4
Do you claim that you lost clients or potential clients as a result of any alleged wrongful conduct by Defendants? If so, state the amount of loss, together with an explanation of how it is computed (including, wages, benefits, etc.) and the name, address, and contact information for these clients or potential clients.

Answer: No

NO. 5
Describe any and all injuries and/or adverse medical conditions suffered by you as a result of the alleged discrimination and retaliation.

Answer:

I suffered psychological injury. I suffered embarrassment. I suffered alienation.

NO. 6
Please identify each and every current of former Home Depot USA, Inc. employee who you have spoken to you in connection with this matter. Please include their name, address, telephone number, and a detailed summary of the knowledge they possess.

Answer:

I have spoken only to those employees or former employee involved in the original incident that is the subject of this litigation. I do not have their address or telephone number. The statements which are contained in Defendant's response to Plaintiff's first request of production of documents are the only detailed summary I possess.

Case 1:04-cv-00154-DAE-BMK    Document 110-6    Filed 04/07/2006    Page 5 of 8

## VERIFICATION

STATE OF HAWAII                )
                               ) SS.
CITY AND COUNTY OF HONOLULU    )

JON S. MUSE, being first duly sworn upon oath, deposes and says that he has read the foregoing response to DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE, that he knows the contents hereof, and that the same is true to the best of his information and belief.

_____
JON MUSE

Subscribed and sworn to before me this
26th day of January, 2006.

_____
Notary Public, State of Hawaii
Bette Jo LaCaille
My Commission Expires: 11-11-2009

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>   Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>   Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>CERTIFICATE OF SERVICE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006 |

## CERTIFICATE OF SERVICE REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006

I HEREBY CERTIFY that on February 23, 2006, a copy of the PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED JANUARY 24, 2006 was duly mailed, postage prepaid to the following:

Jeffrey S. Harris, Esq.
Jan K. Boivin, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
FAX NO: 523-6001
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, February 23, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff