Muse, Jon R (MR # 9273016)

Encounter Date: 02/04/2005

Jon R Muse (MR# 9273016)

## Confidential

| | Contact Information |
|---|---|

| Contact Information | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
|---|---|---|---|---|---|
| | 02/04/2005 11:00 AM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Wpo | 6807375 | WPO |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
OTHER [239]
OTHER [239]
    Comment: Tourette's

**Diagnoses**

Visit Diagnoses
GILLES DE LA TOURETTE'S SYNDROME [307.23A]
TOBACCO DEPENDENCE SYNDROME [305.1ZB]

### Orders

| Prescriptions Ordered This Encounter | Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|---|
| | RISPERDAL 1 MG ORAL TAB | 30 | PRN | 2/4/2005 | |
| | Sig: Take 1 tab po q hs | | | | |
| | Class: Outside Pharmacy | | | | |
| | Route: Oral | | | | |
| | VIAGRA 100 MG ORAL TAB | 2 | PRN | 2/4/2005 | |
| | Sig: Take 1 tab po before relations as directed | | | | |
| | Class: Outside Pharmacy | | | | |
| | Route: Oral | | | | |
| | Non-formulary Exception Code: Patient requests/pays | | | | |

### Visit Summary

**Reason for Visit**

Reason for Visit
OTHER [239]
OTHER [239]
    Comment: Tourette's

**Pain Information**

No pain information on file

**Visit Notes**

SHEEHAN, WILLIAM P (M.D.)  2/4/2005  12:07 pm
30 Minute Psychiatry appointment starting at 11
Pt comes to today's appointment alone.

SUBJECTIVE: Would like to try Risperdal. Believes he can afford it. Still has tics, coprolalia. Works alone, as nurseryman. 15 years sobriety, 2 years no gambling.

Stopped caffeine pills. Smokes till, but is contemplating stopping that.

OBJECTIVE: Vocal and motor tics evident. We discussed trial of risperidone

EXHIBIT "F"

Muse, Jon R (MR # 9273016)

(Risperdal)
and benefits and risks.

ASSESSMENT: For diagnosis, see Diagnosis section.
I believe a trial of Risperdal is reasonable.

PLAN: Risperdal 1mg q hs, with .haldol for first month and stop haldol with option
to increase Risperdal to 2 mg in second month.

Stay wiht benadryl at night. Viagra for erectile dysfunction.

More regular schedule.

**Progress Notes**

**Routing History**

**Patient Instructions**

Vitamin E is 400IU daily.

Any multi vitamin once daily is fine.

Risperdal is 1 mg at bedtime, with haldol for first month then stop the haldol.

## Allergies

| Allergies as of 02/04/2005 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 12/23/2004

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| Muse, Jon R (9273016) | Male | 4/18/1961 |

**Encounter Status**    Closed by SHEEHAN, WILLIAM P (M.D.) on 2/4/05 at 12:07 PM

**Confidential**

Jon R Muse (MR# 9273016)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 11/08/2004 2:00 PM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Alm | 5878824 | AL2 |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
MEDICATION REVIEW [589]

**Diagnoses**

Visit Diagnosis
GILLES DE LA TOURETTE'S SYNDROME [307.23A]

---

### Visit Summary

**Reason for Visit**

Reason for Visit
MEDICATION REVIEW [589]

**Pain Information**

No pain information on file

**Visit Notes**

SHEEHAN, WILLIAM P (M.D.)   11/8/2004  2:42 pm
30 Minute Psychiatry appointment starting at 2pm.
Pt comes to today's appointment alone.

SUBJECTIVE: Takes medication once daily regularly. Abstinent from drugs, alcohol, gambling. Tics are still present.

OBJECTIVE: Affect and mood normal today. Some motor and vocal tics present.  we reviewed behavioral management of Tourette's and stress management, as well as medication risks and beneifts.

ASSESSMENT:For diagnosis, see Diagnosis section.
Due to financial limitations, he is chosing to stay with haloperidol for now.

PLAN:Stay with haloperidol at 5mg hs, and .benadryl 150mg at hs.
Contiue recovery and stay clean and sober.

Active Medications as of 11/08/2004:
HALOPERIDOL 5 MG ORAL TAB, TAKE 1 TAB PO BID, Disp: 60, Rfl: PRN
DIPHENHYDRAMINE HCL 25 MG ORAL CAP, TAKE ACCORDING TO PACKAGE INSTRUCTIONS, Disp: 100, Rfl: 0

**Progress Notes**

**Follow-up and Disposition**

Disposition
Return if symptoms worsen or fail to improve.

