**KAISER PERMANENTE.**

PROGRESS NOTES

NAME:
Jon Mose
4-18-61

| DATE | S | O | A | P | | PROBLEM # |
|------|---|---|---|---|---|---|

SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

4-10-04    Med review

S: Does not believe guanfacine helps
Peers + family tell him he's the
same.
No drug insurance coverage
Money tight
Abstinent from gambling 1 year.
Using coffee — no caffeine pills

O. Mood clearly better than last visit
He reviewed how he used support
groups to help get through it

Re news medication options for Tourette's
Motor/vocal tics very evident (copralalia)

A   Tourette's Disorder — guanfacine not
much help after 3 months

P.  1—  Taper guanfacine + stop.
    2—  ↑ haloperidol 5g B→0
         Benadryl 150 mg HS
    3—  Work on diet / exercise —
         labs reviewed (cholesterol 239)
    4—  Unable to easily afford Ruvardil
    5—  Viagra prn

Potential letter
#1078735

William P. Sheehan, M.D.
Behavioral Health Services.

48003734 (Rev. 10/99)

PROGRESS NOTES

SER PERMANENTE.

NAME:

Sex/ID:

John Muse
4-18-61

SUBJECTIVE FINDINGS — OBJECTIVE FINDINGS — ASSESSMENT — PLANS

PROBLEM #

**S   O   A   P**

6-23-04

191/hr          134/105          P 100

S: Uses haloperidol at least one
   time daily, due to sedation.
   Has tics regularly.
   Does not qualify for drug coverage
   or free service (too much income),
   cannot afford more than generic
   medication. Smokes up to 3 packs/day
   No substances, no gambling

O.  motor + vocal tics evident
    Reviewed coping strategies
    mental state not depressed

A   Tourette's Disorder - Severe,
    part of impulse control problems
    (impulsive gambling, intense Sexual
    stimuli, ADHD symptoms, spending money)

    I believe he is doing very well
    with the limited resources he
    has.

P   1- Haloperidol ~~forget~~ tonight
       2.5 mg AM + 5 mg HS
    2  Benadryl 150 g HS
    3  No girlfriend
    4  ↓ Smoking, ↑ exercise, diet

                        Sheehan

                        William Sheehan M.D. 3284

48003734 (Rev. 10/99)

**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

MR# 121890 b
NAME  Jim Muse
BD  4-18-61

# Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

Date 8/18/04    Diagnosis: _____

**PROGRESS NOTES**

WT 185    BP 138/85    P 97    #121890

S: Still get depression, severe tics (vocal + motor) that cause severe disruption to life / relationships

O: Coprolalia, neck thrust, tongue thrusts, hand / arm movements evident.

A: Severe Tourette's Disorder — pt cannot afford medication + does not qualify for free drug samples from manufacturer

P: 1 - Stay with Labpropranolol 5 BO
    Benadryl 150y daily

### TREATMENT PLAN

Patient ▸ ☐Will    ☐Will Not    ☐Continues to    be followed by mental health services staff.

☐Individual Therapy    ☐Group Therapy    ☐Other    Therapist(s): _____

Medication Prescribed:
Medication Change:  ☐Yes ☐No
✓ Smoking — 3½ ppd now ⟶ 2 ppd goal —

Referred to: _____

☐Patient declines follow-up in Mental Health Services.
☐Treatment Plan completed, may return as needed.
☐Patient admitted to an inpatient mental health setting at _____ on Mo. / Day / Yr. (date).
Patient ▸ ☐ referred to ☐ admitted to
substance abuse treatment program at _____ on Mo. / Day / Yr. (date).

Sheelan

Therapist's  _____ Psychiatrist's Signature  3284  Provider #    8/18/04  Mo. Day Yr.

**For more information, please contact:** Mental Health Services, Ph. 945-7696

White - Progress Note
91702 3/98

Canary - Mental Health Chart

Pink - Provider
027

## PROGRESS NOTES

KAISER PERMANENTE.

MR # :

NAME : 9273016

Sex. BD : Jon Muse

4-18-61

PROBLEM #

| DATE | S | O | A | P | | |
|------|---|---|---|---|---|---|
| | SUBJECTIVE FINDINGS | OBJECTIVE FINDINGS | ASSESSMENT | PLANS | | |

8-18-04    Disability paperwork due - 20 minute
letter # 1218567

*Seele*

William Sheehan M.D. 3284

8-19-04    Refill diphenhydramine 80% #/# 18

to long Calif

*Bill Seele*

William Sheehan M.D. 3284

9-13-04    Epic Start.

*Seele*

028

48003734 (Rev. 10/99)

## PSYCHIATRIC MEDICATION RECORD

**KAISER PERMANENTE**

MR# 9273016

UC _____

| NAME | mu x, Jon | | B.D. | | H.P. COV. |
|------|-----------|--|------|--|-----------|

