Date Printed:     04/22/2005          Time Printed:     15:45:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   JON R. MUSE                                                  MRN:  9273016

# PROGRESS NOTES

**GENERAL INFORMATION**
    Contact: 01-05-2004 13:32:28        Visit Note
    Initiated: 01-05-2004 13:32:29
    Established Patient                  Age at Contact: 42 YR
    Source of Referral: Patient
    Historian: Patient

**SUBJECTIVE**
**Text**
    01-05-2004 13:37:24, Recorded By: BALILA, JOAN, S (5930)LPN, HON INT MED
    at HONOLULU Classified
    Complaint:  cough, earache right side x last night

**AllergyHx**
    01-05-2004 13:37:29, Recorded By: BALILA, JOAN, S (5930)LPN, HON INT MED
    at HONOLULU Classified
        No Known Allergies, Drug, , , Active (01-05-2004)

**HealthRiskHx**
    01-05-2004 13:37:42, Recorded By: BALILA, JOAN, S (5930)LPN, HON INT MED
    at HONOLULU Classified
        1. Smoker
        2. Ø Latex allergy

**Text**
    01-05-2004 13:41:57, Recorded By: BALILA, JOAN, S (5930)LPN, HON INT MED
    at HONOLULU Classified
    Meds:  Haldol, diphenhydramine and guaifenesin (?)

**OBJECTIVE**
**Vital Signs**
    Date: 01-05-2004      13:37:58
    Recorded By: BALILA, JOAN, S (5930)LPN, HON INT MED at HONOLULU
    Patient Position: Sitting
    Temperature: 99.2 F
    Blood Pressure: 120 / 82
    Weight: 200 lb 0 ounces

**INITIAL**
    01-05-2004 13:38:12, Initialed By: BALILA, JOAN, S (5930)LPN, HON INT
    MED at HONOLULU Classified

**SUBJECTIVE**
**HPI (History of Present Illness)**
    01-05-2004 13:54:28, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON

054

023 3861 10/01

Date Printed:    04/22/2005



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Time Printed:        15:44:55

Patient Chart for: JON R. MUSE

MRN: 9273016

```
INT MED at HONOLULU Classified
    1. Reviewed intake note
    2. Cough
    3. Nasal symptom   Congestion   Rhinorrhea
    4. Duration   5 days
    5. Associated respiratory symptoms   headache, earache
    6. Associated symptom   Ø Fever   Chills
```

**Text**
```
    01-05-2004 13:50:14, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    Subjective findings
    son with fever and cough, better now
    no h/o asthma or dm
    does smoke, wants to quit
    gets bronchitis once every 2-3 years when has to use inhalers

    01-05-2004 14:26:47, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    right ear pain since last night
    uses qtips or sometimes car key to scratch because itchy
    has had ear infection before, cleared up with ear drops

    01-05-2004 13:55:43, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    smokes 2-3 ppd
```

**OBJECTIVE**
**Text**
```
    01-05-2004 14:25:50, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    gen - nad, frequent profanities, minimal tic
    heent - right canal erythematous with purulent exudate, pain with movement of

    pinna, no mastoid or preauricular tenderness, left tm and canal normal, turbs

    slightly edematous, throat clear, sinuses nontender
    neck - supple, no ln
    cv - rrr
    lungs - clear
```

**ASSESSMENT**
**Assessment**
```
    01-05-2004 13:54:28, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    Type: Unspecified
        1. Upper respiratory infection
```

Page 3  / 11

055

Date Printed:   04/22/2005                                    Time Printed:        15:44:55



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  JON R. MUSE                              MRN:  9273016

```
01-05-2004 13:54:51, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
INT MED at HONOLULU Classified
Type: Unspecified
        1. Smoker
        2. Acute otitis externa

-Versioned to Blank- 01-05-2004 14:27:06
```

## PLAN
**Patient Instructions**
```
    01-05-2004 13:54:28, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
        1. Patient instructions reviewed  With  Patient
```

**Text**
```
    01-05-2004 13:57:58, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    rest, fluids

    01-05-2004 13:58:08, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    avoid putting things in ears

    01-05-2004 13:58:16, Recorded By: WONG TADAKI, STELLA, W (4758)MD, HON
    INT MED at HONOLULU Classified
    smoking cessation info given
```

