Date Printed:    04/22/2005        Time Printed:    15:55:33

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE

MRN: 9273016

| | | | | |
|---|---|---|---|---|
| serum/plasma, calculated | HH | 44 | mg/dl 0-40 | REGLAB-3288 MOANALUA RD.96819 |
| Low density lipoprotein, serum/plasma, calculated | HH | 165 | mg/dl 10-129 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-19-2004 10:26:28

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure: Hepatitis C virus antibody measurement
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD

**RESULT**
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Hepatitis C virus antibody measurement
    Procedure: Hepatitis C virus antibody measurement

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Hep C AB, serum | | NEGATIVE | | REGLAB-3288 MOANALUA RD.96819 |

Expanded text: Reference Range: Negative

---

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-18-2004 17:46:29

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure: Urea nitrogen measurement
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD

071

0023 3861 10/01

Date Printed:     04/22/2005                              Time Printed:     15:53:33



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE                                          MRN: 9273016

**RESULT**
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Urea nitrogen measurement
    Procedure:  Urea nitrogen measurement

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| BUN, serum/plasma | | 12 | mg/dl 8-20 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-18-2004 17:46:29

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure:  Aspartate aminotransferase measurement
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD

**RESULT**
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Aspartate aminotransferase measurement
    Procedure:  Aspartate aminotransferase measurement

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| AST (SGOT), serum/plasma | | 24 | U/L 11-41 | REGLAB-3288 MOANALUA RD.96819 |

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-18-2004 17:46:29

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure:  Creatinine measurement, serum

072

)023 3861 10/01

Date Printed:     04/22/2005                    Time Printed:     15:53

**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for:   JON R. MUSE                                           MRN:  9273016

```
Ordered by: SHEEHAN, WILLIAM, M (3284)MD
Date: 02-18-2004 11:58:09
Send Result to: SHEEHAN, WILLIAM, M (3284)MD
```

**RESULT**
```
Result Status: Final
Received Location: HON-1010 PENSACOLA ST.96814
To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
Procedure Name: Creatinine measurement, serum
Procedure:   Creatinine measurement, serum
```

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Creatinine, serum/plasma | | 0.8 | mg/dl 0.5-1.2 | REGLAB-3288 MOANALUA RD.96819 |

---

**LAB/PATH ORDER**
```
Status: Completed
Date: 02-18-2004 17:46:29
```

**Procedure**
```
Date: 02-18-2004 11:58:09
Priority: Routine
Procedure:  Electrolytes measurement, serum
Ordered by: SHEEHAN, WILLIAM, M (3284)MD
Date: 02-18-2004 11:58:09
Send Result to: SHEEHAN, WILLIAM, M (3284)MD
```

**RESULT**
```
Result Status: Final
Received Location: HON-1010 PENSACOLA ST.96814
To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
Procedure Name: Electrolytes measurement, serum
Procedure:   Electrolytes measurement, serum
```

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| Sodium, serum/plasma | | 138 | mmol/L 135-145 | REGLAB-3288 MOANALUA RD.96819 |
| Potassium, serum/plasma | | 4.2 | mmol/L 3.5-5.3 | REGLAB-3288 MOANALUA RD.96819 |
| Chloride, serum/plasma | | 104 | mmol/L 98-108 | REGLAB-3288 MOANALUA RD.96819 |
| CO2, serum/plasma | | 28 | mmol/L 22-32 | REGLAB-3288 MOANALUA RD.96819 |

Page 7 / 9

073

0023 3861 10/01

Date Printed:   04/22/2005                                        Time Printed:   15:54:33



**KAISER PERMANENTE**
HAWAII REGION
Medical Group, P. C.

Patient Chart for: JON R. MUSE                                    MRN: 9273016

---

**LAB/PATH ORDER**
    Status: Completed
    Date: 02-18-2004 17:19:36

**Procedure**
    Date: 02-18-2004 11:58:09
    Priority: Routine
    Procedure: Complete blood count with differential
    Ordered by: SHEEHAN, WILLIAM, M (3284)MD
    Date: 02-18-2004 11:58:09
    Send Result to: SHEEHAN, WILLIAM, M (3284)MD

