IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>   Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>   Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document, was duly served upon the following individuals by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

621566.V3

| | |
|---|---|
| Stanley E. Levin, Esq. [via email]<br>Davis Levin Livingston Grande<br>851 Fort Street, #400<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>JON MUSE | slevin@davislevin.com |
| Bruce Sherman, Esq. [via email]<br>1164 Bishop Street, Suite 124<br>Honolulu, HI 96813<br><br>Attorney for Plaintiff<br>JON MUSE | failey52@hawaii.rr.com |

DATED: Honolulu, Hawaii, April ___, 2006.

                                          TORKILDSON, KATZ, FONSECA,
                                        MOORE & HETHERINGTON,
                                        Attorneys at Law, A Law Corporation

                                        _____
                                        JEFFREY S. HARRIS
                                        HEATHER M. RICKENBRODE
                                        Attorneys for Defendant
                                        HOME DEPOT USA, INC.