OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
|---|---|---|
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | REGARDING PLAINTIFF'S |
| | ) | AMENDED NOTICE OF TAKING |
| HOME DEPOT USA, INC., | ) | ORAL DEPOSITION |
| | ) | |
| Defendant. | ) | Local Representative of Home Depot |
| | ) | USA, Inc. taken on May 24, 2006 at |
| | ) | 9:00 a.m. |
| | ) | |
| | ) | Trial Date: October 24, 2006 |

## CERTIFICATE OF SERVICE REGARDING PLAINTIFF'S AMENDED NOTICE OF TAKING ORAL DEPOSITION

I HEREBY CERTIFY that on April 17, 2006, a copy of the PLAINTIFF'S AMENDED NOTICE OF TAKING ORAL DEPOSITION was hand delivered to the following:

Jeffrey S. Harris, Esq.
Jan K. Boivin, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, April 19, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff