IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HOME DEPOT USA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2006, a copy of the **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY** was mailed, postage pre-paid to the ollowing:

Jeffrey S. Harris, Esq.
Jan K. Boivin, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, April 28, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff