OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
|         Plaintiff, | ) | |
| | ) | PLAINTIFFS' FOURTH MOTION |
|   vs. | ) | TO COMPEL DISCOVERY; |
| | ) | MEMORANDUM IN SUPPORT OF |
| HOME DEPOT USA, INC. | ) | MOTION AND CERTIFICATE OF |
| | ) | SERVICE |
|         Defendant. | ) | |
| _____ | ) | TRIAL DATE: October 24, 2006 |

## **PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY**

Pursuant to Rules 26, 36 and 37 of the Federal Rules of Civil Procedure, Plaintiff hereby moves this court for an order compelling the Defendant to file the substantive responses agreed upon months ago.  Defendant's first filed responses to Request for Answers to Interrogatories and Request for Admissions were quite frankly almost embarrassing because those "responses" were based on defense counsel's ignorance that a Rule 16 report had been filed with the court in a timely fashion.  Defendant's counsel agreed to file supplemental responses but never did.

DATED:  Honolulu, Hawaii, May 1, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff