IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br>**(Civil Rights Violation)**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document, was duly served upon the following individuals by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

623730.V1

| | |
|---|---|
| Stanley E. Levin, Esq. [via email]<br>Davis Levin Livingston Grande<br>851 Fort Street, #400<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiff<br>JON MUSE | slevin@davislevin.com |
| Bruce Sherman, Esq. [via email]<br>1164 Bishop Street, Suite 124<br>Honolulu, HI 96813<br><br>Attorney for Plaintiff<br>JON MUSE | failey52@hawaii.rr.com |

Dated: Honolulu, Hawaii, May 8, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
JOHN S. MACKEY

Attorneys for Defendant
HOME DEPOT USA, INC.

623730.V1                              2