TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS                 2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE   8174-0
(hmr@torkildson.com)
JOHN S. MACKEY                   7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOME DEPOT USA, INC.,<br><br>                    Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" – "C"; CERTIFICATE OF SERVICE<br><br>Date:   May 19, 2006<br>Time:   2:00 p.m.<br>Judge:  Hon. Barry M. Kurren<br>Trial:   October 24, 2006 |

## DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' FOURTH MOTION TO <u>COMPEL DISCOVERY</u>

Defendant Home Depot U.S.A., Inc. opposes Plaintiff's Fourth Motion to Compel Discovery, because it is incorrect, unclear, and to the extent clear, without merit.

Incorrect:  The motion incorrectly says that Defendant did not serve amended responses to Plaintiff's First Request for Admissions.  Defendant served the First Amended Response to Plaintiff's First Request for Admissions on February 18; it is attached as Exhibit "A".

Unclear:  Portions of the responses to Plaintiff's Second and Third Requests for Admissions are referred to in plaintiff's supporting memorandum.  But neither the motion nor the memorandum say anything about them.

Without merit:  To the extent that the unexplained references to the responses to Plaintiff's Second and Third Requests for Admissions suggest that the responses are improper, they are without merit.  The responses to Plaintiff's Second and Third Requests for Admissions are attached as Exhibits "B" and "C".

For the above reasons, the Motion should be denied.

DATED:  Honolulu, Hawaii, May 9, 2006.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation


                        /s/ Jeffrey S. Harris
                        JEFFREY S. HARRIS
                        HEATHER M. RICKENBRODE
                        JOHN S. MACKEY

                        Attorneys for Defendant
                        HOME DEPOT USA, INC.