IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" – "C" |

### **DECLARATION OF JEFFREY S. HARRIS**

JEFFREY S. HARRIS, upon penalty of perjury, states as follows:

1. I am a counsel of record for Defendant HOME DEPOT USA, INC. The statements in this declaration are based upon my own personal knowledge.

2. Attached hereto as Exhibit "A", is a true and accurate copy of Defendant Home Depot USA, Inc.'s First Amended Response to Plaintiff's First Request for Admissions to Defendant Home Depot USA, Inc., dated January 4, 2005, dated February 18, 2005.

3. Attached hereto as Exhibit "B", is a true and accurate copy of Defendant Home Depot USA, Inc.'s Response to Plaintiff's Second Request for Admissions to Defendant Home Depot USA, Inc., dated March 29, 2005, dated May 10, 2005.

4. Attached hereto as Exhibit "C", is a true and accurate copy of Defendant Home Depot USA, Inc.'s Response to Plaintiff's Third Request for

53039/0011/623712.V1

Admissions to Defendant Home Depot USA, Inc., dated August 9, 2005, dated September 22, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    Honolulu, Hawaii, May 9, 2006.

                                              /s/ Jeffrey S. Harris
                                              JEFFREY S. HARRIS