IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document, was duly served upon the following individuals by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

Stanley E. Levin, Esq. [via email]          slevin@davislevin.com
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Attorney for Plaintiff
JON MUSE

Bruce Sherman, Esq. [via email]          failey52@hawaii.rr.com
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorney for Plaintiff
JON MUSE

Dated: Honolulu, Hawaii, May 9, 2006.

                                  TORKILDSON, KATZ, FONSECA,
                                  MOORE & HETHERINGTON,
                                  Attorneys at Law, A Law Corporation


                                  /s/ Jeffrey S. Harris
                                JEFFREY S. HARRIS
                                HEATHER M. RICKENBRODE
                                JOHN S. MACKEY

                                Attorneys for Defendant
                                HOME DEPOT USA, INC.