# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Bruce Sherman, Stanley Levin |
| ATTYS FOR DEFT: | Jeffrey S. Harris, John S. Mackey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 5/19/2006 | TIME: | 2:09 - 2:43 |

COURT ACTION:  EP:  Defendant Home Depot USA, Inc.'s Motion to Compel Discovery and for Sanctions  - GRANTED IN PART.

Plaintiffs' Fourth Motion to Compel Discovery - GRANTED IN PART.

Jeffrey Harris to prepare the order.

Discovery Conference Re Letter Briefs Submitted on May 2, 2006 and May 5, 2006 - WITHDRAWN, parties have agreed on resolution.

Submitted by Richlyn Young, Courtroom Manager