ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com

ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT USA, INC.<br><br>　　　　Defendants. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF'S AMENDED NOTICE OF TAKING ORAL DEPOSITION**<br><br>National Representative of Home Depot USA, Inc.<br>June 2, 2006 at 8:00 a.m. (HST)<br>Trial date: October 24, 2006 |

## CERTIFICATE OF SERVICE RE: PLAINTIFF'S
## AMENDED NOTICE OF TAKING ORAL DEPOSITION

I HEREBY CERTIFY that on May 24, 2006, a copy of Plaintiff's Amended Notice of Taking Oral Deposition of the National Representative of Home Depot USA, Inc. was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, May 24, 2006.

                              _____
                              STANLEY E. LEVIN
                              BRUCE F. SHERMAN
                              THOMAS F. FEENEY

                              Attorneys for Plaintiff