ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com

ATTORNEY AT LAW

A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | **PLAINTIFF'S SECOND** |
| | ) | **AMENDED NOTICE OF TAKING** |
| HOME DEPOT USA, INC. | ) | **ORAL DEPOSITION** |
| | ) | |
| Defendants. | ) | **Local Representative of Home** |
| | ) | **Depot USA, Inc.** |
| | ) | **June 1, 2006 at 9:00 a.m. (HST)** |
| | ) | **Trial date: October 24, 2006** |

## CERTIFICATE OF SERVICE RE: PLAINTIFF'S SECOND AMENDED NOTICE OF TAKING ORAL DEPOSITION

I HEREBY CERTIFY that on May 24, 2006, a copy of Plaintiff's Second Amended Notice of Taking Oral Deposition of the National Representative of Home Depot USA, Inc. was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, May 24, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff