OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.<br><br>　　　　Defendants. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF'S THIRDAMENDED NOTICE OF TAKING ORAL DEPOSITIONS**<br><br>**Local and National Representative of Home Depot USA, Inc.<br>June 6, 2006 at 8:00 a.m. (HST)<br>June 6, 2006 at 11:00 a.m. (PST)<br>TRIAL DATE: October 24, 2006** |

## CERTIFICATE OF SERVICE RE: PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING ORAL DEPOSITIONS

I HEREBY CERTIFY that on June 1, 2006, a copy of Plaintiff's Third Amended Notice of Taking Oral Depositions of the Local and National Representative of Home Depot USA, Inc. was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, June 1, 2006.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff