TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS                2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN              8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>       Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, INC.,<br><br>       Defendant. | CIVIL NO.  CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE |

**CERTIFICATE OF SERVICE RE: DEFENDANT
HOME DEPOT USA, INC.'S THIRD REQUEST
FOR ANSWERS TO INTERROGATORIES TO
<u>PLAINTIFF JON MUSE</u>**

I hereby certify on May 24, 2006, two copies of "DEFENDANT HOME

DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO

53039/0011/624771.V2

INTERROGATORIES TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; INTERROGATORIES", were duly served upon the following individuals by hand delivery addressed as follows:

    Stanley E. Levin, Esq.
    851 Fort Street
    400 Davis Levin Livingston Grande Place
    Honolulu, Hawaii 96813

    and

    Bruce F. Sherman, Esq.
    1164 Bishop Street, Suite 124
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff
    JON MUSE

Dated: Honolulu, Hawaii, June 6, 2006.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation

                        /s/ Jeffrey S. Harris
                        JEFFREY S. HARRIS
                        HEATHER M. RICKENBRODE
                        JOHN S. MACKEY

                        Attorneys for Defendant
                        HOME DEPOT USA, INC.