TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JEFFREY S. HARRIS | 2718-0 |
| (jsh@torkildson.com) | |
| JAN MURANAKA BOIVIN | 8138-0 |
| (jmb@torkildson.com) | |

700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>     Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>     Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE |

**CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; <u>DOCUMENTS TO BE PRODUCED</u>**

I hereby certify that on May 24, 2006, two copies of "DEFENDANT HOME

DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF

DOCUMENTS TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; DOCUMENTS TO BE PRODUCED", were duly served upon the following individuals by hand delivery addressed as follows:

>Stanley E. Levin, Esq.
>851 Fort Street
>400 Davis Levin Livingston Grande Place
>Honolulu, Hawaii 96813
>
>and
>
>Bruce F. Sherman, Esq.
>1164 Bishop Street, Suite 124
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff
>JON MUSE

Dated: Honolulu, Hawaii, June 6, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>JOHN S. MACKEY
>
>Attorneys for Defendant
>HOME DEPOT USA, INC.