TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JEFFREY S. HARRIS  (jsh@torkildson.com) | 2718-0 |
| HEATHER M. RICKENBRODE  (hmr@torkildson.com) | 8174-0 |
| JOHN S. MACKEY  (jsm@torkildson.com) | 7006-0 |

700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JON MUSE |

**CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JON MUSE**

The undersigned hereby certifies that on May 24, 2006, two copies of

DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR

53039/0011/624765.V1

ADMISSIONS TO PLAINTIFF JON MUSE, was duly served upon the following individuals via hand delivery as follows:

> Stanley E. Levin, Esq.
> Davis Levin Livingston Grande
> 851 Fort Street, #400
> Honolulu, Hawaii 96813
>
> Bruce Sherman, Esq.
> 1164 Bishop Street, Suite 124
> Honolulu, HI 96813
>
> Attorneys for Plaintiff
> JON MUSE

Dated: Honolulu, Hawaii, June 6, 2006.

          TORKILDSON, KATZ, FONSECA,
          MOORE & HETHERINGTON,
          Attorneys at Law, A Law Corporation

          /s/ Jeffrey S. Harris
          JEFFREY S. HARRIS
          HEATHER M. RICKENBRODE
          JOHN S. MACKEY

          Attorneys for Defendant
          HOME DEPOT USA, INC.