ORIGINAL

LODGED

JUN 0 7 2006
10:45
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 8 2006

at 4 o'clock and 20 min. P M
SUE BEITIA, CLERK

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS                 2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE   8174-0
(hmr@torkildson.com)
JOHN S. MACKEY                    7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JON MUSE'S FOURTH MOTION TO COMPEL DISCOVERY AND GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY<br><br>Trial:  OCTOBER 24, 2006 |

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JON MUSE'S FOURTH MOTION TO COMPEL DISCOVERY AND GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY**

624608.V1

Plaintiff's FOURTH MOTION TO COMPEL DISCOVERY and Defendant's MOTION TO COMPEL DISCOVERY were heard before the Honorable Magistrate Judge Barry M. Kurren on Friday, May 19, 2006, at 2:00 p.m. Appearing for Plaintiff were Stanley E. Levin and Bruce Sherman. Appearing for Defendant were Jeffrey S. Harris and John S. Mackey.

The court having reviewed briefs submitted by counsel and having heard the arguments of counsel,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is GRANTED to the extent that it seeks to compel Defendant to supplement its response to Request for Admission No. 9 and Request for Admission No. 10 of Plaintiff's First Request for Admission to Defendant Home Depot USA, Inc., dated January 4, 2005. Defendant shall supplement its response by clarifying which portions of each admission it admits and which portion it denies. The remainder of the relief requested in Plaintiff's Fourth Motion to Compel is DENIED.

Defendant's Motion to Compel is GRANTED as follows: 1) Plaintiff will be bound by Plaintiff's counsel's representations at the hearing on this Motion with respect to what compensatory damages Plaintiff will seek; 2) Plaintiff is ordered to supplement his response to Interrogatory No. 1 by articulating the method by which he calculates punitive damages; 3) Plaintiff is ordered to supplement his response to Interrogatory No. 2 by stating with reasonable specificity what Plaintiff

expects the testimony of William P. Sheehan and Dr. Wray Y. Tsuzaki to be. The remainder of the relief requested in Defendant's Motion to Compel is DENIED.

The Parties shall comply with this Order within thirty days of its entry.

DATED: Honolulu, Hawaii, 6-7-2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
STANLEY E. LEVIN, ESQ.
BRUCE SHERMAN, ESQ.
Attorneys for Plaintiff
JON MUSE

---

Jon Muse v. Home Depot, U.S.A., Inc., **Civil No. 04-00154 DAE/BMK**; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JON MUSE'S FOURTH MOTION TO COMPEL DISCOVERY AND GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.S' MOTION TO COMPEL DISCOVERY