TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JEFFREY S. HARRIS | 2718-0 |
| (jsh@torkildson.com) | |
| HEATHER M. RICKENBRODE | 8174-0 |
| (hmr@torkildson.com) | |
| JOHN S. MACKEY | 7006-0 |
| (jsm@torkildson.com) | |

700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | **CIVIL NO.  CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2006) |

## CERTIFICATE OF SERVICE

I hereby certify on June 15, 2006, a copy of "DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2005", was duly served upon the following individuals by hand delivery addressed as follows:

>Stanley E. Levin, Esq.
>851 Fort Street
>400 Davis Levin Livingston Grande Place
>Honolulu, Hawaii 96813
>
>and
>
>Bruce F. Sherman, Esq.
>1164 Bishop Street, Suite 124
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff
>JON MUSE

Dated: Honolulu, Hawaii, June 15, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ John S. Mackey
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>JOHN S. MACKEY
>Attorneys for Defendant
>HOME DEPOT USA, INC.