OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN     5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY     5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE RE |
| vs. | ) | |
| | ) | (1) Plaintiff's Response To Defendant |
| HOME DEPOT USA, INC., | ) | Home Depot USA, Inc.'s Third |
| | ) | Request For Answers To |
| Defendant. | ) | Interrogatories To Plaintiff Jon |
| | ) | Muse Dated May 24, 2006 |
| | ) | |
| | ) | |
| | ) | |



) (2) Plaintiff's Response To Defendant Home Depot USA, Inc.'s Third Request For Production of Documents To Plaintiff Jon Muse Dated May 24, 2006
)
) (3) Plaintiff's Response To Defendant Home Depot USA, Inc.'s First Request For Admissions To Plaintiff Jon Muse Dated May 24, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2006, copies of the following documents:

(4) Plaintiff's Response To Defendant Home Depot USA, Inc.'s Third Request For Answers To Interrogatories To Plaintiff Jon Muse Dated May 24, 2006

(5) Plaintiff's Response To Defendant Home Depot USA, Inc.'s Third Request For Production of Documents To Plaintiff Jon Muse Dated May 24, 2006

(6) Plaintiff's Response To Defendant Home Depot USA, Inc.'s First Request For Admissions To Plaintiff Jon Muse Dated May 24, 2006

were duly served upon the following parties by U.S. Mail, postage prepaid:

 Jeffrey S. Harris, Esq.
 Jan K. Boivin, Esq.
 Heather M. Rickenbrode, Esq.
 Torkildson Katz Fonseca Moore & Hetherington
 700 Bishop Street, 15th Fl.
 Honolulu, HI 96813-4187
 Attorneys for Defendant
 HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, June 23, 2006.

/S/ STANLEY E. LEVIN

_____

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff