TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON MUSE,<br><br>                  Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>                  Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>**[Michael Ishioka, M.D.]**<br><br>Trial:  October 24, 2006 |

DEFENDANT HOME DEPOT USA, INC.'S
NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

TO:  Stanley E. Levin, Esq.
 Davis Levin Livingston Grande
 851 Fort Street
 400 Davis Levin Livingston Grande Place
 Honolulu, Hawai'i 96813

 and

 Bruce F. Sherman, Esq.
 Thomas F. Feeney, Esq.
 1164 Bishop Street, Suite 124
 Honolulu, Hawai'i 96813

 Attorneys for Plaintiff
 JON MUSE

PLEASE TAKE NOTICE that on behalf of Defendant Home Depot USA, Inc., a subpoena duces tecum has been issued to the following person:

NAME

MICHAEL ISHIOKA, M.D.
Central Medical Clinic
321 N. Kuakini Street, Suite 201
Honolulu, Hawai'i 96817

By July 10, 2006, Dr. Ishioka is to produce by U.S. Postal Mail all responsive documents listed in Exhibit "1" of the subpoena duces tecum to Jeffrey S. Harris, Esq. at Torkildson, Katz, Fonseca, Moore & Hetherington, 700 Bishop Street, 15th Floor, Honolulu, Hawai'i, 96813.

A copy of the subpoena duces tecum is attached hereto as Exhibit "A". This Notice is being made pursuant to Rule 45(b)(1) and Rule 5(b) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawai'i, June 29, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.

626527.v1