TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS     2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE     8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| JON MUSE,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>[Wray Y. Tsuzaki, M.D.]<br><br>Trial:    October 24, 2006 |
|---|---|

626522.v1

DEFENDANT HOME DEPOT USA, INC.'S
NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM

TO: Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawai'i 96813

and

Bruce F. Sherman, Esq.
Thomas F. Feeney, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
JON MUSE

PLEASE TAKE NOTICE that on behalf of Defendant Home Depot USA, Inc., a subpoena duces tecum has been issued to the following person:

NAME

WRAY Y. TSUZAKI, M.D.
Kaiser Permanente – Honolulu Clinic
1010 Pensacola Street
Honolulu, Hawai'i 96814

By July 10, 2006, Dr. Tsuzaki is to produce by U.S. Postal Mail all responsive documents listed in Exhibit "1" of the subpoena duces tecum to Jeffrey S. Harris, Esq. at Torkildson, Katz, Fonseca, Moore & Hetherington, 700 Bishop Street, 15th Floor, Honolulu, Hawai'i, 96813.

A copy of the subpoena duces tecum is attached hereto as Exhibit "A". This Notice is being made pursuant to Rule 45(b)(1) and Rule 5(b) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawai'i, June 29, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.

626522.v1