OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN     5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY     5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION FOR |
| vs. | ) | LEAVE TO FILE SECOND |
| | ) | AMENDED COMPLAINT; |
| HOME DEPOT USA, INC. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION; DECLARATION OF |
| Defendants. | ) | STANLEY E. LEVIN; EXHIBITS A; |
| _____ | ) | CERTIFICATE OF SERVICE |

## PLAINTIFF'S MOTON FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), by and through his undersigned attorneys, hereby moves this Court for leave to file a Second Amended Complaint.

This Motion is made pursuant to Rule 15 of the Federal Rules of Civil Procedure, the declaration of counsel, the exhibits attached hereto, and the records and files herein. The need for this amendment did not come to the attention of Plaintiff until a 30(b)(6) deposition of Defendant taken in June 2006, when Plaintiff learned that Defendant is a federal contractee.

DATED: Honolulu, Hawai'i, July 3, 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff