IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF STANLEY E. |
| vs. | ) | LEVIN; EXHIBIT A |
| | ) | |
| HOME DEPOT USA, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and am one the attorneys for the Plaintiff in the above-entitled action.

2. Attached hereto as Exhibit A is a true and correct copy of the proposed Second Amended Complaint.

I declare under penalty of perjury that the above is true and correct.

Executed on the 3rd day of July 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN