IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, a copy of DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was duly served upon the following individuals by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

Stanley E. Levin, Esq. [via email]           slevin@davislevin.com
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

626925.V1

2

Bruce Sherman, Esq. [via email]          failey52@hawaii.rr.com
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

Dated: Honolulu, Hawaii, July 7, 2006.

                              TORKILDSON, KATZ, FONSECA,
                              MOORE & HETHERINGTON,
                              Attorneys at Law, A Law Corporation


                              /s/ John S. Mackey
                              JEFFREY S. HARRIS
                              HEATHER M. RICKENBRODE
                              JOHN S. MACKEY
                              Attorneys for Defendant
                              HOME DEPOT USA, INC.