TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>       v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE<br><br>**[Defendant Home Depot USA, Inc.'s Notice of Issuance of Subpoena Duces Tecum]** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this date, a copy of "DEFENDANT

HOME DEPOT USA, INC.'S NOTICE OF ISSUANCE OF SUBPOENA DUCES

TECUM RE: SAMUEL H. ZINNER, M.D., F.A.A.P." was duly served upon the

following individuals at the addresses shown, by depositing in the U.S. Mail,

postage prepaid:

627004.V1

Stanley E. Levin, Esq.
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813

– and –

Bruce F. Sherman, Esq.
Thomas F. Feeney, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI  96813

Attorneys for Plaintiff
JON MUSE

DATED:  Honolulu, Hawaiÿi, July 12, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.