TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE<br><br>**[Defendant Home Depot USA, Inc.'s Notice of Taking Deposition upon Oral Examination of Samuel H. Zinner, M.D., F.A.A.P.]** |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this date, a copy of "DEFENDANT

HOME DEPOT USA, INC.'S NOTICE OF TAKING DEPOSITION UPON

ORAL EXAMINATION OF SAMUEL H. ZINNER, M.D., F.A.A.P." was duly

served upon the following individuals at the addresses shown, by depositing in the U.S. Mail, postage prepaid:

>Stanley E. Levin, Esq.
>851 Fort Street
>400 Davis Levin Livingston Grande Place
>Honolulu, Hawaii 96813
>
>– and –
>
>Bruce F. Sherman, Esq.
>Thomas F. Feeney, Esq.
>1164 Bishop Street, Suite 124
>Honolulu, HI  96813
>
>Attorneys for Plaintiff
>JON MUSE

DATED:  Honolulu, Hawaiÿi, July 12, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.