OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE RE:** |
| vs. | **PLAINTIFF'S NOTICE OF** |
| | **TAKING ORAL DEPOSITIONS** |
| HOME DEPOT USA, INC. | |
| Defendants. | |

CERTIFICATE OF SERVICE RE: PLAINTIFF'S
NOTICE OF TAKING ORAL DEPOSITIONS

I HEREBY CERTIFY that on July 12, 2006, a copy of Plaintiff's Notice of Taking Oral Depositions was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant,
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, July 12, 2006.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff