OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | PLAINTIFF'S SUPPLEMENTAL |
| | ) | RESPONSE TO DEFENDANT |
| HOME DEPOT USA, INC. | ) | HOME DEPOT USA, INC.'S FIRST |
| | ) | REQUEST FOR ANSWERS TO |
| Defendants. | ) | INTERROGATORIES TO |
| | ) | PLAINTIFF JON MUSE DATED |
| | ) | MAY 24, 2005 PURSUANT TO |
| | ) | THE ORDER GRANTING IN PART |
| | ) | AND DENYING IN PART |
| | ) | PLAINTIFF JON MUSE'S FOURTH |
| | ) | MOTION TO COMPEL |

|  |  |
|---|---|
|  | ) DISCOVERY AND GRANTING IN  <br>) PART AND DENYING IN PART  <br>) DEFENDANT HOME DEPOT USA,  <br>) INC.'S MOTION TO COMPEL  <br>) DISCOVERY FILED JUNE 8, 2006 |

CERTIFICATE OF SERVICE RE: PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S FIRST
REQUEST FOR ANSWERS TO INTERROGATORIES TO
PLAINTIFF JON MUSE DATED MAY 24, 2005 PURSUANT TO
THE ORDER GRANTING IN PART AND DENYING IN
PART PLAINTIFF JON MUSE'S FOURTH MOTION TO
COMPEL DISCOVERY AND GRANTING IN PART AND
DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S
<u>MOTION TO COMPEL DISCOVERY FILED JUNE 8, 2006</u>

I HEREBY CERTIFY that on July 10, 2006, a copy of PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED MAY 24, 2005 PURSUANT TO THE ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JON MUSE'S FOURTH MOTION TO COMPEL DISCOVERY AND GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY FILED JUNE 8, 2006 was duly faxed (FAX NO. 523-6001) to the following at their last known address:

    Jeffrey S. Harris, Esq.  
    Clayton A. Kamida, Esq.  
    Torkildson Katz Fonseca Moore & Hetherington  
    700 Bishop Street, 15th Fl.  
    Honolulu, HI 96813-4187  
    Attorneys for Defendant, HOME DEPOT USA, INC.

IT IS ALSO CERTIFIED that on July 11, 2006, a copy of PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED MAY 24, 2005 PURSUANT TO THE ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF JON MUSE'S FOURTH MOTION TO COMPEL DISCOVERY AND GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S MOTION TO COMPEL DISCOVERY FILED JUNE 8, 2006 was duly mailed to the following at their last known address:

    Jeffrey S. Harris, Esq.
    Clayton A. Kamida, Esq.
    Torkildson Katz Fonseca Moore & Hetherington
    700 Bishop Street, 15th Fl.
    Honolulu, HI 96813-4187
    Attorneys for Defendant
    HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, July 11, 2006.

                                          STANLEY E. LEVIN
                                          BRUCE F. SHERMAN
                                          THOMAS F. FEENEY

                                          Attorneys for Plaintiff