IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | DECLARATION OF STANLEY E. |
| vs. ) | LEVIN; EXHIBIT B |
| ) | |
| HOME DEPOT USA, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.    I am an attorney licensed to practice in the State of Hawaii and am one the attorneys for the Plaintiff in the above-entitled action.

2.    Attached hereto as Exhibit B is a true and correct copy of one page of the Policies & Procedure portion of the Associate's manual from Home Depot, which refers to the applicability of Section 504 of the Rehabilitation Act of 1973, numbered 14013300519.

I declare under penalty of perjury that the above is true and correct.

Executed on the 14th day of July 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN