We are also committed to recognizing you for your performance as an individual. The Home Depot does not want a third party coming between us and our associates, whom we consider our most valuable assets.

If at any time you feel we are not living up to these commitments and that we are not an Employer of Choice, we encourage you to use the Open Door Process and raise the issue with the Management Team at your location, including your Human Resources Representative.

## GOVERNMENT COMPLIANCE/AFFIRMATIVE ACTION PROGRAM
(Applies to The United States, including Puerto Rico)

### Overview

The Home Depot is a Federal Contractor – a company that does business with the Federal Government. In 1965, President Lyndon B. Johnson signed an Executive Order (which was later amended) requiring companies that do business with the government to take affirmative action to ensure that applicants and employees are not treated differently due to race, color, religion, gender or national origin. Additional laws included affirmative action obligations for people with disabilities (the Rehabilitation Act of 1973), and the Vietnam Era Veterans' Readjustment Assistance Act of 1974 (VEVRAA). The Office of Federal Contract Compliance Programs (OFCCP) is responsible for ensuring that contractors comply with the Executive Order. Each Home Depot unit posts Associate and applicant notices regarding the Affirmative Action Program to communicate to associates that The Home Depot is an Affirmative Action Employer. Associates are encouraged to become familiar with this notice and where it is posted in their unit.

### General Description

Affirmative Action is a company's effort to take positive steps to attract a qualified applicant pool that reflects the diversity of the relevant labor market. It is not intended to lower standards in the selection process. Positive steps are "good-faith efforts" to actively recruit qualified females, minorities, veterans and people with disabilities. Additional positive steps include supporting our local communities through volunteering, participating in cooperative programs and other involvement in community organizations.

### Associate Responsibilities

It is important for The Home Depot to identify and recognize those associates who are involved in any groups, activities, or programs that support their local communities. Please let your Human Resource Manager know if you are currently involved in any community activities. Submission of your community outreach efforts is strictly voluntary and will be used as part of your location's outreach efforts.

Additional associate responsibilities are simply for you to treat all associates fairly and consistently regardless of race, color, religion, gender, national origin, veteran status or disability. The Affirmative Action Program covering the people with disabilities, disabled veterans, veterans of the Vietnam era and other eligible veterans is available for review in your Human Resources office during regular business hours with reasonable notice.



### Associate Self-Identification

Associates who have a disability or are a veteran, and would like to be considered under the Veterans and Disabled plan, may inform the company at the time of their employment or at any time in the future. Submission of this information is voluntary.

Information obtained concerning an associate's disability or status as a veteran with disabilities is kept strictly confidential, except that: (1) supervisors and managers may be informed as necessary, (2) first aid personnel may be informed if the associate's condition might require emergency treatment; and (3) government officials investigating compliance may request this information.

1401330051



EXHIBIT B

INSTRUCTIONS FOR THE ASSOCIATE 27