ORIGINAL

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

JON MUSE,

        Plaintiff(s),

vs.

HOME DEPOT USA, INC.,

        Defendant(s),

No. CV04-00154

DECLARATION OF SERVICE

STATE OF WASHINGTON
                    ss.
COUNTY OF KING

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **11th** day of **July, 2006 @ 09:20 PM**, at the address of **2120 N 46TH ST, Seattle**, within **KING** County, **WA**, the undersigned duly served the following document(s): **(2) SUBPOENA IN A CIVIL CASE; WITNESS FEE; EXHIBIT 1** in the above entitled action upon **SAMUEL H ZINNER, M.D., F.A.A.P.**, by then and there personally delivering a true and correct copy of the above documents into the hands of and leaving same with **SAMUEL H ZINNER, M.D., F.A.A.P.**.
**Desc: Sex: Male – Skin: WHITE – Hair: DARK – Height: 5'9" – Weight: 150.**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 7/13/06

Service Fee: $ _____
Return Fee: $ _____
Mileage Fee: $ _____
Misc. Fee: $ _____
Total Fee: $ _____

Michael Noble
Registered Process Server
License #: **0411589, King County**
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

322138

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF **WASHINGTON WESTERN DISTRICT**

JON MUSE,

        Plaintiff,

V.

HOME DEPOT USA, INC.

        Defendant.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: CV04-00154 DAE/BMK
District of Hawaii

TO: SAMUEL H. ZINNER, M.D., F.A.A.P.
University of Washington Center on Human Development and Disability
CHDD Building
Seattle, Washington 98195-7920

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| LANE POWELL PC, 1420 Fifth Avenue, Suite 4100, Seattle, Washington 98101 | August 8, 2006 10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Attorney for Defendant | JUL - 7 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jeffrey S. Harris, Esq., Torkildson Katz Fonseca Moore & Hetherington, Topa Financial Center, Bishop Street Tower, 700 Bishop Street, 15th Floor, Honolulu, Hawaii 96813; Phone: (808)523-60

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT "A"

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF ____WASHINGTON WESTERN DISTRICT____

JON MUSE,

      Plaintiff,

V.

HOME DEPOT U.S.A., INC.

      Defendant.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: CV04-00154 DAE/BMK
District of Hawaii

TO: SAMUEL H. ZINNER, M.D., F.A.A.P.
University of Washington Center on Human Development and Disability
CHDD Building
Seattle, Washington 98195-7920

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit "1" attached.

| PLACE  Produce by U.S. Postal Mail to: Jeffrey S. Harris, Esq., Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop Street, 15th Floor, Honolulu, Hawaii 96813 | DATE AND TIME July 24, 2006 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) /s/  Attorney for Defendant | DATE JUL - 7 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jeffrey S. Harris, Esq., Torkildson Katz Fonseca Moore & Hetherington, 700 Bishop Street, 15th Floor, Honolulu, Hawaii 96813; (808) 523-6000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

EXHIBIT "A"