TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Taking Deposition Upon Oral Examination] |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on July 24, 2006, a copy of "DEFENDANT HOME DEPOT USA, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Mark K.K. Zen, M.D.]" was duly served upon the

627811.V1

following individuals at the addresses shown, by depositing in the U.S. Mail, postage prepaid:

>Stanley E. Levin, Esq.
>851 Fort Street
>400 Davis Levin Livingston Grande Place
>Honolulu, Hawaii 96813
>
>– and –
>
>Bruce F. Sherman, Esq.
>Thomas F. Feeney, Esq.
>1164 Bishop Street, Suite 124
>Honolulu, HI 96813
>
>Attorneys for Plaintiff
>JON MUSE

DATED: Honolulu, Hawai‘i, July 25, 2006.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>/s/ Jeffrey S. Harris
>JEFFREY S. HARRIS
>HEATHER M. RICKENBRODE
>Attorneys for Defendant
>HOME DEPOT USA, INC.