OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | **PLAINTIFF'S FOURTH** |
| | ) | **REQUEST FOR ADMISSIONS** |
| HOME DEPOT USA, INC. | ) | **TO DEFENDANT HOME DEPOT** |
| | ) | **USA, INC.** |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE RE: PLAINTIFF'S FOURTH REQUEST
FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC.

I HEREBY CERTIFY that on July 19, 2006, a copy of Plaintiff's Fourth Request for Admissions to Defendant Home Depot USA, Inc. was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Clayton A. Kamida, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant,
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, July 19, 2006.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff