AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

JON MUSE,

        Plaintiff,

           V.

HOME DEPOT U.S.A., INC.

           Defendant.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-00154 DAE/BMK

TO: MARK K.K. ZEN, M.D.
     1329 Lusitana Street, Suite 809
     Honolulu, Hawaii 96813

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION<br>Torkildson Katz Fonseca Moore & Hetherington, Topa Financial Center, 700 Bishop Street,<br>15th Floor, Honolulu, Hawaii 96813 | DATE AND TIME<br>August 24, 2006 at 1:00 p.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|                      Defendant | July 20, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jeffrey S. Harris, Esq., Torkildson Katz Fonseca Moore & Hetherington, Topa Financial Center, 700 Bishop Street, 15th Floor,
Honolulu, Hawaii 96813; Phone:  (808) 523-6000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



AO88  (Rev. 1/94) Subpoena in a Civil Case

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7.24.06 | 1329 luntue st #809 Hon. Hi 96813 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Mark K.K. Zen. M.D. | Substitute |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Sandra Whang | Civil Process Server |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___7.24.06___
DATE

SIGNATURE OF SERVER

1050 bishop st # 515
Hon Hi 96813
ADDRESS OF SERVER