OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel: (808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) PLAINTIFF'S SUPPLEMENTAL |
| vs. | ) DISCLOSURE OF EXPERTS AND |
| | ) CERTIFICATE OF SERVICE |
| HOME DEPOT USA, INC. | ) |
| | ) |
| Defendants. | ) TRIAL: October 24, 2006 |
| _____ | ) JUDGE: David A. Ezra |

## PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXPERTS

Plaintiff JON MUSE supplements his initial disclosure of experts filed on October 31, 2005 in accordance with Rule 16(b)(4) of the *Federal Rules of Civil Procedure* and Local Rule 26.1.  Plaintiff makes this supplemental disclosure based on information reasonably available to him at this time.  Plaintiff reserves the right to supplement this disclosure as appropriate, pursuant to Rule 26(e) of the *Federal Rules of Civil Procedure* and Local Rule 26.1.

The hourly rate for Plaintiff's expert, Samuel H. Zinner, M.D., is $200.00 per hour for out of court time.  Dr. Zinner's time for preparation for and attendance at his deposition and preparation for and attendance at trial is $300.00 per hour.

DATED:  Honolulu, Hawaii, August 4, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff