OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0

851 Fort Street

400 Davis Levin Livingston Grande Place

Honolulu, Hawaii 96813

Telephone: (808) 524-7500

Fax: (808) 545-7802

E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996

E-mail: failey52@hawaii.rr.com

THOMAS F. FEENEY   5546

E-mail: feen@compuserve.com

ATTORNEY AT LAW

1164 Bishop Street, Suite 124

Honolulu, Hawaii 96813

Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE RE:** |
| vs. ) | **PLAINTIFF'S SUPPLEMENTAL** |
| ) | **RESPONSE TO DEFENDANT'S** |
| HOME DEPOT USA, INC. ) | **SUBPOENAS DUCES TECUM OF** |
| ) | **NOVEMBER 23, 2005 AND JULY** |
| Defendants. ) | **24, 2006 TO SAMUEL H.** |
| _____ ) | **ZINNER, M.D., F.A.A.P.** |

CERTIFICATE OF SERVICE RE: PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO DEFENDANT'S SUBPOENAS
DUCES TECUM OF NOVEMBER 23, 2005 AND
JULY 24, 2006 TO SAMUEL H. ZINNER, M.D., F.A.A.P.

I HEREBY CERTIFY that on August 7, 2006, a copy of Plaintiff's Supplemental Response to Defendant's Subpoenas Duces Tecum of November 23, 2005 and July 24, 2006 to Samuel H. Zinner, M.D., F.A.A.P. was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant,
HOME DEPOT USA, INC.

DATED:  Honolulu, Hawaii, August 7, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff