OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel: (808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S SECOND |
| vs. | ) | SUPPLEMENTAL DISCLOSURE |
| | ) | OF EXPERT REPORT; EXHIBITS |
| HOME DEPOT USA, INC. | ) | "A" AND "B" AND |
| | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) | |
| | ) | TRIAL: October 24, 2006 |
| _____ | ) | JUDGE: David A. Ezra |

**PLAINTIFF'S SECOND SUPPLEMENTAL
DISCLOSURE OF EXPERT REPORT**

Plaintiff JON MUSE amends and supplements his initial disclosure of experts filed on October 31, 2005 in accordance with Rule 16(b)(4) of the *Federal Rules of Civil Procedure* and Local Rule 26.1. Plaintiff makes this amended supplemental disclosure based on information reasonably available to him at this time. Plaintiff reserves the right to supplement this disclosure as appropriate, pursuant to Rule 26(e) of the *Federal Rules of Civil Procedure* and Local Rule 26.1.

The following are persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705:

1. Samuel H. Zinner, M.D., Assistant Professor. Exhibit "A" is a true and correct copy of Dr. Zinner's report dated October 9, 2005. Exhibit "B" is a true and correct copy of Dr. Zinner's report dated October 9, 2005 regarding Dr. Marvit's medical report. Dr. Zinner's CV and additional report dated September 20, 2005 was attached to Plaintiff's initial disclosure filed on October 31, 2005.

DATED: Honolulu, Hawaii, August 16, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff