Samuel H. Zinner, M.D.
University of Washington
CHDD – Box 357920
Seattle, Washington 98195-7920
(206) 685-1290
Fax: (206) 543-5771

October 9, 2005

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813

Dear Mr. Sherman,

Per your request, I have reviewed Dr. Robert C. Marvit's medical report of your client, Jon Muse, dated September 14, 2005.

My impressions of Dr. Marvit's report follow.

Initially, Dr. Marvit's statement that Mr. Muse "demonstrated no overt signs or symptoms of organic brain disease" is inconsistent with contemporary nosology (classification of diseases), and is somewhat misleading, as it suggests that Mr. Muse's Tourette syndrome is purely psychological and therefore controllable. Historically, "organic brain syndrome" identified diseases that were presumed to be non-psychiatric in origin, distinguishing them from psychiatric, or "functional", disorders. With the explosion over the past decade of research and understanding in neurological conditions, however, it is invalid to use the term "organic" when referring to brain-based disorders, because many conditions formerly considered "psychiatric" are now recognized to be "neurological," or involving the "hard-wiring" of the brain. Tourette syndrome is such an example. As a consequence of this modern medical knowledge, the current Diagnostic and Statistical Manual (DSM-IV-TR) no longer recognizes Organic Brain Syndrome as a diagnostic entity. As stated explicitly by the National Institutes of Health (NIH), Tourette syndrome is a neurological disorder, and as such, is addressed specifically within the National Institute of Neurological Disorders and Stroke (NINDS) branch of the NIH (reference information available at www.ninds.nih.gov/disorders/tourette/tourette.htm). Dr. Marvit and I appear to agree that Mr. Muse cannot control his tics.

Second, Dr. Marvit states that Tourette syndrome doesn't have to be limiting in the sense that there are many successful people who have this disorder. While that may be valid as a broad generalization, it is not the case for Mr. Muse. Dr. Marvit's statement presumes that Tourette syndrome is a single entity, rather than a disorder that is highly variable from person to person, in both degree and type of symptoms. In fact, Tourette syndrome occurs on a spectrum of disability. Its neurological span can range from mild (symptoms not troubling or barely noticeable) to disabling (uncontrollable convulsive-like maneuvers or self-injuring tics, as severe in one patient as plucking out his own eyes). As a result, Dr. Marvit's statement is not accurate for Mr. Muse, whose symptoms include "copro-phenomena" (i.e. bursts and undertones of profanity and vulgar manual gestures). Mr. Muse is in the minority of people with Tourette syndrome who have copro-phenomena, which is a profound and consequential disability. As Dr. Marvit notes, Mr. Muse's disability has both the potential to have, and the history of having demonstrated, significant impact on his major life activities, including shopping in public. Both Dr. Marvit and I observed some of Mr. Muse's symptoms. For example, Dr. Marvit noted Mr. Muse's repetitive use of the word "cunt", and his mannerisms of sticking up his middle fingers. I observed a somewhat different set of tics, including Mr. Muse's repeated utterances of "fuck you" and "cunt", and mannerisms of tongue protrusions. The separate observations made by me and Dr.



EXHIBIT B

Marvit are classic for Tourette syndrome, and a reminder of the constant changes in the course of manifestations. The unpredictability of the tics (type, severity, duration) constitutes one of the most disabling aspects of copro-phenomena.

Third, Dr. Marvit pointed out that Mr. Muse avoids social venues, because Mr. Muse "has basically directed his life around avoiding unnecessary contact with people who might be offended by his behavior," specifically referring to "travel ... crowds, as well as social settings, movies and things of that nature." While this avoidance is unfortunate and qualitatively interfering to Mr. Muse, I would also emphasize that Mr. Muse cannot choose to avoid social activities that are necessary activities of daily living, such as shopping. Provided that Mr. Muse's understanding is true regarding the reason he was not promoted at the Waikiki Park Hotel (i.e. "because of this Tourette's"), it is clear that his symptoms have significant functional impact beyond social restrictions, dipping into many critical major life activities.

Fourth, while Dr. Marvit's clinical recommendations (cognitive behavioral psychotherapy methods and psychotropic medications) are appropriate for treatment of anxiety and depression, medication management in Tourette syndrome is variably effective, and psychotherapy has not been shown to be of any benefit in tic control. Symptoms of Tourette syndrome wax and wane, not only for tics, but also for mood and anxiety. Few people with severe tic symptoms in Tourette syndrome have sustained and satisfying results with medication. Most people eventually discontinue their medication, or frequently change medication regimens because of intolerable side effects or lack of adequate effectiveness. While I do encourage Mr. Muse to consider benefits and costs to treating anxiety and mood, neither psychotherapy nor his former prescriptions with Prozac, Paxil and other serotonin reuptake inhibitors will be useful in treating his tics, so Dr. Marvit's point is moot. However limited in benefit, Mr. Muse nevertheless does appear to stick with medications that are prescribed for tic control (including clonidine and haloperidol).

I share Dr. Marvit's opinion that Mr. Muse should be commended on his successes rather than focused on any limitations. I interpret Dr. Marvit's formulation to accurately characterize Mr. Muse as a person who takes advantage of his abilities that are within his realm of opportunity. I must part ways with Dr. Marvit, however, when he implies that any discrimination suffered by Mr. Muse "is part of life" and should be graciously endured. Mr. Muse has a clear and identifiable neurological disorder and suffers from the uncontrollable tic symptoms of Tourette syndrome, and it is both appropriate and imperative that Mr. Muse be afforded all reasonable accommodations to minimize the consequences of his disorder to allow his full participation in all major life activities.

*Samuel H. Zinner, M.D.*

Samuel H. Zinner, M.D., F.A.A.P.
Assistant Professor of Pediatrics – University of Washington School of Medicine
Board Certified Pediatrician
Board Certified Developmental-Behavioral Pediatrician
Medical Advisory Board member – national Tourette Syndrome Association, Inc.