IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2006, a copy of Plaintiff's Second Supplemental Disclosure of Expert Report was electronically mailed and hand delivered to the following:

> Jeffrey S. Harris, Esq.
> Heather M. Rickenbrode, Esq.
> Torkildson Katz Fonseca Moore & Hetherington
> 700 Bishop Street, 15th Fl.
> Honolulu, HI 96813-4187
> Attorneys for Defendant
> HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, August 16, 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff