TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
JOHN S. MACKEY              7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | **CIVIL NO.  CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  DEFENDANT HOME DEPOT USA, INC.'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT HOME DEPOT USA, INC., DATED JULY 19, 2006) |

628004.V1

## CERTIFICATE OF SERVICE

I hereby certify on August 18, 2006, DEFENDANT HOME DEPOT USA, INC.'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT HOME DEPOT USA, INC., DATED JULY 19, 2006, was duly served upon the following individuals as addressed as follows:

Stanley E. Levin, Esq.        (by Hand Delivery, original + 1 copy)
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813

and

Bruce F. Sherman, Esq.        (by U.S. first-class mail; 2 copies)
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813

Attorneys for Plaintiff
JON MUSE

Dated: Honolulu, Hawaii, August 18, 2006.

TORKILDSON, KATZ, FONSECA, MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ John S. Mackey
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
JOHN S. MACKEY
Attorneys for Defendant
HOME DEPOT USA, INC.