OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **EX PARTE MOTION FOR** |
| vs. | ) | **LEAVE TO SHORTEN TIME TO** |
| | ) | **HEAR PLAINTIFF'S FIFTH** |
| HOME DEPOT USA, INC., | ) | **MOTION TO COMPEL AND** |
| | ) | **FOR SANCTIONS AND TO** |
| | ) | **EXTEND THE DISCOVERY** |
| | ) | **DEADLINE; DECLARATION OF** |
| Defendants. | ) | **BRUCE F. SHERMAN; ORDER** |
| _____ | ) | **GRANTING EX PARTE MOTION** |
| | | **FOR LEAVE TO SHORTEN** |

TIME TO HEAR PLAINTIFF'S FIFTH MOTION TO COMPEL AND FOR SANCTIONS AND TO EXTEND THE DISCOVERY DEADLINE AND CERTIFICATE OF SERVICE

## EX PARTE MOTION FOR LEAVE TO SHORTEN TIME TO HEAR PLAINTIFF'S FIFTH MOTION TO COMPEL AND FOR SANCTIONS AND TO EXTEND DISCOVERY DEADLINE

Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), by and through his undersigned attorneys, hereby move this Court *ex parte* for Leave to Shorten Time to hear Plaintiff's Fifth Motion to Compel and for Sanctions and to Extend the Discovery Deadline so that the Fifth Motion to Compel and for Sanctions may be heard as close to the discovery cutoff as possible.

This Motion is made pursuant to Local Rule 6.2 and Rules 6(b) of the Federal Rules of Civil Procedure, the declaration of counsel attached hereto, the records and files herein, and the argument of counsel at a hearing on the motion.

DATED: Honolulu, Hawai'i, August 23, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

2