IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF BRUCE F. |
| ) | SHERMAN |
| HOME DEPOT USA, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF BRUCE F. SHERMAN

I, BRUCE F. SHERMAN, declare as follows that:

1. I am one of the attorneys for the Plaintiff in this lawsuit.

2. Discovery in this matter is set to close on August 25, 2006. Plaintiff seeks only to enlarge the time for discovery in order to enable the court to hear and decide Plaintiff's Fifth Motion to Compel Discovery and for Sanctions.

3. Plaintiff seeks to shorten the usual time necessarily required to hear a motion in order to have this issue heard as soon as possible and as close to the discovery deadline as possible.

I declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawai'i, August 23, 2006.

/S/ BRUCE F. SHERMAN
_____
BRUCE F. SHERMAN