IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING EX PARTE** |
| vs. | ) **MOTION FOR LEAVE TO** |
| | ) **SHORTEN TIME TO HEAR** |
| HOME DEPOT USA, INC., | ) **PLAINTIFF'S FIFTH MOTION** |
| | ) **TO COMPEL AND FOR** |
| Defendant. | ) **SANCTIONS AND TO EXTEND** |
| | ) **THE DISCOVERY DEADLINE** |

**ORDER GRANTING EX PARTE MOTION FOR LEAVE
TO SHORTEN TIME TO HEAR PLAINTIFF'S FIFTH
MOTION TO COMPEL AND FOR SANCTIONS
AND TO EXTEND THE DISCOVERY DEADLINE**

Upon review of the Ex Parte Motion For Leave to Shorten Time to Hear Plaintiff's Fifth Motion to Compel and for Sanctions and to Extend the Discovery Deadline filed herein by Plaintiff and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion For Leave to Shorten Time to Hear Plaintiff's Fifth Motion to Compel and for Sanctions and to Extend the Discovery Deadline is granted, and that Plaintiff's Motion to Compel and for Sanctions and to Extend the Discovery Deadline shall be heard before the Honorable Barry M. Kurren**,** Judge of the above-entitled Court, in his courtroom

in the United States Court House, 300 Ala Moana Blvd., Honolulu, Hawaii, or as soon thereafter as counsel can be heard.

        DATED: Honolulu, Hawaii  _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

JON MUSE V. HOME DEPOT USA, INC.; CIVIL NO. 04-00154 DAE/BMK; ORDER GRANTING EX PARTE MOTION FOR LEAVE TO SHORTEN TIME TO HEAR PLAINTIFF'S FIFTH MOTION TO COMPEL AND FOR SANCTIONS AND TO EXTEND THE DISCOVERY DEADLINE