OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN     5996-0
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY     5546-0
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | PLAINTIFFS' FIFTH MOTION TO |
| vs. | COMPEL DISCOVERY AND FOR |
| | SANCTIONS; MEMORANDUM IN |
| HOME DEPOT USA, INC. | SUPPORT OF MOTION; |
| | DECLARATION OF BRUCE F. |
| Defendant. | SHERMAN; EXHIBITS "1" TO "3" |
| | AND CERTIFICATE OF SERVICE |
| | |
| | TRIAL DATE: October 24, 2006 |
| _____ | JUDGE: DAVID A. EZRA |

## PLAINTIFFS' FIFTH MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Pursuant to Rules 26, 36 and 37 of the Federal Rules of Civil Procedure, Plaintiff hereby moves this court for an order compelling the Defendant to file the substantive responses to our Fourth Request for Admissions and Second Request for Production of Documents and sanctions and attorneys' fees and costs in bringing this motion before the court. In addition to requiring payment of reasonable expenses, including attorney's fees, caused by the failure, these sanctions may include any of the actions authorized under Rule 37(b)(2)(A), (B) and (C) and Rule 11.

DATED: Honolulu, Hawaii, August 23, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff