IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF BRUCE F. |
| vs. | ) | SHERMAN |
| | ) | |
| HOME DEPOT USA, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF BRUCE F. SHERMAN

I, Bruce F. Sherman, declare as follows that:

1. I am one of the attorneys for the Plaintiff in this lawsuit.

2. Counsel for both parties satisfy the meet and confer requirements by the telephonic conference on August 21, 2006. Counsel were unable to resolve the issues raised in this motion.

3. Exhibit "1" is a true and correct copy of Defendant's Responses to Plaintiff's Fourth Request for Admissions which was hand delivered to Plaintiff on August 18, 2006.

4. Exhibit "2" is a true and correct copy of Defendant's Responses to Second Request for Production of Documents which was hand delivered to Plaintiff on August 18, 2006.

5.   Exhibit "3" is a true and correct copy of a letter (by e-mail) from Mr. Harris to Plaintiff's counsel's office dated August 21, 2006.

6.   Discovery in this matter is set to close on August 25, 2006. Plaintiff seeks only to enlarge the time for discovery in order to enable the court to hear and decide Plaintiff's Fifth Motion to Compel Discovery and for Sanctions.

7.   I believe that if Plaintiff can obtain adequate responses to the above-referenced discovery requests, that a number of the issues may be resolved or determined prior to trial, thereby streamlining the trial process and saving time for both the court and the respective parties.  The responses contained in Exhibits "1" and "2" are completely unresponsive to the discovery requests which were propounded in a timely fashion to the Defendant. Defendant neither produced one single document nor referred to one specific document in its response to seventeen request for production of documents.

I declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawai'i, August 23, 2006.

/S/ BRUCE F. SHERMAN
_____
BRUCE F. SHERMAN