## Debbie McWilliams

**From:** Bruce F. Sherman [failey52@hawaii.rr.com]
**Sent:** Tuesday, August 22, 2006 1:17 PM
**To:** Debbie McWilliams
**Subject:** [Fwd: Muse case - confirming objection]


-------- Original Message --------
**Subject:** Muse case - confirming objection
  **Date:** Mon, 21 Aug 2006 11:46:33 -1000
  **From:** Harris, Jeffrey S. <JSH@torkildson.com>
    **To:** Sherman, Bruce Esq. <failey52@hawaii.rr.com>, Levin, Stanley E. Esq. <'slevin@davislevin.com'>


As Bruce requested, this confirms that we object to the second request for production of documents. on the ground that it would be unduly burdensome to produce things that were already produced or made available to you.

Jeffrey S. Harris, Esq.
Torkildson, Katz, Fonseca,
  Moore & Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii  96813-4187
phone: (808) 523-5393
fax:    (808) 523-6001
e-mail: jsh@torkildson.com

8/22/2006                                                      EXHIBIT  3