TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S **FIRST (1ST) MOTION IN LIMINE** (RESTRAINING PLAINTIFF JON MUSE FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE OPINIONS OF WILLIAM P. SHEEHAN, M.D.); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Hon. David A. Ezra/Barry M. Kurren<br>Trial: October 24, 2006 |

629814.V4

DEFENDANT HOME DEPOT USA, INC.'S **FIRST (1ST) MOTION IN LIMINE** (RESTRAINING PLAINTIFF JON MUSE FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE OPINIONS OF WILLIAM P. SHEEHAN, M.D.)

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and hereby respectfully moves this Honorable Court, in limine, for an order restraining Plaintiff Jon Muse from attempting to introduce evidence, testimony, argument and comment concerning the opinions of William p. Sheehan, M.D..

This motion is made pursuant to Rules 403, 702, 703 and 705 of the Federal Rules of Evidence and Rules 7, 26 and 37 of the Federal Rules of Civil Procedure, and it is based on the attached memorandum in support of motion, declaration and exhibits, and the files and records in this case.

DATED: Honolulu, Hawaii, September 1, 2006.

        Respectfully submitted,

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        s/Jeffrey S. Harris
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.