IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A"-"B" |

## DECLARATION OF JEFFREY S. HARRIS

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.    I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

2.    Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the deposition transcript for Dr. William Sheehan deposition, dated August 3, 2006.

3.    Attached hereto as Exhibit "B" is a true and correct copy of "Plaintiff's Response to Defendant Home Depot USA, Inc.'s First Request For Answers To Interrogatories To Plaintiff Jon Muse, Dated May 24, 2005".

629814.V4

-2-

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 1, 2006.

s/Jeffrey S. Harris<br>
JEFFREY S. HARRIS

629814.V4