IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S **FIRST (1ST) MOTION IN LIMINE** (RESTRAINING PLAINTIFF JON MUSE FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE OPINIONS OF WILLIAM P. SHEEHAN, M.D.); MEMORANDUM IN SUPPORT OF MOTION" was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Stanley E. Levin, Esq. | slevin@davislevin.com | September 1, 2006 |
| Bruce Sherman, Esq. | Failey52@hawaii.rr.com | September 1, 2006 |

Attorneys for Plaintiff JON MUSE

629814.V4

-2-

DATED: Honolulu, Hawaii, September 1, 2006.

          TORKILDSON, KATZ, FONSECA,
          MOORE & HETHERINGTON,
          Attorneys at Law, A Law Corporation

          s/Jeffrey S. Harris
          JEFFREY S. HARRIS
          HEATHER M. RICKENBRODE
          Attorneys for Defendant
          HOME DEPOT USA, INC.