IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify on this date, DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S FIFTH MOTION TO COMPEL was duly served upon the following individuals by electronic mail pursuant to the United States District Court, District of Hawaii CM/ECF Guide as follows:

Stanley E. Levin, Esq.                              slevin@davislevin.com
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

629561.V2

Bruce Sherman, Esq.                failey52@hawaii.rr.com
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

Dated: Honolulu, Hawaii, September 5, 2006.

                                              TORKILDSON, KATZ, FONSECA,
                                              MOORE & HETHERINGTON,
                                              Attorneys at Law, A Law Corporation

                                              /s/ Jeffrey S. Harris
                                              JEFFREY S. HARRIS
                                              HEATHER M. RICKENBRODE
                                              JOHN S. MACKEY
                                              Attorneys for Defendant
                                              HOME DEPOT USA, INC.