# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Bruce Sherman, Stanley Levin |
| ATTYS FOR DEFT: | Jeffrey S. Harris, Heather M. Rickenbrode |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/12/2006 | TIME: | 10:45 - 10:55 |

COURT ACTION:  EP: Final Pretrial Conference held.  Trial to last 4 days.

Submitted by Richlyn Young, Courtroom Manager