# EXHIBIT "3"

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3   JON MUSE,                        )
                                      )
 4              Plaintiff,            )
                                      )
 5        vs.                         ) Civil No. CV04-00154 DAE/BMK
                                      )
 6   HOME DEPOT USA, INC.,            )
                                      )
 7              Defendants.           )
     _____)
 8

 9

10

11

12

13

14

15

16

17

18                    DEPOSITION OF DEBRA PETERSON

19        Taken on behalf of the Plaintiff at the offices of

20   Davis Levin Livingston Grande, 851 Fort Street, 500 Davis

21   Levin Livingston Grande Place, Honolulu, Hawaii, commencing

22   at 9:01 a.m. on January 7, 2006, pursuant to Notice.

23

24   BEFORE:    JESSICA R. PERRY, CSR NO. 404

25              Certified Shorthand Reporter        EXHIBIT 3
```

Ralph Rosenberg Court Reporters
OFC: (808) 524-2090   FAX: (808) 524-2596

1   A.   No.

2   Q.   You haven't spoken with anyone at Home Depot?

3   A.   During the time it happened, yes.

4   Q.   Now, going back to the November incident, when
5   Mr. Muse spoke to you, did he speak to you in an even voice,
6   a low voice?

7   A.   No.

8   Q.   How would you describe his voice?

9   A.   The tone was normal, but every time the C word
10  would come out it was a higher tone, higher.

11  Q.   Did you at that time think he was calling you a
12  cunt himself?

13  A.   Yes.

14  Q.   And how long -- did you think that the whole time?

15  A.   Yes.

16  Q.   And did you continue to think that after he told
17  you he had Tourette's?

18            MR. HARRIS:  Objection, assumes facts.

19  Q.   You can answer that.

20  A.   He told me he had Tourette's, but I didn't know if
21  he had Tourette's, so I still thought he was calling me the C
22  word.

23  Q.   At that time did you know what Tourette's was?

24  A.   Yes.

25  Q.   What do you think -- what did you think it was at

1   that time?
2   A.   The Tourette's I knew about was the motion, the
3   movements with the arms and the legs, the ticking. That's
4   the only Tourette's that I ever knew about.
5   Q.   At that time you weren't aware that there was a
6   verbal Tourette's?
7   A.   No.
8   Q.   You weren't aware that there were verbal tics?
9   A.   No.
10  Q.   Have you since become aware that there are verbal
11  tics?
12       MR. HARRIS:   Objection, foundation,
13  speculation, lay opinion.
14  Q.   You can go ahead and answer.
15  A.   I don't know. I don't know. I don't know if
16  that's what he has. I don't know.
17  Q.   Well, if you had known at the time, would that have
18  made a difference as to how you felt about Mr. Muse?
19       MR. HARRIS:   Objection, foundation,
20  speculation, lay opinion, vague.
21  Q.   Go ahead and answer.
22  A.   No.
23  Q.   You mean if you knew he had a disease like
24  Tourette's with verbal tics, you would have still been
25  offended --

