# EXHIBIT "7"

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED MAY 24, 2005 |

EXHIBIT **7**

## PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE DATED MAY 24, 2005

TO:  JEFFREY S. HARRIS, ESQ.
   CLAYTON A. KAMIDA, ESQ.
   TORKILDSON, KATZ, FONSECA,
    MOORE & HEATHERINGTON
   700 Bishop Street, 15th Floor
   Honolulu, Hawaii 96813

Plaintiff Jon Muse, by and through his above named attorneys, responds to Defendant Home Depot USA, Inc's First Request For Answers To Interrogatories To Plaintiff Jon Muse Dated May 24, 2005. Said response to interrogatories is attached hereto.

DATED: Honolulu, Hawaii, 7/15/05.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

## INTERROGATORIES

NO. 1:

Please identify all physical and mental health care practitioners that have diagnosed or treated you, from 1990 to the present.

Answer:

Dr. William P. Sheehan
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Wray Y. Tsuzaki
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Lisa Hu
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Stella Wong Tadaki
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Wayne H. Inagaki
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Fatema Azam
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Rosario Esneros (M.A.)
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Rachel Saculles (M.A.)
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Landa Cox, APRN
Kaiser Permanente
3288 Moanalua Road
Honolulu, Hawaii 96819

Dr. Mark K.K. Zen
1329 Lusitana Street, Suite 809
Honolulu, Hawaii 96813

Dr. Michael Ishioka
Central Medical Clinic
321 N. Kuakini Street, Suite 201
Honolulu, Hawaii 96817

General Surgeon
Central Medical Clinic
321 N. Kuakini Street, Suite 201
Honolulu, Hawaii 96817

NO. 2:

Please describe any disability that you had, at the times when you were in Defendant's store.

Answer:

Tourette's Syndrome since childhood
Depression
Recovering alcoholic since 1990

NO. 3:

Please describe any modification in policies, practices or procedures or other accommodation that you requested from Defendant, at the times when you were in Defendant's store.

Answer:

I asked if he could finish my business transaction which was to exchange a faulty wheel barrel. I was asked to leave the store and not return in a threatening and angry manner.

NO. 4

Please describe any modification in policies, practices or procedures or other accommodation that you claim Defendant should have provided you.

Answer:

Plaintiff objects to the extent that it calls for a legal conclusion.

_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

Without waiving the objection, to the extent that Plaintiff understand the request I am asking for reasonable access to the store to conduct my business.

## VERIFICATION

STATE OF HAWAII              )
                             ) SS.
CITY AND COUNTY OF HONOLULU  )

JON S. MUSE, being first duly sworn upon oath, deposes and says that he has read the foregoing response to DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE, that he knows the contents hereof, and that the same is true to the best of his information and belief.

_____
JON MUSE

Subscribed and sworn to before me this
18th day of July, 2005.

_____
Notary Public, State of Hawaii

My Commission Expires: 6/3/08