IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | DECLARATION OF STANLEY E. |
| vs. ) | LEVIN |
| ) | |
| HOME DEPOT USA, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and am one the attorneys for the Plaintiff in the above-entitled action.

2. Attached hereto as Exhibit "1" is a true and correct copy of various portions of the Jon Muse deposition transcript taken on October 12, 2005.

3. Attached hereto as Exhibit "2" is a true and correct copy of Samuel H. Zinner, M.D.'s report and Curriculum Vitae.

4. Attached hereto as Exhibit "3" is a true and correct copy of various portions of William P. Sheehan, M.D.'s deposition taken on August 3, 2006.

5. Attached hereto as Exhibit "4" is a true and correct copy of William P. Sheehan, M.D.'s Curriculum Vitae.

6. Attached hereto as Exhibit "5" is a true and correct copy of a letter from the social security office dated September 8, 2006 stating that Mr. Muse is entitled to disability benefits.

7. Attached hereto as Exhibit "6" is a true and correct copy of an 18 minute DVD of "A Day in the Life of Jon Muse."

8. Attached hereto as Exhibit "7" is a true and correct copy of a letter from Jeffrey S. Harris to Stanley E. Levin dated July 27, 2004 stating that Mr. Muse needs to "stay out of its stores" when referring to Home Depot stores.

9. Attached hereto as Exhibit "8" is a true and correct copy of various portions of the Darlyn Kuhia deposition taken on July 20, 2006.

10. Attached hereto as Exhibit "9" is a true and correct copy of various portions of the Representative of Home Depot under Rule 30(b)(6) of Emory L. Cooper deposition taken on June 6, 2006.

11. Attached hereto as Exhibit "10" is a true and correct copy of a Confidential Settlement Agreement and Release dated February 2, 2005 regarding Jon Muse and Bank of Hawaii.

I declare under penalty of perjury that the above is true and correct.

Executed on the 18th day of September, 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN