```
 1        A.    I think I did.

 2              MR. SHERMAN:  I'm gonna object to that line of

 3   questioning.  I don't see the relevancy of work history

 4   in 1980 -- or 1995 with respect to the suspension or

 5   anything.

 6              (Exhibit 5 marked for identification.)

 7   BY MR. HARRIS:

 8        Q.    This is Exhibit 5.  Do you recognize this

 9   letter?

10        A.    Yes.

11        Q.    Do you know -- do you remember why Dr. Zen

12   prepared this letter?

13        A.    I'm not exactly sure at that time.  I can't

14   recall six, eight years ago.

15        Q.    Were you still working for Waikiki Park at the

16   time that letter was prepared?

17        A.    August 26, 19 -- no.  '98, no, 'cause I left --

18   I left the Park in '96, sir.

19        Q.    Did you eventually apply for disability

20   benefits from DHS?  From the State?

21        A.    At one time I did.

22        Q.    Did you receive those?

23        A.    For a little while.

24        Q.    During what period of time did you receive

25   those?
```

96

```
 1        A.   I don't remember.

 2            (Exhibit 6 marked for identification.)

 3   BY MR. HARRIS:

 4        Q.   Do you recognize Exhibit 6?

 5        A.   Yeah, I recognize this.

 6        Q.   Did Dr. Zen respond to this request on your

 7   behalf?

 8        A.   It was not Dr. Zen, no.  I don't think it was

 9   Dr. Zen.  I'm not sure.

10            (Exhibit 7 marked for identification.)

11   BY MR. HARRIS:

12        Q.   I'll show you Exhibit 7.  Do you recognize

13   Exhibit 7?

14            MR. SHERMAN:  If you could hold on for a second

15   so we have a chance to read 'em.

16            MR. HARRIS:  Yeah.  Go ahead and take a look at

17   the whole thing.

18            MR. SHERMAN:  Well, I think it would be better

19   if you ask him first if he recognizes this.

20            THE WITNESS:  I don't know if --

21            MR. SHERMAN:  Has he seen it before.

22            THE WITNESS:  I may have seen it, but I don't

23   remember exactly word for word all these things.  He

24   might have faxed it over to whoever needed it and not

25   given it to me to hand deliver.
```

1    unusual stress, anxiety or depression?"  You answered

2    that "Yes."  Do you remember why you answered that yes?

3        A.    Yeah.

4        Q.    Why?

5        A.    'Cause I've suffered from depression most of my

6    life.

7        Q.    Is that -- what's that depression a result of?

8        A.    Cunt.  As living with Tourette's.

9        Q.    And is that what you meant when you checked yes

10   to question 12?

11       A.    Yes.  Yes.  'Cause I'm always afraid of being

12   hurt by other people.  Anyway, yes.

13           (Exhibit 10 marked for identification.)

14   BY MR. HARRIS:

15       Q.    Let's look at number 10.  Did you fill

16   out number -- Exhibit No. 10, personal information?

17       A.    It's my writing.

18       Q.    Did you complete it?

19       A.    Yes.  Cunt.  Cunt.  Cunt.  Cunt.

20       Q.    And was it truthful and accurate when you

21   completed it?

22       A.    When I completed it, yes.

23           (Exhibit 11 marked for identification.)

24   BY MR. HARRIS:

25       Q.    Show you Exhibit 11.  Have you had an

1    A.    You asked me that question already.

2    Q.    Yeah.  Why don't you want to go to Home Depot?

3    A.    Cunt.  Cunt.  Cunt.  'Cause I --

4    MR. SHERMAN:  Well, I'm gonna object to that.

5  First of all, he can't go to Home Depot.  We've entered

6  into an agreement that he can't.  You know that.  We did

7  so at the hearing where we got the extension of time for

8  the original motion.  So that's a ridiculous question.

9    MR. HARRIS:  That's an outrageous speaking

10  objection, Counsel.

11    MR. SHERMAN:  Well, no.  No.  We've entered

12  into agreement.  You know that.  You know he can't go

13  there right now.

