**Samuel H. Zinner, M.D.**
**University of Washington**
**CHDD – Box 357920**
**Seattle, Washington  98195-7920**
**(206) 685-1290**
**Fax: (206) 543-5771**

October 9, 2005

Name:                              Jon R. Muse
Date of birth:                     April 18, 1961
Date of assessment:               September 17, 2005
Location of assessment:           Seattle, Washington

## NATURE OF ASSESSMENT:
Counsel for Mr. Muse requested an expert opinion with respect to Tourette Disorder.  I have had no prior acquaintance with Mr. Muse.

## HISTORY OF PRESENTING CONCERN:
Background History was obtained via direct interview with Mr. Jon R. Muse and by review of medical records provided by counsel.

Mr. Jon R. Muse is a 44-year-old male with given past diagnoses of Tourette syndrome; tobacco dependence syndrome; episodes of depression; and polysubstance dependence in sustained full remission.  Documentation in the medical records notes that Mr. Muse has sought care for complaints of stress and anxiety.

Medical records indicate that Mr. Muse has been under the care of William P. Sheehan, M.D., at Kaiser Permanente – Hawaii region, since July 19, 2000, with several visits and telephone calls throughout at least February 2005 (the most recent medical record made available to me).  Dr. Sheehan's intake note, dated July 19, 2000, remarks that Mr. Muse "began seeing Dr. Mark Zen in 1990, and has received treatment for his Tourette's disorder and depression since then.  He cannot remember all the medications he tried, but reports 'I tried almost all of them.'"

## EDUCATIONAL HISTORY:
Mr. Muse reports that he graduated from high school.  He reports that he received Special Education services sometime between the 7th grade and 9th grades, with placement in a separate classroom because of tics.  No other special education services were noted.

## PAST MEDICAL AND PSYCHIATRIC HISTORY:
Information is limited to Medical Records made available to me, and to Mr. Muse's recollection during today's assessment.

Mr. Muse reports that during his pre-natal course, his mother smoked approximately one pack of cigarettes daily.  There was no reported use of alcohol, illicit substances, prescription medications or integrative healthcare approaches by his mother during pregnancy.  Birth was by planned cesarean section to a presumed gravida-2 para-2 mother.  Extra-uterine transition was reportedly unremarkable.

Mr. Muse has undergone at least 3 surgical procedures including:
- Tonsillectomy age 6 or 7 years (reason unknown)
- Plastic reconstruction of left-hand digit status post trauma (adulthood)
- Removal of an undefined mass (presumably cyst) on right upper back (adulthood)

1



There is no reported hearing difficulty.

Mr. Muse has worn corrective visual lenses for reading for approximately one year.

Medical history is significant for:
- Elevated serum cholesterol/hyperlipidemia
- Cigarette smoking
- Overweight
- Impacted cerumen (ear wax)
- Polysubstance dependence (in sustained full remission since January 7, 1990)
- History of positive PPD (purified protein derivative)
- Possible history of hepatitis

Dr. Sheehan's initial intake on July 19, 2000 documents that Mr. Muse reported that he "also had symptoms of attention deficit disorder, being inattentive and distractible. He also reports some obsessive compulsive features as well." The obsessive compulsive features are not specified, but I discussed these features with Mr. Muse, who identifies a history of gambling and substance abuse as the features.

Dr. Sheehan's intake describes an "attractive, casually dressed and groomed man who looks his stated age. Affect is expressive and appropriate and his mood is serious. Some tongue thrusts are noted, he has motor tics including impulsively sticking his middle finger into the air, looking away, and thrusting his chin forward. He occasionally had coprolalia. He denies suicidal or homicidal ideation, and he was not psychotic."

Dr. Sheehan's intake "Discussion" section notes "Long history of Tourette's disorder, history of compulsive behavior including drug and alcohol use and gambling, fortunately his substance abuse has been in remission for 10 years, but I think gambling may still be a bit of a problem for him. He also has depression, most of which seems to be due to the residual of childhood trauma, living with Tourette's disorder, and the recent breakup of a relationship."

Subsequent impressions by Dr. Sheehan (noted September 29, 2000) remark:
- "Tourette's Disorder – not fully responsive to multiple medication trials over past 15 years
- Compulsive behavior
- Attention deficit"

Dr. Sheehan's intake "Treatment Plan" section notes:
1. "Records have been sent for from Dr. Zen's office
2. For the time being, I am going to continue him on his current medications consisting of haloperidol 5 mg at bedtime, Benadryl 150 mg at bedtime, and will increase the Wellbutrin SR to 150 mg twice a day.
3. Will refer him to Therapy, to help him adjust to the depression, and move on with his life.
4. I also referred him to Department of Vocational Rehabilitation, his intake appointment is on Tuesday, August 8, 2000 at 10:00 a.m."

The subsequent medical records report discussions and conversations with Dr. Sheehan addressing management of stress and anxiety, in addition to management of tics. Approaches documented include medication management, as well as non-specific references to stress management (including anticipating stressors, managing them rather than reacting to them) and documents that Mr. Muse "felt better after talking".

Mr. Muse reports no history of major illnesses or physical trauma.

2

Neurological history:
Mr. Muse reports difficulty in falling asleep. Typically, he goes to bed at midnight, and requires between 90-120 minutes in order to fall asleep, despite soporific medication support. Once asleep, he sleeps soundly, awakening spontaneously between 9:00am and 10:00am. He takes 1-hour to 2-hour naps occasionally during afternoons.

There is a history of tics as will be described.

There is no history of seizures, staring episodes, difficulty with coordination or gait, headache, or head trauma.

Medications:
Mr. Muse reports the following information regarding current prescriptions:
- Clonidine 0.1mg by mouth twice daily
- Haloperidol 5mg by mouth at bedtime
- Diphenhydramine 150mg by mouth at bedtime
- Clonazepam 1-2mg by mouth at bedtime
- Sildenafil (Viagra) 100mg by mouth before relations as directed

Medical records report the following information regarding former psychotropic prescriptions through Kaiser:
- Risperidone (Risperdal)
- Guanfacine (Tenex)
- Buproprion (Wellbutrin SR)
- Fluoxetine (Prozac)

Mr. Muse reports the following information regarding former prescriptions:
- Diazepam (Valium)

Non-Medication psychoactive substances:
- Cigarettes (2 packs per day)
- Caffeine pills (medical record dated February 4, 2005 reports these had been stopped. Unclear if Mr. Muse continues to use. Mr. Muse drinks coffee.)

Integrative ("complementary/alternative") Treatment or Prevention approaches:
- Vitamin E is recommended in the medical record. Unclear if Mr. Muse is taking this.

Psychotherapeutic or Other Counseling Support:
Participated in individual psychotherapy during high school (details not discussed). Has had none since. There have been no non-medication therapeutic approaches attempted for tics.

Allergies:
There are no reported food or medication allergies

Laboratory data:
Information regarding laboratory data was available via medical records provided to me:
- June 30, 2000
  - Lipid profile
    - Cholesterol 253 mg/dl (elevated)
    - Triglycerides 189 mg/dl (within reference range)
    - HDL 34 mg/dl (borderline low)
    - VLDL 38 micrograms/dl (within reference range)
    - LDL 181 micrograms/dl (elevated)
  - Thyroid Stimulating Hormone 1.06 – Within normal limits
  - RPR (syphilis) – Non-reactive

3

- HIV-1/HIV-2 antibody screen – Negative
- Culture for gonorrhea – Negative
- Chlamydia antigen test - Negative

- February 18, 2004 collection
  - Complete blood count (CBC) – Within normal limits
  - AST (SGOT) – Within normal limits
  - Electrolytes, BUN, creatinine – Within normal limits
  - Thyroid Stimulating Hormone 1.40 – Within normal limits
  - Hepatitis C Virus Antibody – Negative
  - Lipid profile
    - Cholesterol 239 mg/dl (elevated)
    - Triglycerides 219 mg/dl (elevated)
    - HDL 30 mg/dl (low)
    - VLDL 44 micrograms/dl (elevated)
    - LDL 165 micrograms/dl (elevated)

- August 18, 2004
  - ALT and AST – Within normal limits
  - Lipid profile
    - Cholesterol 250 mg/dl (elevated)
    - Triglycerides 154 mg/dl (within reference range)
    - HDL 33 mg/dl (borderline low)
    - VLDL 31 (within reference range)
    - LDL calculated 186 (elevated)

FAMILY HISTORY:
Mr. Muse has a 48-year-old sister who has no offspring; he has a 14-year-old son. His mother is living and his father is deceased.

