```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

  JON MUSE,                    )
                               )
         Plaintiffs,           )
                               )
                               )
  vs.                          )  NO. CV04-00154 DAE/BMK
                               )
  HOME DEPOT USA, INC.,        )
         Defendant.            )
  _____)
```

DEPOSITION OF WILLIAM P. SHEEHAN, M.D.

Taken on behalf of the Defendant at the offices of Torkildson Katz Fonseca, 700 Bishop Street, 15th Floor, Honolulu, Hawaii, commencing at 12:04 a.m. on August 3, 2006, pursuant to Notice.

BEFORE:    JESSICA R. PERRY, CSR NO. 404
           Certified Shorthand Reporter

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090


EXHIBIT 3

```
 1   that Mr. Muse has against Home Depot?
 2              MR. LEVIN:  Objection.
 3              MR. SHERMAN:  Objection.  Calls for a legal
 4   conclusion.
 5              THE WITNESS:  Go ahead?
 6   BY MR. HARRIS:
 7        Q.   Yeah, have you formed any opinions about the case?
 8        A.   No, that's difficult.  I don't know all the
 9   particulars of the case truthfully.
10        Q.   Have you formed any opinion about Mr. Muse's
11   condition?
12              MR. LEVIN:  Medical opinion or not?
13              MR. SHERMAN:  Objection.  Lack of foundation.
14              THE WITNESS:  Yes, generally.
15   BY MR. HARRIS:
16        Q.   Yes?
17        A.   Yes.
18        Q.   What is your opinion about Mr. Muse's condition?
19        A.   I believe that Mr. Muse has Tourette's disorder,
20   severe, I would say pretty severe, and that was primarily why
21   I saw him.  He may have some related, if not conditions, then
22   traits, certainly, of some other phenomenon, if you will,
23   short attention span, hyperactivity.  You know, it's that
24   compulsive behavior, obsessive thinking.  He had used
25   substances in the past, not while I was working with him, but
```

```
 1  prior to that he had, in the past he had substance use.
 2          So the DSM-IV, that's a diagnostic criteria book
 3  that psychiatry uses, and if you went by criteria he probably
 4  had -- I treated him for, and I believe I considered it
 5  Tourette's disorder.  And I don't think I gave a formal --
 6  maybe nicotine dependence, but I don't think formally I
 7  label -- you know, put a bill in for another type of
 8  condition, although he had some traits of depression --
 9  episodes of depression, anxiety, and those other things.  So
10  that was my sort of my opinion, just in a nutshell, in
11  working with him.
12      Q.  Do you have any other opinion about Mr. Muse's
13  condition?
14      A.  Just in general, I mean, I -- kind of, yes, I
15  have -- I know Jon pretty well.  I worked with him off and on
16  for the better part of five or six years, I guess, five
17  years, while I was at Kaiser, and I knew him, you know, as --
18  not many people have this condition, so when you meet
19  somebody that has this condition, they kind of usually stick
20  out.  I've had, you know, two handsful, maybe, in my 22
21  years.  I'm a child psychiatrist as well, so over the course
22  of the time I've been here I've had a couple of handsful of
23  folks that have it and kind of remember them pretty well.
24  So -- but in terms of opinion, just in general, because I
25  realize it's part of a lawsuit, so I kind of know of that,
```

