SOCIAL SECURITY ADMINISTRATION

Date: September 8, 2006
Claim Number: 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A
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DI

JON R MUSE
1219 KOKEA ST
APT E101
HONOLULU HI 96817-3412

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Type of Social Security Benefit Information

   You are entitled to monthly disability benefits.

If You Have Any Questions

   If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 808-541-3600. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

   SOCIAL SECURITY
   RM 1-114 FED BLDG
   300 ALA MOANA BLVD
   HONOLULU, HI 96850

   If you do call or visit an office, please have this letter with you. It will help us answer your questions.

*L. Bauer /CS*

OFFICE MANAGER

EXHIBIT 5