# EXHIBIT "6"

## DVD OF:

## "A DAY IN THE LIFE OF JON MUSE"

## COPY OF DVD DELIVERED:

## 2 COPIES TO JUDGE KURREN

## 1 COPY TO JEFF HARRIS