OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION FOR PARTIAL |
| vs. | ) | SUMMARY JUDGMENT; |
| | ) | MEMORANDUM IN SUPPORT OF |
| HOME DEPOT USA, INC. | ) | PLAINTIFF'S MOTION FOR PARTIAL |
| | ) | SUMMARY JUDGMENT AND IN |
| Defendant. | ) | OPPOSITION TO DEFENDANT'S |
| | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT; DECLARATION OF JON |
| | ) | MUSE; DECLARATION OF LAURA |
| | ) | WHITMAN AND CERTIFICATE OF |
| | ) | SERVICE |
| | ) | DATE:    October 16, 2006 |
| | ) | TIME:    9:00 a.m. |
| | ) | CHIEF JUDGE: Hon. David A. Ezra |
| _____ | ) | |

## **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Jon Muse, by and through his undersigned counsel, Stanley E. Levin of Davis Levin Livingston Grande, Bruce F. Sherman and Thomas F. Feeney, hereby moves this Court for Partial Summary Judgment as against Defendant Home Depot USA, Inc.  That Plaintiff, Jon Muse, has a disability as defined and protected by Title III of the Americans with Disability Act, and is entitled to an accommodation under and pursuant to said Act.  This motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and Local Rules 7.9 and 56.1, and is supported by the attached Memorandum in Support, Memorandum in Opposition to Defendants' Motion for Summary Judgment, Exhibits 1 through 10, Concise Statement of Fact, attached affidavits, all of the pleadings in the file, and the arguments of counsel at a hearing on the merits.

DATED: Honolulu, Hawai'i, September 18, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
BRUCE  F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE

# **TABLE OF CONTENTS**

|  |  | PAGE NO. |
|---|---|---|
| TABLE OF AUTHORITIES | | ii-iii |
| I. | INTRODUCTION | 1 |
| II. | FACTS | 5 |
|  | A. INCIDENT | 5 |
|  | B. JON MUSE'S DISABILITY | 8 |
| III. | ARGUMENT | 12 |
|  | A. APPLICABLE LEGAL STANDARDS | 12 |
|  |   1. Motion for Summary Judgment | 13 |
|  |   2. Title III of the Americans with Disability Act | 13 |
|  | B. PERSONS WITH A DISABILITY | 14 |
|  | C. MAJOR LIFE ACTIVITIES | 15 |
|  |   1. Obligation To Provide Accommodation | 20 |
|  |   2. H.R.S. §347-13(a) | 27 |
|  |   3. Defendant's Argument of No Discriminatory Practice | 28 |
| IV. | CONCLUSION | 28 |

# **TABLE OF AUTHORITIES**

**CASES**                      **PAGE NO.**

Bercovitch v. Baldwin School, Inc., 133 F.3d 141 (1st Cir. 1998) . . . . . . . . . . . .  24,26

Bitney v. Honolulu Police Dep't, 96 Haw. 243 (2001) . . . . . . . . . . . . . . . . . . . . .  19

Bowen v. City of New York, 476 U.S. 467 (1986) . . . . . . . . . . . . . . . . . . . . . . . .  12

Bragdon v. Abbott, 524 U.S. 624 (1998). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13,14,16

Davolll v. Webb, 194 F.3d 1116 (10th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . .  23

Doe v. Kahala Dental Group, 72 Haw. 150 (1991). . . . . . . . . . . . . . . . . . . . . . . .  28

Dudley v. Hannaford Bros., LLC, 333 F.3d 299 (1st Cir. 2003). . . . . . . . . . . . . .  24

Enforcement Guidance on the Americans with Disabilities Act
    and Psychiatric Disabilities 5 (March 25, 1997) . . . . . . . . . . . . . . . . . . . .  17

Fortyune v. Am. Multi-Cinima, Inc., 364 F.3ed 1075 (9th Cir. 2004) . . . . . . . . .  22

Fraser v. Goodale, 342 F.3d 1032 (9th Cir. 2003). . . . . . . . . . . . . . . . . . . . . . . . .  15

Gaston v. Bellingrath Gardnes [sic] & Homes, 167 F.3d 1361
    (11th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Head v. Glacier Northwest, Incorporated, 413 F.3d 1053 (9th Cir. 2005) . . . . . .  15

In Re Doe, 102 Haw. 528 (2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

Johnson v. Gambrinas Co./Spoetzl Brewery, 116 F.3d 1052 (5th Cir. 1997). . . .  22

Larson v. Carnival Corp., 242 F.Supp.2d 1333 (S.D. Pa. 2003). . . . . . . . . . . . . .  22

McAlindin v. County of San Diego, 192 F.3d 1226, 1230 (9th Cir. 1999)
    cert. denied 120 S.Ct. 2689. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17

Pickern v. Holiday Quality Foods, Inc., 293 F.3d 1133 (9th Cir. 2002) . . . . . . . .  24

Purcell v. Pennsylvania Dep't of Corrs., 1998 WL 10236 (E.D. Pa. 1998). . . . .  16

State Farm Fire & Casualty Co. v. Martin, 872 F.2d 319 (9th Cir. 1989). . . . . .  13

State v. Hoshijo, 102 Haw. 307 (2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  26

**CASES**                                                                                           **PAGE NO.**

T.W. Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n,
    809 F.2d 626 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

Teamsters v. U.S., 431 U.S. 324 (1977). . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23


**STATUTES**

28 C.F.R. §36.104. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15,16,18
28 C.F.R. §36.201(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14,18

29 C.F.R. §1630.2(i) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15,17
29 C.F.R. §1630.2(j)(3)(I) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   19

45 C.F.R. §84.3(j)(2)(ii). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15

Fed. R. Civ. P. 56(c). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

42 U.S.C. §423(d)(1)(2)(A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12
42 U.S.C. §1382c(a)(3)(A)(B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12
42 U.S.C. §2000e. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   23
42 U.S.C. §12101. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20
42 U.S.C. §12102(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15
42 U.S.C. §12181(7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13,18
42 U.S.C. §12132(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14
42 U.S.C. §12182(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   18
42 U.S.C. §12182(b)(2)(A). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20
42 U.S.C. §12188(A)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   22

Title III of the Americans with Disabilities Act of 1990. . . . . . . . . . . . . . . . . .   13

Title VII of the Civil Rights Act of 1964. . . . . . . . . . . . . . . . . . . . . . . . . . . .   23