IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF JON MUSE |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JON MUSE

I, Jon Muse, am the Plaintiff in the above-entitled action and make the following assertions upon personal knowledge, unless indicated otherwise.

1. I have had Tourette Syndrome since I was a child such that I am unable to control when I say few words that many people consider to be swear words, or if I extend my middle finger.

2. I have no control if I say these words or not, and therefore there is no meaning to them, other than as effects of my Tourette Syndrome.

3. Unless my conversation is animated by some other reason, I do not shout these words; they are spoken in my normal tone of voice.

4. My Tourette Syndrome affects by ability to communicate such as to affect significantly and adversely my ability to interact and work with the

overwhelming majority of others in my community, forcing me to limit my interactions and working opportunities.

5. I always have been respectful to Home Depot employees, and have shopped there in the past without incident or objection..

6. On 25 April 2004, I did not say to Debra Peterson "Cunt, I suing, you know. You know that fucking Dar and that manager guy, cunt, they ignorant, man. I suing them."

7. I bank at Bank of Hawai'i, and recently had difficulty with one of their employees who did not understand Tourette Syndrome, and who refused to allow me to do further business with Bank of Hawai'i until I could control my uncontrollable disability.

8. I and Bank of Hawai'i arrived at a mutually agreeable understanding where I would be able to do my business at Bank of Hawai'i under certain conditions. A true and correct copy of this Agreement is attached to the Memorandum in Support of my Motion for Partial Summary Judgment as Exhibit 10.

9. I have been determined to be disabled by the Social Security Administration because of my disabilities as evidenced by a true and correct copy

of the Social Security Administration sheet is attached to the Memorandum in Support of my Motion for Partial Summary Judgment as Exhibit 5.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, September 18, 2006.

_____
Jon Muse