OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | **PLAINTIFF'S SUPPLEMENTAL** |
| | ) | **RESPONSE TO DEFENDANT** |
| HOME DEPOT USA, INC. | ) | **HOME DEPOT USA, INC.'S** |
| | ) | **THIRD REQUEST FOR** |
| Defendants. | ) | **ANSWERS TO** |
| | ) | **INTERROGATORIES TO** |
| | ) | **PLAINTIFF JON MUSE DATED** |
| _____ | ) | **MAY 24, 2006** |

CERTIFICATE OF SERVICE RE: PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S
THIRD REQUEST FOR ANSWERS TO INTERROGATORIES
TO PLAINTIFF JON MUSE DATED MAY 24, 2006

I HEREBY CERTIFY that on September 20, 2006, a copy of Plaintiff's Supplemental Response to Defendant Home Depot USA, Inc.'s Third Request for Answers to Interrogatories to Plaintiff Jon Muse dated May 24, 2006 was duly hand delivered to the following at their last known address:

Jeffrey S. Harris, Esq.
Heather M. Rickenbrode, Esq.
Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187

Attorneys for Defendant,
HOME DEPOT USA, INC.

DATED:  Honolulu, Hawaii, September 20, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff