OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: FeeneyatLaw@cs.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **EX PARTE MOTION TO** |
| vs. | ) | **WITHDRAW ORIGINAL** |
| | ) | **EXHIBIT "10" AND PLACE** |
| HOME DEPOT USA, INC., | ) | **EXHIBIT "10" UNDER SEAL;** |
| | ) | **DECLARATION OF STANLEY E.** |
| | ) | **LEVIN; ORDER GRANTING EX** |
| | ) | **PARTE MOTION TO** |
| Defendants. | ) | **WITHDRAW ORIGINAL** |
| | ) | **EXHIBIT "10" AND PLACE** |
| _____ | ) | **EXHIBIT "10" UNDER SEAL** |

## EX PARTE MOTION TO WITHDRAW ORIGINAL EXHIBIT "10" AND PLACE EXHIBIT "10" UNDER SEAL

Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), by and through his undersigned attorneys, hereby move this Court *ex parte* for an order removing Exhibit "10" from Plaintiff's Concise Statement of Facts in Response to Defendant Home Depot USA, Inc.'s Concise Statement of Facts in Support of Motion for Summary Judgment filed September 18, 2006 at 3:32 p.m. as document number 183 by electronic filing, and that the Court order the Exhibit "10" entitled "Confidential Settlement Agreement and Release signed February 2, 2005 between Jon Muse and Bank of Hawaii" to be placed under seal.

This Ex Parte Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, the declaration of counsel attached hereto, and the records and files herein.

DATED: Honolulu, Hawai'i, September 20, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff