IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | DECLARATION OF STANLEY E. |
| vs. ) | LEVIN |
| ) | |
| HOME DEPOT USA, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and am one of the attorneys for the Plaintiff in the above-entitled action.

2. Exhibit "10" is a true and correct copy of a Confidential Settlement Agreement and Release dated February 2, 2005 regarding Jon Muse and Bank of Hawaii, was filed with Plaintiff's Concise Statement of Facts in Response to Defendant Home Depot USA, Inc.'s Concise Statement of Facts in Support of Motion for Summary Judgment filed September 18, 2005 at 3:32 p.m. as document number 183 by electronic filing.

3. It was brought to my attention that this document is a "confidential" document and should not be filed in the public records.

4. I hereby request that this Court grant this Ex Parte Motion to

Withdraw Original Exhibit "10" from the public-accessible electronic filing system, and place Exhibit "10" under seal, a true and correct hard copy of Exhibit 10 shall be delivered by hand this date, under seal for such purpose..

I declare under penalty of perjury that the above is true and correct.

Executed on the 20th day of September, 2006.

                               /s/ STANLEY E. LEVIN
                               _____
                               STANLEY E. LEVIN