IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A"-"C" |

<u>DECLARATION OF JEFFREY S. HARRIS</u>

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

　　1.　　I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

　　2.　　Attached hereto as Exhibit "A" is a true and correct copy of Samuel H. Zinner, M.D.'s final report evaluating Plaintiff Jon R. Muse, dated October 9, 2005.

　　3.　　Attached hereto as Exhibit "B" is a true and correct copy of excerpts of the deposition transcript for Samuel H. Zinner's deposition, dated August 9, 2006.

626464.V9

4. Attached hereto as Exhibit "C" is a true and correct copy of Zinner, Samuel, "Tourette Disorder", <u>Pediatrics in Review</u> Vol. 21, No. 11, 372-383 (Nov. 2000).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 20, 2006.

/s/ Jeffrey S. Harris<br>
JEFFREY S. HARRIS

626464.V9