**Routing History**

| Patient Instructions | Patient Instructions |
|---|---|
| | None. |

## Allergies

| Allergies as of 11/08/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | . Unspecified | 2004-01-05;HISTORY |

**Date Reviewed:** 10/30/2004

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

| Encounter Status | Closed by SHEEHAN, WILLIAM P (M.D.) on 11/8/04 at 2:42 PM |
|---|---|

004

# Scheduled Telephone Encounter

Jon R Muse (MR# 9273016)

| Encounter Information | Date & Time | Provider | Department | Center |
|---|---|---|---|---|
| | 09/21/2004 4:01 PM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Alm | AL2 |

**Reason for Visit**

Reason for Visit
ANXIETY [18]

## Telephone Contact Summary

**Patient Demographics**

| Address | Home Phone | Work Phone |
|---|---|---|
| 1219 KOKEA ST #E101 HONOLULU, HI 96817 | 808-845-4931 | 808-224-9011 |

## Visit Summary

**Visit Notes**

SHEEHAN, WILLIAM P (M.D.)        9/24/2004 4:50 pm
30 minute call with pt.
SUBJECTIVE:
Anxiety continues, feels stress at work. Has own business, does most of the work himself. Subject to weather, supply of flowers, availabilty of product. As a small business owner, never has certainty of business nor income.  Cannot work on hourly job as his Tourette's prohibits it.

Stays with friends, no gambling, no caffeine, no alcohol, no drugs.

Uses haloperidol 5mg bid and benadryl 150 at night.

OBJECTIVE:
Good conversation, not depressed. We reviewed mangement of Tourette's and how to manage stress better.

ASSESSMENT:
Tourette's Disorder, severe and persistent.  No drug coverage so medication very expensive. Has episodes of depression when feels overwhelmed due to stress.

PLAN:
Will continue haloperidol(affordable) and diphenhydramine.
He'll continue effort to manage work load, and anticipate stressors and manage them rather than react to them.

**Progress Notes**

**Diagnoses**

Visit Diagnosis
GILLES DE LA TOURETTE'S SYNDROME [307.23A]

## Orders

| Prescriptions Ordered This Encounter | Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|---|
| | HALOPERIDOL 5 MG ORAL TAB | 60 | PRN | 9/21/2004 | |
| | Sig: TAKE 1 TAB PO BID | | | | |
| | Class: Historical/Sample | | | | |
| | Route: Oral | | | | |
| | DIPHENHYDRAMINE HCL 25 MG ORAL CAP | 100 | 0/0 | 9/21/2004 | |

005

**Sig:** TAKE ACCORDING TO PACKAGE INSTRUCTIONS
**Class:** Historical/Sample
**Route:** Oral

| Patient Instructions | Patient Instructions |
|---|---|
| | None. |

**Follow-up and Disposition** — Disposition
Return in about 3 months (around 12/21/2004).

## Allergies

| Allergies as of 09/21/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

**Date Reviewed:** 08/25/2004

**Encounter Status** — Closed by SHEEHAN, WILLIAM P (M.D.) on 9/21/04 at 4:50 PM

---

# Telephone

Jon R Muse (MR# 9273016)

## Patient Information

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

| Patient Demographics | Address | Home Phone | Work Phone |
|---|---|---|---|
| | 1219 KOKEA ST #E101 HONOLULU, HI 96817 | 808-845-4931 | 808-224-9011 |

## Telephone Contact Summary

| Encounter Information | Date & Time | Provider | Department | Center |
|---|---|---|---|---|
| | 09/13/2004 3:42 PM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Alm | AL2 |

| Reason for Call | Reason for Call | Date of Onset |
|---|---|---|
| | STRESS [321] | 9/13/04 |

**Progress Notes**  >> WILLIAM M( M. D.) SHEEHAN Mon Sep 13, 2004  3:50 PM
Call with patient.

High stress level continues. Feels overwhelmed with work and not allow self to overwhelm self with worry and problems.  Worried about work, self, mother's health, future income.

He felt better after talking. Will come next week for appt.

006

**Created by**  William P (M.D.) Sheehan on 9/13/2004

**Routing History**

---

**Patient Instructions**

Patient Instructions

None.

---

### Allergies

| Allergies as of 09/13/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 08/25/2004

---

**Encounter Status**  Closed by SHEEHAN, WILLIAM P (M.D.) on 9/13/04 at 3:50 PM

---

| | |
|---|---|
| tomach pain | |
| ack pain | |
| ain in your arms, legs, or joints | |
| rual pain or problems | |
| ... or problems during sex | |
| leadaches | |
| chest pain | |
| Dizziness | |
| ainting spells | |
| Feeling your heart pound or race | |
| Shortness of breath | |
| Constipation | |
| oose bowels or diarrhea | |
| Nausea, gas or indigestion | X |
| Feeling tired or having low energy | |
| Thinking you should cut down on your drinking or drug use | |
| Drinking or using drugs shortly after waking up | |
| Becoming annoyed at people who have criticized your drinking or drug use | |
| Feeling guilty about your drinking or drug use | |
| Unusual thoughts | |
| Strange experiences | |
| r   onitions | |
| Hearing voices | |
| Nightmares | |

| | |
|---|---|
| Marital conflicts | X |
| Family conflicts | |
| Conflict within yourself | |
| Conflict with another person | |
| Sexual concerns | |
| Financial problems | |
| Overeating being out of control | |
| Eating less than you should | |
| Making yourself vomit or taking laxatives | |
| Little interest or pleasure in doing things | |
| Feeling down, depressed or hopeless | X |
| Suicidal thoughts | |
| Trouble sleeping | X |
| Poor appetite | |
| Trouble with concentration, memory | X |
| Low self esteem or self worth | |
| Low energy | X |
| "Nerves" or feeling anxious or on edge | |
| Worrying about a lot of different things | |
| Anxiety attack (suddenly feeling fear or panic) | |
| Other (please describe): | |

Please let us know about any legal problems you have ever had: Bankruptcy, Behind
Behind in Child - support payments

Does your visit involve a problem with:
☐ the State Welfare System
☐ another Health Care Provider
☐ a Court
☐ a Social Worker with CPS or CFS
☐ another agency or professional person?