| ADDRESS | | DATE OF FIRST VISIT | | PRIMARY THERAPIST |
|---------|--|----|--|----|

| | | HOME PH. | | BUS. PH. |
|--|--|------|--|------|

CURRENT WORKING DIAGNOSIS  307.23, 311

ALLERGIES? ☐ Yes ☐ No

| DATE | MEDICATION | STRENGTH | AMOUNT | DIRECTIONS | REFILLS | PHARMACY | PHYSICIAN SIGNATURE |
|------|------------|----------|--------|------------|---------|----------|---------------------|
| 7-19-00 | Haloperidol | 5g | 30 | ī HS | prn | nx | Sneel |
| 7-19-00 | ß Diphenhydramine | 50mg | 90 | ÷ HS | prn | nx | Sneel |
| 7-19-00 | Wellbutrin SR | 150g | 60 | ī B.D | prn | nx | Sneel |
| 9-29-00 | Stop Wellbutrin | | Sneel intx | | | | |
| 9-29-00 | Prozac | 10g | Single ī qAM × 1wk Then ii daily | | | | Snl |
| 10-4-00 | Diphenhydramine 50mg #30 ÷÷÷ HS | | | | prn | HON | Sneel |
| 10-4-00 | Haloperidol | 5mg | #30 | ī HS | prn | HON | Sneely |
| 11/3/00 | Prozac | 10m | 60 | ÷ ī p/c q PSD | Ⓡ | H.O.N | M |
| 2-5-01 | Prozac | 20g | 60 | ii daily as directed nx | | | Sneel |
| 8-6-01 | Diphenhydramine 50mg #90 ÷÷÷ HS | | | | prn | PALI LONGS | Sneel |
| 8-6-01 | Haloperidol | 5mg | 30 | ī HS | prn | " | Sneel |
| 7/26/02 | Diphenhydramine 50mg #90 ÷÷÷ HS | | | | prn | Pali Longs 5371473 | Sneel |
| 7/26/02 | Haloperidol 5mg | | 30 | ī HS | prn | | Sneel |
| | | | | | | | |
| 11-3-03 | Tenex Guanfacine | 1g #60 | ī BID | | prn | Long Pali | Sneel |
| 12-19-03 | Guanfacine | 1g | ī AM - ī 3pm ī HS | prn | | Sneel | |
| 2-6-04 | Viagra | 100g | 2 | ÷ī ÷ī 45 min before relation | prn | Longs Pali | Sneel |
| | | | | | | | |
| 4-10-04 | Haloperidol | 5g | 60 | ī B×D ↑ | prn | nx | Sneel |
| 8-19-04 | Diphenhydramine | 50g | #90 ÷÷÷ HS | prn | Longs Pali | Sneel | |
| | | | | | | | 029 |

91474  4/98

**KAISER PERMANENTE.**

Hawaii Region

# Office Visit

Jon R Muse (MR# 9273016)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 12/23/2004 2:45 PM | Wray Y (M.D.) Tsuzaki, MEDICAL DOCTOR | Intmed Hon | 6436162 | HON |

**After Visit Summary**

After Visit Summary

**Reason for Visit**

Reason for Visit
EAR PAIN [838]
    **Comment:** lt ear, and plugged

**Diagnoses**

Visit Diagnosis
OTITIS EXTERNA [380.10D]

## Orders

| Prescriptions Ordered This Encounter | Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|---|
| | NEOMYCIN-POLYMYXIN-HC 3.5 MG-10,000 UNIT/ML-1 % OTIC DRPS | 10 | 0/0 | 12/23/2004 | 1/12/2005 |

    **Sig:** INSTILL 4 DROPS IN AFFECTED EAR(S) THREE TIMES DAILY
    **Class:** Fill Now

## Visit Summary

**Reason for Visit**

Reason for Visit
EAR PAIN [838]
    **Comment:** lt ear, and plugged

| Vitals | BP | Temp (Src) | Wt |
|---|---|---|---|
| | 160/60 | 99.3 (Oral) | 193 lbs (87.5kg) |

**Pain Information**

No pain information on file

**Visit Notes**

CESNEROS, ROSARIO G (M.A.)   12/23/2004  2:31 pm
Active Medications as of 12/23/2004:
HALOPERIDOL 5 MG ORAL TAB, TAKE 1 TAB PO BID, Disp: 60, Rfl: PRN
DIPHENHYDRAMINE HCL 25 MG ORAL CAP, TAKE ACCORDING TO PACKAGE INSTRUCTIONS, Disp: 100, Rfl: 0

**Progress Notes**

Addended by: TSUZAKI, WRAY Y (M.D.) on: 12/23/2004 2:44:40 PM

    Comment: samples of vantin 200mg given 1 bid x 10 days

L ear inc pain and now with drainage
recent ear wash but since then some inc pain
nka
L ear canal with swelling
palp node below L ear

030

0023 3867

**KAISER PERMANENTE®**

Hawaii Region

Visit Narrative History Recorded

| | |
|---|---|
| **Routing History** | |

| | |
|---|---|
| **Patient Instructions** | **Patient Instructions**<br>None. |

### Allergies

| | | | | |
|---|---|---|---|---|
| **Allergies as of 12/23/2004** | **Agent**<br>NO LATEX ALLERGY | **Noted**<br>01/05/2004 | **Type**<br>Unspecified | **Reaction(s)**<br>2004-01-05;HISTORY |

Date Reviewed: 12/23/2004

| | |
|---|---|
| **Patient Information** | **Patient Name**    **Sex**    **DOB**<br>Muse, Jon R (9273016)    Male    4/18/1961 |

| | |
|---|---|
| **Encounter Status** | Closed by TSUZAKI, WRAY Y (M.D.) on 12/23/04 at 2:42 PM |

## Office Visit

Jon R Muse (MR# 9273016)

| | | | | | |
|---|---|---|---|---|---|
| **Contact Information** | **Date & Time**<br>12/21/2004 10:35 AM | **Provider**<br>Victorio L (N.P.) Vega, NURSE PRACTITIONER | **Department**<br>Intmed Hon | **Encounter #**<br>6387903 | **Center**<br>HON |

| | |
|---|---|
| **After Visit Summary** | After Visit Summary |

| | |
|---|---|
| **Reason for Visit** | **Reason for Visit**<br>EAR WAX REMOVAL [1070] |

| | |
|---|---|
| **Diagnoses** | **Visit Diagnosis**<br>IMPACTION, CERUMEN [380.4A] |

### Visit Summary

| | |
|---|---|
| **Reason for Visit** | **Reason for Visit**<br>EAR WAX REMOVAL [1070] |

| | | | |
|---|---|---|---|
| **Vitals** | **BP**<br>110/60 | **Temp**<br>98.2 | **Wt**<br>192 lbs (87.1kg) |

| | |
|---|---|
| **Pain Information** | No pain information on file |

03L

**KAISER PERMANENTE** Hawaii Region

**Progress Notes**

S:
Reviewed intake above.  Denies of any H/A, dizziness, lightheadedness, vertigo, tinnitus, pain, or URI sxs.  Hx of earwax problem in the past. Has been putting the cerumenix ear drops as instructed for the past 3 days.

O:
Gen: alert, NAD
Ears: no tenderness with manipulation of the tinnae/tragus bilat; L canal impacted. R canal clear

A:
Cerumen Impaction

Tx: Ear lavage managed to get all of the cerumen to L ear. Canal walls completely clean without inflammation or erythema; TM intact without dullness. Tolerated the procedure well.

P:
May use the ear drops again in the future.
RTC PRN for earwash.