**Order**
```
    Date: 01-05-2004 14:02:46          Priority: InClinic
    Procedure:  01-05-2004 14:02:46.816 MO Neomycin-Polymyxin-HC 3.5-10000-1
                SUSP Otic   4 drops in the affected ear 3 to 4 times daily
                10, Dispensed
    Ordered By: WONG TADAKI, STELLA, W (4758)MD
```

## SIGN
```
    01-05-2004 14:27:14, Signed By: WONG TADAKI, STELLA, W (4758)MD, HON INT
    MED at HONOLULU Classified
```

## GENERAL INFORMATION
    Contact: 03-16-2004 13:03:25          Visit Note
    Initiated: 03-16-2004 13:03:26
    Established Patient                   Age at Contact: 42 YR
    Source of Referral: Patient
    Historian: Patient


Page 4  / 11

056

Date Printed:     04/22/2005



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Time Printed:     15:45:55

Patient Chart for:  JON R. MUSE

MRN:  9273016

## SUBJECTIVE
**Text**
    03-16-2004 13:05:59, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified
    Complaint:  routine check

**AllergyHx**
    03-16-2004 13:06:03, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified
        No Known Allergies, Drug, ,  Active  (01-05-2004) (copied)

**HealthRiskHx**
    03-16-2004 13:06:06, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified
        1. Smoker
        2. Ø Latex allergy, History  (01-05-2004) (copied)

**MedicationOTCHx**
    03-16-2004 13:06:56, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified
    Status: Active
    Drug Name:  haldol
    Sig: 1 q hs
    Drug Strength:    5mg

    03-16-2004 13:07:14, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified
    Status: Active
    Drug Name:  benadryl
    Sig: 1 qhs
    Drug Strength:    75mg

## OBJECTIVE
**Vital Signs**
    Date: 03-16-2004     13:07:45
    Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU
    Patient Position: Sitting
    Temperature: 98 F
    Site:  Oral
    Blood Pressure: 120 / 80
    Weight: 200 lb 6.4 ounces

## SUBJECTIVE
**Text**
    03-16-2004 13:08:25, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified

Page 5 / 11

057

0023 3861 10/01

Date Printed:       04/22/2005                                                      Time Printed:           15:44:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   JON R. MUSE                                                    MRN: 9273016

---

| W9013 | COL:02/18/2004 | 11:56 | REC: 02/18/2004 | 11:57 | PHYS #: 3284 |
|---|---|---|---|---|---|
| AST(SGOT) | | | AST | | |
| AST(SGOT) | | 24 | (11-41) | U/L | AST |
| BLOOD UREA NITROGEN | | | BUN | | |
| BLOOD UREA NITROGEN | | 12 | (8-20) | mg/dl | BUN |
| CBC with auto diff | | | CBCZ | | |
| WBC COUNT | | 8.0 | (4.8-10.8) | K/ul | WBC |
| RBC COUNT | | 5.33 | (4.15-6.10) | M/ul | RBC |
| HEMOGLOBIN | | 16.4 | (12.5-18.0) | gm/dl | HGB |
| HEMATOCRIT | | 47.8 | (37.5-52.0) | % | HCT |
| MCV | | 89.7 | (80-99) | FL | MCV |

03-16-2004 13:08:35, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT MED at HONOLULU Classified

---

| MCHC | | 34.3 | (32-37) | gm/dl | MCHC |
|---|---|---|---|---|---|
| RBC DISTRIB. WIDTH | | 13.0 | (11.5-14.5) | % | RDW |
| PLATELET | | 228 | (130-440) | K/ul | PLATE |
| DIFFERENTIAL | | AUTOMATED | MDIFF | | |
| LYMPHOCYTES | | 3.9 | (1-6) | K/ul | LYN |
| 48.5% | | | | | |
| NEUTROPHILS | | 3.3 | (1.8-8) | K/ul | GNO |
| 41.4% | | | | | |
| EOSINOPHILS | | 0.3 | (0.0-0.65) | K/ul | EON |
| 3.5% | | | | | |
| BASOPHILS | | 0.0 | (0.0-0.20) | K/ul | BASON |
| 0.5% | | | | | |
| MONOCYTES | | 0.5 | (0.0-0.80) | K/ul | MONON |