**RESULT**
    Result Status: Final
    Received Location: HON-1010 PENSACOLA ST.96814
    To Be Reviewed By: SHEEHAN, WILLIAM, M (3284)MD
    Procedure Name: Complete blood count with differential
    Procedure: Complete blood count with differential

| Procedure | Criti-cality | Value | Unit/Range | Performed Location |
|---|---|---|---|---|
| WBC's, whole blood, automated count | | 8.0 | K/ul 4.8-10.8 | REGLAB-3288 MOANALUA RD.96819 |
| RBC's, whole blood, automated count | | 5.33 | M/ul 4.15-6.10 | REGLAB-3288 MOANALUA RD.96819 |
| Hgb, whole blood | | 16.4 | gm/dl 12.5-18.0 | REGLAB-3288 MOANALUA RD.96819 |
| Hct, whole blood, automated count | | 47.8 | % 37.5-52.0 | REGLAB-3288 MOANALUA RD.96819 |
| Mean corpuscular volume, RBC, automated count | | 89.7 | FL 80-99 | REGLAB-3288 MOANALUA RD.96819 |
| MCHC | | 34.3 | gm/dl 32-37 | REGLAB-3288 MOANALUA RD.96819 |
| RDW | | 13.0 | % 11.5-14.5 | REGLAB-3288 MOANALUA RD.96819 |
| Platelets, automated count | | 228 | K/ul 130-440 | REGLAB-3288 MOANALUA RD.96819 |
| Wright stain result | | AUTOMATED | | REGLAB-3288 MOANALUA |

Page 8 / 9

074

0023 3861 10/01

| | | | | |
|---|---|---|---|---|
| Date Printed: | 04/22/2005 |  **KAISER PERMANENTE** HAWAII REGION Medical Group, P. C. | Time Printed: | 15:55:33 |

Patient Chart for: JON R. MUSE

MRN: 9273016

RD.96819

| | | | |
|---|---|---|---|
| Lymphocytes, whole blood, manual count | 3.9/48.5% | K/ul 1-6 | REGLAB-3288 MOANALUA RD.96819 |
| Neutrophils, manual count | 3.3/41.4% | K/ul 1.8-8 | REGLAB-3288 MOANALUA RD.96819 |
| Eosinophils, whole blood, manual count | 0.3/3.5% | K/ul 0.0-0.65 | REGLAB-3288 MOANALUA RD.96819 |
| Basophils, whole blood, manual count | 0.0/0.5% | K/ul 0.0-0.20 | REGLAB-3288 MOANALUA RD.96819 |
| Monocytes, whole blood, manual count | 0.5/6.1% | K/ul 0.0-0.80 | REGLAB-3288 MOANALUA RD.96819 |

**KAISER PERMANENTE**

DATE: 06/29/00

| Field | Value |
|---|---|
| LAST NAME | Muse |
| FIRST | Jon |
| INITIAL | R. |
| DATE OF BIRTH | 4/18/39 |
| PLACE OF BIRTH | Honolulu |
| SEX | M |
| ANCESTRY | Japanese – Caucasian |
| RELIGION | None |
| MARITAL STATUS | Divorced |
| TEMPORARY ADDRESS | 1219 Lokea St |
| CITY | Eioi Iton |
| ZIP CODE | 96817 |
| PHONE | 845-4931 |
| PATIENT OCCUPATION | Self-Employed |
| EMPLOYER ADDRESS | Same as above |
| BUS. PHONE | 299-8954 |
| SOCIAL SECURITY/MEDICAL NO. | 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 |
| NEXT OF KIN | Justin Muse |
| RELATIONSHIP | Son |
| ADDRESS | Same as above |
| HOME PHONE | Same |

IF YOU REGULARLY VISIT OUR OTHER CLINICS, PLEASE INDICATE WHICH ONE(S):
☐ PUNAWAI  ☐ KAHUKU  ☐ KOOLAU  ☐ NIU VALLEY  ☐ MAILI  ☐ WAILUKU  ☐ LAHAINA  ☐ MEDICAL CENTER

PARENT, GUARDIAN OR PATIENT'S SIGNATURE / RELATIONSHIP / COMPLETED BY

CHANGE OF ADDRESS/OCCUPATION UPDATE

076

**PROGRESS NOTES** — KAISER PERMANENTE

MR #:
NAME:
Sex/BD: 9 27 30 1b
HUSE, JON R....