```
 1              MR. HARRIS:  Objection.
 2       Q.   -- at that time; is that correct?
 3              MR. HARRIS:  Objection, foundation,
 4  speculation, lay opinion, vague, argumentative.
 5       Q.   Go ahead.
 6       A.   Repeat the question.
 7              MR. SHERMAN:  Could you read the question
 8  back, please.
 9                    (Record read.)
10              MR. HARRIS:  Same objection.
11              THE WITNESS:  No.
12       Q.   Looking back at the incident, are you still
13  offended --
14       A.   Yes.
15       Q.   -- knowing what you know now?
16       A.   Yes.
17       Q.   Even though --
18              MR. HARRIS:  Objection, vague -- are you done?
19  You stopped.
20              MR. SHERMAN:  No, I paused for a second.  I
21  know you want to get these objections on the record, but give
22  me a second.
23              MR. HARRIS:  It's just you had paused and you
24  were looking at her like you were asking for an answer.
25              MR. SHERMAN:  I was trying to make a
```

1  grammatical question, that's all.
2              MR. HARRIS: It's hard for both of us
3  sometimes.
4              MR. SHERMAN: I understand. We're getting to
5  that age.
6      Q.  So assuming that Mr. Muse has a verbal tic that
7  forces him to use the word cunt and fucking and he has no
8  control over that, you were still offended by the fact that
9  he uses that language in that context?
10             MR. HARRIS: Objection, foundation,
11 speculation, lay opinion, argumentative.
12     Q.  Okay, go ahead. You can answer.
13     A.  Yes.
14     Q.  So are there any other disabilities that offend
15 you?
16             MR. HARRIS: Objection, argumentative.
17 Instruct the witness not to answer. Harassing. Don't
18 answer.
19     Q.  Are there some disabilities that offend you?
20             MR. HARRIS: Same objection, same instruction.
21 Irrelevant, harassing.
22     Q.  Why were you offended at that time in November?
23     A.  As a woman, any woman would be offended being
24 called a C word.
25     Q.  But did he actually say, you're a cunt, at that

1   Q.   So did Mr. Muse at that time ask you for any kind
2   of accommodation with respect to his condition?
3           MR. HARRIS:  Objection, foundation,
4   speculation, lay opinion, inadmissable.
5   Q.   You can answer.
6   A.   No.
7   Q.   Do you know what an accommodation is?
8           MR. HARRIS:  Objection, foundation,
9   speculation, lay opinion.
10  Q.   You can answer.
11          MR. HARRIS:  Vague.  And vague.
12  Q.   You can answer that.
13  A.   I don't know.  I don't recall.
14  Q.   Okay, did you -- if Mr. Muse had asked you for an
15  accommodation at that time, what would you have done?
16          MR. HARRIS:  Objection, foundation,
17  speculation, vague, and lay opinion, assumes facts not in
18  evidence.
19  Q.   Go ahead.
20  A.   Whether he asked me for an accommodation or not, I
21  served him as I would a regular customer while he was still
22  saying the C word.  I was taught to do my job good and I did
23  it as I was trained to.
24  Q.   Can you describe where your -- the checkout stand
25  was in Home Depot at the time of the November incident?

1  A.  Yes.

2  Q.  And what was the -- what did you say to him?

3  A.  I had told him what had happened, when I saw
4  Mr. Muse from when he was standing in line.  There was about
5  seven people in line and he kept saying the C word, and the
6  people in line kept turning behind to see who was saying
7  that, and when he finally came to my register, what had
8  happened, and until I called Mr. Dolan over.

9  Q.  Do you remember exactly what you said to Mr. Dolan?

10 A.  Yes.

11 Q.  And what was that?

12 A.  He came towards the register and he asked me,
13 what's going on?  I said this guy just called me the C word.
14 He said, what is the C word?  And then I told him.

15 Q.  Okay.  Well, at the time did you actually help
16 Mr. Muse when this was going on?

17 A.  Yes.

18 Q.  And what did you do for him?

19 A.  I helped him exchange a broken wheelbarrow that he
20 had.

21 Q.  And you completed the transaction?

22 A.  Yes.

23 Q.  When you spoke to Mr. Dolan, did you ask him what
24 you would do when Mr. Muse came back?

25 A.  When I spoke to Mr. Dolan and I told him what had

1  happened, Mr. Dolan turned red, so red that he couldn't, you
2  know, believe what was said.  His face was flushed.  Then he
3  went and talked to Jon Muse himself.
4      Q.  So Mr. Dolan was very angry?
5      A.  He wasn't very angry.  He was upset, you know, from
6  what was said to his cashier.  He wasn't angry at all.
7      Q.  You mean his face turned red and he wasn't angry?
8      A.  He was embarrassed, more embarrassed for us.
9      Q.  Is that your interpretation of Mr. Dolan's state at
10 that time?
11     A.  Yes.
12     Q.  He could have been angry, though; isn't that true?
13         MR. HARRIS:  Objection, foundation,
14 speculation.
15         THE WITNESS:  He wasn't angry.  He was upset,
16 not angry.
17     Q.  How do you know he wasn't angry?
18         MR. HARRIS:  Same objection.
19         THE WITNESS:  Mr. Dolan is a professional.
20 He's a professional.  He knows how to deal with people and
21 the tone of voice to use, and he wasn't shouting or anything
22 to Mr. Muse.
23     Q.  And to your knowledge, Mr. Dolan has been trained
24 by Home Depot to act that way?
25         MR. HARRIS:  Objection, foundation,