14    MR. HARRIS:  Speak.  Speak.  Speak.  Okay.

15  Keep speaking and testifying.  Put your objection on the

16  record.

17    MR. SHERMAN:  I have, you know.  You know, he

18  can't go there.  He's not allowed to at this point.

19  We've agreed to it.  You know that.

20  BY MR. HARRIS:

21    Q.    Why don't you wanna go there?

22    A.    'Cause I don't wanna see these people again.

23    Q.    Why not?

24    A.    I just don't feel comfortable going there.

25    Q.    Okay.  Now let's look at 22.  Did you fill out

1   BY MR. HARRIS:

2        Q.    Have you seen this before?

3        A.    No.

4        Q.    At the bottom of page one, the investigator

5   says, "The clerk, Debra, said I know what you have and

6   she wasn't offended."

7              What exactly -- what do you remember about what

8   she said?

9        A.    At the time it happened, um, I think I went

10  back to return the spray canister and I did talk to

11  Debra.  She said, oh, I understand what you have, and

12  from what I saw, the managers took it harder than she

13  did, but although some -- I don't know.  I don't -- I

14  don't recall.  She -- she did mention to me that she --

15  she's heard of it before, heard of Tourette's before.

16       Q.    And do you know how the managers got there?

17       A.    No.

18       Q.    Okay.

19             (Exhibit 24 marked for identification.)

20  BY MR. HARRIS:

21       Q.    Is this the charge of public accommodations

22  discrimination that you filed on or about February 3rd,

23  2004?

24       A.    I recall this.

25       Q.    Did you sign this document on or about

1    THE WITNESS:  I already answered the question

2  as best as I can.  I will not answer it again.

3    MR. HARRIS:  Okay.  Let me rephrase it, because

4  I don't want there to be any implication of harassment.

5  I want to get an answer --

6    THE WITNESS:  Well, I feel -- I feel I'm being

7  harassed by -- by you, sir.

8    MR. HARRIS:  You're a Plaintiff in a Federal

9  case saying Home Depot is doing something wrong by not

10  letting you say words that you say you can't control.

11    THE WITNESS:  No, that's not the truth.  That

12  is not the truth.  That is not the truth.  They are

13  denying me services and for me to shop there.  And they

14  humiliated me and they did what they did to me.  And

15  it's a matter of principle here.

16  BY MR. HARRIS:

17    Q.    What --

18    A.    That disabled people should not have been

19  treated that way.  Whether you -- whether you got one

20  leg or you got 20 fingers or whether you have

21  Tourette's, I don't feel that's -- that's correct.

22    Q.    Okay.  So what does Home Depot tell the female

23  customer that hears you uncontrollably say the word

24  cunt?

25    A.    They won't go to Home Depot.  They'll come to

1    Q.    Okay.  So now can you tell me exactly what you

2    remember Dar saying?

3    A.    She said, why are you -- I don't know if she

4    asked me why are you calling my -- she said you can't be

5    calling -- calling -- saying that to my cash -- to my

6    clerk, you know.  And then I told her that I didn't mean

7    to offend anyone.  That I had Tourette's.  That I had

8    Tourette's syndrome and I can't control what comes out

9    of my mouth.  And she said, I don't give a damn what you

10    have.  Don't be using that kind of words to

11    my cashier -- to my clerks or cashiers or...

12    Q.    Okay.  It still sounds like you're telling us

13    the basic gist of what was said.  But not --

14    A.    Not much was said.  Not much was said.

15    Q.    But not the exact verbatim words; is that

16    correct?

17    A.    I can't recall the exact word for word exactly

18    what was said.

19    Q.    But you're giving us the gist?

20    A.    A general -- a general.

21    MR. SHERMAN:  Just answer the question.

22    (Exhibit 28 marked for identification.)

23    BY MR. HARRIS:

24    Q.    Let's look at Exhibit 28.  Is this another

25    statement that you've had an opportunity to review

1   before today?

2       A.   Yes.

3       Q.   Can you please review it again today and I'm

4   gonna ask you the same question:  Is it accurate and, if

5   not, in what respects is it inaccurate?