Mr. Muse reports the following information:
- Tic disorder (mother with simple motor tics)
- Attention Deficit Hyperactivity Disorder (son)
- Alcohol abuse (father, who had been sober since Mr. Muse was 2 years old)

There was no family history identified for obsessive-compulsive behaviors, autism, learning problems, mental retardation, other developmental delays, genetic disorders, metabolic disorders, consanguinity, frequent miscarriage, seizure disorders, sensorineural hearing loss, schizophrenia, bipolar disorder, major depression, or violent behavior.

SOCIAL HISTORY:
Mr. Muse notes that his father left his mother when Mr. Muse was 7 years old.  Mr. Muse's mother remarried about 2 years later to a man who abused alcohol and who beat Mr. Muse severely recurrently.  Mr. Muse left this home environment at the age of 12 years to live with his father, with whom he stayed for 3 years.  At 15 years of age, Mr. Muse returned to live with his mother because her husband had passed away.

Mr. Muse currently lives with his mother and shares custody 50-50 with his son's mother.  Mr. Muse is the only cigarette smoker in the home.

Mr. Muse describes a close and supportive relationship with his son.  His medical record in 2000 documents that he gets along "not well" with his mother, "well" with his father, "somewhat OK" with his sister, and "OK" with his former wife.

The medical record documents that Mr. Muse's father died in 2002.

4

Mr. Muse's sister works reliably for the United States Postal Service as a mail sorter.

Mr. Muse identifies his work as his hobby. He states that he has close friendships with people whom he respects and enjoys.

Mr. Muse's medical record reports he was married 1990-1993. His medical record notes a history of multiple sexual partners (though not implied as occurring during the time that he was married). He describes a current committed romantic relationship with a female 41-year-old partner. He describes this relationship as stable and has endured for about one year; this partner is gainfully employed, and also has a former substance addiction.

Mr. Muse remarks that he has lost a job working in a hotel (employed there 1990-1996) "due to Tourette".

Mr. Muse works approximately 20 hours per week (self-employment in the business of tropical foliage). His income includes money from work, as well as Supplemental Security Income (SSI) awarded due to his diagnosis with Tourette syndrome, and SSI for his son, also reportedly because of Mr. Muse's diagnosis. Mr. Muse reports an annual gross income of about $40,000 from these sources, with a net of approximately $10,000 annually when accounting for business expenses. He reports that these sources are adequate, although very limiting. Bankruptcy is reported in the past, as well as "behind in child support payments". Medical treatment options are limited because of restrictive financial resources, as documented repeatedly in the available medical record.

Mr. Muse participates in Narcotics Anonymous, an organization for which he holds great respect and with which he has been a reliable and ongoing participant. Mr. Muse also serves as a "sponsor" for another participant in Narcotics Anonymous.

Periodic self-determined "Review of Systems" in his medical record are variable over time, and have inconsistently documented the following subjective statements: feeling tired or having low energy; family conflicts; conflict within yourself; eating less than you should; feeling down, depressed or hopeless; trouble sleeping; trouble with concentration or memory; low self esteem or self worth; suicidal thoughts; worrying about a lot of different things; little interest or pleasure in doing things; financial problems; and low energy.

NEURO-DEVELOPMENTAL HISTORY:
There is a history of self-injurious behaviors that include:
- Picking at sores
- Lip-licking
- Nail-chewing
- Trichotillomania (pulling out of hair, resulting in a bald spot that was addressed by wearing a cap in school; this behavior occurred during early adolescence, lasting about 2 years)

Mr. Muse reports no known history of oppositional behavior, conduct disorder (i.e. aggression to people or animals, destruction of property, deceitfulness or theft, or other serious violations of rules), elimination disorders (enuresis or encopresis), anger dysregulation or rage attacks, eating disorders, or delays in the attainment of neuro-developmental "milestones" in the domains of gross motor, fine motor, social, cognitive, adaptive, or speech and language skills.

CURRENT REVIEW OF SYSTEMS:
Mr. Muse continues to have a tic disorder, which is interfering to him. Mr. Muse notes a brown birthmark on his back. Anxiety is an ongoing difficulty but manageable. Mr. Muse denies depression at this time. Sleep disturbance has been described in this report.

5

The remainder of his review of systems (constitutional, endocrine, eyes, ears, nose, throat, mouth, respiratory, cardiac, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, hematological, and skin) was unremarkable.

EXAMINATION:

Behavioral Observations:
Mr. Muse was friendly, cordial and agreeable.  He appeared enthusiastic to participate and fully cooperative throughout today's 3.5-hour assessment.  Over the course of the assessment, Mr. Muse was impulsive, distractible, and fidgety.  He interrupted with some regularity and periodically posed topical questions.  During the administration of the screening instruments below, Mr. Muse was somewhat impulsive in his responses so that a mild underestimate of his true abilities was presumed.  His social pragmatics were generally typical and appropriate, characterized by appropriate physical distance, eye contact, turn-taking, and speech prosody.  He smoked cigarettes intermittently throughout the assessment.

Several motor and vocal productions were observed and appeared to be tics.  These included vocal tics, with repetition of "cunt" and "fuck you", generally sotto voce, often interrupting his speaking in the middle of a sentence, but also at times when he was not speaking.  In addition, echolalia (repeating me) and palilalia (repeating himself) was noted infrequently.  Observed motor tics were limited to tongue protrusions.

Physical Examination:
Mr. Muse consented to a physical examination.  A modified, focused physical examination was completed.

In general, Mr. Muse was a well-nourished, well-developed slightly overweight male with no grossly dysmorphic features.  His ethnic appearance was consistent with his stated ethnic extractions of Japanese and Caucasian.

- Head and Neck
  Pinnae normally positioned and rotated and without preauricular pits or tags. Facial features normal and bilaterally symmetric.  Nares patent.  Conjunctivae clear.  Philtrum normally indented. Dentition adequate with several fillings, no evidence of gingivitis, some back lower molars absent.  Normally arched and intact hard palate and singular midline uvula.  Buccal mucosa without lesions.  Lips without circumoral chapping or other lesions.  Hair of normal quality and distribution without current findings of alopecia or trichotillomania.  Neck supple with full range of motion and without masses or thyromegaly.
- Chest
  Slightly depressed sternum (pectus excavatum – borderline). Unlabored breathing.  Lungs clear to auscultation bilaterally.  Heart with normal precordial impulse and with regular rate and rhythm and without murmur.
- Abdomen
  Normoactive bowel sounds.  Soft, non-tender, non-distended, no masses, no organomegaly, no guarding or rebound tenderness.  Back without costovertebral angle tenderness.
- Musculoskeletal
  Full range of motion of all 4 extremities.  Upper and lower extremity tone and strength intact. Normal palmar creases, no syndactyly or clinodactyly.  No clubbing, digital pallor or cyanosis.  Brisk capillary refill.  No increased joint laxity.  No scoliosis.
- Skin
  Intact, warm and dry.  Scattered small (1-cm) hyperpigmented lesions on all 4 extremities (explained as former scabs that he had picked at), with some infrequent similar scattered excoriated lesions.  Two café-au-lait neurocutaneous lesions on his back (one is several cm in greatest diameter with sharp and irregular borders over his lumbosacral region, and

the other is approximately 1-cm in diameter and irregular over his right lower thoracic region on his back). There is no axillary freckling and no other neurocutaneous lesion noted. Fingernails are chewed but intact. There is a well-healed scar measuring several cm with a depressed center over the right scapular region explained as the surgical removal of a cyst. There is a small cystic lesion (firm, immobile, non-tender) measuring approximately 1cm over the left scapular region.

- <u>Neurological</u>
  Cranial nerves:
    o I (Olfactory) – Not tested
    o II (Optic) – Visual fields full. Visual acuity not tested
    o III, IV and VI (Oculomotor, Trochlear and Abducens) – Extraocular movements intact
    o V and VII (Trigeminal and Facial) – Intact sensation in V1,V2 and V3 distributions, motor intact at masseter and upper muscles of facial expression
    o VIII (Vestibulocochlear) – Hearing intact for purpose of general speech
    o IX and X (Glossopharyngeal and Vagus) – Symmetric palatal elevation
    o XI (Accessory) – Intact lateral neck and trapezius strength against resistance
    o XII (Hypoglossal) – Intact tongue strength against resistance; normal range of motion, normal speech articulation

  No nystagmus during extraocular movements

  Deep tendon reflexes 3+ bilateral knees, 2+ bilateral Achilles, 1+ bilateral brachioradialis

  No ankle clonus

  Finger-Nose-Finger intact bilaterally

  Heel-Shin intact bilaterally

  Intact rapid alternating movement

  Romberg negative

  No tongue fasciculation on task of sustained motor stance

  Soft neuromaturational signs:
    o Right pinkie flexion during sustained motor stance
    o Incomplete lateral dominance (right-foot, right-hand, left-eye) in the absence of reported compromise of visual acuity

  Gait with appropriate meter and stability

<u>STANDARDIZED SCREENING AND TESTING INSTRUMENTS USED:</u>

1. **Kaufman Brief Intelligence Test *Second Edition* (KBIT-2)**
   The Kaufman Brief Intelligence Test, Second Edition is a brief, individually administered measure of the verbal and nonverbal intelligence of a wide range of children, adolescents, and adults, spanning the ages of 4 through 90 years. The test is administered by qualified personnel. The KBIT-2 has numerous features that make it particularly useful as a quick, reliable and well-normed measure of intelligence. These features include verbal and nonverbal subtests; ease of administration; scores translating well to major tests of general cognitive ability and intelligence; and a representative normative sample.