1  but I treated him for the other stuff, and it was not the
2  reason he came to see me. It was a thing that came up while
3  I knew him, but that isn't why he came to see me originally,
4  actually. I'm sorry, could you be more specific.
5        Q.   Yes, Doctor, you've been designated to give your
6  opinion in this lawsuit, and I want to know what your opinion
7  about Mr. Muse is? And if you've given your full opinion,
8  that's fine. If you have any other statement of your opinion
9  about Mr. Muse's condition, I'd like to know it.
10       A.   I think that Mr. Muse has a very serious case of
11 Tourette's disorder, and unfortunately, his symptoms never
12 fully responded to treatment as I was able to provide it, for
13 a variety of reasons, but bottom line was it never got fully
14 under control. So I'm aware -- and it's pretty debilitating.
15           I always appreciated Mr. Muse's ability to manage
16 his life, and, I guess, adapt or accommodate to his own
17 condition. He sort of developed a lifestyle that really
18 allowed him to function sort of on the periphery of
19 mainstream society, but he did function. He wasn't on public
20 assistance, he was able to make some income, and I always
21 admired that and appreciated that about him, that he was able
22 to do that.
23           And his symptoms -- there's a few percentage
24 points of folks who have this condition that symptoms don't
25 get better with treatment. And under my care, and I think

```
 1   variation.  Again, whether it's any Home Depot store or the
 2   Alakawa Home Depot store, I don't see how Dr. Sheehan can
 3   testify what the customers and employees may or may not feel.
 4              THE WITNESS:  And I don't know on that one.
 5   I thought the store where it happened was actually Pearl
 6   City, but the Alakawa is --
 7   BY MR. HARRIS:
 8        Q.   Right.
 9        A.   Okay.
10        Q.   So you mentioned that you thought there were some
11   accommodations that could be made for Mr. Muse.  Can you
12   please describe the accommodations that you think could be
13   made for Mr. Muse?
14        A.   I, in the past, have -- and I don't think I did it
15   for Jon, but I have another, actually very similar -- he's
16   died now -- but a guy who was very similar, and I actually
17   made up a little card for him.  It was on my letterhead.  I
18   gave him a card for his wallet and a paper, a letter that
19   said I have Tourette's disorder.  I'm under the care of
20   doctor.  If you have any problem, call Dr. Sheehan.  And he
21   would give it when he would go in places.  He would give it
22   to them because he had very, very similar to what Mr. Muse
23   has.  And that actually worked.  That worked for him, but I
24   didn't always offer that -- I don't remember offering it to
25   Jon, and I don't know if he had one or not, but that kind of
```

```
 1  thing, frankly, unless somebody tells you, I have to admit, I
 2  wouldn't have necessarily thought it through.  And maybe it's
 3  my lack of sort of consideration for society, but I have done
 4  that for people.  Kids, too, I've done that.  That's one.
 5  That's the one that sort of intuitively comes to me.  I saw
 6  what Dr. Zinner wrote in his, which I have to admit, I hadn't
 7  thought of anything like that, frankly, it's not a bad idea,
 8  but I don't know what --
 9          Q.   What did he write in his?
10          A.   If I -- I wouldn't say I studied it, but it
11  sounded to me like he was advocating that you could actually
12  sort of give the equivalent of informed consent to people.
13  Like if Jon was in a store, any store, there was a little
14  sign that could be put out there saying, look, there's
15  somebody in here who has this condition.  You don't have to
16  name his name or say what shirt he has on.  That gives the
17  other folks a choice whether they go in or not, right?  So I
18  thought that was not a bad -- because my way wouldn't have
19  done that.
20          My way would have been after the fact:  I'm sorry,
21  I apologize, here's a letter from my doctor.  That approach
22  is sort of that preemptive sort of thing, before it becomes
23  too much of a problem.  Not the exact -- I don't want to say
24  the exact things that he proposed, I don't know about the
25  logistics of that, but the concept was not bad, I thought.
```

1   Q.   In other words, Home Depot could say if you don't
2   like those offensive statements or gestures, you just
3   shouldn't come shop here, something like that?
4   A.   Not at the -- it doesn't say he can't come in
5   forever, just be aware that right now, sort of a head's up,
6   hey, there's something in here, we don't want to point
7   fingers and tell you who this person is, but give you -- you
8   know, let you know, so people don't get that shock.  I know,
9   maybe people wouldn't see it, people can't read English, I
10  know all the possibilities.
11           But so you asked about accommodations.  But the
12  accommodations Jon made usually is avoiding stuff like that,
13  and I guess you take it for granted, we just kind of -- I
14  just go everywhere where I need and want to go, and he and
15  folks like him can't do that.  Or they can, but at some risk,
16  I guess.  And so I don't know what the right answer is to
17  that.  I used to give people a little, maybe a half dozen
18  times over the years, a letter or a card for their wallet,
19  and I saw Dr. Zinner's opinion, but...
20           What else?  Maybe you could ask for a private
21  shopping early or late or something, but what we used to try
22  to do at Kaiser was to set him up with the first appointment
23  of the day.  We couldn't guarantee nobody else would be
24  there, but it was minimizing the chance of other folks being
25  around, kind of work around it, because we knew -- bur we

```
 1        A.   I'm finished.
 2        Q.   Let me pose a hypothetical for you.  Assuming that
 3   on November 3rd, 2004 when he was at Home Depot he was --
 4   when he was trying to return an item at the exchange checkout
 5   table, he was confronted by not one, not two, but three Home
 6   Depot employees with respect to his Tourette's, his
 7   coprolalia, and he was told continuously by them not to use
 8   that language, and also assume that he explained to them his
 9   condition, would this have caused a great deal of stress in
10   Jon?
11        A.   A minute ago you said, if I heard you right,
12   November 3rd, 2004.
13        Q.   2003.
14        A.   Okay.  Yes, okay, yeah, it would have, yes, that's
15   why -- yes.  Yes.  Whenever Jon was under more stress, even
16   checking into the office at Kaiser, it was exacerbated, and
17   that kind of stress would do it, social situations like that.
18        Q.   But particularly confrontational situations,
19   wouldn't that exacerbate it?
20        A.   Yes.  What it does is triggers an adrenalin
21   release, and adrenalin or epinephrine tends to make
22   everything a little more heightened, and that's when the tics
23   tended to worsen, when people are under stress and the
24   adrenalin pumps.  That's the theory of if you can keep
25   yourself calm, the tics might be relaxed, so, yes.
```