☐ an Insurance Company
☐ an Attorney
☐ a Probation or Parole Officer
☐ Workman's Compensation Division

Who should we call in the event of an emergency? What is their name and phone number? 845-4931 km
Jean E. Phillips 949-6147 wk.

Please sign and date this form: X _____    Date: 7/19/0?

97807  10/97 - BACK

008

Please check the appropriate box if you have recently been bothered by the following symptoms:

| | | | |
|---|---|---|---|
| Stomach pain | | Marital conflicts | |
| Back pain | | Family conflicts | ✓ |
| Pain in your arms, legs, or joints | | Conflict within yourself | ✓ |
| ...nstrual pain or problems | | Conflict with another person | |
| Pain or problems during sex | | Sexual concerns | |
| Headaches | | Financial problems | ✓ |
| Chest pain | | Overeating being out of control | |
| Dizziness | | Eating less than you should | ✓ |
| Fainting spells | | Making yourself vomit or taking laxatives | |
| Feeling your heart pound or race | | Little interest or pleasure in doing things | ✓ |
| Shortness of breath | | Feeling down, depressed or hopeless | ✓ |
| Constipation | | Suicidal thoughts | ✓ |
| Loose bowels or diarrhea | | Trouble sleeping | ✓ |
| Nausea, gas or indigestion | | Poor appetite | |
| Feeling tired or having low energy | ✓ | Trouble with concentration, memory | |
| Thinking you should cut down on your drinking or drug use | | Low self esteem or self worth | ✓ |
| | | Low energy | ✓ |
| Drinking or using drugs shortly after waking up | | "Nerves" or feeling anxious or on edge | |
| Becoming annoyed at people who have criticized your drinking or drug use | | Worrying about a lot of different things | ✓ |
| Feeling guilty about your drinking or drug use | | Anxiety attack (suddenly feeling fear or panic) | |
| Unusual thoughts | | Other (please describe): | |
| Strange experiences | | | |
| ...monitions | | | |
| Hearing voices | | | |
| Nightmares | | | |

Please let us know about any legal problems you have ever had: *I filed bankruptcy in 1998*
*I owe about $8,000 in back child support*

Does your visit involve a problem with:
☐ the State Welfare System          ☐ an Insurance Company
☐ another Health Care Provider      ☐ an Attorney
☐ a Court                           ☐ a Probation or Parole Officer
☐ a Social Worker with CPS or CFS   ☐ Workman's Compensation Division
☐ another agency or professional person?

Who should we call in the event of an emergency? What is their name and phone number? *949-6147*
*Jean G. Phillips (Mother) Hm 845-4931   WK # 949-6147*

Please sign and date this form:  X _____          Date: *11/3/03*

**KAISER PERMANENTE**
*Good People. Good Medicine.*

WI # ____

NAME  muse, Jon

BD

## PERSONAL INFORMATION

DATE: 7/19/00

*Please complete both sides of this form before meeting your therapist. This will provide your therapist with information about you, and save time in your first appointment. Thank you for your help.*

### GENERAL INFORMATION

Please explain why you have come in today: To take care of mental health, Depression

If you have ever seen another therapist or counselor / received treatment, please let us know about that: Dr. Mark K.K. Zen Psychiatry

What do you do for a living, and where do you work? Self Employed

What are the names of any drugs or medications you use on a regular basis (including prescription drugs, tobacco, caffeine and "recreational drugs" like alcohol and others)? Haldoperidol, Diphenhydramine, caffeine, tabacco

Please let us know if you have any drug allergies: None

Please list anyone in your family who has ever been diagnosed or treated for Mental Health problems or Drug/Alcohol problems in the past, and what was their diagnosis: ____

Please let us know about your family by checking all that apply:

| Name | Age | Lives With Me | If Deceased, Age & Year of Death | How do you get along with this person? |
|------|-----|---------------|----------------------------------|----------------------------------------|
| **Current Spouse/Partner** (How long have you been together?) | | | | |
| **Children** Justin A. Muse | 9 | | | Very Well |
| | | | | |
| | | | | |
| **Former Spouse/Partner(s)** Jo Ann McKay | 41 | | | OK |
| **Others Living in Household Now** Jean E. Phillips (Mother) | 73 | | | Not Well |
| **Father** Clyde R. Muse | 68 | | | Well |
| **Mother** | | | | |
| **Step Parents** | | | | |
| **Sisters & Brothers** (in order of birth) Michell A. Johnson | 43 | | | Somewhat OK |