**Routing History**

**Patient Instructions**

Patient Instructions
None.

| Allergies | | | |
|---|---|---|---|
| **Allergies as of 12/21/2004** | **Agent** | **Noted** | **Type** | **Reaction(s)** |
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 12/18/2004

| Patient Information | **Patient Name** | **Sex** | **DOB** |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

**Encounter Status**    Closed by VEGA, VICTORIO L (N.P.) on 12/21/04 at 10:44 AM

## Office Visit

Jon R Muse (MR# 9273016)

| Contact Information | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
|---|---|---|---|---|---|
| | 12/18/2004 10:15 AM | Wray Y (M.D.) Tsuzaki, MEDICAL DOCTOR | Intmed Hon | 6385890 | HON |

**After Visit**

032

**KAISER PERMANENTE®** Hawaii Region

| | |
|---|---|
| **Summary** | After Visit Summary |

| | |
|---|---|
| **Reason for Visit** | **Reason for Visit** <br> EAR PROBLEM [837] <br> **Comment:** lt ear plugged |

| | |
|---|---|
| **Diagnoses** | **Visit Diagnosis** <br> IMPACTION, CERUMEN [380.4A] |

### Orders

| Prescriptions Ordered This Encounter | Prescriptions | Disp | Refills | Start | End |
|---|---|---|---|---|---|
| | CERUMENEX OTIC DROP | 1 | 0/0 | 12/18/2004 | 12/18/2004 |
| | **Sig:** 3-4 drops affected ear 4 times daily | | | | |
| | **Class:** Fill Now | | | | |
| | **Route:** Otic | | | | |
| | **Reason for Discontinue:** Order Entry Error | | | | |
| | **Non-formulary Exception Code:** OTC sale | | | | |

### Visit Summary

| | |
|---|---|
| **Reason for Visit** | **Reason for Visit** <br> EAR PROBLEM [837] <br> **Comment:** lt ear plugged |

| Vitals | **BP** <br> 110/70 | **Temp (Src)** <br> 98.7 (Oral) | **Wt** <br> 195 lbs (88.5kg) |
|---|---|---|---|

| | |
|---|---|
| **Pain Information** | No pain information on file |

| | |
|---|---|
| **Visit Notes** | **CESNEROS, ROSARIO G (M.A.)**   **12/18/2004   10:16 am** <br> Active Medications as of 12/18/2004: <br> HALOPERIDOL 5 MG ORAL TAB, TAKE 1 TAB PO BID, Disp: 60, Rfl: PRN <br> DIPHENHYDRAMINE HCL 25 MG ORAL CAP, TAKE ACCORDING TO PACKAGE INSTRUCTIONS, Disp: 100, Rfl: 0 |

| | |
|---|---|
| **Progress Notes** | L ear plugged <br><br> L ear with impacted cerumen <br> unable to dislodge with multiple attempts |

| | |
|---|---|
| **Routing History** | |

| | |
|---|---|
| **Patient Instructions** | fu with Victor Vega in 2-3 days for ear wash |

### Allergies

| Allergies as of 12/18/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |
| | **Date Reviewed:** 12/18/2004 | | | |

033

KAISER PERMANENTE®

Hawaii Region

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

**Encounter Status**  Closed by TSUZAKI, WRAY Y (M.D.) on 12/18/04 at 10:32 AM

## Office Visit

Jon R Muse (MR# 9273016)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 10/30/2004 9:45 AM | Victorio L (N.P.) Vega, NURSE PRACTITIONER | Intmed Hon | 5733636 | HON |

**After Visit Summary**  After Visit Summary

**Reason for Visit**  Reason for Visit
OTHER [239]
    Comment: left. ear wash

**Diagnoses**  Visit Diagnosis
**IMPACTION, CERUMEN [380.4A]**

### Visit Summary

**Reason for Visit**  Reason for Visit
OTHER [239]
    Comment: left. ear wash

**Vitals**

| BP | Temp (Src) | Wt |
|---|---|---|
| 124/82 | 97.5 (Oral) | 189 lbs (85.7kg) |

**Pain Information**  No pain information on file

**Progress Notes**  S:
Reviewed intake above.  Denies of any H/A, dizziness, lightheadedness, vertigo, tinnitus, pain, or URI sxs.  Hx of earwax problem in the past.

O:
Gen: alert, NAD
Ears: no tenderness with manipulation of the tinnae/tragus bilat; L canal impacted.

A:
Cerumen Impaction

Tx: Ear lavage managed to get all of the cerumen to L ear.  Canal walls completely clean without inflammation or erythema; TM intact without dullness.  Tolerated the procedure well.

034

KAISER PERMANENTE®

Hawaii Region

P:
May use OTC Debrox 1-2x/moth as prophylactic to prevent earwax build up in the
future.
RTC PRN.

**Routing History**

| Patient Instructions | Patient Instructions |
|---|---|
| | None. |

## Allergies

| Allergies as of 10/30/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 10/30/2004

| Patient Information | Patient Name | Sex | DOB | |
|---|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 | |

| Encounter Status | Closed by VEGA, VICTORIO L (N.P.) on 10/30/04 at 9:55 AM |
|---|---|

## Office Visit

Jon R Muse (MR# 9273016)

| Contact Information | Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|---|
| | 09/29/2004  9:00 AM | Lisa (M.D.) Hui, MEDICAL DOCTOR | Intmed Hon | 5304354 | HON |

| After Visit Summary | After Visit Summary |
|---|---|

| Reason for Visit | Reason for Visit |
|---|---|
| | EAR PROBLEM [837] |
| | Comment: x 1 month. |

| Diagnoses | Visit Diagnosis |
|---|---|
| | IMPACTION, CERUMEN [380.4A] |

## Visit Summary

| Reason for Visit | Reason for Visit |
|---|---|
| | EAR PROBLEM [837] |
| | Comment: x 1 month. |

035

**KAISER PERMANENTE®** Hawaii Region

| Vitals | BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|---|
| | 135/80 | 89 | 99.2 | 5' 10" (1.78m) | 190 lbs (86.2kg) |