Page 6  / 11

058

0023 3861  10/01

Date Printed:       04/22/2005                                     Time Printed:        15:44:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   JON R. MUSE                                   MRN: 9273016

```
03-16-2004 13:08:45, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT
MED at HONOLULU Classified
6.1%

CREATININE BLOOD                                   CREBL
CREATININE BLOOD              0.8        (0.5-1.2)         mg/dl      CREBL


HEPATITIS C VIRUS ANTIBODY                         HCV
HEPATITIS C VIRUS ANTIBODY                         HCV
NEGATIVE Reference Range:Negative

LIPID PROFILE                                      LIPID
SERUM APPEARANCE                                   LIPAP
SLIGHTLY LIPEMIC CHYLOMICRONS ABSENT (appearance

03-16-2004 13:08:54, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT
MED at HONOLULU Classified
------------------------------------------------------------------------

CHOLESTEROL             H    239       (<200)             mg/dl       CHOLH

TRIGLYCERIDE            H    219       (<200)             mg/dl       TRIGH

HDL                     L    30        (>34)              mg/dl       HDL

CHOL/HDL RATIO               8.0        CHDL
Average Risk of Heart Disease
Females:4.4   Males:5.0
VLDL                    H    44        (0-40)             mg/dl       VLDL

LDL                     H    165       (10-129)           mg/dl       LDL


ELECTROLYTES                            LYTES
SODIUM                       138       (135-145)          mmol/L      NA

POTASSIUM                    4.2       (3.5-5.3)          mmol/L      K

CHLORIDE                     104       (98-108)           mmol/L      CL

03-16-2004 13:09:02, Recorded By: CESNEROS, ROSARIO, G (2913)MA, HON INT
MED at HONOLULU Classified
------------------------------------------------------------------------

BICARBONATE                  28        (22-32)            mmol/L      TCO2
```

Page 7 / 11

059

| Date Printed: | 04/22/2005 | | Time Printed: | 15:4?:5? |

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  JON R. MUSE                                                    MRN:  9273016

```
              TSH                             TSH
              TSH                   1.40    (0.35-5.50)      uIU/ml        TSH
```

**INITIAL**
    03-16-2004 13:09:04, Initialed By: CESNEROS, ROSARIO, G (2913)MA, HON
    INT MED at HONOLULU Classified

**SUBJECTIVE**
**Text**
    03-16-2004 13:13:04, Recorded By: TSUZAKI, WRAY, Y (395)MD, HON INT MED
    at HONOLULU Classified
    nursing note reviewed
    cig use
    Tourettes on Haldol and benedryl seen by psych

**OBJECTIVE**
**Text**
    03-16-2004 13:15:51, Recorded By: TSUZAKI, WRAY, Y (395)MD, HON INT MED
    at HONOLULU Classified
    lung clear
    corRRR
    bp 120/75

**ASSESSMENT**
**Assessment**
    03-16-2004 13:16:07, Recorded By: TSUZAKI, WRAY, Y (395)MD, HON INT MED
    at HONOLULU Classified
    Type: Unspecified
        1. Cigarette smoker
        2. Hyperlipidemia

**PLAN**
**Text**
    03-16-2004 13:16:26, Recorded By: TSUZAKI, WRAY, Y (395)MD, HON INT MED
    at HONOLULU Classified
    low chol diet
    no smoking classes
    recehck 6months

**SIGN**
    03-16-2004 13:16:28, Signed By: TSUZAKI, WRAY, Y (395)MD, HON INT MED at
    HONOLULU Classified

Page 8  / 11

080

0023 3861  10/01

Date Printed: 04/22/2005    Time Printed: 15:44:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE    MRN: 9273016

**GENERAL INFORMATION**
    Contact: 03-22-2004 15:04:15        Visit Note
    Initiated: 03-22-2004 15:04:16
    Established Patient                 Age at Contact: Unknown
    Source of Referral: Patient
    Historian: Patient

**SUBJECTIVE**
**Text**
    03-22-2004 15:06:49, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
    Complaint: lt. ear pain x couple weeks

**AllergyHx**
    03-22-2004 15:04:22, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
        No Known Allergies, Drug, ,  Active  (01-05-2004) (copied)