| DATE | S | O | A | P | | PROBLEM # |
|---|---|---|---|---|---|---|

12/3/04

Fatema Azam, M.D. #7159
Internal Medicine

Age 43 ♂

Allergies
Clarex
NKDA

Medications
Nadolol
Diphenhydramine

Wt 193  BP 139/94  T 99.4
SMOKING STATUS: C   F<5   F>6   N

CC:
S — Fever, chills, N/S,
vomit this am ↑
Sore stomach. Diarrhea — water.
N/V @ 10am. Pt drank Mtn Dew which
helped. Took 2 tylenols. Pt ate ~~peppersteak~~
last night — was fried.

O: VSS
NAD
TM & oropharynx clear ⓑ
lungs clear ⓑ
Abd ND, ⊕bs, soft, NT

A/P: Viral gastroenteritis — imodium / peptobismol
bland foods ↑

F.A.

077

HON



**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

## Mental Health Services Department
## Progress Note / Update Report

AUG 30 2004

MR# 927301b   U.C. Loc.
NAME Jim Muse
BD 4-18-61
Dr. Wray Tsuzaki

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

**Date** 8/18/04   **Diagnosis:** _____

**PROGRESS NOTES**

WT 189   BP 139/85   P 97
S: Still gets depression, severe tics (vocal + motor) that cause severe disruption to life/relationships
O: Coprolalia, neck thrusts, tongue thrusts, hand/arm movements evident.
A: Severe Tourette's Disorder — pt cannot afford medication + does not qualify for free drug samples from manufacturer
P: 1 - Stay with Haloperidol 5 y Bid
   Benadryl 150 y daily

**TREATMENT PLAN**

Patient ☒ Will  ☐ Will Not  ☐ Continues to  be followed by mental health services staff.
☐ Individual Therapy  ☐ Group Therapy  ☐ Other  Therapist(s): _____
Medication Prescribed: _____
☐ Medication Change: ☐ Yes ☐ No
Referred to: ↓ Smoking — 3½ ppd hx → 2 ppd goal

☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on __/__/__ (date).
Patient ☐ referred to  ☐ admitted to
       substance abuse treatment program at _____ on __/__/__ (date).

Sheelan   Therapist's   [signature] 3284   8/18/04
                        Psychiatrist's Signature  Provider #  Mo. Day Yr.

078

For more information, please contact: Mental Health Services, Ph. 945-7696

White - Progress Note     Canary - Mental Health Chart     Pink - Provider

FEB 03 2004                                   HON

**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

MR# 9273016
NAME Jon Muse
BD

U.C. Loc.

## Mental Health Services Department
## Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

Date: 12/19/03   Diagnosis: Tourette's Disorder

**PROGRESS NOTES**

BP 128/94   P 98   wt 200 lbs

S: Guanfacine helps partially - still has tics, coprolalia, both motor + vocal tics.

O: Qualitative decrease of tics noted, although they are still present - motor - hand gestures, tongue thrusts. vocal - coprolalia

A: Tourette's Disorder - severe, not responsive to medication

P: - ↑ Guanfacine to 1mg TID
    - Haloperidol 5½ hr, Benadryl 150 g ½ hr

**TREATMENT PLAN**

Patient ☐ Will  ☐ Will Not  ☐ Continues to   be followed by mental health services staff.
☐ Individual Therapy  ☐ Group Therapy  ☐ Other   Therapist(s): _____
Medication Prescribed: _____
☐ Medication Change:   ☐ Yes  ☐ No

Referred to: _____
☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on ___/___/___ (date).
Patient ☐ referred to  ☐ admitted to
   substance abuse treatment program at _____ on ___/___/___ (date).

William Sheehan M.D. 3284   [signature] 3284   12/19/03
   Therapist's   Psychiatrist's Signature   Provider #   Mo. Day Yr.  079

For more information, please contact: Mental Health Services, Ph. 945-7696

White - Progress Note         Canary - Mental Health Chart         Pink - Provider
91702 3/98



**KAISER PERMANENTE**
*Caring For Hawaii's People Like Family.*

19 OCT 00 6:29

HON
U.C. Loc.