```
 1      Q.   But you didn't write that in your statement at the
 2  time, did you?
 3      A.   No.
 4      Q.   Okay.  And the statement you destroyed, that you
 5  copied, didn't say that either, did it?
 6      A.   No, it was the same as this one.
 7      Q.   But you destroyed it; is that correct?
 8      A.   Well, yes.
 9      Q.   How did you destroy it?
10      A.   Tear it up.
11      Q.   Where were you when you tore it up?
12      A.   In the lunchroom at Home Depot.
13      Q.   Did Mr. -- I'm sorry, you tore up the statement
14  when you were at the lunchroom in Home Depot; is that
15  correct?
16      A.   Yes.
17      Q.   What date was that?
18      A.   It was -- you know, I'm so nervous that this
19  date probably -- I know this top date is November 3rd, 2003.
20  Okay.  That should be 2003, because I wasn't even hired on
21  November 3rd, 2000 -- I'm confused with my date on the top,
22  but this was November 2003.  Because the second time I saw
23  Mr. Muse in April 2004 it was -- he came around to my
24  register.  I was helping a Samoan lady with her little
25  daughter.  They were all dressed in white.  Samoans have this
```

1  white Sunday.  They're either going to church or -- they're
2  going to church or they're going home from church.  It's
3  white Sunday.  I have a Samoan nephew.  I know about white
4  Sundays.  It's a family day.  The kids -- put out plays and
5  stuff for the kids and they have baptisms.
6          I was helping the Samoan lady with her little
7  daughter and Mr. Muse came around and started saying, C, can
8  you help me return this, C, sprayer?  And the Samoan lady, in
9  embarrassment, put her head down and shaked her head.  So I
10 had to talk to her louder to not let the little girl hear
11 what was going on.  So I said, okay, Mr. Muse.  Go to the
12 garden center, look for the same sprayer, and come back.  So
13 during that time I rushed with the lady and got her and the
14 little girl out of there.
15          (Exhibit No. 2 marked.)
16     Q.   Now, I've given you what's been marked as Exhibit
17 2.
18          Yeah, write it on there.
19          But before we get to that, I just wanted to ask
20 you, so you have been -- which date did this occur, to the
21 best of your recollection, 2004, 2003?
22     A.   The first one?  The first time was 2003, Sunday --
23 no, excuse me, November 3rd, 2003.
24     Q.   Okay, so you're changing your testimony from
25 earlier today; is that correct?

```
 1  recollection is accurate.
 2          MR. HARRIS:  Objection, attorney testifying.
 3  Move to strike.
 4          MR. SHERMAN:  I'm just stating my basis for
 5  the reason.
 6     Q.   You understand that we may have to take your
 7  deposition again if we go to the judge and Mr. Harris is
 8  found not to be correct in the basis for some of his
 9  objections?  You appreciate that?
10          MR. HARRIS:  Objection.  Objection,
11  argumentative.  Attorney testifying.  Move to strike.
12  Instruct the witness not to answer.
13     Q.   Okay, are you going to follow Mr. Harris's
14  instructions with regard to that particular question?
15     A.   Yes.
16     Q.   Okay, now, going down to Exhibit 1 at the bottom, I
17  want you to read the last two sentences, starting with, I
18  told Mike.
19     A.   I told Mike C.  Mike asked the young man, please
20  stop saying that or I need you to leave.  He told Mike Dolan,
21  C, I have Tourette's, C.
22     Q.   So Mike Dolan asked Jon Muse to leave; is that
23  correct?
24     A.   He asked him to leave if you're going to be -- from
25  my recollection, would you please leave, if you're going to
```