6       A.   This is not accurate because in Debra

7   Peterson's statement, she said that I said cunt, and in

8   this statement she said I was calling her a fucking

9   cunt, which is not true.

10      Q.   Okay.  Did you ever use --

11      A.   I've used that before, yeah.

12      Q.   Did you use it in a conversation with Dar or

13  Debra, the word F'ing?

14      A.   F'ing before the word cunt?

15      Q.   Yeah.

16      A.   Not that I recall.

17      Q.   Okay.  Is it possible you --

18      A.   It could have possible, but I'd really doubt

19  that.

20      Q.   Okay.  Other than --

21      A.   This is -- this is too -- this is over -- this

22  is overdone.  I recall reviewing these statements they

23  made and I couldn't believe what I read.

24      Q.   Okay.  In what other respects is this statement

25  inaccurate?

1    A.    Okay   Let me finish.

2    Q.    Sure

3    A.    Another part of it wasn't true that she --

4    cunt, she stated that the cashier, Debra, was afraid and

5    frantic or whatever that word she used, fright or

6    whatever, but she -- she -- she was -- she seemed very

7    calm and cool and collected.  Seemed like Mike Dolan and

8    Darlyn Kuhia overreacted more than the cashier herself

9    did.

10    Q.    That's your impression?

11    A.    That's my -- that's what I saw with my eyes and

12    with the body language and the tone of voices.  Let me

13    finish this.

14    Q.    Please go ahead.

15    A.    "Every word out of his mouth was fuck this,

16    fuck that."  That's not true.  That is not correct.

17    That is not true.  It's absolutely not true.

18    Q.    Is there any other part of this statement

19    that's inaccurate?

20    A.    No, just what I said wasn't true.  I mean, this

21    F this, F that.  He started to explain the -- that is

22    not true.  The frequency was not true.

23         MR. SHERMAN:  Just answer the question.

24         THE WITNESS:  Okay.  Other than that, it's

25    accurate, other than what I just said.

158

```
 1    BY MR. HARRIS:

 2         Q.    Is this statement accurate?

 3         A.    No.

 4         Q.    Okay.  In what respects is it inaccurate?

 5         A.    Said he tried to keep me -- keep me to the --

 6    to the -- to the side so we could complete the

 7    transaction.  He did not do that.

 8         Q.    Okay.

 9         A.    He said he pulled me to the side to help me

10    accommodate me with what I needed.  He did not do that.

11         Q.    Who processed the return?

12         A.    Processed the return?

13         Q.    Yes.

14         A.    The cashier, Debra.

15         Q.    Okay.  And what were -- what were you doing

16    while you were talking to Mike?  Was the return already

17    processed?

18         A.    No.  They were in the process of -- of doing --

19    getting the new wheelbarrow for me.

20         Q.    Okay.  And Mike talked to you while they were

21    getting the new wheelbarrow?

22         A.    I think, yeah.  I think they were getting the

23    wheelbarrow while he was talking to me, right.  Yes.

24         Q.    Other than Mike not pulling you aside, is there

25    anything else in this statement that is inaccurate?
```

1  when I went there that day.

2       Q.    All right.  You're not denying?

3       A.    I'm not denying it, but I didn't see an

4  eight-year-old girl.

5       Q.    Okay.  All right.  Is there anything else in

6  this statement that's inaccurate?

7       A.    Then, again, the frequency of the words cunt

8  was not true.  The frequency.

9       Q.    You said it.

10      A.    I'm not denying I said it, but I'm not -- I'm

11 saying I didn't say it that frequently.  And I did not

12 character assassinate Dar and Mike Dolan either.  But

13 I -- go ahead.

14      Q.    No.  Go ahead.  Did you have something?

15      A.    You ask me the questions.

16      Q.    All right.  During the period of time from when

17 you visited the store, the Home Depot store to return

18 the wheelbarrow on November 3rd, 2003, and the time you

19 visited the store to return the canister, as Debra

20 refers to it, on April 26, 2004, did you visit the Home

21 Depot store?

22      A.    Between that time?

23      Q.    Yeah.

24      A.    I'm not -- I don't recall.  Yes, I have.  I

25 went into the garden department to pick something up and

1    I didn't go that side where the cashiers were.  I went

2    to the garden side to avoid conflict.