7

In general, Mr. Muse was agreeable and cooperative throughout the administration of the KBIT-2. Periodically, he appeared distracted and, at times, his replies were impulsive. In general, the results of testing are considered a slight underestimate of his true intelligence.

a. *Verbal subtest*
   Verbal knowledge raw score = 44
   Riddles raw score = 37
   Verbal sum raw score = 81
   Standard Score = 87 (90% confidence interval = 81-95): 19 percentile rank
   Descriptive category: Average

b. *Nonverbal subtest*
   Matrices raw score = 35
   Standard Score = 96 (90% confidence interval = 88-104): 39 percentile rank
   Descriptive category: Average

c. *IQ Composite*
   Sum of Standard Scores = 183
   Standard Score = 90 (90% confidence interval = 84-97): 25 percentile rank
   Descriptive category: Average

   *Score Comparisons*
   Verbal-Nonverbal standard score difference = 9 (not statistically significant)

**In summary**, Mr. Muse's performance on the KBIT-2 shows verbal, non-verbal, and overall intelligence in the average range. There is no statistically significant difference between his verbal and nonverbal abilities.

2. **Kaufman Test of Educational Achievement, Second Edition (KTEA-II)**
   The Kaufman Test of Educational Achievement, Brief Form, Second Edition is an individually administered measure of academic achievement for examinees aged 4.5 years through 90 years that assesses the achievement domains of reading, mathematics, and written language. The test is a norm-referenced and curriculum-based instrument, and is designed for use in clinical, educational, vocational, and research settings.

   In general, Mr. Muse was cooperative and agreeable during testing. On occasion, he was impulsive, restless and inattentive.

a. *Reading domain*
   Raw score = 59
   Standard score = 95 (90% confidence interval = 89-101): 37 percentile rank
   Descriptive category: Average

b. *Math domain*
   Raw score = 48
   Standard score = 94 (90% confidence interval = 89-99): 34 percentile rank
   Descriptive category: Average

c. *Writing domain*
   Raw score = 73
   Standard score = 91 (90% confidence interval = 81-101): 27 percentile rank
   Descriptive category: Average

d. *Brief Achievement Composite*
   Sum of standard scores = 280

Standard score = 92 (90% confidence interval = 87-92): 30 percentile rank
Descriptive category: Average

*Subtest Comparisons*
- i. *Reading v. Math*
  Difference = 1 (not statistically significant)

- ii. *Reading v. Writing*
  Difference = 4 (not statistically significant)

- iii. *Math v. Writing*
  Difference = 3 (not statistically significant)

**In summary**, Mr. Muse's performance on the KTEA-II shows reading, math and writing skills in the average range. There is no statistically significant difference between any of the subtest domain comparisons.

3. **Yale Global Tic Severity Scale (YGTSS)**
The YGTSS is designed to rate the overall severity of tic symptoms across a range of dimensions, and represents their expression over the previous week. Using the scale requires that the rater have clinical experience with patients diagnosed with Tourette syndrome. The final rating reflects the clinician's overall impression for each of the items rated. This tool is generally considered to be the "gold standard" for assessment and monitoring of tic symptoms.

- a. *Description of Motor Tics*
  - i. *Simple Motor (rapid, darting, "meaningless")*
    - Sticking out tongue

  - ii. *Complex Motor (slower)*
    - Copropraxia (extending middle finger)
    - Parakinesias (disguising the middle finger extension by blending it into a purposeful waving motion of the arm in order to camouflage its expression; however, the palm is directed in the posterior orientation)

- b. *Description of Phonic Tics*
  - i. *Simple Phonic (fast, "meaningless")*
    - Coughing
    - Throat clearing
    - Grunting

  - ii. *Complex Phonic (more linguistic, such as words or phases)*
    - Words ("Honey" or calling out names of nearby people without the intention of summoning them)
    - Coprolalia ("cunt"; "fuck you"; "nigger" in the presence of a person of African or other dark-complexion ethnic extraction; "fat ass" in the presence of a woman with apparent large buttocks; "tits" in the presence of a woman; "bitch")

- c. *Ordinal Scales (range 0 – 5)*
  - i. *Number*
    - *Motor Score = 4*
    - *Phonic Score = 5*

    ii.  *Frequency*
- *Motor Score* = 4 ("almost always")
- *Phonic Score* = 5 ("always")

    iii.  *Intensity*
- *Motor Score* = 3 ("moderate")
- *Phonic Score* = 5 ("severe")

    iv.  *Complexity*
- *Motor Score* = 3 ("moderate")
- *Phonic Score* = 5 ("severe")

    v.  *Interference*
- *Motor Score* = 1 ("minimal")
- *Phonic Score* = 5 ("severe")

    vi.  *Impairment (range 0 – 50)*
- "marked" (tics associated with major difficulties in self-esteem, family life, social acceptance, or job functioning.)

  d.  *Global Severity Score (0 – 100)*
      80 points

**In summary**, Mr. Muse received a global severity score of 80 points, based on the presentation of tics over the preceding week, which takes into account a qualitative impairment. This score is quite high and indicates both significant tic severity and psychosocial consequence.

**4.   Children's Yale-Brown Obsessive-Compulsive Scale (CY-BOCS)**
This scale is designed to rate the severity of obsessive and compulsive symptoms in children and adolescents, and is very similar to the Yale-Brown Obsessive-Compulsive Scale (Y-BOCS). The differences between the two instruments are not fundamental or clinically relevant for the purpose of this assessment.

There were no obsessions or compulsions identified. Mr. Muse recalls trichotillomania (recurrent pulling out of his own hair resulting in noticeable hair loss) during early adolescence. This activity may be considered a compulsive behavior, although is generally not strictly categorized as such.

**In summary**, Mr. Muse currently has no obsessions or compulsions.

**5.   State-Trait Anxiety Inventory for Adults (STAI)**
This tool has been used extensively in research and clinical practice. It comprises separate self-report scales for measuring state and trait anxiety. The State Anxiety scale consists of 20 statements that evaluate how respondents feel "right now, at this moment". The Trait Anxiety scale consists of 20 statements that assess how people generally feel. Trait anxiety refers to relatively stable individual differences in anxiety-proneness; differences between people in the tendency to perceive stressful situations as dangerous or threatening and to respond to such situations with elevations in the intensity of their state anxiety reactions. Trait anxiety may also reflect individual differences in the frequency and intensity with which anxiety states have been manifested in the past, and in the probability that state anxiety will be experienced in the future. The stronger the anxiety trait, the more probable that the individual will experience more intense elevations in state anxiety in a threatening situation.

    a. *State Anxiety*
      Total score = 45 (mean score for males 40-49 years = 35.88; SD = 10.52)

    b. *Trait Anxiety*
      Total score = 54 (mean score for males 40-49 years = 35.06, SD = 8.88)

**In summary**, Mr. Muse's "State Anxiety" score (i.e. how he feels right now), was just under one standard deviation above the mean for men aged 40-49 years; this score suggests state anxiety within the high-average range. Mr. Muse's "Trait Anxiety" score (i.e. how he generally feels) was more than 2 standard deviations above the mean for men aged 40-49 years; this score suggests that his general anxiety level is significantly high.

IMPRESSIONS:

Mr. Muse is a 44-year-old male with a longstanding history of Tourette syndrome. In addition, it is my impression that Mr. Muse also suffers from the following conditions:

- Probable Attention Deficit Hyperactivity Disorder (based on observations today including hyperactivity, fidgetiness, frequent interrupting, slipping off-task, impulsive behavior and distractibility)
- Probable Anxiety Disorder
- Probable Depression (periodic)
- Insomnia – Not Otherwise Specified
- Self-injuring behaviors that are consistent with Tourette syndrome
- History of compulsive behaviors not consistent with Obsessive-Compulsive Disorder
- Reported history of victimization of child abuse
- Tobacco dependence
- History of substance abuse (in remission for over 15 years)
- Slight overweight
- Hyperlipidemia

There is no evidence of cognitive impairment; testing today suggests normal intelligence. Testing today shows no suggested learning disability in reading, writing or math. Additionally, there is no suspicion of obsessive-compulsive disorder, or of anger dysregulation or aggression.