97807 10/97 - FRONT

010

**KAISER PERMANENTE**
*Good People. Good Medicine.*

MR# 9 27 30 15

NAME HUSE.JON.R

BD M 04 13 1961 R H1

# PERSONAL INFORMATION

DATE: 11/3/03

11 03 03

*Please complete both sides of this form before meeting your therapist. This will provide your therapist with information about you, and save time in your first appointment. Thank you for your help.*

## GENERAL INFORMATION

Please explain why you have come in today: To treat Tourettes Syndrome + Depression

If you have ever seen another therapist or counselor / received treatment, please let us know about that: I used to See Dr. Len - he is a psychiatrist at Queens

What do you do for a living, and where do you work? I am self-employed and I work in Kahaluu + have a nursery out there

What are the names of any drugs or medications you use on a regular basis (including prescription drugs, tobacco, caffeine and "recreational drugs" like alcohol and others)? I smoke cigarettes and drink coffee. I do not use alcohol or illegal drugs. I am currently taking Haldol and Diphenhydramine

Please let us know if you have any drug allergies: None

Please list anyone in your family who has ever been diagnosed or treated for Mental Health problems or Drug/Alcohol problems in the past, and what was their diagnosis: None

Please let us know about your family by checking all that apply:

| Name | Age | Lives With Me | If Deceased, Age & Year of Death | How do you get along with this person? |
|---|---|---|---|---|
| **Current Spouse/Partner (How long have you been together?)** | | | | |
| Children  Justin A Muse | 12 | Yes | | Very well |
| | | | | |
| | | | | |
| **Former Spouse/Partner(s)** | | | | |
| **Others Living in Household Now** | | | | |
| Father  Deceased | | | 72 2002 | |
| Mother  Jean E Phillips | 77 | Yes | | |
| **Step Parents** | | | | |
| **Sisters & Brothers (in order of birth)** | | | | |
| Michele Johnson | 46 | No | | |

97807  10/97 - FRONT

011

KAISER PERMANENTE®
MEDICAL LABORATORIES □ HAWAII REGION
3288 MOANALUA RD. • HONOLULU, HI 96819
S.A.A. HONDA, M.D., DIRECTOR

02/09/2004
18:56
EPISODE-START: 02/09/2004

PATIENT PH. 8088454931

MR # 9273016
ACCT # 9273016

| PATIENT NAME | | |
|---|---|---|
| MUSE,JON R | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 9273016 | M | 04/18/1961 |
| UC LOC.  LOC. | | |
| UC84  16 | | |

DOCTOR(S)
SHEEHAN M.D., WILLIA (3284)*

M77388  COLL: 02/09/2004 10:19 REC: 02/09/2004 10:20 PHYS: SHEEHAN M.D., WILLIAM P

CBC with auto diff              REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

AST(SGOT)                       REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

BLOOD UREA NITROGEN             REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

CREATININE BLOOD                REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

LIPID PROFILE                   REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

ELECTROLYTES                    REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

TSH                             REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

HEPATITIS C VIRUS ANTIBODY      REQUEST CREDITED
                                PATIENT INSTRUCTED TO RETURN AFTER FASTING 12-14 HRS.

MUSE,JON R

MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD., HONOLULU, HI 96819
S.A.A. HONDA, M.D., DIRECTOR

02/18/2004
18:56
EPISODE-START: 02/09/2004

PATIENT NAME

MUSE, JON R
MEDICAL RECORD NO.                SEX   BIRTHDATE

PATIENT PH. 8088454931            9273016         M   04/18/1961

UC LOC.   LOC.

DOCTOR(S)

SHEEHAN M.D., WILLIA (3284)*                      UC34  16

W9013  COLL: 02/18/2004 11:56 REC: 02/18/2004 11:57 PHYS: SHEEHAN M.D., WILLIAM P

| CBC with auto diff | | | | |
|---|---|---|---|---|
| WBC COUNT | 8.0 | [4.8-10.8] | K/ul | (M7) |
| RBC COUNT | 5.33 | [4.15-6.10] | M/ul | (M7) |
| HEMOGLOBIN | 16.4 | [12.5-18.0] | gM/dl | (M7) |
| HEMATOCRIT | 47.8 | [37.5-52.0] | % | (M7) |
| MCV | 89.7 | [80-99] | FL | (M7) |
| MCHC | 34.3 | [32-37] | gM/dl | (M7) |
| RBC DISTRIB. WIDTH | 13.0 | [11.5-14.5] | % | (M7) |
| PLATELET | 228 | [130-440] | K/ul | (M7) |
| DIFFERENTIAL | AUTOMATED | | | (M7) |
| LYMPHOCYTES | 3.9 | [1-6] | K/ul | (M7) |
| | 48.5% | | | |
| NEUTROPHILS | 3.3 | [1.8-8] | K/ul | (M7) |
| | 41.4% | | | |
| EOSINOPHILS | 0.3 | [0.0-0.65] | K/ul | (M7) |
| | 3.5% | | | |
| BASOPHILS | 0.0 | [0.0-0.20] | K/ul | (M7) |
| | 0.5% | | | |
| MONOCYTES | 0.5 | [0.0-0.80] | K/ul | (M7) |
| | 6.1% | | | |
| AST(SGOT) | 24 | [11-41] | U/L | (M7) |
| BLOOD UREA NITROGEN | 12 | [8-20] | Mg/dl | (M7) |
| CREATININE BLOOD | 0.8 | [0.5-1.2] | Mg/dl | (M7) |
| ELECTROLYTES | | | | |
| SODIUM | 138 | [135-145] | MMol/L | (M7) |
| POTASSIUM | 4.2 | [3.5-5.3] | MMol/L | (M7) |
| CHLORIDE | 104 | [98-108] | MMol/L | (M7) |
| BICARBONATE | 28 | [22-32] | MMol/L | (M7) |