**Pain Information**

No pain information on file

**Visit Notes**

HO, GINA T (M.A.)        9/29/2004 8:52 am
Active Medications as of 09/29/2004:
HALOPERIDOL 5 MG ORAL TAB, TAKE 1 TAB PO BID, Disp: 60, Rfl: PRN
DIPHENHYDRAMINE HCL 25 MG ORAL CAP, TAKE ACCORDING TO PACKAGE INSTRUCTIONS, Disp: 100, Rfl: 0

**Progress Notes**

s: intake reviewed
1mo incr left ear discomfort, no pain/f/prior ear prob

o
r tm cl, left cerumen impaction - cl post

a
cerumen

p
ear wax kit, flush - discussed risks, benefits, and alternatives, and pt understood and consented
pcp prn

**Routing History**

**Patient Instructions**

follow plan as discussed
pcp prn

**Allergies**

| Allergies as of 09/29/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 08/25/2004

**Patient Information**

| Patient Name | Sex | DOB |
|---|---|---|
| Muse, Jon R (9273016) | Male | 4/18/1961 |

**Encounter Status**

Closed by HUI, LISA (M.D.) on 9/29/04 at 9:25 AM

# Scheduled Telephone Encounter

Jon R Muse (MR# 9273016)

| Encounter Information | Date & Time | Provider | Department | Center |
|---|---|---|---|---|
| | 09/21/2004 4:01 PM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Alm | AL2 |

036

KAISER PERMANENTE.

Hawaii Region

| Reason for Visit | Reason for Visit |
| --- | --- |
| | ANXIETY [18] |

## Telephone Contact Summary

| Patient Demographics | Address | Home Phone | Work Phone |
| --- | --- | --- | --- |
| | 1219 KOKEA ST #E101 | 808-845-4931 | 808-224-9011 |
| | HONOLULU, HI 96817 | | |

## Visit Summary

**Visit Notes**    SHEEHAN, WILLIAM P (M.D.)    9/21/2004 4:50 pm
30 minute call with pt.
SUBJECTIVE:
Anxiety continues, feels stress at work. Has own business, does most of the work himself. Subject to weather, supply of flowers, availabilty of product. As a small business owner, never has certainty of business nor income.  Cannot work on hourly job as his Tourette's prohibits it.

Stays with friends, no gambling, no caffeine, no alcohol, no drugs.

Uses haloperidol 5mg bid and benadryl 150 at night.

OBJECTIVE:
Good conversation, not depressed. We reviewed mangement of Tourette's and how to manage stress better.

ASSESSMENT:
Tourette's Disorder, severe and persistent.  No drug coverage so medication very expensive. Has episodes of depression when feels overwhelmed due to stress.

PLAN:
Will continue haloperidol(affordable) and diphenhydramine.
He'll continue effort to manage work load, and anticipate stressors and manage them rather than react to them.

**Progress Notes**

| Diagnoses | Visit Diagnosis |
| --- | --- |
| | GILLES DE LA TOURETTE'S SYNDROME [307.23A] |

## Orders

| Prescriptions Ordered This Encounter | Prescriptions | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- | --- |
| | HALOPERIDOL 5 MG ORAL TAB | 60 | PRN | 9/21/2004 | |
| |    Sig: TAKE 1 TAB PO BID | | | | |
| |    Class: Historical/Sample | | | | |
| |    Route: Oral | | | | |
| | DIPHENHYDRAMINE HCL 25 MG ORAL CAP | 100 | 0/0 | 9/21/2004 | |
| |    Sig: TAKE ACCORDING TO PACKAGE INSTRUCTIONS | | | | |
| |    Class: Historical/Sample | | | | |
| |    Route: Oral | | | | |

| Patient Instructions | Patient Instructions |
| --- | --- |
| | None. |

037

**KAISER PERMANENTE.** Hawaii Region

| Follow-up and Disposition | **Disposition** |
|---|---|
| | Return in about 3 months (around 12/21/2004). |

### Allergies

| Allergies as of 09/21/2004 | **Agent** | **Noted** | **Type** | **Reaction(s)** |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |
| | Date Reviewed: 08/25/2004 | | | |

| Encounter Status | Closed by SHEEHAN, WILLIAM P (M.D.) on 9/21/04 at 4:50 PM |
|---|---|

---

## Telephone

Jon R Muse (MR# 9273016)

### Patient Information

| Patient Information | **Patient Name** | **Sex** | **DOB** |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

| Patient Demographics | **Address** | **Home Phone** | **Work Phone** |
|---|---|---|---|
| | 1219 KOKEA ST #E101 HONOLULU, HI 96817 | 808-845-4931 | 808-224-9011 |

### Telephone Contact Summary

| Encounter Information | **Date & Time** | **Provider** | **Department** | **Center** |
|---|---|---|---|---|
| | 09/13/2004 3:42 PM | William P (M.D.) Sheehan, MEDICAL DOCTOR | Bhs Alm | AL2 |

| Reason for Call | **Reason for Call** | **Date of Onset** |
|---|---|---|
| | STRESS [321] | 9/13/04 |

| Progress Notes | >> WILLIAM M( M. D.) SHEEHAN Mon Sep 13, 2004  3:50 PM |
|---|---|

Call with patient.

High stress level continues. Feels overwhelmed with work and not allow self to overwhelm self with worry and problems.  Worried about work, self, mother's health, future income.

He felt better after talking. Will come next week for appt.

| Created by | William P (M.D.) Sheehan on 9/13/2004 |
|---|---|
| Routing History | |

| Patient Instructions | **Patient Instructions** |
|---|---|
| | None. |

### Allergies

038

KAISER PERMANENTE®

Hawaii Region

| Allergies as of 09/13/2004 | **Agent** NO LATEX ALLERGY | **Noted** 01/05/2004 | **Type** Unspecified | **Reaction(s)** 2004-01-05;HISTORY |
|---|---|---|---|---|

**Date Reviewed:** 08/25/2004

| Encounter Status | Closed by SHEEHAN, WILLIAM P (M.D.) on 9/13/04 at 3:50 PM |
|---|---|