**HealthRiskHx**
    03-22-2004 15:04:24, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
        1. Smoker
        2. Ø Latex allergy, History  (01-05-2004) (copied)

**MedicationOTCHx**
    03-22-2004 15:07:01, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
        benadryl, 1 qhs, 75mg,  Active  (03-16-2004) (copied)

    03-22-2004 15:07:01, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
        haldol, 1 q hs, 5mg,  Active  (03-16-2004) (copied)

    03-22-2004 15:07:43, Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
    Status: Active
    Drug Name:  guanfacine
    Sig: 1 tid
    Drug Strength:   1 mg

**OBJECTIVE**
**Vital Signs**
    Date: 03-22-2004     15:04:27
    Recorded By: SACULLES, RACHEL, A (5926)MA, HON INT MED at HONOLULU
    Patient Position: Sitting
    Temperature: 97.2 F
    Blood Pressure: 100 / 60

Page 9  / 11

081

0023 3861  10/01

Date Printed:    04/22/2005  Time Printed:    15:44:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:  JON R. MUSE                                   MRN:  9273016

```
    Weight: 201 lb 0 ounces      With clothes
```

**INITIAL**
```
    03-22-2004 15:07:46, Initialed By: SACULLES, RACHEL, A (5926)MA, HON INT
    MED at HONOLULU Classified
```

**SUBJECTIVE**
**Text**
```
    03-22-2004 15:20:13, Recorded By: INAGAKI, WAYNE, H (205)MD, HON INT MED
    at HONOLULU Classified
    reviewed intake notes and vital signs
    history as above
    hurts when he chews. also when opens the mouth wide.
    pain also in the ear area. has had ear infections.
    no discharge from the. hasnit been in the water for a few weeks
    no plane flights or diving.
    no recent ear cleaning. no fever. appetite good
    no trauma/ injury

    O :left tmj sl tender to touch . increase pain with chewing .
    jaw without and deformity. teeth wnl. gums no swelling.
    ear wnl . no swelling  or redness. tm's wnl.
    neck no masses. non tender.
    scalp and sinuses nontender

    A:Probable left tmj inflammation

    P:discussed above conditions and considerations with patient
    avoid opening mouth wide. avoid chewing as much possible.
    liquid or soup type diet
    hot compresses   tid -qid
    naproxen 500mg bid
    return to clinic in 2weeks if not better
```

**SIGN**
```
    03-22-2004 15:20:16, Signed By: INAGAKI, WAYNE, H (205)MD, HON INT MED
    at HONOLULU Classified
```

**ASSESSMENT**
**Assessment**
```
    03-22-2004 15:20:34, Recorded By: INAGAKI, WAYNE, H (205)MD, HON INT MED
    at HONOLULU Classified
    Type: Unspecified
          1. Arthralgia of temporomandibular joint
```

Page 10  / 11

062

Date Printed:     04/22/2005                                       Time Printed:        15:44:55



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE                                     MRN: 9273016

### PLAN
**Order**
```
Date: 03-22-2004 15:21:11              Priority: InClinic
Procedure:  03-22-2004 15:21:11.121 MO Naproxen 500 MG TABS Oral    1 po
            twice daily with food for jaw pain 30, Dispensed
Ordered By: INAGAKI, WAYNE, H (205)MD
```

Page 11   / 11

063

0023 3861 10/01

| Date Printed: | 04/22/2005 | | Time Printed: | 15:44:33 |



**KAISER PERMANENTE**

HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE                                    MRN: 9273016

# PROBLEM LIST

| STATUS | PROB. DATE | PROBLEM TEXT |
|---|---|---|
| Active | 03-16-2004 | prev IV drug use<br>[Last update: TSUZAKI, WRAY, Y (395)MD, HON INT MED at HONOLULU,03-16-2004] |
| Active | 03-16-2004 | hyperlipidemia<br>[Last update: TSUZAKI, WRAY, Y (395)MD, HON INT MED at HONOLULU,03-16-2004] |
| Active | 01-05-2004 | tourette's syndrome<br>[Last update: WONG TADAKI, STELLA, W (4758)MD, HON INT MED at HONOLULU,01-06-2004] |
| Active | 01-05-2004 | smoker<br>[Last update: WONG TADAKI, STELLA, W (4758)MD, HON INT MED at HONOLULU,01-06-2004] |

064

1023 3861 10/01

Date Printed: 04/22/2005　　　　　　　**KAISER PERMANENTE**　　　　　　Time Printed: 15:44:55
　　　　　　　　　　　　　　　　　　　　　HAWAII REGION
　　　　　　　　　　　　　　　　　　　Medical Group, P. C.