MR# 9273016
NAME  Jon Muse
BD  4-18-61

# Mental Health Services Department
# Progress Note / Update Report

Please note this information is confidential and protected by State and Federal regulations. Disclosure to any third parties outside Kaiser Permanente is strictly prohibited without the specific written consent of the patient.

Date: 9/29/00    Diagnosis: Tourette's Disorder / Depression

**PROGRESS NOTES**

S: Lost insurance benefit. Cannot afford much medicine. Still has tics, compulsions, ADHD symptoms, depression.

O: Motor + vocal tics noted. Review of medication.

A: ① Tourette's Disorder - not fully responsive to multiple medication trials over past 15 years.
② Compulsive behavior   ③ Attention deficit

P: ① Continue Haloperidol 5mg hs;
   Benadryl 150 mg hs
② Skp Wellbutrin - cannot afford
③ Trial Prozac 10 mg - 20 mg daily - samples

**TREATMENT PLAN**

Patient ▸ ☐ Will   ☐ Will Not   ☐ Continues to ☑ be followed by mental health services staff.

☑ Individual Therapy   ☐ Group Therapy   ☐ Other   Therapist(s): _____ above

Medication Prescribed: _____
☐ Medication Change:   ☐ Yes   ☐ No

Referred to: _____
☐ Patient declines follow-up in Mental Health Services.
☐ Treatment Plan completed, may return as needed.
☐ Patient admitted to an inpatient mental health setting at _____ on __/__/__ (date).
Patient ▸ ☐ referred to   ☐ admitted to
       substance abuse treatment program at _____ on __/__/__ (date).

Advised him to apply for OVR or mental comparable

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

☐ Therapist's   ☑ Psychiatrist's Signature    Provider #    9/28/00    080

For more information, please contact: Mental Health Services, Ph. 945-7696

White - Progress Note       Canary - Mental Health Chart       Pink - Provider
01703 3/98

**PROGRESS NOTES**

KAISER PERMANENTE.

MR #: 9-27-30-16  UC Loc:
NAME: Muse, Jon
Sex/BD:

S / O / A / P
SUBJECTIVE FINDINGS / OBJECTIVE FINDINGS / ASSESSMENT / PLANS

DATE: JUL 14 2000

PROBLEM #

Landa Cox, APRN 2339
Nurse Practitioner
Internal Medicine, Honolulu Clinic

Wt    BP
Smoking C Y 6 G N

Age 39 ♀
CC: lab results.   no show / fearing

Allergies
nkda

Medications

7/14/00 TC pt. c labs. Chol ↑ pt to start serious low fat diet + f/u c PCP in 3-6 mo. Pt also encouraged to link c PCP as he also has a cyst on back. Pt says he will M.A. L. Cox NP

7-19-00  Psychiatry Intake Completed Today
Ip: - Tourette's Disorder
    - Depression
    - Polysubstance Dependence,
      in Sustained Full Remission 10 yr
Tx  (1) Haloperidol 5mg HS
    (2) Benadryl 150 mg HS
    (3) Wellbutrin SR 150 mg BID
    (4) Encouraged adherence to
        medical recommendations
                              W Sheehan MD

WILLIAM P. SHEEHAN, M.D.
BEHAVIORAL HEALTH SERVICES
KAISER PERMANENTE HAWAII

081.

## KAISER PERMANENTE.
### ADULT HEALTH APPRAISAL EXAM
### Male Visit

( page 1 of 1 )   Date Format - MM / DD / CCYY

MR #: 
UC Loc: 
Name: 
Sex/BD: 

Date: 06/29/00   Phone (H): (808) 845-4931   Phone (W): (808) 299-8954
Age: 39   Ht: 70   Wt: 182   BMI: ___   Temp: 97.8 °F   Resp: 16   BP: 132/82 (R arm)   Pulse: 88
Vision: R 20/20   L 20/20   ✓ □ with correction   ✓ □ without correction   □ not indicated
Allergies: nkda
Smoker? □No ✓Yes   Packs/day ___
PCP: Ø PCP   Prov. # ___   Completed by: Marjorie M. Okazi, MA

**SUBJECTIVE:** ✓ □ see Health Appraisal Questionnaire   □ see Progress Notes   □ see Medication Sheet
Here for PHA. Hx Tourette's Syndrome, Hx (+) PPD, Hx ? Hepatitis
hx depression presently being treated by psychiatrist.