```
 1   be saying that word, leave.
 2        Q.   Okay, and Mr. Muse told Mike Dolan that he had
 3   Tourette's; is that correct?
 4        A.   Yes.
 5        Q.   You heard that?
 6        A.   Yes.
 7        Q.   And what did Mr. Dolan say to that?
 8        A.   I don't remember that.
 9        Q.   You don't have any recollection if he spoke to him
10   after that?
11        A.   No.
12        Q.   Did Mr. Muse leave then?
13        A.   He walked out backwards swearing the F and C and
14   kept walking backwards out -- till he got out of the front
15   door.
16        Q.   Was he shouting?
17        A.   Yes.
18        Q.   Okay.  And he walked out backwards out the front
19   door?
20        A.   Yes.
21        Q.   Can you take a look at Exhibit 1 and tell me where
22   you wrote that down on this exhibit, that Mr. Muse walked out
23   backwards swearing in a loud voice --
24        A.   I didn't --
25        Q.   -- using the work fucking and cunt on November --
```

1  again.
2          THE WITNESS: Okay. I was listening with my
3  side, turned to him, and when I needed to ask him anything
4  about the return, I would talk extra loud to prevent the
5  girl, who was with her mother at my register too, from
6  hearing the bad words. I know she heard because she kept
7  looking at Jon. The girl, about eight years old. I finished
8  this transaction. He said thanks, C, and left.
9          MR. HARRIS: You're marking this one as 2A?
10     Q.   I can't read that -- the third line, where you
11  say -- it starts on the second line. She heard -- I know she
12  heard because she kept, and it looks like zing Jon up?
13     A.   Sizing Jon up.
14     Q.   Oh, sizing Jon up. How long did that transaction
15  take?
16     A.   Mr. Muse's transaction?
17     Q.   On April 25th, 2004.
18     A.   I did it really fast just to get him out, because
19  there was a lot of people in the returns line again. I
20  actually gave him a better deal than what he was -- what he,
21  you know, ordinarily had because there wasn't -- there wasn't
22  a same one. There wasn't no UPC code for him or anything, so
23  it was okay to give him a better one.
24     Q.   Now, what did the mother look like, again, on April
25  25th?

1    A.    Yes.

2    Q.    Was he rude when he did that?

3    A.    No. He said --

4    Q.    But you didn't write that down.

5          MR. HARRIS: Wait a minute. You're

6    interrupting her.

7          MR. SHERMAN: Okay, okay. That's fine.

8          MR. HARRIS: You're interrupting her, okay.

9          MR. SHERMAN: That's fine.

10         THE WITNESS: He interrupted me and the Samoan

11   lady and saying the C words. C, I have to return this, C,

12   sprayer. It's broken, C. So I asked Mr. Muse, can you go on

13   the shelf and go look if there's another one there, and he

14   did.

15   Q.    But you don't put that in here, do you?

16   A.    No.

17   Q.    You put in what you say he said to you; is that

18   correct?

19   A.    Yes.

20   Q.    But you don't even put in that the Samoan woman was

21   right at your counter?

22         MR. HARRIS: Objection, asked and answered,

23   argumentative.

24         THE WITNESS: It is here that I was -- she was

25   at my register and I was trying to overshout him.

```
 1      Q.   You were --
 2      A.   Overtalk him rather loud so the little girl and the
 3  lady wouldn't hear.
 4      Q.   Which is it, you were shouting or --
 5      A.   I wasn't shouting.  I was talking loud, loudly.
 6      Q.   Was Mr. Muse shouting?
 7      A.   No.
 8      Q.   Was he -- did he appear angry?
 9      A.   No.
10      Q.   Did he appear that -- has he ever appeared to you
11  when he was using the word cunt that he was enjoying doing
12  that?
13      A.   Yes.
14      Q.   All right, how do you know that?
15      A.   He knows when to use it.  It's like he knows when
16  to use it.  When he's addressing me, he knows when to use it.
17      Q.   And how do you -- why do you say that?
18      A.   You know, I'm the opposite sex of you, and if you
19  were a woman, you probably would understand that more.  When
20  he addressed me, can you help me, C?  Thank you very much, C.
21  That's addressing a person.
22      Q.   That's your opinion; is that correct?
23      A.   Yes.
24      Q.   Is it possible that he has no control over the use
25  of that word?
```