3        Q.   Okay.

4        A.   Cunt.  So there may have been a time where I

5    did pick up some chemicals.

6        Q.   From the garden side.

7        A.   From the garden side, yeah.

8        Q.   Is there any other time that you went into the

9    Home Depot store between November 3rd, 2003, and the

10   time you filed the complaint?

11       A.   April.  In April.

12       Q.   Yeah.

13       A.   I wouldn't think so.  Other than that time, no.

14       Q.   Was there anytime that you wanted to go into

15   the Home Depot store, but decided not to?

16       A.   Yeah.

17       Q.   Okay.  What made you decide to go into the Home

18   Depot store the time you went, then?

19       A.   'Cause I needed the chemical and I didn't know

20   where else to get it.

21       Q.   Okay.  How about the other times, were there

22   other times that you wanted to go to Home Depot's store,

23   but didn't go?

24       A.   Yeah.

25       Q.   Okay.  For what?

1     A.    'Cause I just felt humiliated and embarrassed

2  to be there.

3     Q.   What did you want to get at Home Depot?

4     A.   Compost.  Redwood compost and more chemicals.

5     Q.   Where'd you get it?

6     A.   What?

7     Q.   Where did you get the redwood compost and more

8  chemicals?

9     A.   I always picked it up from Home Depot, but

10  there's been a long stretch that I didn't go back to get

11  it anymore.

12     Q.   Did you go get it anywhere else?

13     A.   No.

14     Q.   What did you use -- what did you do when you

15  needed compost and those chemicals?

16     A.   I had some left over from the previous visit.

17  I bought -- I bought a bunch of 'em, so I had some left

18  over, but I wanted to pick up more, but I didn't.

19     Q.   Did you review any of the correspondence

20  between Mr. Phillips and me concerning this case?

21     A.   No.  Cunt.  Cunt.  No.

22     Q.   Let's look at...

23     A.   Fuck.

24     MR. SHERMAN:  Jon, where did you park?

25     THE WITNESS:  Meter.

167

1    other people witnessed.  They could have, but I don't

2    know.

3        Q.   You have you talked to anybody else that

4    witnessed the incident?

5        A.   No.

6        Q.   Okay.  Same question for the April 26th, 2004,

7    incident, other than you and Debra, is there anyone else

8    that you know witnessed that incident?

9        A.   Not that I know of.  Cunt.

10        Q.   Okay.  How have you been damaged as a result of

11    those incidents?

12        A.   Emotionally, mentally, spiritually.

13        Q.   Okay.  Have you lost any revenue as a result of

14    your -- as a result of what the representatives of Home

15    Depot said, has it interfered with your business in any

16    manner?

17        A.   Not business.

18        Q.   Okay.

19        A.   It has -- not in business -- well, it has --

20        Q.   Let me be clear.

21        A.   Yeah.

22        Q.   Have you been unable to get goods that you've

23    needed to operate your business?

24        A.   Cunt.  From Home Depot, yeah.

25        Q.   Have you been able to secure those goods

```
 1   elsewhere?

 2        A.   Yes.  But -- go ahead.  Right.

 3        Q.   Has there been any problem with securing those

 4   goods elsewhere?

 5        A.   I don't know where -- where else would carry

 6   all the variety of goods that I use that home Depot has.

 7        Q.   Okay.  So has -- has your business been

 8   impaired in any way by your not shopping at home Depot?

 9        A.   No.  No, but it has been impaired by the damage

10   caused.

11        Q.   Okay.  And what is that damage?

12        A.   The emotional trauma, stress, the depression

13   kicking in.

14        Q.   Okay.

15        A.   There were times where I felt good.  There were

16   times where I was real down, thought of suicide.  And

17   like -- like -- go ahead.

18        Q.   And did you talk to any psychiatrist --

19        A.   Yes.

20        Q.   -- about thinking about suicide?

21        A.   Yes.

22        Q.   Did you talk to Dr. Sheehan about thinking

23   about suicide?

24        A.   Yes.

25        Q.   Do you understand that if you talk to a doctor
```

1    MR. SHERMAN:   Yeah, I just got a few questions.

2    EXAMINATION

3    BY MR. SHERMAN:

4    Q.   Okay.  Jon, I want you to think back to the

5    November 3rd incident, 2003, at home Depot.  Were you

6    told to leave the store?