As discussed below, Mr. Muse can be expected to suffer disabling symptoms of Tourette syndrome over the course of his life. In his particular circumstance, these tic symptoms will include neurologically uncontrollable and socially embarrassing outbursts of profanity and vulgar gestures. His tics will continue to wax and wane over time irrespective of Mr. Muse's obedient efforts to limit their expression. The tics will occur at unpredictable times and places beyond Mr. Muse's willful power to suppress them. Mr. Muse is of sound mind and intellect, and is fully aware of the social and functional impact of these behaviors. Nevertheless, medical science has no cure for Tourette syndrome; Mr. Muse appears to maintain consistent compliance with appropriate medical care to the full extent that is within his control.

Mr. Muse's Strengths:

Mr. Muse has several important character strengths and behavioral assets. He appears to demonstrate compliance with medical follow-up and recommendations. He has a very friendly and agreeable disposition, and he is not prone to uncontrollable aggression (which occurs in a substantial minority of people who have Tourette syndrome). He is eager to educate others about Tourette syndrome. Based on my testing and my impressions today, Mr. Muse appears to have normal intelligence and reasoning abilities. He has shown an admirable and sustained commitment to personal well-being as demonstrated by his success in refraining from any substance abuse for over 15 years. These strengths are especially important to recognize, in the

context of his historical psychosocial and medical risk factors, including severe Tourette syndrome and a dysfunctional and abusive family of origin.

Description of the cause of Tourette syndrome:
Tourette syndrome is neurological in origin and is involuntary. As described by the National Institute of Neurological Disorders and Stroke (NINDS) which is a branch of the National Institutes of Health (NIH), Tourette syndrome "is a neurological disorder characterized by repetitive, stereotyped, involuntary movements and vocalizations called tics."

This disorder is defined by the presence of motor and vocal tics beginning in childhood and having a protracted, often lifelong course. No two people with Tourette syndrome have exactly the same symptoms. For some people, symptoms of Tourette syndrome are mild. For Mr. Muse, symptoms are severe.

At its root, Tourette syndrome is a brain-based condition characterized by "disinhibition". In other words, people with Tourette syndrome are not able to effectively inhibit their tics. Scientists don't fully understand the brain-based abnormality that causes the tics. However, we do understand that there is a circuit within the brain that connects areas on the surface of the brain to an area deep within the brain. This circuit is "wired" incorrectly in people with Tourette syndrome; as such, many, if not most, people afflicted with Tourette syndrome also have one or more associated clinical problems, as is the case for Mr. Muse. These associated problems feature other related "disinhibited" symptoms which may include impulsive behaviors (such as frequently interrupting, or a sense of restlessness and fidgetiness), compulsive behaviors, anxiety and sleeping difficulties.

For Mr. Muse, the ability to suppress his tics voluntarily is extremely limited. Because of the faulty wiring in his brain, Mr. Muse is no more able to stop the impulse to tic than a person with epilepsy is able to stop from having a seizure or a person on the brink of sneezing is able to postpone the sneeze. Furthermore, his voluntary control over the impulse is extremely limited. While his tics of "giving the finger" and saying socially inappropriate things that include profanity and ethnic slurs are shocking to people unfamiliar with Mr. Muse, there is no deliberate meaning behind these expressions. Again, the analogy of a seizure can be very useful in understanding this.

While there is no cure for Tourette syndrome, the good news is that Mr. Muse's Tourette syndrome poses no danger to other people, and some simple accommodations are likely to be effective in reducing any potential public stress or concern that may emerge. I will describe some possible accommodations shortly.

Treatment options:
Given the longevity of tics for Mr. Muse, it is very likely that his tics will endure lifelong. However, tics wax and wane in severity over time. The management for his tics has included a wide range of psychotropic agents. Currently, his medication profile includes four psychotropic agents; this large number of medications is not unusual for patients with Tourette syndrome who are severely affected with tics. The current dosing schedule is appropriate. The efficacy of these medications for Mr. Muse is unclear. For patients with Tourette syndrome, these medications can be effective in reducing, but never in eliminating, the expression of tics. In addition, all medications used to reduce tics have important side effects, some of which can be potentially very unpleasant and, in some cases, irreversible. Mr. Muse is currently receiving appropriate medical care with a managing physician; it is my understanding that Mr. Muse is medically compliant.

Mr. Muse asked me about a surgical procedure that, by his description, most likely refers to a procedure known as "DBS" (Deep Brain Stimulation). This approach is experimental, its effectiveness is theoretical and currently based on a handful of case reports (no controlled trials), and it is potentially dangerous. I would guess that Mr. Muse would not likely be considered as an appropriate candidate for this highly experimental procedure, and I do not recommend this procedure for Mr. Muse.

Behavioral approaches for tic reduction are experimental, and reports of their use in the medical literature are quite limited. Currently there is a multi-center trial using "comprehensive behavioral intervention for tics". However, guidelines for its use have not been established and, as this approach is experimental, it cannot be recommended as "effective".

<u>Reasonable Accommodations:</u>
A variety of accommodations can be used for people with Tourette syndrome to help to reduce any unnecessary concern or alarm in others that may be evoked by observing tics.

In addition to accommodations, improved education regarding Tourette syndrome is of pivotal importance. The Tourette Syndrome Association (www.tsa-usa.org) provides a wealth of resources to help the lay public, as well as professionals, understand what we know about this disorder, and what can be done to make people feel more comfortable. There is a very unfortunate and misleading portrayal of Tourette syndrome in the popular media. To counter this misinformation, in November 2005, the cable television network *HBO - family* will begin to air a 30-minute program entitled, "I Have Tourette's But Tourette's Doesn't Have Me – Dispelling the Myth One Child at a Time". Once people understand that Tourette syndrome is a neurological disorder, they are likely to feel compassion and offer support.

Any accommodation while shopping or in other public areas is reasonable if it is effective, respectful of the needs of the location and of the rights of others in the location, and respectful of limitations posed by medical disabilities that are not dangerous to others.

I was informed that, as a potential accommodation while shopping, it was proposed that Mr. Muse be provided with a store chaperone. While I think that this suggestion is reasonable, as an alternative accommodation, the store could prominently display a prepared sign at the store entrance at times during which Mr. Muse is shopping there. For example, such a sign might read:

> Welcome to our store. It is our policy to provide a comfortable shopping experience with equal access to all patrons, including those with medical disabilities.
>
> One of our valued patrons has Tourette syndrome and currently is shopping here. He has asked that we post this sign for your information while he is in the store, so that you will not be confused or offended by his behavior. It is our pleasure and privilege to support him.
>
> Tourette syndrome is a brain-based disorder that causes involuntary movements and noises called "tics". In this case, our patron is unable to prevent himself from making sudden statements and hand gestures that would otherwise be considered inappropriate. It may appear that he doing this on purpose. He is not, and these actions are not within his control.
>
> If you would like to learn more, the Tourette Syndrome Association (TSA) has useful information and would be delighted to assist you. There are available videos, books, pamphlets and other resources. The TSA can be contacted at www.tsa-usa.org or by calling toll-free 1-888-4TOURET.
>
> If you would like to make a tax-deductible donation to the Tourette Syndrome Association, please contact our store manager for information. The Tourette Syndrome Association is a non-profit agency that provides education, resource and service programs.
>
> We greatly appreciate your continued patronage. Thank you for your support to our store and our community.

13

Thank you for the opportunity to examine this individual.

Samuel H. Zinner, M.D., F.A.A.P.
Assistant Professor of Pediatrics – University of Washington School of Medicine
Board Certified Pediatrician
Board Certified Developmental-Behavioral Pediatrician
Medical Advisory Board member – national Tourette Syndrome Association, Inc.

**Samuel H. Zinner, M.D.**
**University of Washington**
**CHDD – Box 357920**
**Seattle, Washington  98195-7920**
**(206) 685-1290**
**Fax: (206) 543-5771**

October 9, 2005

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii  96813

Dear Mr. Sherman,

Per your request, I have reviewed Dr. Robert C. Marvit's medical report of your client, Jon Muse, dated September 14, 2005.

My impressions of Dr. Marvit's report follow.