(M7) = Performed at KP Regional Lab, 3288 Moanalua Rd., Honolulu, HI 96819

013

MUSE, JON R                    END OF REPORT
02/18/2004  18:56                                INTERIM REPORT - NOT F

02/19/2004  18:57
EPISODE-START: 02/09/2004

PATIENT PH. 8088454931

MEDICAL LABORATORIES - HAWAII REGION
3288 MOANALUA RD., HONOLULU, HI 96819
S.A.A. HONDA, M.D., DIRECTOR

| PATIENT NAME | | |
| --- | --- | --- |
| MUSE,JON R | | |
| MEDICAL RECORD NO. | SEX | BIRTHDATE |
| 9273016 | M | 04/18/1961 |
| UC LOC. | LOC. | |
| UC84  16 | | |

DOCTOR(S)
SHEEHAN M.D., WILLIA (3284)*

---

W9013  COLL: 02/18/2004 11:56 REC: 02/18/2004 11:57 PHYS: SHEEHAN M.D., WILLIAM P

LIPID PROFILE
SERUM APPEARANCE              SLIGHTLY LIPEMIC                              (M7)
                             CHYLOMICRONS ABSENT
                             (appearance after 24 hrs refrigeration)
CHOLESTEROL        H    239     [<200]           mg/dl        (M7)
TRIGLYCERIDE       H    219     [<200]           mg/dl        (M7)
HDL                L    30      [>34]            mg/dl        (M7)
CHOL/HDL RATIO          8.0                                   (M7)
                        Average Risk of Heart Disease
                          Females: 4.4  Males: 5.0
VLDL               H    44      [0-40]           mg/dl        (M7)
LDL                H    165     [10-129]         mg/dl        (M7)

TSH                     1.40    [0.35-5.50]      uIU/ml       (M7)

HEPATITIS C VIRUS ANTIBODY                                   (M7)
                             NEGATIVE
                             Reference Range: Negative

(M7) = Performed at KP Regional Lab, 3288 Moanalua Rd., Honolulu, HI 96819



014

**Mental Status Examination (Please circle)**

| | | |
|---|---|---|
| Orientation | WNL  IMP _____ |
| Memory | WNL  IMP _____ |
| Psychomotor Level | WNL  IMP _____ |
| Mood/Affect | WNL  IMP _____ |
| gnition | WNL  IMP _____ |

Comments: _____

**(Please check):**

| | |
|---|---|
| Cooperative? | ☑Yes ☐No |
| Unusual Appearance? | ☐Yes ☑No |
| Lacks Insight? | ☐Yes ☑No |
| Psychotic? | ☐Yes ☑No |
| Threatening/assaultive? | ☐Yes ☑No |
| Suicidal? | ☐Yes ☑No |
| Gravely Disabled? | ☐Yes ☑No |
| Addictive Behavior? | ☐Yes ☑No |

**Formulation of Problem:** Coprolalic; tongue thrusts evident

_____
_____
_____
_____
_____

**Diagnosis:**

**Axis I (Clinical Disorders):** 307.23 Tourettes Disorder
311 Depression

**Axis II (PDO/Mental Retardation):** Polysubstance Dependence in Sustained Full Remission

**Axis III (General Medical Conditions):** _____

**s IV (Psychosocial/Environmental):** 1-None    2-Mild    3-Moderate    (4-Severe)    5-Extreme    6-Catastrophic    0-Inadequate Info/No Change

**Axis V:**

GAF current
100 —— 90 —— 80 —— (70) —— 60 —— 50 —— 40 —— 30 —— 20 —— 10 —— 0
GAF past year

**Treatment Goals:** _____

**Treatment Plan:** 1— Continue medications, set up Therapy
2— Continue recovery with

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

**Therapist's Signature:** W. Sheela    **Date:** 7-19-03

**Additional Diagnostic Notes:** _____
_____
_____
_____

**Therapist's Signature:** _____    **Date:** _____

015

**KAISER PERMANENTE**
*Good People. Good Medicine.*

## INTAKE ASSESSMENT

DATE: 7-19-W

NAME: Jon Muse
BD: 4-18-61

MH ☐ Basic ☐ Sup ☐ HQ  *(attach copy of PINQ)*

| DE APPT. GIVEN (DATE/PROV) | FTKA |
|---|---|
| 1. | |
| 2. | |
| 3. | |

☐ Address/phone numbers confirmed.
PINQ updated *(F8 to update)*
**Other Phone Numbers:** _____