## Office Visit

Jon R Muse (MR# 9273016)

| Contact Information | **Date & Time** | **Provider** | **Department** | **Encounter #** | **Center** |
|---|---|---|---|---|---|
| | 08/25/2004  1:30 PM | Wray Y (M.D.) Tsuzaki, MEDICAL DOCTOR | Intmed Hon | 4678181 | HON |

| After Visit Summary | After Visit Summary |
|---|---|

| Reason for Visit | **Reason for Visit** TEST RESULTS [480]   **Comment:** chol recheck |
|---|---|

| Diagnoses | **Visit Diagnoses** GILLES DE LA TOURETTE'S SYNDROME [307.23A] HYPERLIPIDEMIA [272.4C] TOBACCO DEPENDENCE SYNDROME [305.1ZB] GASTROENTERITIS [558.9D] |
|---|---|

### Orders

| Lab and Imaging Orders | **Order** | **Order #** |
|---|---|---|
| | AST, SERUM (Order#2104113) on 8/25/04 - Lab and Imaging Orders | 2104113 |
| | ALT, SERUM (Order#2104114) on 8/25/04 - Lab and Imaging Orders | 2104114 |
| | LIPID PANEL (Order#2104115) on 8/25/04 - Lab and Imaging Orders | 2104115 |
| | TSH (Order#2104116) on 8/25/04 - Lab and Imaging Orders | 2104116 |

### Visit Summary

| Reason for Visit | **Reason for Visit** TEST RESULTS [480]   **Comment:** chol recheck |
|---|---|

| Vitals | **BP** 140/80 | **Temp (Src)** 98.1 (Oral) | **Wt** 187 lbs (84.8kg) |
|---|---|---|---|

| Pain Information | No pain information on file |
|---|---|

039

**KAISER PERMANENTE.** Hawaii Region

**Visit Notes**  **ESNEROS, ROSARIO G (M.A.)**    **8/25/2004 1:41 pm**
pt on haldol 5 mg 1 at bed time and benadryl 5mg 3 at bed time

---

**Progress Notes**  SUBJECTIVE:
intake note reivewed and agree
still smoking
hx of Tourettes
info on elev chol given
if chol remains elev will advise him to begin statin
weight loss through dieting

last evening with diarrhea and abd upset better today
declines work slip
no unusual foods


Last 3 Wt Readings:
  Date:     Wt:
  08/25/2004  187 lbs (84.823 kg)
  03/22/2004  201 lbs (91.173 kg)
  03/16/2004  200 lbs 6 oz (90.901 kg)
OBJECTIVE:
general: awake and alert.  NO distress
heart: RRR no sig m
lungs: clear no sig wheeze
Abd: soft no organomegally nontender
Ext: no edema


Orders Only on 08/18/2004
ALT (U/L)                                        Date: 08/18/2004
Value: 32          Low: 3          High: 63          Status: Final
AST (U/L)                                        Date: 08/18/2004
Value: 19          Low: 11         High: 41          Status: Final
APPEARANCE, SERUM                                 Date: 08/19/2004
Value:             Low:            High:             Status: Final
                   Value: CLEAR
                   CHYLOMICRONS ABSENT
                   (appearance after 24 hrs refrigeration)
CHOLESTEROL (mg/dl)                              Date: 08/19/2004
Value: 250*        Low: <200       High:             Status: Final
TRIGLYCERIDE (mg/dl)                             Date: 08/19/2004
Value: 154         Low: <200       High:             Status: Final
HDL (mg/dl)                                      Date: 08/19/2004
Value: 33*         Low: >34        High:             Status: Final
CHOLESTEROL/HIGH DENSITY LIPOPROTE*              Date: 08/19/2004
Value:             Low:            High:             Status: Final
                   Value: 7.6

                   Average Risk of Heart Disease
                   Females:  4.4  Males:  5.0
VLDL CALC (mg/dl)                                Date: 08/19/2004
Value: 31          Low: 0          High: 40          Status: Final
LDL CALCULATED (mg/dl)                           Date: 08/19/2004
Value: 186*        Low: 10         High: 129         Status: Final
-----------

Assessment/Plan

---

**Follow-up and Disposition**  **Disposition**
Return in about 6 months (around 2/25/2005).

---

**Routing History**

---

**Patient Instructions**
```
low cholesterol as per letter
gastroenteritis hand out fu if not better
```

**KAISER PERMANENTE.**
Hawaii Region

## Allergies

| Allergies as of 08/25/2004 | Agent | Noted | Type | Reaction(s) |
|---|---|---|---|---|
| | NO LATEX ALLERGY | 01/05/2004 | Unspecified | 2004-01-05;HISTORY |

Date Reviewed: 08/25/2004

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Muse, Jon R (9273016) | Male | 4/18/1961 |

**Encounter Status**  Closed by TSUZAKI, WRAY Y (M.D.) on 8/25/04 at 1:53 PM

041

**KAISER PERMANENTE®**

Hawaii Region

## Order

AST, SERUM [84450B] (Order# 2104113)

| Order Information | **Order Date** 8/25/2004 | **Ordering User** Wray Y (M.D.) Tsuzaki | **Department** Intmed Hon |
|---|---|---|---|

| Order Providers | **Authorizing Provider** Wray Y (M.D.) Tsuzaki | **Encounter Provider** Wray Y (M.D.) Tsuzaki | |

| Future Order Information | **Expected By** 2/25/05 (Approximate) | | |

| Detailed Information | Priority and Order Details | Collection Information | |

| Encounter | View Encounter | | |

| Encounter Status | Closed by TSUZAKI, WRAY Y (M.D.) on 8/25/04 at 1:53 PM | | |

| Patient Demographics | **Address** 1219 KOKEA ST #E101 HONOLULU, HI 96817 | **Home Phone** 808-845-4931 | **Work Phone** 808-224-9011 |

## Order

ALT, SERUM [84460B] (Order# 2104114)

| Order Information | **Order Date** 8/25/2004 | **Ordering User** Wray Y (M.D.) Tsuzaki | **Department** Intmed Hon |
|---|---|---|---|

| Order Providers | **Authorizing Provider** Wray Y (M.D.) Tsuzaki | **Encounter Provider** Wray Y (M.D.) Tsuzaki | |

| Future Order Information | **Expected By** 2/25/05 (Approximate) | | |

| Detailed Information | Priority and Order Details | Collection Information | |

| Encounter | View Encounter | | |

| Encounter Status | Closed by TSUZAKI, WRAY Y (M.D.) on 8/25/04 at 1:53 PM | | |

| Patient Demographics | **Address** 1219 KOKEA ST #E101 | **Home Phone** 808-845-4931 | **Work Phone** 808-224-9011 |