Patient Chart for:  JON R. MUSE　　　　　　　　　　　　　　　　　　　MRN:  9273016

# MEDICATIONS:PRESCRIBED HISTORY

**MEDICATION ORDER**
　　Status: Dispensed
　　Date: 03-22-2004 15:26:21

**Prescription Number:**　　133518954

**Medication**
　　Drug Name:  NAPROXEN TAB 500MG
　　Initial Quantity: 30
　　Refills Authorized: 1　　　　　　　　　　　　Expiration Date: 03-22-2005
　　Refill Quantity: 30
　　Substitute: Generic Substitute
　　Sig: TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD FOR JAW PAIN

　　Ordered By: INAGAKI, WAYNE, H (205)MD
　　Date: 03-22-2004 15:23:40


**DISPENSE**
　　Date: 03-22-2004 15:26:21　　　　Dispense ID: 1
　　Drug Name: NAPROXEN TAB 500MG
　　Quantity: 30
　　Refills Remaining: 1
　　SIG:  TAKE 1 TABLET BY MOUTH TWICE A DAY WITH FOOD FOR JAW PAIN

---

**MEDICATION ORDER**
　　Status: Dispensed
　　Date: 01-05-2004 14:26:30

**Prescription Number:**　　133510782

**Medication**
　　Drug Name:  NEOMYCIN/POLYMYXIN/HYDROCOR SUS 1% OTIC
　　Initial Quantity: 10
　　Refills Authorized: 0　　　　　　　　　　　　Expiration Date: 01-04-2005
　　Refill Quantity: 10
　　Substitute: Generic Substitute
　　Sig: INSTILL 4 DROPS INTO THE AFFECTED EAR THREE TO FOUR TIMES DAILY

　　Ordered By: WONG TADAKI, STELLA, W (4758)MD
　　Date: 01-05-2004 14:23:29


**DISPENSE**
　　Date: 01-05-2004 14:26:30　　　　Dispense ID: 1
　　Drug Name: NEOMYCIN/POLYMYXIN/HYDROCOR SUS 1% OTIC

Page 2  / 4

065

0023 3861  10/01

Date Printed:    04/22/2005                                                       Time Printed:    15:47:55

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:    JON R. MUSE                                                 MRN:  9273016

```
Quantity: 10
Refills Remaining: 0
SIG:   INSTILL 4 DROPS INTO THE AFFECTED EAR THREE TO FOUR TIMES DAILY
```

Page 3  / 4

026

0023 3861 10/01

Date Printed: 04/22/2005

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Time Printed: 15:44:55

Patient Chart for: JON R. MUSE

MRN: 9273016

# MEDICATIONS:OUTSIDE/OTC HISTORY

**OTC/Outside Medication**
```
    Status: Active
    Date: 03-22-2004 15:07:43
    Date Known: 03-22-2004
    Drug Name: guanfacine
    Sig: 1 tid
    Strength: 1 mg

    Active; Recorded 03-22-2004 15:07:43
```

**OTC/Outside Medication**
```
    Status: Active
    Date: 03-16-2004 13:07:14
    Date Known: 03-16-2004
    Drug Name: benadryl
    Sig: 1 qhs
    Strength: 75mg

    Active; Recorded 03-16-2004 13:07:14
```

**OTC/Outside Medication**
```
    Status: Active
    Date: 03-16-2004 13:06:56
    Date Known: 03-16-2004
    Drug Name: haldol
    Sig: 1 q hs
    Strength: 5mg

    Active; Recorded 03-16-2004 13:06:56
```

067

Date Printed:    04/22/2005                     Time Printed:    15:53:33



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   JON R. MUSE                                 MRN:  9273016

# LAB/PATH HISTORY

Status: Completed
Date: 08-19-2004 09:31:19

**RESULT**
  Result Status: Final
  To Be Reviewed By: TSUZAKI, WRAY, Y (395)MD
  Procedure Name: Lipid panel
  Procedure:  Lipid panel