**PHYSICAL EXAM:** ✓   Legend: NL= Normal   AB = Abnormal   NI = Not Indicated

| | | |
|---|---|---|
| General: ___ ☒NL □AB □NI | Abdomen: ___ ☒NL □AB □NI |
| Skin: sebaceous cyst ® upper back □NL ☒AB □NI | Extremities: ___ ☒NL □AB □NI |
| HEENT: ___ ☒NL □AB □NI | Hernia: ___ ☒NL □AB □NI |
| Neck/Lymph/Thyroid: ___ ☒NL □AB □NI | Testes: ___ ☒NL □AB □NI |
| Lungs: ___ ☒NL □AB □NI | Rectal: ___ ☒NL □AB □NI |
| Cardiovascular: ___ ☒NL □AB □NI | Prostate: ___ □NL □AB ☒NI |
| Other: ___ | □NL □AB ☒NI |

**ASSESSMENT:**
1) Hx unprotected sex c̄ mult. partners. Swabs for GC, Chlamydia obtained as well as RPR, HIV.
2) sebaceous cyst on back. pt to f/u c̄ PCP

**PLAN:** ✓
IMMUNIZATIONS: □ HEP B  □ MMR  □ Td  ✓ Flu  □ Pneumo  □ PPD  □ Other: S-Lyrapo
SCREENING: □ Glucose  ☒ Cholesterol/HDL  □ FOBT  ☒ Other: HIV, RPR, TSH, CBC, LFT
COUNSELING/
PT EDUCATION: □ Alcohol  ☒ Sexuality  □ Safety  □ Diet
□ Skin  □ Exercise  □ Prostate  □ Other: ___
□ Tobacco  ☒ TSE
REFERRAL: ☒ Link with PCP  □ PCP  □ Dietitian
□ Mental Health Services  □ Eye Clinic  □ Case Manager: ___
□ Social Work  □ Tobacco Counselor  □ Other: ___

OTHER: ___

FOLLOW-UP: 1) Pt to MA in 2 wks for lab results   [signature] Landa Cox
Exam done by: Landa Cox, APRN 2339
Nurse Practitioner
Internal Medicine, Honolulu Clinic

0005-6606  12/99

**Adult Health Appraisal Male Visit**

# KAISER PERMANENTE®
ADULT HEALTH APPRAISAL QUESTIONNAIRE
**Men Age 18 to 49**

( page 1 of 2 )   Date Format - MM / DD / CCYY

MR #: 9 27 30 16   UC Loc:
Name: MUSE, JON, P
Sex/BD:

===== Please answer the following health questions =====

Date: 06 29 00   Age: 39   Occupation: Self-Employed
Marital Status: ✓   ☐ Single   ☐ Married   ☐ Separated   ☒ Divorced   ☐ Widower   ☐ Domestic Partner

What is the MAIN REASON for your visit today? To check on my over-all health

Have you ever had any MAJOR ILLNESS, HEALTH CONDITIONS OR SURGERIES?   No ☒

☐ Alcohol Problems: _____
☐ Allergies: _____
☐ Diabetes: _____
☐ Colon Cancer: _____
☐ Skin Cancer: _____
☐ Any Other Cancer: _____
☐ Other: _____

☐ High Cholesterol: _____
☐ High Blood Pressure: _____
☐ Stroke: _____
☐ Osteoporosis: _____

Do you have any DRUG ALLERGIES?   ☒ No   ☐ Yes

Please list CURRENT MEDICATIONS: (Include all prescriptions, over-the-counter medications, herbs and vitamins)
☐ None
1. Haloperidol 5mg ea.
2. Diphenhydramine 75mg ea.
3. Wellbutrin 150mg day
4. _____
5. _____
6. _____

1. Do you wear sunscreen when you are exposed to direct sunlight? — ☐ Yes ☒ No
2. Do you eat 5 or more servings of fruits and / or vegetables each day? — ☐ Yes ☒ No
3. Do you usually eat a low fat diet (low or nonfat foods)? — ☐ Yes ☒ No
4. Do you exercise for 30 minutes or more on most days? — ☐ Yes ☒ No
5. Do you often have more than 2 alcohol drinks a day? — ☐ Yes ☒ No
6. Do you currently smoke or chew tobacco? 23yr hx 2ppd — ☒ Yes ☐ No
   If yes, have you seriously thought about quitting in the next 6 months? — ☒ Yes ☐ No