```
 1              MR. HARRIS:  Objection, foundation,
 2   speculation, inadmissable lay opinion.
 3       Q.   Go ahead and answer.
 4       A.   No.
 5       Q.   You think he has absolute control over the use of
 6   that word?
 7              MR. HARRIS:  Same objection.
 8       Q.   Go ahead.
 9       A.   Yes.
10       Q.   You don't think he then has a disease, do you?
11       A.   No.
12              MR. HARRIS:  Objection, foundation,
13   speculation.
14       Q.   And what do you base that opinion on?
15       A.   He looked like a normal person in line asking for
16   help, until the bad words started coming out.  I noticed that
17   when he was in line on the first -- on November 3rd, when he
18   was standing in line, that's the first time I noticed that
19   this guy is swearing.  I thought maybe this person was on
20   drugs or something.
21       Q.   And when he got up to you did you think he was on
22   drugs still?
23       A.   No.  He just went on, can you help me, C?  Then I
24   ran into -- I was afraid -- I was really afraid.  I ran into
25   the phone booth and I talked to Chris, who is our phone
```

1  operator, and I said, Chris, this guy is calling me a C.
2  Because that's what it had appeared to be, he was calling me
3  the C word.  That's why I ran into the operator's room and
4  told Chris, can you call somebody?  He's calling me a C, and
5  I thought it would get bigger.
6       Q.   But it didn't get bigger, did it?
7            MR. HARRIS:  Objection, foundation,
8  speculation.
9            THE WITNESS:  At one point --
10           MR. HARRIS:  Hold on.  Hold on.  Objection
11 foundation, speculation, argumentative.
12      Q.   Go ahead and answer.
13      A.   At one point I walked with him to the aisle -- in
14 front of the aisle to -- I walked by myself, excuse me, to
15 see if anybody in garden was there.  Mr. Muse was still at
16 the register with Dar Kuhia, and as I was walking back, he
17 was walking to me with a mad strut, you know.  I thought he
18 was going to hurt me.  I really thought he was going to hurt
19 me.  I didn't understand what was going on.  And he came up
20 to me and he said, I'm sorry, but that F-in C Dar and that
21 ignorant manager, they're ignorant.  That's what he told me.
22      Q.   Let me ask you to take a look at Exhibit 1.  Did
23 you write that anywhere on Exhibit 1, what you just stated?
24      A.   Uh-huh.
25           MR. HARRIS:  You have to answer verbally.

1  strike.  Instruct the witness not to answer.

2      Q.  So you have no recollection of what she returned
3  that day?

4      A.  We take in all day long a lot of broken stuff,
5  junk, returns.  I don't remember.  I couldn't tell you what
6  somebody brought in last week, a person, to return.  We
7  have -- it's all day long.  It's constant returns.  You
8  don't -- you know.  I remember Jon Muse's one.

9      Q.  Did you receive any instructions after April 25th,
10 2004 regarding Jon Muse if he were to return to Home Depot?

11     A.  No.

12     Q.  No one ever said anything to you?

13     A.  No.

14     Q.  Did you ever receive a memo?

15     A.  No.

16     Q.  What if he had returned, what would you have done?

17         MR. HARRIS:  Objection, foundation,
18 speculation, assumes facts not in evidence.

19     Q.  You can answer.

20     A.  I would have helped him.  I would have helped
21 Mr. Muse, but I would also have a supervisor, probably call a
22 supervisor over.

23     Q.  So no one ever told you that Mr. Muse couldn't come
24 to the store anymore?

25     A.  No.

1  Q.  Do you think he's faking it, the condition?
2      MR. HARRIS:  Objection, foundation, vague as
3  to faking.
4  Q.  Do you understand what I mean by the word faking?
5  A.  Yes.
6  Q.  Okay, please answer the question, then.
7  A.  Yes.
8      MR. HARRIS:  Objection, foundation, vague as
9  to the use of the word faking as not connected to anything.
10 Q.  So you think Mr. Muse is faking his condition; is
11 that correct?
12 A.  At that time, yes.  I don't know that he has
13 Tourette's, and to this day I don't know if he has
14 Tourette's.  I didn't see any medical statement that he has
15 Tourette's.
16 Q.  Well, if he had a medical statement and gave it to
17 you, would that make a difference?
18     MR. HARRIS:  Objection, foundation,
19 speculation, assumes facts not in evidence, irrelevant.
20 Q.  You can answer.
21 A.  I don't know.  I felt offended when he addressed me
22 as a C.
23 Q.  But if he had a statement saying that he has no
24 control over this, he doesn't intend to use the word, he
25 can't help it, it's a disease --