7    A.   Yeah.

8    Q.   Okay.  Do you recall who told you to leave the

9    store?

10    A.   The girl, Dar, and Mike Dolan.

11    Q.   Okay.  And did they tell you to leave the store

12    if you couldn't refrain from using the word cunt or

13    fucking?

14    A.   They -- they -- they said that if I continued

15    to use that language, I would have to leave the store.

16    Q.   Did you explain to them that you couldn't

17    control it?

18    A.   Yeah.

19    Q.   Okay.

20    A.   Very clearly.

21    Q.   Okay.  At that time, could you control -- could

22    you stop from using that -- that language on

23    November 3rd in the store?

24    A.   No.

25    Q.   Okay.

1        A.    It's like asking man to walk on water.

2        Q.    Does your -- does the intensity of the

3    Tourette's increase when you're -- when you're under a

4    great deal of stress?

5        A.    Yes.

6        Q.    Did you find the incident at the store to be

7    very stressful?

8        A.    Oh, very stressful.

9        Q.    Okay.  Now, the symptoms of your Tourette's,

10   you say you have physical and verbal tics; is that

11   correct?

12       A.    Yes.

13       Q.    What are some of the physical tics you have?

14       A.    The finger, the tongue, the jaw pointing.

15   Maybe once in a while facial grimaces.

16       Q.    Now, is it possible for you at times to

17   suppress some of these tics, either verbal or physical,

18   for a moment?

19       A.    Maybe for 15 seconds or so, but after

20   suppressing it for so long, what happens is I get

21   outbursts.  I mean, it gets -- it intensifies.  Like I

22   may say the word cunt, but instead of just saying cunt

23   like real softly it'll be -- it might be louder or more

24   frequent.  It'll come out in outbursts.

25       Q.    Okay.  Do you also try to disguise --

173

1      A.    Yeah.

2      Q.    -- the verbal tics when it comes out?

3      A.    Yeah.

4      Q.    How do you do that?

5      A.    By throat clearing or maybe adding another

6  word.  I don't know.  I try to disguise it, yeah, 'cause

7  I don't mean to offend anyone.

8      Q.    Now, in your experience with your condition,

9  your disability, do you -- is it continuous throughout

10  the day?

11      A.    Yes.

12      Q.    Okay.  What -- what is the longest period you

13  think you can recall going without a verbal tic?

14      A.    When I'm sleeping.

15      Q.    Okay.  During the course of a day can you go 15

16  minutes or 20 minutes without that?

17      A.    If I don't talk to anybody, if I don't have any

18  interaction, if I'm by myself working at the nursery, I

19  may sing to myself.  It may come out when I'm singing,

20  but other than that, if I'm by myself, I can go like

21  half an hour or, you know, but...

22      Q.    Okay.  In your experience with your disability,

23  Jon, the verbal tic, do you -- do you shout that out at

24  any time?

25      A.    At home.

1    Q.    At home.  But in the course when you're in

2    public, is it -- is the verbal tic about the same level

3    as the rest of your speech?

4    A.    Most of the time.  Sometimes it's loud, like

5    the word cunt will just come out by itself.  See, I'll

6    be calling a friend from maybe 50 feet away.  Like

7    instead of saying, Daniel.  I'll go, Cunt, then Daniel.

8    I'll say Daniel's name after I say cunt.

9    Q.    But Jon, in terms of normally, is it the same

10   level as your voice?

11   A.    Yeah.  Yeah.  Yeah.  Normally, yeah.

12   Q.    Okay.  Do you feel uncomfortable in public

13   because of your disability?

14   A.    Yes.

15   Q.    Why do you feel uncomfortable?

16   A.    A fear of being harmed or having to explain

17   myself.  Being sorry all the time for what I say or just

18   the ridicule, the harassment, people threatening me and

19   stuff like that.