Initially, Dr. Marvit's statement that Mr. Muse "demonstrated no overt signs or symptoms of organic brain disease" is inconsistent with contemporary nosology (classification of diseases), and is somewhat misleading, as it suggests that Mr. Muse's Tourette syndrome is purely psychological and therefore controllable.  Historically, "organic brain syndrome" identified diseases that were presumed to be non-psychiatric in origin, distinguishing them from psychiatric, or "functional", disorders.  With the explosion over the past decade of research and understanding in neurological conditions, however, it is invalid to use the term "organic" when referring to brain-based disorders, because many conditions formerly considered "psychiatric" are now recognized to be "neurological," or involving the "hard-wiring" of the brain.  Tourette syndrome is such an example.  As a consequence of this modern medical knowledge, the current Diagnostic and Statistical Manual (DSM-IV-TR) no longer recognizes Organic Brain Syndrome as a diagnostic entity.  As stated explicitly by the National Institutes of Health (NIH), Tourette syndrome is a <u>neurological</u> disorder, and as such, is addressed specifically within the National Institute of Neurological Disorders and Stroke (NINDS) branch of the NIH (reference information available at <u>www.ninds.nih.gov/disorders/tourette/tourette.htm</u>).  Dr. Marvit and I appear to agree that Mr. Muse cannot control his tics.

Second, Dr. Marvit states that Tourette syndrome doesn't have to be limiting in the sense that there are many successful people who have this disorder.  While that may be valid as a broad generalization, it is not the case for Mr. Muse.  Dr. Marvit's statement presumes that Tourette syndrome is a single entity, rather than a disorder that is highly variable from person to person, in both degree and type of symptoms.  In fact, Tourette syndrome occurs on a spectrum of disability.  Its neurological span can range from mild (symptoms not troubling or barely noticeable) to disabling (uncontrollable convulsive-like maneuvers or self-injuring tics, as severe in one patient as plucking out his own eyes).  As a result, Dr. Marvit's statement is not accurate for Mr. Muse, whose symptoms include "copro-phenomena" (i.e. bursts and undertones of profanity and vulgar manual gestures).  Mr. Muse is in the minority of people with Tourette syndrome who have copro-phenomena, which is a profound and consequential disability.  As Dr. Marvit notes, Mr. Muse's disability has both the potential to have, and the history of having demonstrated, significant impact on his major life activities, including shopping in public.  Both Dr. Marvit and I observed some of Mr. Muse's symptoms.  For example, Dr. Marvit noted Mr. Muse's repetitive use of the word "cunt", and his mannerisms of sticking up his middle fingers.  I observed a somewhat different set of tics, including Mr. Muse's repeated utterances of "fuck you" and "cunt", and mannerisms of tongue protrusions.  The separate observations made by me and Dr.



EXHIBIT 2

Marvit are classic for Tourette syndrome, and a reminder of the constant changes in the course of manifestations. The unpredictability of the tics (type, severity, duration) constitutes one of the most disabling aspects of copro-phenomena.

Third, Dr. Marvit pointed out that Mr. Muse avoids social venues, because Mr. Muse "has basically directed his life around avoiding unnecessary contact with people who might be offended by his behavior," specifically referring to "travel ... crowds, as well as social settings, movies and things of that nature." While this avoidance is unfortunate and qualitatively interfering to Mr. Muse, I would also emphasize that Mr. Muse cannot choose to avoid social activities that are necessary activities of daily living, such as shopping. Provided that Mr. Muse's understanding is true regarding the reason he was not promoted at the Waikiki Park Hotel (i.e. "because of this Tourette's"), it is clear that his symptoms have significant functional impact beyond social restrictions, dipping into many critical major life activities.

Fourth, while Dr. Marvit's clinical recommendations (cognitive behavioral psychotherapy methods and psychotropic medications) are appropriate for treatment of anxiety and depression, medication management in Tourette syndrome is variably effective, and psychotherapy has not been shown to be of any benefit in tic control. Symptoms of Tourette syndrome wax and wane, not only for tics, but also for mood and anxiety. Few people with severe tic symptoms in Tourette syndrome have sustained and satisfying results with medication. Most people eventually discontinue their medication, or frequently change medication regimens because of intolerable side effects or lack of adequate effectiveness. While I do encourage Mr. Muse to consider benefits and costs to treating anxiety and mood, neither psychotherapy nor his former prescriptions with Prozac, Paxil and other serotonin reuptake inhibitors will be useful in treating his tics, so Dr. Marvit's point is moot. However limited in benefit, Mr. Muse nevertheless does appear to stick with medications that are prescribed for tic control (including clonidine and haloperidol).

I share Dr. Marvit's opinion that Mr. Muse should be commended on his successes rather than focused on any limitations. I interpret Dr. Marvit's formulation to accurately characterize Mr. Muse as a person who takes advantage of his abilities that are within his realm of opportunity. I must part ways with Dr. Marvit, however, when he implies that any discrimination suffered by Mr. Muse "is part of life" and should be graciously endured. Mr. Muse has a clear and identifiable neurological disorder and suffers from the uncontrollable tic symptoms of Tourette syndrome, and it is both appropriate and imperative that Mr. Muse be afforded all reasonable accommodations to minimize the consequences of his disorder to allow his full participation in all major life activities.


*Samuel H. Zinner) M.D.*

Samuel H. Zinner, M.D., F.A.A.P.
Assistant Professor of Pediatrics – University of Washington School of Medicine
Board Certified Pediatrician
Board Certified Developmental-Behavioral Pediatrician
Medical Advisory Board member – national Tourette Syndrome Association, Inc.

# CURRICULUM VITAE
## SAMUEL H. ZINNER, M.D., F.A.A.P.

## CURRENT POSITIONS

Assistant Professor of Pediatrics — University of Washington School of Medicine, Seattle, WA
Developmental/Behavioral Pediatrician — University of Washington, Ctr. on Human Development & Disability
— Children's Hospital & Regional Medical Ctr., Seattle, WA

## PERSONAL DATA

| | |
|---|---|
| Birthdate: | February 22, 1964 |
| Birthplace: | Charlottesville, Virginia |
| Citizenship: | U.S.A. |
| Languages spoken: | English and French |

Business Addresses:

University of Washington
Center on Human Development & Disability
Box 357920
Seattle, WA  98195-7920

Tel: (206) 685-1290
Fax: (206) 543-5771
szinner@u.washington.edu

Children's Hospital & Regional Medical Ctr
4800 Sand Point Way, N.E.
Mail Stop M2-8, P.O. Box 5371
Seattle, WA  98105-0371

Tel: (206) 987-2590
Fax: (206) 987-3824
sam.zinner@seattlechildrens.org

## EDUCATION

| | | |
|---|---|---|
| **Undergraduate:** | University of California, Berkeley<br>B.A. (Biological Psychology) | 1982 — 1987 |
| | Université de Bordeaux, France<br>Education Abroad Program | 1984 — 1985 |
| | University of California, Berkeley<br>"Limited Status" (Premedicine) | 1987 — 1988 |
| **Graduate:** | University of California, San Diego<br>M.D. | 1989 — 1994 |

## POSTGRADUATE TRAINING

| | | |
|---|---|---|
| **Internship:** | Kaiser Permanente Medical Center, Los Angeles, CA<br>Pediatrics | 1994 — 1995 |
| **Residency:** | Kaiser Permanente Medical Center, Los Angeles, CA<br>Pediatrics | 1995 — 1997 |
| **Fellowship:** | Harvard Medical School/Boston Children's Hospital<br>General Academic Pediatrics/Developmental-Behavioral Pediatrics | 1997 — 1999 |

11/7/05



EXHIBIT 2

## FACULTY POSITIONS HELD

**Saint Louis University School of Medicine (Missouri)**
Assistant Professor, Pediatrics – Division of Developmental Pediatrics    1999 – 2002

**University of Washington School of Medicine**
Assistant Professor, Pediatrics – Division of Genetics and Developmental Medicine    2003 –

## HOSPITAL POSITIONS HELD

**SSM Cardinal Glennon Children's Hospital, Saint Louis, MO**
Attending Physician: Inpatient and Outpatient Developmental-Behavioral Pediatrics    1999 – 2002
Attending Physician: General Inpatient Pediatrics    1999 – 2002

**Children's Hospital & Regional Medical Center, Seattle, WA**
Attending Physician: Inpatient and Outpatient Developmental-Behavioral Pediatrics    2003 –
Attending Physician: General Inpatient Pediatrics    2003 –

**University of Washington Medical Center – Center on Human Development & Disability**
Attending Physician: Outpatient Developmental-Behavioral Pediatrics    2003 –