Callers name/relationship (if not the patient): _____
Previous visit to Kaiser MHS? ☐ Yes ☐ No  If Yes, when? *(do MINQ)* _____ Provider: _____
**Patient's summary of present problem:** _____

**Mental Health History:**

| | | Current? | Comments: | | Referred By: | |
|---|---|---|---|---|---|---|
| Substance Abuse | Ø + | ☐N ☐Y | | | Self | ☐ |
| MH Therapy | Ø + | ☐N ☐Y | | | PCP/Provider | ☐ |
| Suicidal: Ideation | Ø + | ☐N ☐Y | | | Court | ☐ |
| Plan | Ø + | ☐N ☐Y | | | Other | ☐ |
| Attempt | Ø + | ☐N ☐Y | | | Work Related? ☐N ☐Y | |
| Hospitalizations | Ø + | | | | | |

**Notes/Instructions Given to Patient/Disposition:** _____

**Therapist's Signature 1:** _____ Date: _____
**Therapist's Signature 2:** _____ Date: _____

## DIAGNOSTIC EVALUATION
Date: 7-18-W

**Chief Complaint** *(patient's own words):* Depressed - since 1989 -

**History of Present Problem:** Age 7 - Dad left; felt abandoned. Mom remarried alcoholic
who beat him; lived ē Dad age 12-15; high school Farrington High 1979
Used drugs/alcohol. Sober 1990

**Patient's expectations for resolution of the problem:** _____

**MH History** *(including hospitalizations):*
Tourette's - since age 7; Anxiety Some OCD
Saw Dr Zen - treatment Paxil 5q (?), Benadryl 150q (?),
Wellbutrin 150q ß daily

**Medical History** *(serious illnesses, current medications):* _____
Healthy otherwise

**Social and Family History:** 10 years recovery from drugs/alcohol
Sister age 43 - OK. Lives ē Mom                                    016
Worked Hotel - 1990-1996 Lost job due to Tourette's
married 1990-93
Self employed - Tropical foliage   Gambling a problem.  once child Anton

**KAISER PERMANENTE**
Hawaii Region

MR #: **9273016**

Name: **MUSE, JON,R**

UC LOC: **ALA**

DOB: **04/18/1961**

employed in a tropical foliage business. He reports gambling is a problem for him. He does not use drugs or alcohol for the past 10 years.

**MENTAL STATUS EXAMINATION:** Attractive, casually dressed and groomed man who looks his stated age. Affect is expressive and appropriate and his mood is serious. Some tongue thrusts are noted, he has motor tics including impulsively sticking his middle finger into the air, looking away, and thrusting his chin forward. He occasionally had coprolalia.

He denies suicidal or homicidal ideation, and he was not psychotic.

**DISCUSSION:** Long history of Tourette's disorder, history of compulsive behavior including drug and alcohol use and gambling, fortunately his substance abuse has been in remission for 10 years, but I think gambling may still be a bit of a problem for him. He also has depression, most of which seems to be due to the residual of childhood trauma, living with Tourette's disorder, and the recent breakup of a relationship.

**PRELIMINARY DIAGNOSIS:**
1.  307.23, Tourette's disorder.
2.  311, depression.
3.  History of polysubstance dependence, in sustained full remission.

**TREATMENT PLAN:**
1.  Records have been sent for from Dr. Zen's office.
2.  For the time being, I am going to continue him on his current medications consisting of haloperidol 5 mg at bedtime, Benadryl 150 mg at bedtime, and will increase the Wellbutrin SR to 150 mg twice a day.
3.  Will refer him to Therapy, to help him adjust to the depression, and move on with his life.
4.  I also referred him to Department of Vocational Rehabilitation, his intake appointment is on Tuesday, August 8, 2000, at 10:00 a.m.

*William Sheehan*
WILLIAM P. SHEEHAN, M.D.
WPS/bkb
D: 07/19/2000
T: 07/25/2000
Job Id: 42766/MRN: 9273016

**PROGRESS NOTE**
**Page 2 of 2**

077

0001 3688 (11/93)

# KAISER PERMANENTE
Hawaii Region

MR #: **9273016**          Name: **MUSE, JON,R**

DOB: **04/18/1961**                                    UC LOC: **ALA**

---

**DATE OF PSYCHIATRIC INTAKE VISIT:**     **07/19/2000**

**IDENTIFYING DATA:** Jon Muse is 39-year-old male.

**REASON FOR INTAKE:** New to Kaiser, history of Tourette's disorder and depression.

**BACKGROUND HISTORY:** Jon reports that he had the onset of Tourette's disorder when he was about 9-years-old. He also had symptoms of attention deficit disorder, being inattentive and distractible. He also reports some obsessive and compulsive features as well. When he was seven, his father abandoned the family, and his mother remarried quickly to an alcoholic man. Jon felt abandoned by his father, and then received severe physical abuse at the hands of his stepfather. He became angry, bitter, and rebellious. Then, he lived with his father from age 12 through 15, but his father was married to an alcoholic woman who had a very bad relationship with Jon as well. He returned to Oahu from the Big Island and attended Farrington High School, graduating in 1979. He began to use drugs and alcohol--cocaine, alcohol, cannabis, ultimately using drugs until about 1990, when he became sober and has remained sober ever since. He has been actively working a recovery program since 1990, is a sponsor to other people, and has a sponsor himself.