O42

HONOLULU, HI 96817

## Order

**LIPID PANEL [80061B] (Order# 2104115)**

| Order Information | **Order Date**<br>8/25/2004 | **Ordering User**<br>Wray Y (M.D.) Tsuzaki | **Department**<br>Intmed Hon |
|---|---|---|---|

| Order Providers | **Authorizing Provider**<br>Wray Y (M.D.) Tsuzaki | **Encounter Provider**<br>Wray Y (M.D.) Tsuzaki | |

| Future Order Information | **Expected By**<br>2/25/05 (Approximate) | | |

| Detailed Information | Priority and Order Details | | Collection Information |

Encounter    View Encounter

| Encounter Status | Closed by TSUZAKI, WRAY Y (M.D.) on 8/25/04 at 1:53 PM |
|---|---|

| Patient Demographics | **Address**<br>1219 KOKEA ST #E101<br>HONOLULU, HI 96817 | **Home Phone**<br>808-845-4931 | **Work Phone**<br>808-224-9011 |

## Order

**TSH [84443B] (Order# 2104116)**

| Order Information | **Order Date**<br>8/25/2004 | **Ordering User**<br>Wray Y (M.D.) Tsuzaki | **Department**<br>Intmed Hon |
|---|---|---|---|

| Order Providers | **Authorizing Provider**<br>Wray Y (M.D.) Tsuzaki | **Encounter Provider**<br>Wray Y (M.D.) Tsuzaki | |

| Future Order Information | **Expected By**<br>2/25/05 (Approximate) | | |

| Detailed Information | Priority and Order Details | | Collection Information |

Encounter    View Encounter

Encounter    Closed by TSUZAKI, WRAY Y (M.D.) on 8/25/04 at 1:53 PM

043

KAISER PERMANENTE®    Hawaii Region

**KAISER PERMANENTE.**

Hawaii Region

**Status**

| Patient Demographics | Address | Home Phone | Work Phone |
|---|---|---|---|
| | 1219 KOKEA ST #E101 | 808-845-4931 | 808-224-9011 |
| | HONOLULU, HI 96817 | | |

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

**Result Notes**   Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM

```
sent letter chol info to pt
------
```

Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM

```
Dear Kaiser Member:

enclosed are the results of your recnet cholesterol test:

CHOL        250    08/18/2004
TG          154    08/18/2004
HDL          33    08/18/2004
LDL         186    08/18/2004
CHOLHDL            08/18/2004
.lastldl
```

the foal for your LDL is less than 130.  If your level is higher than this you need to decrease your dietary intake of saturated fat and cholesterol.

DECREASE:

red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or less yolks per week)

butter, margarine, mayonnaise

dessert foods

snack foods

INCREASE;

white meat chiken and turkey, fish, tofu, beans, fruits, vegetables

whole grains including rice, bread, noodles

The goal for Triglycerides is less than 200.  If your level is higher than this, you need to decrease your intake of carbohydrates(starchy foods).

DECREASE:

rice, bread pasta

snack/dessert foods (including chips, cookies , cakes)

alcohol

fruit

INCREASE:

lean protein

vegetables

The goal for your HDL is greater than 34.  You can increase your HDL through

C44

KAISER PERMANENTE®

Hawaii Region

exercise and weight loss if you are overweight.  Stopping smoking
can also help to boost your HDL.

Enclosed is a pamphlet giving more information on how to improve your cholesterol.

Sincerely,


Wray Tsuzaki M.D.

---

| Lab Collection Information | Collection Date and Time | Collected By | | |
|---|---|---|---|---|
| | 8/18/2004 11:37 AM | 1313^HONOLULU, LABORATORY | | |

---

| Result Information | Result Date and Time | Status | | Provider Status |
|---|---|---|---|---|
| | 8/18/2004 3:47 PM | Final result | | Reviewed |

---

| Component Results | Component | Value | Flag | Low | High | Units | Stat |
|---|---|---|---|---|---|---|---|
| | ALT | 32 | | 3 | 63 | U/L | Fin |

---

**Lab and Collection**    ALT, SERUM (Order#2016690) on 8/18/04 - Lab and Collection Information

---

**Result History**    ALT, SERUM (Order#2016690) on 8/18/04 - Order Result History Report

---

**Encounter**    View Encounter

---

| Status of Other Orders | Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|---|
| | AST, SERUM [84450B] | Final result | 8/18/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |
| | LIPID PANEL [80061B] | Final result **Abnormal** | 8/19/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |

---

| Reviewed by List | Reviewed By | Reviewed On |
|---|---|---|
| | TSUZAKI, WRAY Y (M.D.) | Fri Aug 20, 2004 11:41 AM |
| | CESNEROS, ROSARIO G (M.A.) | Fri Aug 20, 2004 11:48 AM |

---

**Result Notes**    **Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM**

sent letter chol info to pt

------


**Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM**

Dear Kaiser Member:


enclosed are the results of your recnet cholesterol test:

045

KAISER PERMANENTE.  Hawaii Region

```
CHOL        250    08/18/2004
TG          154    08/18/2004
HDL          33    08/18/2004
LDL         186    08/18/2004
CHOLHDL            08/18/2004
.lastldl
```

the foal for your LDL is less than 130.  If your level is higher than this you need to decrease your dietary intake of saturated fat and cholesterol.

DECREASE:

red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or less yolks per week)

butter, margarine, mayonnaise

dessert foods

snack foods

INCREASE;

white meat chiken and turkey, fish, tofu, beans, fruits, vegetables

whole grains including rice, bread, noodles


The goal for Triglycerides is less than 200.  If your level is higher than this, you need to decrease your intake of carbohydrates(starchy foods).

DECREASE:

rice, bread pasta

snack/dessert foods (including chips, cookies , cakes)

alcohol

fruit

INCREASE:

lean protein

vegetables


The goal for your HDL is greater than 34.  You can increase your HDL through exercise and weight loss if you are overweight.  Stopping smoking

can also help to boost your HDL.


Enclosed is a pamphlet giving more information on how to improve your cholesterol.


Sincerely,


Wray Tsuzaki M.D.