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Appearance, serum | | CLEAR | | REGLAB-3288 MOANALUA RD.96819 |

Expanded text: CHYLOMICRONS ABSENT (appearance after 24 hrs refrigeration)

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Cholesterol, serum/plasma | HH | 250 | mg/dl <200 | REGLAB-3288 MOANALUA RD.96819 |
| Triglyceride, serum/plasma | | 154 | mg/dl <200 | REGLAB-3288 MOANALUA RD.96819 |
| High density lipoprotein, serum/plasma | LL | 33 | mg/dl >34 | REGLAB-3288 MOANALUA RD.96819 |
| Cholesterol - total/High density lipoprotein ratio, serum/plasma | | 7.6 | | REGLAB-3288 MOANALUA RD.96819 |

Expanded text:  Average Risk of Heart Disease Females: 4.4 Males: 5.0

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Very low density lipoprotein, serum/plasma, calculated | | 31 | mg/dl 0-40 | REGLAB-3288 MOANALUA RD.96819 |
| Low density lipoprotein, serum/plasma, calculated | HH | 186 | mg/dl 10-129 | REGLAB-3288 MOANALUA RD.96819 |

Status: Completed
Date: 08-18-2004 15:47:36

**RESULT**
  Result Status: Final

Page 2  / 9

068

0023 3861  10/01

Date Printed:   04/22/2005                                Time Printed:   15:55:33

**KAISER PERMANENTE**
**HAWAII REGION**
Medical Group, P. C.

Patient Chart for:  JON R. MUSE                           MRN: 9273016

```
To Be Reviewed By: TSUZAKI, WRAY, Y (395)MD
Procedure Name: Alanine aminotransferase measurement
Procedure:  Alanine aminotransferase measurement
```

| Procedure | Criticality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| ALT, serum/plasma | | 32 | U/L 3-63 | REGLAB-3288 MOANALUA RD.96819 |

```
Status: Completed
Date: 08-18-2004 15:47:36
```

**RESULT**
```
Result Status: Final
To Be Reviewed By: TSUZAKI, WRAY, Y (395)MD
Procedure Name: Aspartate aminotransferase measurement
Procedure:  Aspartate aminotransferase measurement
```

| Procedure | Criticality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| AST (SGOT), serum/plasma | | 19 | U/L 11-41 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
```
    Status: Completed
    Date: 02-19-2004 12:14:09
```

**Procedure**
```
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure:  Thyroid stimulating hormone measurement
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD
```

**RESULT**
```
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Thyroid stimulating hormone measurement
    Procedure:  Thyroid stimulating hormone measurement
```

| Procedure | Criticality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| TSH, serum/plasma | | 1.40 | uIU/ml | |

Page 3 / 9

069

0023 3861 10/01

Date Printed:   04/22/2005                                                Time Printed:        15:56:33

**KAISER PERMANENTE**
**HAWAII REGION**
Medical Group, P. C.

Patient Chart for:  JON R. MUSE                                           MRN:  9273016

                                                        0.35-5.50   REGLAB-3288 MOANALUA
                                                                               RD.96819

---

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-19-2004 11:08:57

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure:  Lipid panel
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD

**RESULT**
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Lipid panel
    Procedure:  Lipid panel

| Procedure | Criticality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Appearance, serum | | SLIGHTLY LIPEMIC | | REGLAB-3288 MOANALUA RD.96819 |

Expanded text: CHYLOMICRONS ABSENT (appearance after 24 hrs refrigeration)

| Procedure | Criticality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Cholesterol, serum/plasma | HH | 239 | mg/dl <200 | REGLAB-3288 MOANALUA RD.96819 |
| Triglyceride, serum/plasma | HH | 219 | mg/dl <200 | REGLAB-3288 MOANALUA RD.96819 |
| High density lipoprotein, serum/plasma | LL | 30 | mg/dl >34 | REGLAB-3288 MOANALUA RD.96819 |
| Cholesterol - total/High density lipoprotein ratio, serum/plasma | | 8.0 | | REGLAB-3288 MOANALUA RD.96819 |

Expanded text:  Average Risk of Heart Disease Females: 4.4 Males: 5.0
Very low density
lipoprotein,

Page 4 / 9

070

0023 3861 10/01