*Please flip over and complete side 2 of this form, Thank you!* ▶

0008-7998 9/99   White - OMR/Database   083

# KAISER PERMANENTE®

ADULT HEALTH APPRAISAL QUESTIONNAIRE
**Men Age 18 to 49**

( page 2 of 2 )   Date Format - MM / DD / CCYY

MR #: 9 27 30 16   Loc: HC
Name: MUSE, JON, R
Sex/BD: M 04 / / 1961   HI

7. Do you use any drugs such as marijuana, cocaine, heroin, crystal meth, etc? You do not need to give your answer in writing, but if "yes", please let your health care provider know. — ☐ Yes  ☒ No

8. Have you had (or thought you had) a sexually transmitted disease (STD)? — ☒ Yes  ☐ No

9. In the past year, have you had unprotected sex with a new partner? — ☒ Yes  ☐ No

10. Do you live with anyone who has tuberculosis (TB), a positive TB skin test, or HIV /AIDS? — ☒ Yes  ☐ No

11. Do you examine your testicles every month? — ☐ Yes  ☐ No

12. Do you have any UNUSUAL stress, anxiety or depression? — ☒ Yes  ☐ No

13. Do you have any personal or family concerns about physical or emotional safety? — ☐ Yes  ☒ No

14. Do you always wear seat belts when you drive or ride in a car? — ☒ Yes  ☐ No

15. If you ride a motorcycle, do you always wear a helmet? — ☐ Yes  ☐ No

16. Have you completed an Advance Health Care Directive for health care decisions? — ☐ Yes  ☒ No

---

**Please tell us if a parent, brother, sister or child has had the following illness(es):**

☐ Alcohol Problems: _____
☐ Breast Cancer: _____
☐ Cervical Cancer: _____
☐ Colon Cancer: _____
☐ Skin Cancer: _____
☐ Any Other Cancer: _____
☐ Heart Attack before age 55: _____
☐ Diabetes: m grandma

☐ High Cholesterol: _____
☐ High Blood Pressure: _____
☐ Stroke: _____
☐ Osteoporosis: _____
☐ Treated for Depression: _____
☒ None: _____
☐ Other: _____

---

The above answers and information are accurate and complete to the best of my knowledge.

Patient: [signature]
Patient: Jon R. Muse (Print)

Date: 06 29 00 (MM DD CCYY)

Provider: [signature]
Landa Cox, APRN 2339
Nurse Practitioner
Internal Medicine, Honolulu Clinic
Provider: Print or Stamp   Prov #

084

**KAISER PERMANENTE**

PROGRESS NOTES

S - SUBJECTIVE FINDINGS
O - OBJECTIVE FINDINGS
A - ASSESSMENT
P - PLANS

MR #:
NAME: 9 27 30 16
Sex/BD: MUSE, JON R
         M  04 1 1961    HI

UC Loc:

PROBLEM #

| DATE | S | O | A | P | | |
|---|---|---|---|---|---|---|
| JUN 29 2000 | | | | | **PHA-MINAMI 5032** | |
| Landa Cox, APRN 2339 Nurse Practitioner Internal Medicine, Honolulu Clinic | | | | | | |

White - OMR/Progress Notes

08

```
07/01/2000                    KAISER PERMANENTE                        MR # 9273016
18:21                    MEDICAL LABORATORIES – HAWAII REGION          ACCT # 9273016
EPISODE-START: 06/29/2000      3288 MOANALUA RD. • HONOLULU, HI 96819
          END: 06/30/2000       A.P. GOLDSTEIN, M.D., DIRECTOR
PATIENT PH. 8088454931                                          PATIENT NAME
CLIN.INFO: R/O STD                                              MUSE,JON R
                                                       MEDICAL RECORD NO.   SEX   BIRTHDATE
                                                           9273016           M    04/18/1961
DOCTOR(S)                                                       UC LOC.  LOC.
  MINAMI-PHA (5032)  MINAMI-PHA ()*                                       84
```