20   Q.    Are you -- are you always worried that there

21   might be an adverse reaction when you're out in public?

22   A.    Constantly.  Constantly.  Constantly.  When I'm

23   in public, constantly.  But when I'm by myself I'm

24   like -- at my nursery, especially at work, I'm in God's

25   country.  It's all mountains and green, and it's very

```
 1        A.    Saddens me.  Um, I felt attacked today.  I felt

 2   humiliated.  There's a lot of things I couldn't -- I

 3   don't have answers for everything.  Cunt.  I do believe

 4   in God and I believe I have a purpose on this earth for

 5   something.  I don't know what it is, but I try to

 6   survive every day.

 7        Q.    It's really tough having Tourette's, isn't it,

 8   Jon.

 9        A.    Yes.

10        Q.    Now, Jon, when you were at Home Depot on

11   November 3rd, did you have any chance to ask them about

12   some other way you might be able to service -- be

13   serviced there?

14        A.    They didn't give me the chance to ask.

15        Q.    Were you -- was it pretty clear to you that you

16   had no choice but to leave right then and there if you

17   couldn't stop using those words?

18        A.    Yeah.  I had to just get my wheelbarrow back

19   and my...

20        Q.    Were you afraid they might actually call the

21   police on you?

22        A.    It's a possibility they could've.

23        Q.    Okay.

24        A.    For disorderly conduct.

25        Q.    Did they ever ask you, and I mean, when I say
```

```
 1    they, I mean either the cashier or the assistant manager

 2    or Mike Dolan, did they ever ask you, what can we do for

 3    you?

 4         A.   No.

 5         Q.   Did they ever say, can we help you in another

 6    way?

 7         A.   No.

 8         Q.   Did they ever say, why don't you come back

 9    another time, let's talk about this?

10         A.   No.

11         Q.   Did they ever say to you that they wanted you

12    to talk to someone else in their company and work out a

13    reasonable accommodation, did they ever say that to you?

14         A.   No.

15         Q.   Okay.  Have you ever received any kind of

16    correspondence before the -- between November 3rd and I

17    believe when you filed the lawsuit --

18         A.   In March.

19         Q.   -- in March of '04, have you ever received any

20    correspondence from anybody at the Home Depot

21    corporation saying, we'd like to help you out on this?

22    We'd like to offer you some sort of accommodation, what

23    do you suggest?

24         A.   No.

25         Q.   They never contacted you?
```

1  these meetings do you help other people yourself?

2      A.    I always try to welcome the new people, stick

3  out my hand, and they look at me strange, how come you

4  saying that?  But then when they get to know me, after

5  they keep coming back to the meetings, they end up

6  liking me and a lot of 'em end up asking me to be their

7  sponsor.  Their guide through the 12 steps, because I

8  have a lot of experience and they like the way I talk.

9      Q.    Do you sponsor some people right now?

10      A.    Yeah, about five people.

11      Q.    Okay.  You don't keep a diary of every incident

12  that occurs to you because of your disability, do you?

13      A.    No.  But I do -- I inventory every so many

14  years, every couple years, cunt, I do a written

15  inventory about my life, like an autobiography, and I

16  share it with my sponsor and we try to get some

17  clarification to the -- try to sort through the

18  contradiction and all the bullshit, the sickness, the --

19  the -- the attitude, the outlook on the disease and how

20  it affects our lives.  And I do talk a lot about living

21  with Tourette's and how I feel about wanting to commit

22  suicide and depression.