## HONORS/AWARDS

Summa Cum Laude  - University of California, Berkeley (Bachelor of Arts)    1987
Honors in Independent Study Project  - University of California, San Diego    1994
    Measures of central inhibition in Tourette's syndrome
National Health Information Award (Bronze) for Developmental-Behavioral Pediatrics    2001
    Community Referral Directory-metropolitan St. Louis

## BOARD CERTIFICATION

National Board of Medical Examiners    1995
American Board of Pediatrics #063494
    General Pediatrics:
        Certified    1997 – 2004
        Recertified    2005 – 2011
    Subspecialty- Developmental/Behavioral Pediatrics:
        Certified    2004 – 2011

## LICENSES TO PRACTICE (MEDICAL)

California (#A55657)    1996 – 2000
Massachusetts (#153634)    1997 – 2002
Missouri (#119696)    1999 – 2004
Washington State (#025209)    2002 –

## PROFESSIONAL ORGANIZATIONS

Ambulatory Pediatric Association    1998 –
American Academy of Pediatrics    1997 –
    Developmental-Behavioral Pediatrics Section    1999 –
American Academy of Sleep Medicine    1999 – 2001
American Medical Association    1994 – 2000

Professional Organizations, *continued*

| | |
|---|---|
| Massachusetts Medical Society | 1998 – 2000 |
| Northwest Society for Developmental-Behavioral Peds. | 2004 – |
| Puget Sound Pediatric Society | 2003 – |
| Saint Louis Pediatric Society | 2001 – 2003 |
| Society for Developmental and Behavioral Pediatrics | 1999 – |
| Tourette Syndrome Association: | |
| • Physician Member | 1999 – |
| • Medical Advisory Board | 2001 – |
| Tourette Syndrome Foundation of Canada | 1999 – 2001 |
| Western Society for Pediatric Research | 2003 – |

## TEACHING RESPONSIBILITIES

**Harvard Medical School (Fellowship):**

| | |
|---|---|
| Administrator and speaker recruitment – General Pediatrics Fellows seminar series | 1998 – 1999 |
| Chief Fellow – Developmental Consultation Program | 1998 – 1999 |
| Tutor – Primary Care Conference for medical students | 1998 – 1999 |

**Saint Louis University School of Medicine:**

Continuing Medical Education:

| | |
|---|---|
| • Originator and Director – Developmental Pediatrics monthly Journal Club | 1999 – 2002 |
| • Originator and Director – Developmental/Behavioral Pediatrics monthly focus group | 1999 – 2002 |
| Course Director and Lecturer - Weekly developmental pediatrics seminars for residents | 1999 – 2002 |
| Attending Physician – Inpatient General Pediatrics Cardinal Glennon Children's Hospital | 2000 – 2002 |
| Lecturer: | |
| • 3-part repeating series for Pediatric residents - "Normal School-Age Development" | 2001 – 2002 |
| • Repeating series for medical students - "Speech and Language Delays" | 2001 – 2002 |

**University of Washington School of Medicine:**

| | |
|---|---|
| Assistant Director of Fellowship Training – Developmental/Behavioral Pediatrics | 2003 – |
| Attending Physician: | |
| Autism Center, Center on Human Development & Disability (CHDD) | 2003 – |
| Birth Defects Clinic, Children's Hospital & Regional Medical Center | 2003 – |
| Child Development Clinic, Center on Human Development & Disability | 2003 – |
| Inpatient General Pediatrics, Children's Hospital & Regional Medical Center | 2003 – |
| Whatcom County Developmental Pediatrics Outreach Clinic, Bellingham WA | 2004 – |
| Course Director and Lecturer - Weekly developmental pediatrics seminars for trainees | 2003 – |
| Director Residency Training – Developmental/Behavioral Pediatrics | 2003 – |
| Visiting Professorship - WWAMI (Peninsula Children's Clinic, Port Angeles, WA) | 2004 (Dec) |

## EDITORIAL RESPONSIBILTIES

**Saint Louis University School of Medicine:**

| | |
|---|---|
| Medical Editor and Administrator – "Focus On Pediatrics" (quarterly newsletter) | 2000 – 2002 |

**Ad hoc reviews:**

| | |
|---|---|
| Patient Care "Tourette's Disorder" | 2002 |
| Tourette Syndrome Association "Health Insurance: Issues and Solutions" | 2002 |
| Tourette Syndrome Association "Q & A about Tourette Syndrome" (brochure) | 2003 |
| Tourette Syndrome Association "Tourette Syndrome & the School Nurse" (brochure) | 2003 |
| Archives of Pediatrics & Adolescent Medicine "Low Back Pain in Female Caregivers…" | 2003 |
| WA state Medical Home Website "Attention Deficit Hyperactivity Disorder" | 2004 |
| Journal of Developmental & Behavioral Pediatrics "Premonitory Urge for Tics Scale" | 2005 |

**003**

SAMUEL H. ZINNER, M.D., F.A.A.P.

**Editorial Responsibilities**, *continued*

| | |
|---|---|
| Biological Psychiatry "Impact of OCD on Remission of Tourette's Disorder in Children.." | 2005 |
| WA state Medical Home Website "Developmental Surveillance & Screening" | 2005 |
| Journal of Developmental & Behavioral Pediatrics "Psychopathology…"Tourette/ADHD" | 2005 |
| Arch. Ped. & Adolesc. Med. "Children with Selective Mutism: Are elimination disorders…" | 2005 |

## SPECIAL INTERNATIONAL RESPONSIBILITIES

| | |
|---|---|
| International Steering Committee Member/Advisor – TIC Database Consortium | 2004 – |

## SPECIAL NATIONAL RESPONSIBILITIES

| | |
|---|---|
| National Tourette Syndrome Association, Inc.  - Medical Advisory Board | 2001 – |
| • Complementary and Alternative Medicine in Tourette Syndrome Task Force | 2005 – |
| Association of University Centers on Disability: UCEDD Programs/LEND – Representative: Council for Interdisciplinary Service | 2004 – |
| Autism Treatment Network – collaboration of physicians and researchers | 2004 – |
| Medical Director – University of Washington site of Autism Treatment Network | 2005 – |
| American Board of Pediatrics: exam writer – Developmental/Behavioral Boards certification | 2005 |

## SPECIAL LOCAL RESPONSIBILITIES

**Kaiser Permanente Medical Center, Los Angeles, CA**
| | |
|---|---|
| Pediatrics Case Conference (physician staff and residents) - Director and originator | 1994 – 1997 |
| Medical Spanish training program (physician staff and residents) - Director and creator | 1996 – 1997 |

**Missouri Tourette Syndrome Association**
| | |
|---|---|
| Children's & adolescents' support and social skills dev't groups - Director and originator | 1999 – 2001 |
| Medical Advisor | 1999 – 2002 |

**Saint Louis University School of Medicine:**
| | |
|---|---|
| Continuing Medical Education Committee | 1999 – 2002 |
| Guest speakers forum – Director and chief administrator (semi-annual) | 1999 – 2002 |
| Medical Student Advisory Committee | 2001 – 2002 |

**CHADD (Children with Hyperactivity and Attention Deficit Disorder) – Saint Louis, MO**
| | |
|---|---|
| Medical advisor | 2001 – 2002 |

**American Academy of Pediatrics:**
| | |
|---|---|
| Advisor - Planning Committee "Every Child Deserves a Medical Home" - circulation and utilization of my resource directory | 2002 |

**Washington Department of Health, and King County Public Health**
| | |
|---|---|
| CHILD Profile – Professional Review Committee: WA health promotion & immunization | 2003 – |

**Washington State chapter Tourette Syndrome Association**
| | |
|---|---|
| Medical Advisor | 2003 – |

**Children's Hospital & Regional Medical Center (Seattle, WA):**
| | |
|---|---|
| Collaborative Office Rounds participant (monthly focus group for Developmental Ped's) | 2003 – |

**004** . 4

Special Local Responsibilities, *continued*

**University of Washington School of Medicine:**

| | |
|---|---|
| Autism Spectrum Disorders Executive Committee – Autism Center | 2003 – |
| Clinical Training Unit – Center on Human Development and Disability (CHDD): | |
| • Clinical Services Committee | 2003 – 2005 |
| • Clinical Services Subcommittee: Promoting Medical Home | 2003 – 2005 |
| • Interdisciplinary Clinical Training Committee | 2003 – 2005 |
| • SITE Committee (Seeking Innovation Toward Excellence) | 2004 – |
| • Learning Disabilities Committee | 2005 – |
| *Medical Director* – Autism Center - CHDD | 2004 – |
| *Director* – Interdisciplinary Training and Community Outreach Committee - UCEDD | 2004 – |