He began seeing Dr. Mark Zen in 1990, and has received treatment for his Tourette's disorder and depression since then. He can not remember all the medications he tried, but reports "I tried almost all of them " At the present time he is taking Haldol, Benadryl, and Wellbutrin. Records have been requested from Dr. Zen.

At the present time, he has had severe depression, as a result of a breakup of a relationship about a year ago. He also continues to have short attention span and distractibility, and he also has tics including coprolalia, and tongue thrusts.

**PAST PSYCHIATRIC HISTORY:** As above.

**PAST MEDICAL HISTORY:** Generally, he is very healthy, takes no other medications, and has recently had a checkup here at Kaiser that found normal liver function tests, slightly elevated cholesterol, and a negative HIV test.

**SOCIAL AND FAMILY HISTORY:** Jon is divorced, he has one son, age 9, who has attention deficit disorder.

He has a sister, age 43. His parents are divorced, and he currently lives with his mother. He worked at a hotel from 1990 to 1996, but lost the job due to his Tourette's disorder. He is self-

**PROGRESS NOTE**
**Page 1 of 2**

0001 3688 (11/93)

C18

KAISER PERMANENTE.

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

NAME:

Sex/BD: Mrs. 9

| DATE | S | O | A | P | PROBLEM # |
|------|---|---|---|---|-----------|

11/3/00 T.C. to pt. DNA. Chart review.
Called Head R Pogue ~ 1 month. Pt. should
F/U before next refill — P.J.

11-29-00 Dictated disability paper — 20 min

_Sneel_

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

2-5-01   30'

S: Often does not have insurance —
when he does not, he cannot afford
Re medication
Would like to resume Prozac
over take haloperidol regularly;

O   Vocal + motor tics including coprolalia are
pronounced. Depression evident
medication renewal

A.  (1) Tourette's Disorder with Depression - inability
to afford medication has made "long-enough"
trials of antidepressants impossible to date

P -  1- Encouraged him to try generic antidepressant -
declined due to side effects
2- Gave Prozac Rx + sampler.
3- Continue self-improvement
4- Continue haloperidol + Benadryl
meet regularly

_Sneel_

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

8-6-01  Refill medication per request

_Sneel_

48003734 (Rev. 10/99)                      White - OMR/Pro...

**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

U.C. Loc.

MR# 927 3016

NAME Jan Muse

BD 4-18-61

## Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

**Date** 9/29/00    **Diagnosis:** Tourette's Disorder / Depression

**PROGRESS NOTES**

S. Lost insurance benefit. Cannot afford much medicine.
Still la tic, Compulsion, ADHD symptoms.
depression

O. Motor + vocal tics noted. Review of medication.

A ① Tourette's Disorder - not fully responsive to
multiple medication trials over past 15 years.
② Compulsive behavior   ③ Attention deficit

P ① Continue Haloperidol 5mg tx:
Benadryl 150mg tx
② Stop Wellbutrin - cannot afford
③ Trial Prozac 10 mg - 20mg daily - Samples

---

**TREATMENT PLAN**

Patient ☐Will  ☐Will Not  ☐Continues to  ✔ be followed by mental health services staff.

☐Individual Therapy   ☐Group Therapy   ☐Other   Therapist(s): _____
a time

Medication Prescribed: _____
Medication Change:  ☐Yes  ☐No

Referred to: _____
☐Patient declines follow-up in Mental Health Services.
☐Treatment Plan completed, may return as needed.
☐Patient admitted to an inpatient mental health setting at _____ on ___ Mo. ___ Day ___ Yr. (date).
Patient ☐ referred to  ☐ admitted to
substance abuse treatment program at _____ on ___ Mo. ___ Day ___ Yr. (date).

Advised him to apply for QUEST
Meds or able

9/28/00
Mo.  Day  Yr.

**WILLIAM P. SHEEHAN, M.D.**
**BEHAVIORAL HEALTH SERVICES**
KAISER PERMANENTE, HAWAII

☐Therapist's  ☐Psychiatrist's Signature    Provider #

**For more information, please contact:** Mental Health Services, Ph. 945-7696

Canary - Mental Health Chart                      Pink - Provider

White - Progress Note
91702  3/98

020

KAISER PERMANENTE®

PROGRESS NOTES

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

NAME :
Sex/SO :  Jr. Muse

| DATE | S | O | A | P | | PROBLEM # |
|------|---|---|---|---|---|-----------|

8-23-01

S: Still debilitated by tics.
No money for medicine,
no insurance.