---

## Order

**ALT, SERUM [84460B] (Order# 2016690)**

| Order Information | Order Date | Ordering User | Department |
|---|---|---|---|
| | 8/18/2004 | Id Epic Interface | Intmed Hon |

KAISER PERMANENTE®

Hawaii Region

| | | |
|---|---|---|
| **Order Providers** | **Authorizing Provider**<br>Wray Y (M.D.) Tsuzaki | **Encounter Provider**<br>Wray Y (M.D.) Tsuzaki |

| | | |
|---|---|---|
| **Detailed Information** | Priority and Order Details | Collection Information |

| | |
|---|---|
| **Encounter** | View Encounter |

| | |
|---|---|
| **Encounter Status** | Closed by CESNEROS, ROSARIO G (M.A.) on 8/20/04 at 11:41 AM |

| | | | |
|---|---|---|---|
| **Patient Demographics** | **Address**<br>1219 KOKEA ST #E101<br>HONOLULU, HI 96817 | **Home Phone**<br>808-845-4931 | **Work Phone**<br>808-224-9011 |

| | | | |
|---|---|---|---|
| **Patient Information** | **Patient Name**<br>Muse, Jon R (9273016) | **Sex**<br>Male | **DOB**<br>4/18/1961 |

**Result Notes**

**Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM**

sent letter chol info to pt

------

**Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM**

Dear Kaiser Member:

enclosed are the results of your recnet cholesterol test:

```
CHOL        250    08/18/2004
TG          154    08/18/2004
HDL          33    08/18/2004
LDL         186    08/18/2004
CHOLHDL            08/18/2004
.lastldl
```

the foal for your LDL is less than 130.  If your level is higher than this you need to decrease your dietary intake of saturated fat and cholesterol.

DECREASE:

red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or less yolks per week)

butter, margarine, mayonnaise

dessert foods

snack foods

INCREASE;

white meat chiken and turkey, fish, tofu, beans, fruits, vegetables

whole grains including rice, bread, noodles

The goal for Triglycerides is less than 200.  If your level is higher than this, you need to decrease your intake of carbohydrates(starchy foods).

047

0023 386 10/01

KAISER PERMANENTE® Hawaii Region

DECREASE:

rice, bread pasta

snack/dessert foods (including chips, cookies , cakes)

alcohol

fruit

INCREASE:

lean protein

vegetables


The goal for your HDL is greater than 34.  You can increase your HDL through
exercise and weight loss if you are overweight.  Stopping smoking
can also help to boost your HDL.


Enclosed is a pamphlet giving more information on how to improve your cholesterol.


Sincerely,


Wray Tsuzaki M.D.

---

| Lab Collection Information | **Collection Date and Time** 8/18/2004 11:37 AM | **Collected By** 1313^HONOLULU, LABORATORY | |
|---|---|---|---|

---

| Result Information | **Result Date and Time** 8/18/2004 3:47 PM | **Status** Final result | **Provider Status** Reviewed |
|---|---|---|---|

---

| Component Results | **Component** AST | **Value** 19 | **Flag** | **Low** 11 | **High** 41 | **Units** U/L | **Stat** Fin |
|---|---|---|---|---|---|---|---|

---

| Lab and Collection | AST, SERUM (Order#2016691) on 8/18/04 - Lab and Collection Information |
|---|---|

---

| Result History | AST, SERUM (Order#2016691) on 8/18/04 - Order Result History Report |
|---|---|

---

| Encounter | View Encounter |
|---|---|

---

| Status of Other Orders | **Order** | **Lab Status** | **Result Date** | **Provider Status** |
|---|---|---|---|---|
| | ALT, SERUM [84460B] | Final result | 8/18/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |
| | LIPID PANEL [80061B] | Final result **Abnormal** | 8/19/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |

---

| Reviewed by List | **Reviewed By** TSUZAKI, WRAY Y (M.D.) CESNEROS, ROSARIO G (M.A.) | **Reviewed On** Fri Aug 20, 2004 11:41 AM Fri Aug 20, 2004 11:48 AM |
|---|---|---|

C048

**KAISER PERMANENTE.** Hawaii Region

**Result Notes**    **Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM**

sent letter chol info to pt

------

**Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM**

Dear Kaiser Member:

enclosed are the results of your recnet cholesterol test:

CHOL        250   08/18/2004
TG          154   08/18/2004
HDL          33   08/18/2004
LDL         186   08/18/2004
CHOLHDL           08/18/2004
.lastldl

the foal for your LDL is less than 130.  If your level is higher than this you need
to decrease your dietary intake of saturated fat and cholesterol.
DECREASE:
red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or
less yolks per week)
butter, margarine, mayonnaise
dessert foods
snack foods
INCREASE;
white meat chiken and turkey, fish, tofu, beans, fruits, vegetables
whole grains including rice, bread, noodles

The goal for Triglycerides is less than 200.  If your level is higher than this,
you need to decrease your intake of carbohydrates(starchy foods).
DECREASE:
rice, bread pasta
snack/dessert foods (including chips, cookies , cakes)
alcohol
fruit
INCREASE:
lean protein
vegetables

The goal for your HDL is greater than 34.  You can increase your HDL through
exercise and weight loss if you are overweight.  Stopping smoking
can also help to boost your HDL.

Enclosed is a pamphlet giving more information on how to improve your cholesterol.

Sincerely,

049

KAISER PERMANENTE® Hawaii Region

Wray Tsuzaki M.D.