## COMPLETE BLOOD COUNT

| TEST: | WBC | RBC | HGB | HCT | MCV | MCHC | RDW | PLATELET COUNT | PLT SMEAR ESTIMATE |
|---|---|---|---|---|---|---|---|---|---|
| UNITS: | K/UL | M/ul | g/dl | % | FT | g/dl | % | K/ul | K/ul |
| LO-HI: | 4.8-10.8 | 4.15-6.10 | 12.5-18.0 | 37.5-52.0 | 80-99 | 32-37 | 11.5-14.5 | 130-440 | 130-440 |
| 06/30/00 1054 | 8.2 | 5.37 | 16.5 | 47.3 | 88.1 | 34.8 | 12.8 | 258 | |

## GENERAL CHEMISTRY

| TEST: | ALT(SGPT) | AST(SGOT) | ALKALINE PHOSPHATASE | TOTAL BILIRUBIN |
|---|---|---|---|---|
| UNITS: | U/L | U/L | U/L | mg/dl |
| LO-HI: | 3-63 | 11-41 | 20-126 | 0.2-1.4 |
| 06/30/00 1054 | 31 | 21 | 62 | 0.5 |

## LIPID

```
06/30/00
+ 1054 LIPID PROFILE
        SERUM APPEARANCE      CLEAR
                              CHYLOMICRONS ABSENT
                              (appearance after 24 hrs refrigeration)
        CHOLESTEROL           H253     [<200]     mg/dl
        TRIGLYCERIDE           189     [<200]     mg/dl
        HDL                   L34      [>34]      mg/dl
        CHOL/HDL RATIO         7.4
                              Average Risk of Heart Disease
                                Females: 4.4  Males: 5.0
        VLDL                   38      [0-40]     mg/dl
        LDL                   H181     [<130]     mg/dl
```

## ENDOCRINOLOGY

```
06/30/00
+ 1054 TSH                     1.06    [0.50-4.67] uIU/ml
```

```
MUSE,JON R                          CONTINUED                             PAGE  1
07/01/2000 18:21                                             OP CHART COPY – FINAL REPORT
                                                                           086
```

```
07/01/2000                KAISER PERMANENTE              MR# 9273016
18:21              MEDICAL LABORATORIES - HAWAII REGION   ACCT # 9273016
EPISODE-START: 06/29/2000  3288 MOANALUA RD. • HONOLULU, HI 96819
         END: 06/30/2000   A.P. GOLDSTEIN, M.D., DIRECTOR
PATIENT PH. 8088454931                          PATIENT NAME
CLIN.INFO: R/O STD                              MUSE, JON R
                                                MEDICAL RECORD NO.   SEX   BIRTHDATE
                                                9273016               M    04/18/1961
                                                         UC LOC.   LOC.
DOCTOR(S)                                                           13
MINAMI-PHA (5032)  MINAMI-PHA ()*
```

-------- ROUTINE IMMUNOLOGY --------

TEST:           RPR
UNITS:
LO-HI:

06/30/00
+ 1054     Non-Reactive
           (Ref. Range: Non-Reactive)

-------- ADDITIONAL IMMUNOLOGY II --------

06/30/00
+ 1054  HIV-1/HIV-2 AB SCREEN
                      NEGATIVE
                      Reference Range: Negative

-------- GENITAL CULTURES --------

06/29/2000  GC SCREEN
+RCV1227    ACC. NO.: H20322       TRANSPORT TIME: UNKNO HRS      FINAL 07/01/2000
            SPECIMEN DESCRIPTION:  URETHRA/URETHRAL
            SPECIAL REQUESTS:      CULTURE FOR GC

            CULTURE:    1.  NO NEISSERIA GONORRHOEAE ISOLATED

06/29/2000  CHLAMYDIA ANTIGEN TE
+RCV1227    ACC. NO.: H20323       TRANSPORT TIME: UNKNO HRS      FINAL 06/30/2000
            SPECIMEN DESCRIPTION:  URETHRA/URETHRAL
            SPECIAL REQUESTS:      ***THIS TEST RESTRICTED TO FOLLOWING
                                   SPECIMENS: ENDOCERVIX, MALE URETHRA,
                                   MALE URINE***

            TEST:       1.  NEGATIVE FOR CHLAMYDIA BY EIA

---

MUSE, JON R                        END OF REPORT                          PAGE  2
07/01/2000 18:21                                              OP CHART COPY - FINAL REPORT

067