23      Q.    You said earlier that there are a lot of things

24  that you don't do because of your Tourette's.  Can

25  you -- can you think of a few?

```
 1        A.   Oh, cunt.  Cunt.  I got tickets to the Lakers
 2   game tomorrow and I'm afraid to go.  But I wanted to see
 3   Kobe Bryant play live ball and I want my son to see --
 4   be a part of that, so I'm gonna take the risk.  But I'm
 5   gonna go with my neighbor, Jon Porlas, and his nephew
 6   and his two cousins.  We're gonna all go together.  No,
 7   today's Wednesday, yeah.  It's today.
 8              MR. HARRIS:  Today is the last night.  Got 'em
 9   for tomorrow.
10              THE WITNESS:  No, today's Tuesday.  It's for
11   tomorrow, yeah.  It's for tomorrow.  I got -- they have
12   it for two days.  They have it for Tuesday and
13   Wednesday.  Last night was the first exhibition game.
14   Tomorrow will be the next exhibition game.  I'll be
15   going tomorrow.
16              MR. SHERMAN:  Okay.
17              THE WITNESS:  No, wait.  See, I'm so...
18              MR. SHERMAN:  Why don't we do this off the
19   record.  Okay.  We don't have to do this now.  This is
20   sort of burning up time and money.
21              THE WITNESS:  Yes.  Cunt.
22   BY MR. SHERMAN:
23        Q.   Do you avoid a lot of social situations because
24   of your disability?
25        A.   Yeah.  Yeah.  I do.
```

1      Q.   Now, a lot of people will socialize in a way to

2  advance their work careers or business careers.

3      A.   Or make friends.

4      Q.   Or make friends, but do you feel inhibited from

5  doing that because of your disability?

6      A.   A lot of the time, yeah.  Yeah.

7      Q.   Are you afraid of talking to people in public

8  because of your disability?

9      A.   Not always.

10     Q.   But are you afraid a lot of the time?

11     A.   Yeah.

12          MR. SHERMAN:  Okay.  I have no further

13  questions.

14          MR. HARRIS:  Just a few follow-up.

15                    RE-EXAMINATION

16  BY MR. HARRIS:

17     Q.   You said you had sponsored five members of

18  Narcotics Anonymous currently.  Over the, what, 15 or 16

19  years that you've been --

20     A.   Not throughout the whole time.  When I was --

21  when I was new, I didn't know nothing about recovery.

22     Q.   Let me ask the question.  Throughout that

23  entire period of time --

24     A.   Yes.

25     Q.   -- whether a few at the start or whatever,

1   throughout the entire period of time, approximately how

2   many people have you sponsored?

3       A.   Approximately five.

4       Q.   So the five that you sponsor now are the only

5   ones you've sponsored?

6       A.   Yes.   I have other men ask, but I turn them

7   down.

8       Q.   About how many other men have asked?

9       A.   Oh, before that?

10      Q.   Yes.

11      A.   Cunt.   A lot of 'em, but a lot of 'em don't

12  stay clean.   They go back to jail or they die or they

13  just they're out there suffering.

14      Q.   Do you go to church?

15      A.   No.   Cunt.   Cunt.   No.

16      Q.   And your -- you told your attorney that there

17  are social situations that you don't go to.   What social

18  situations were you talking to him about?

19      A.   Like nightclubs or singing karaoke or I never

20  been to Aloha Tower Marketplace because there's so many

21  people there and I want to go to Kapono's.   I avoid

22  going to the movies.   I avoid playing basketball.   I

23  avoid parties.   Hell, I even got kicked out of church

24  because of my language.

25      Q.   What church kicked you out?

```
1        A.    It was when I was living in the Big Island when

2   I was a teenager.

3        Q.    What church?

4        A.    It was Hilo Baptist Church, but this was years

5   ago.  This was back in 1974 or '75.  They told me not to

6   come back.

7        Q.    Then I have one other question.  You've been in

8   a relatively stressful situation for much of the day.

9   Have we seen your Tourette's manifest itself in the same

10  way that it has over the last five years when you're in

11  a stressful --

12       A.    Cunt.  Cunt.  Actually, over the years, I feel

13  my Tourette's has gotten worse over the past five years.

14       Q.    Okay.  So it's worse today than it was a year

15  ago?

16       A.    Um, no.  I say overall within the last five

17  years.

18            MR. SHERMAN:  I think you need to re-ask the

19  question.  Jon sort of missed it.

20  BY MR. HARRIS:

21       Q.    Over the last five years, have we seen today

22  the symptoms of your Tourette's the way they would have

23  appeared on November 3rd, 2003?

24       A.    It was worse on November the 3rd, 2003.

25       Q.    And how was it worse?
```