## RESEARCH FUNDING

| | |
|---|---|
| **Tourette Syndrome Association, Inc.** - Principal Investigator ($5,605) "Qualitative analysis of approaches to diagnosis and management of Tourette Syndrome and Comorbid Disorders among General Pediatric Practitioners" | 1999 – 2000 |
| **Fleur-de-Lis – St Louis University School of Medicine** - Principal Investigator ($10,000) "Developmental-Behavioral Pediatrics: Resource and Referral Directory: Impact on Management Practices of Pediatric Primary Care Providers" | 2001 – 2002 |
| **National Foundation for Ectodermal Dysplasias** - Co-Investigator ($14,200) "Psychoeducational Characteristics in Hypohidrotic Ectodermal Dysplasia" | 2002 – 2003 |
| **Association of University Centers on Disabilities** - Principal Investigator ($396,230) In a collaborative agreement with the **U.S. Centers for Disease Control** "Descriptive Study of Tourette Syndrome – Quality of Life" 20% FTE | 2004 – 2006 |

Training Grants

| | |
|---|---|
| Pfizer Pharmaceuticals, Inc. - Principal Preceptor (~ $5,000) Scholarship grant for Developmental-Behavioral Pediatrics focus group series | 2000 – 2002 |
| Ronald McDonald House Charitable Grant – Awardee (~ $1,500) Gave monthly VIP free access to St. Louis "Magic House" for special needs kids | 2002 – 2003 |
| American Academy of Pediatrics/CATCH – Invited Participant (Chicago, IL) "The Pediatricians' Title V CSHCN Institute" (Nat'l Ctr of Medical Home Initiatives) | 2003 (May) |

## BIBLIOGRAPHY

**Manuscripts in Refereed Journals (Cover Articles):**
1. **Zinner SH.** Tourette Syndrome – Much More Than Tics: Part 1 – Moving Beyond Misconceptions to a Diagnosis. *Contemporary Pediatrics* 2004;21:22-36.
2. **Zinner SH.** Tourette Syndrome – Much More Than Tics: Part 2 – Management Tailored to the Entire Patient. *Contemporary Pediatrics* 2004;21:38-49.

**Manuscripts in Refereed Journals:**
3. **Zinner SH.** Panic attacks precipitated by sertraline. *American Journal of Psychiatry* 1994;151:147-148. {Letter to the editor}
4. Swerdlow NR, Magulac M, Filion D, **Zinner S.** Visuospatial priming and latent inhibition in children and adults with Tourette's Disorder. *Neuropsychology* 1996;10:485-494.

**Bibliography,** *continued*

5.  The PREVENT Study Group (collaborator). Reduction of respiratory syncitial virus hospitalization among premature infants and infants with bronchopulmonary dysplasia using respiratory syncytial virus immune globulin prophylaxis. *Pediatrics* 1997;99:93-99.

6.  Swerdlow NR, **Zinner S**, Farber RH, Seacrist C, Hartston H. Symptoms in Obsessive-Compulsive Disorder and Tourette Syndrome: A spectrum? *CNS Spectrums* 1999;4:21-33.

7.  **Zinner SH.** Tourette Disorder. *Pediatrics in Review* 2000; 21:372-383.

8.  **Zinner SH**, Batanian JR. Second reported patient with del(1)(p32.1p32.3) and similar clinical features suggesting a recognizable chromosomal syndrome. *American Journal of Medical Genetics.* 2003;122A:164-7.

9.  **Zinner SH.** Tourette syndrome in infancy and early childhood. *Infants & Young Children.* (in press – to be published October 2006)

**Book Chapters and Articles:**
10. **Zinner SH.** Tics and Tourette Syndrome. In Shweder RA (Ed.), *The Chicago Companion to the Child,* The University of Chicago Press (in press).

**Published Books, Videos, Software, Website and Training Materials (non-refereed):**
11. **Zinner S.** Directory of Resources and Referral Information: St. Louis Regional Access Guide to Developmental and Behavioral Pediatric, Adolescent and Family Services. Copyright File No.: 02Z103/02 001CO02/2 (2002).

12. **Zinner S.** CD-ROM: Missouri and southern Illinois Developmental-Behavioral Pediatrics Resource Directory (distributed by *American Academy of Pediatrics*) "Every Child Deserves a Medical Home" Training Program, Shriner's Hospital for Children, Saint Louis, Missouri (2002, Dec); (later distributed by *Missouri Maternal and Child Health Bureau*).

13. **Zinner S.** Developmental-Behavioral Pediatrics Training website – University of Washington School of Medicine. (http://depts.washington.edu/dbpeds) 2003 – present; (Primary educational, clinical and administrative source and ongoing resource for pediatric residents and community physicians).

14. **Zinner SH.** Syllabus for Developmental-Behavioral Pediatrics residency training, St. Louis University - Creator and editor (1999-2005).

**Other Publications (non-refereed consumer education):**
15. **Zinner SH.** "Tic" of the iceberg: medication and other treatment options warming globally for people with Tourette's Disorder. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:3-5.

16. **Zinner SH.** Executive Functions – and Dysfunctions – Defined. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:5-10.

17. **Zinner SH.** Accessing school services for children with Tourette. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:8-10.

18. **Zinner SH.** Hypnosis and Tourette syndrome. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-7.

19. **Zinner SH.** Autism Spectrum Disorders: Medications. *University of Washington Autism Center* and *Health Online – University of Washington* (http://healthonline.washington.edu) 2004.

20. **Zinner SH.** Deep Brain Stimulation and Tourette Syndrome. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-8.

21. **Zinner SH.** Managing OCD in School-Aged Children. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-7.

22. Scahill L, Erenberg G, & the Tourette Syndrome Practice Parameter Work Group (with **Zinner S**). *Tourette Syndrome Association* 2004; 23pgs.

23. **Zinner SH.** Mind-Body Medicine in Tourette Syndrome. *Tourette Syndrome Association – Task Force for Complementary/Alternative Medicine* 2005.

24. **Zinner SH.** Manual Therapies and Energy Medicine in Tourette Syndrome. *Tourette Syndrome Association – Task Force for Complementary/Alternative Medicine* 2005.

Bibliography, *continued*

25. **Zinner SH**. Oh Behave! For A BIT of Behavioral Therapy in Tic Control, Think "CBIT". *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2005;12:6-7.

**Abstract:**
26. Swerdlow NR, **Zinner SH**, Hartston HH, Filion D, Magulac M. Central inhibitory deficits in Obsessive Compulsive Disorder and Tourette Syndrome. *Biological Psychiatry* 1994;35:664.
27. Maxim RA, Matsuo H, **Zinner S**, Fete M, Fete T. Psychoeducational characteristics of children with hypohidrotic ectodermal dysplasia. *Pediatric Academic Societies* (May 2005) #751182 – Washington, D.C.
28. **Zinner SH**. Possible Tourette Syndrome Gene Discovered – On Lucky Number 13. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2005;(in press)

**Posters:**
29. Maxim R, **Zinner S**, Ultmann M. Developmental assessment in the pediatric continuity clinic – a model curriculum for resident education. *Association of Pediatric Program Directors* (April 2001) – Baltimore, MD.
30. **Zinner S**. Creating a local Developmental-Behavioral Pediatrics referral directory in residency training. *Association of Pediatric Program Directors* (May 2002) – Baltimore, MD.

## CHAIRED SYMPOSIA

| | |
|---|---|
| 1. Tourette Syndrome Across the Life Span: Critical Issues & Comorbid Conditions<br>*Chair and Co-Organizer.* Children's Hospital: Child/Adolesc Neuropsychiatry, Seattle | 2004 (May) |
| 2. Tourette Syndrome – Critical Issues and Associated Conditions<br>*Co-Chair and Co-Organizer.* Tourette Syndrome Association - WA State, Seattle | 2004 (May) |

## INVITED PRESENTATIONS

**International:**

| | |
|---|---|
| 1. Desenvolvimento e Comportamento (Development and Behavior)<br>III Congresso de Pediatria do Hospital Universitário Evangélico de Curitiba<br>(3rd Pediatrics Congress, Evangelical University Hospital)<br>Curitiba, Paraná, BRAZIL<br>("Behavior Mgt 0 to 3 years"; "Learning Disabilities"; and, "Tourette Disorder") | 2002 (May) |
| 2. Expert Panelist - Clinical Consultations: Case Presentations<br>4th International Scientific Symposium on Tourette Syndrome, Cleveland Clinic, OH | 2004 (Jun) |