O: Motor + vocal tics very prominent.
We reviewed treatment options

A: ① Tourette's Disorder,
     not well responsive to medication
     up till now (See Dr Zen's letter)
   ② Social adversity due to Tourette's

P: ① Continue haloperidol — helpful, affordable.
        (Pt. choice)

   ② Advised about behavioral
        change.
      meet or able                Bill Sheehan

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

7-26-01  Call with pt — reports doing
         well but not having a doctor
         due to not finding anyone to
         accept Medicaid —
         he said he'll continue to look —
         I refilled Haldol + Benadryl for
         him —
                            Bill Sheehan

021

**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

NAME  Jon Muse
3D  4-18-61

# Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

**Date** 11 3 03   **Diagnosis:** Tourettes Disorder Severe

**PROGRESS NOTES**

BP 148/94     P 88

S. Now on Kaiser insurance; still has severe
Tourettes - coprolalia, tics (motor + vocal).
Has severe impairment as a result.
Has own business - police supply

O. Serious mem Multiple motor tic (tongue thrust,
chin jut, head movements, rarer hand + fingers)
Multiple vocal tic - (coprolalia, barks, grunts)

A. Severe Tourettes, Disorder

P. 1. Try Tenex (guanfacine) 1mg BID,
2. Hydroxizine Hs, Benadryl 150g Hs.

## TREATMENT PLAN

Patient ▸ ☑ Will      ☐ Will Not      ☐ Continues to    be followed by mental health services staff.

☐ Individual Therapy    ☐ Group Therapy    ☐ Other    Therapist(s): _____
above

Medication Prescribed:
☐ Medication Change:    ☐ Yes    ☐ No

Referred to: Get old records release in future spots —

☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on __Mo. _Day_ _Yr._ (date).
Patient ▸ ☐ referred to  ☐ admitted to
substance abuse treatment program at _____ on __Mo._ _Day_ _Yr._ (date).

(Sheelan)

Bill Sheely     3254     11 3 03
☐ Therapist's  ☐ Psychiatrist's Signature    Provider #    Mo.  Day  Yr.

**For more information, please contact:** Mental Health Services, Ph. 945-7696

White - Progress Note          Canary - Mental Health Chart          Pink - Provider
91702  3/98

C22

**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

NAME  Jon Muse

BD

# Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations.  Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

**Date** 12/19/03    **Diagnosis:** Tourette's Disorder

**PROGRESS NOTES**

BP 128/94    P 98    WT 200 lbs

S: Guanfacine helps partially. Still has tics.
Coprolalia, both motor + vocal tics.

O: Qualitative decrease of tics noted,
although they are still present.
motor - hand gestures, tongue thrusts
vocal - Coprolalia

A. Tourette's Disorder - severe, not responsive
to medication

P. - ↑ Guanfacine to 1mg TID
- Haloperidol 5 Hs, Benadryl 15 g Hs

**TREATMENT PLAN**

Patient ▶ ☐ Will    ☐ Will Not    ☐ Continues to ☐ be followed by mental health services staff.

☐ Individual Therapy    ☐ Group Therapy    ☐ Other    Therapist(s): _____

Medication Prescribed: _____
Medication Change:  ☐ Yes  ☐ No

Referred to: _____
☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on  Mo. __ Day __ Yr. __ (date).

Patient ▶ ☐ referred to  ☐ admitted to
substance abuse treatment program at _____ on  Mo. __ Day __ Yr. __ (date).

William Sheehan M.D. 3284    3284    12  19  03
☐ Therapist's  ☐ Psychiatrist's Signature    Provider #    Mo.    Day    Yr.

**For more information, please contact:** Mental Health Services, Ph. 945-7696

White - Progress Note    Canary - Mental Health Chart    Pink - Provider
91702 3/98    C23



**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

MR# 9273016
NAME Jon Muse
BD 4-18-61

U.C. Loc.

## Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

**Date** 2/6/04  **Diagnosis:** Tourette's Disorder

**PROGRESS NOTES**

S: Feels really distressed + in emotional pain in past weeks. — Finances, Tourette's, relationship, recovery, business are all stress points. Has new relationship — unable to perform sexually

O: Coprolalia, motor/vocal tics all present mental state upset, depressed
Session — allow ventilation; problem solving

A: 1 — Tourette's Disorder; not well controlled with medication; 2 — Adjustment Disorder — Depressed

P: 1 — Stop guanfacine 1mg TID, haloperidol ½ daily
Benadryl 150 HS 2 — Check labs — general
3 — Self help; activities, structure life

### TREATMENT PLAN

Patient ▸ ☐ Will   ☐ Will Not   ☐ Continues to  * be followed by mental health services staff.

☐ Individual Therapy   ☐ Group Therapy   ☐ Other   Therapist(s): _____

Medication Prescribed: _____
☐ Medication Change:   ☐ Yes   ☐ No

(abnl) by Viagra for sex —

Referred to: _____
☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on ___ Mo. ___ Day ___ Yr. (date).
Patient ▸ ☐ referred to ☐ admitted to
substance abuse treatment program at _____ on ___ Mo. ___ Day ___ Yr. (date).

Sheelan Bell Sheela
☐ Therapist's  ☐ Psychiatrist's Signature

Provider # 3284

2/6/04
Mo. Day Yr.

**For more information, please contact:** Mental Health Services, Ph. 945-7696

White - Progress Note          Canary - Mental Health Chart          Pink - Provider

024