---

# Order                                                    AST, SERUM [84450B] (Order# 2016691)

| Order Information | Order Date | Ordering User | Department |
|---|---|---|---|
| | 8/18/2004 | Id Epic Interface | Intmed Hon |

| Order Providers | Authorizing Provider | Encounter Provider |
|---|---|---|
| | Wray Y (M.D.) Tsuzaki | Wray Y (M.D.) Tsuzaki |

**Detailed Information**    Priority and Order Details                    Collection Information

**Encounter**    View Encounter

**Encounter Status**    Closed by CESNEROS, ROSARIO G (M.A.) on 8/20/04 at 11:41 AM

| Patient Demographics | Address | Home Phone | Work Phone |
|---|---|---|---|
| | 1219 KOKEA ST #E101 | 808-845-4931 | 808-224-9011 |
| | HONOLULU, HI 96817 | | |

| Patient Information | Patient Name | Sex | DOB |
|---|---|---|---|
| | Muse, Jon R (9273016) | Male | 4/18/1961 |

**Result Notes**    **Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM**

sent letter chol info to pt

------

**Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM**

Dear Kaiser Member:

enclosed are the results of your recnet cholesterol test:

```
CHOL      250   08/18/2004
TG        154   08/18/2004
HDL        33   08/18/2004
LDL       186   08/18/2004
CHOLHDL         08/18/2004
.lastldl
```

the foal for your LDL is less than 130.  If your level is higher than this you need
to decrease your dietary intake of saturated fat and cholesterol.
DECREASE:

C50

KAISER PERMANENTE。

Hawaii Region

red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or less yolks per week)

butter, margarine, mayonnaise

dessert foods

snack foods

INCREASE;

white meat chiken and turkey, fish, tofu, beans, fruits, vegetables

whole grains including rice, bread, noodles

The goal for Triglycerides is less than 200.  If your level is higher than this, you need to decrease your intake of carbohydrates(starchy foods).

DECREASE:

rice, bread pasta

snack/dessert foods (including chips, cookies , cakes)

alcohol

fruit

INCREASE:

lean protein

vegetables

The goal for your HDL is greater than 34.  You can increase your HDL through exercise and weight loss if you are overweight.  Stopping smoking

can also help to boost your HDL.

Enclosed is a pamphlet giving more information on how to improve your cholesterol.

Sincerely,

Wray Tsuzaki M.D.

---

| Lab Collection Information | **Collection Date and Time** | **Collected By** |
|---|---|---|
| | 8/18/2004 11:37 AM | 1313^HONOLULU, LABORATORY |

---

| Result Information | **Result Date and Time** | **Status** | **Provider Status** |
|---|---|---|---|
| | 8/19/2004 9:31 AM | Final result -- Abnormal | Reviewed |

---

| Component Results | **Component** | **Value** | **Flag** | **Low** | **High** | **Units** | **Stat** |
|---|---|---|---|---|---|---|---|
| | APPEARANCE, SERUM | | | | | | Fin |
| | CLEAR | | | | | | |
| | CHYLOMICRONS ABSENT | | | | | | |
| | (appearance after 24 hrs refrigeration) | | | | | | |
| | CHOLESTEROL | 250 | H | <200 | | mg/dl | Fin |
| | TRIGLYCERIDE | 154 | | <200 | | mg/dl | Fin |
| | HDL | 33 | L | >34 | | mg/dl | Fin |
| | CHOLESTEROL/HIGH DENSITY LIPOPROTEIN | | | | | | Fin |
| | 7.6 | | | | | | |

051

**KAISER PERMANENTE®** Hawaii Region

```
                Average Risk of Heart Disease
                  Females:  4.4   Males:  5.0
    VLDL CALC           31                  0    40    mg/dl      Fin
    LDL CALCULATED      186          H      10   129   mg/dl      Fin
```

**Lab and Collection**   LIPID PANEL (Order#2016692) on 8/18/04 - Lab and Collection Information

**Result History**   LIPID PANEL (Order#2016692) on 8/19/04 - Order Result History Report

**Encounter**   View Encounter

**Status of Other Orders**

| Order | Lab Status | Result Date | Provider Status |
|---|---|---|---|
| ALT, SERUM [84460B] | Final result | 8/18/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |
| AST, SERUM [84450B] | Final result | 8/18/2004 | Reviewed Fri Aug 20, 2004 11:48 AM |

**Reviewed by List**

| Reviewed By | Reviewed On |
|---|---|
| TSUZAKI, WRAY Y (M.D.) | Fri Aug 20, 2004 11:41 AM |
| CESNEROS, ROSARIO G (M.A.) | Fri Aug 20, 2004 11:48 AM |

**Result Notes**   **Notes recorded by Rosario G (M.A.) Cesneros on 08/20/2004 at 11:45 AM**

sent letter chol info to pt

------

**Notes recorded by Wray Y (M.D.) Tsuzaki on 08/20/2004 at 8:59 AM**

Dear Kaiser Member:

enclosed are the results of your recnet cholesterol test:

```
CHOL       250    08/18/2004
TG         154    08/18/2004
HDL         33    08/18/2004
LDL        186    08/18/2004
CHOLHDL           08/18/2004
.lastldl
```

the foal for your LDL is less than 130.  If your level is higher than this you need to decrease your dietary intake of saturated fat and cholesterol.

DECREASE:

red meat(beefa nd pork, including spam, portuguese sausage, hot dogs), eggs(2 or less yolks per week)

butter, margarine, mayonnaise

dessert foods

snack foods

INCREASE;

white meat chiken and turkey, fish, tofu, beans, fruits, vegetables

052

KAISER PERMANENTE®   Hawaii Region

whole grains including rice, bread, noodles

The goal for Triglycerides is less than 200. If your level is higher than this, you need to decrease your intake of carbohydrates(starchy foods).
DECREASE:
rice, bread pasta
snack/dessert foods (including chips, cookies , cakes)
alcohol
fruit
INCREASE:
lean protein
vegetables

The goal for your HDL is greater than 34. You can increase your HDL through exercise and weight loss if you are overweight. Stopping smoking
can also help to boost your HDL.

Enclosed is a pamphlet giving more information on how to improve your cholesterol.

Sincerely,


Wray Tsuzaki M.D.

---

## Order

**LIPID PANEL [80061B] (Order# 2016692)**

| | | | |
|---|---|---|---|
| **Order Information** | **Order Date** 8/18/2004 | **Ordering User** Id Epic Interface | **Department** Intmed Hon |
| **Order Providers** | **Authorizing Provider** Wray Y (M.D.) Tsuzaki | **Encounter Provider** Wray Y (M.D.) Tsuzaki | |
| **Detailed Information** | Priority and Order Details | Collection Information | |
| **Encounter** | View Encounter | | |
| **Encounter Status** | Closed by CESNEROS, ROSARIO G (M.A.) on 8/20/04 at 11:41 AM | | |
| **Patient Demographics** | **Address** 1219 KOKEA ST #E101 HONOLULU, HI 96817 | **Home Phone** 808-845-4931 | **Work Phone** 808-224-9011 |

C53

0023 386