**National:**

| | |
|---|---|
| 3. Collaborative Office Rounds – Summary of Tourette syndrome research findings<br>Maternal & Child Health Bureau, Health Resources & Services Administration, Baltimore | 1999 (Apr) |
| 4. Developmental-Behavioral Pediatrics Saint Louis Resource Guide<br>Ambulatory Ped Assn: School & Community Health Special Interest Gp, Baltimore, MD | 2001 (Apr) |
| 5. Update: Developmental-Behavioral Pediatrics Saint Louis Resource Guide<br>Ambulatory Ped Assn: School & Community Health Special Interest Gp, Baltimore, MD | 2002 (May) |
| 6. Tourette Syndrome and Learning Problems<br>Tourette Syndrome Association national symposium, Alexandria, VA | 2002 (Nov) |
| 7. Tourette Syndrome: Past, Present & Future<br>28th Annual Advanced Practice in Primary & Acute Care, Seattle, WA (Convention Ctr.) | 2005 (Oct) |
| 8. Tourette Syndrome and Complementary/Alternative Medicine: What Do the Data Say?<br>Tourette Syndrome Association national symposium, Alexandria, VA | 2006 (Apr) |
| 9. Forming a Support System and How to Know When You're in Too Deep<br>Tourette Syndrome Association national symposium, Alexandria, VA | 2006 (Apr) |

**Invited Presentations,** *continued*

**Regional (CME or other professional accreditation):**

7.   Collaborative Office Rounds - Maternal and Child Health Bureau          1998 – 1999
     Guest director/facilitator pediatrician monthly focus groups
     - Children's Hospital, Boston, MA
     - Rainbow Babies & Children's Hospital, Cleveland, OH
     - Dartmouth Medical School, Hanover, NH
     - Vanderbilt University School of Medicine, Nashville, TN
     - The Johns Hopkins Hospital, Baltimore, MD
     - Children's Hospital and Regional Medical Center, Seattle, WA
     - University of California, San Francisco, CA
     - University of Minnesota Medical School, Minneapolis, MN

8.   Tourette Disorder and Comorbid Conditions (various titles)
     - Noon lecture - Cardinal Glennon Children's Hospital, Saint Louis, MO          2000
     - Grand Rounds
       - Kaiser Permanente Medical Center, Los Angeles          2000 (Feb)
       - University of Missouri, Columbia School of Medicine          2000 (Jun)
       - Saint Louis University School of Medicine          2000 (Sep)
       - Children's Hospital and Regional Medical Center, Seattle          2003 (Jul)
       - University of Washington, Seattle – Dep't of Neurology          2005 (Jan)
       - Kaiser Permanente Medical Center, Los Angeles          2005 (Sep)
     - Focus On Pediatrics Conf. - St John's Mercy Med Ctr, St Louis, MO          2001 (Jun)
     - Developmental & Beh. Peds. – Biennial Update Conf. (CHRMC) - Seattle          2003 (Mar)
     - North Pacific Pediatric Society – 168th Scientific Conf. - Bellevue, WA          2004 (Mar)
     - Dept of Neurology - Children's Hospital – Seattle          2004 (Apr)
     - Child & Adolescent Neuropsychiatry Conf - Children's Hospital – Seattle WA          2004 (May)
     - Providence Healthcare - 23rd Annual Pediatric Conf. - Anchorage, AK          2004 (Oct)
     - Peninsula Children's Clinic, Port Angeles, WA          2004 (Dec)
     - National Ground Round series: Centers for Disease Control/Tourette
       Syndrome Assn partnership:
       - Oregon Health Sciences University, Portland          2005 (Mar)
       - Duke University Medical Center, Durham, North Carolina          2005 (May)
       - Saint Vincent's Healthcare, Billings, Montana          2005 (Nov)

9.   Learning Disabilities – Pediatricians' Primer
     - Practical Pediatrics Series - St. Louis, MO          2000 (Jun)
     - Challenges in Developmental Peds - workshop, Ste Genevieve, MO          2000 (Nov)
     - Challenges in Developmental Peds - workshop, Hannibal, MO          2001 (Nov)

10.  Behavior Management: Strategies for Children, Birth to 3 Years – Pediatricians' Primer
     - Southern Illinois Provider Enrichment Symposium – St. Louis, MO          2000 (Jun)
     - Sainte Genevieve County Hospital, MO          2000 (Nov)
     - Ladue Early Childhood Center – Ladue, MO          2001 (Apr)

11.  Character Education Conference panelist (national symposium for educators)          2000 (Jul)
     Cooperating School Districts – St. Louis, MO

12.  Office-based Assessment/Referral for Behavioral Issues
     - Saint Louis Pediatric Society  - Missouri          2001 (Mar)
     - Grand Rounds – St. Louis University Dept of Pediatrics - Missouri          2001 (May)

13.  ADHD: Comprehensive Management in the Pediatric Clinical Setting
     - "Practical Pediatrics" Conference – St. Louis, MO          2001 (May)
     - *Keynote Speaker* "Focus On Pediatrics" Conference – St. Louis, MO          2001 (Jun)

14.  Office-based Assessment/Referral for Behavioral Issues – St. Louis MO          2002 (Jan)
     Teaching general pediatricians who serve as medical student mentors

15.  ADHD: New Guidelines panelist - St. Louis Pediatric Society, MO          2002 (Mar)

16.  Tourette Synd: Current Treatment - Children's Hosp. - Dept of Psychiatry – Phoenix AZ          2003 (Mar)

**008**

SAMUEL H. ZINNER, M.D., F.A.A.P.

**Invited Presentations,** *continued*

17. Autism Spectrum Disorders: A Medical Approach - seminar for professionals
    - University of Washington Autism Center – Seattle ............................ 2003 (Aug)
    - University of Washington Autism Center – Seattle ............................ 2004 (Aug)
    - University of Washington Autism Center – Seattle ............................ 2005 (Aug)
18. Pain Assessment in Children w/Developmental Disability - Pain Management Team ... 2003 (Sep)
    Children's Hospital – Seattle WA
19. Billing and Coding for Developmental Pediatrics - U. Washington COR group – Seattle ... 2004 (Jan)
20. Medication Mgt for ADHD - NW Neuropsychological Society – Seattle WA ............. 2004 (Mar)
21. Learning Problems in Tourette Synd - Child & Adolescent Neuropsychiatry Conf - ... 2004 (May)
    Children's Hospital – Seattle WA
22. *Moderator* and panelist - Tourette Syndrome: Tales and Tips from the Trenches ...... 2004 (May)
    Children's Hospital – Seattle WA
23. Tourette Syndrome, Associated Manifestations and Learning Disabilities .............. 2004 (May)
    Washington State Tourette Syndrome Assn Conference – Seattle WA
24. Panelist - Practical Approaches for Living with Tourette Syndrome ................... 2004 (May)
    Washington State Tourette Syndrome Assn Conference – Seattle WA

**Regional (Community: no professional accreditation):**
25. Learning Disabilities - Lindbergh School District symposium – Webster Groves MO ... 2000 (Mar)
26. "Families First" - Guest expert host for radio call-in show 97.1 FM – St. Louis MO ... 2000 (Dec)
27. ADHD: Medication Management
    - St. Louis Learning Disabilities Association (community) – St. Louis MO ........... 2001 (Jan)
    - St. Louis Learning Disabilities Association (community) – St. Louis MO ........... 2001 (May)
    - Family Care Health Center (pediatricians) – St. Louis MO ....................... 2001 (Oct)
    - CHADD (Children with ADHD) (community) – St. Louis, MO ..................... 2001 (Oct)
    - Miriam School (private special education school) – St. Louis MO ............... 2001 (Oct)
28. Hyperlexia (faculty and residents) - Cardinal Glennon Children's Hospital – St. Louis MO ... 2002 (Aug)

**Trainees (Fellows, Residents, Medical students, other)**
29. Tourette syndrome and Co-morbidity – invited noon lecture series for Pediatrics housestaff
    - Children's Hospital – Boston MA ............................................. 1998 & 1999
    - Tufts University School of Medicine – Boston MA .............................. 1999
    - Boston Medical Center – MA ................................................. 1999
30. Weekly lecture series to fellows, residents, medical students and other disciplines
    - St Louis University School of Medicine – St Louis MO ......................... 1999 – 2002
    - University of Washington ................................................... 2003 –
        TOPICS:
        - Tourette Disorder and Comorbid Conditions
        - Learning Disabilities
        - Interviewing Families
        - Health and Wellness for Teens Living with Disabilities
        - Autism Spectrum Disorders – A Medical Approach
        - Speech and Language Delays
        - Normal Behavior and Development – 3-part series
31. Invited additional presentations
    - Patient, Physician, Society - medical students St. Louis University – MO ......... 2001 (Aug)
    - Developmental Workshop (annual, for housestaff) – St Louis University – MO ..... 2000 – 2002
    - Medical Home - medical students, University of Washington, Seattle ............. 2005