# EXHIBIT "A"

Samuel H. Zinner, M.D.
University of Washington
CHDD – Box 357920
Seattle, Washington 98195-7920
(206) 685-1290
Fax: (206) 543-5771

October 9, 2005

Name: Jon R. Muse
Date of birth: April 18, 1961
Date of assessment: September 17, 2005
Location of assessment: Seattle, Washington

NATURE OF ASSESSMENT:
Counsel for Mr. Muse requested an expert opinion with respect to Tourette Disorder. I have had no prior acquaintance with Mr. Muse.

HISTORY OF PRESENTING CONCERN:
Background History was obtained via direct interview with Mr. Jon R. Muse and by review of medical records provided by counsel.

Mr. Jon R. Muse is a 44-year-old male with given past diagnoses of Tourette syndrome; tobacco dependence syndrome; episodes of depression; and polysubstance dependence in sustained full remission. Documentation in the medical records notes that Mr. Muse has sought care for complaints of stress and anxiety.

Medical records indicate that Mr. Muse has been under the care of William P. Sheehan, M.D., at Kaiser Permanente – Hawaii region, since July 19, 2000, with several visits and telephone calls throughout at least February 2005 (the most recent medical record made available to me). Dr. Sheehan's intake note, dated July 19, 2000, remarks that Mr. Muse "began seeing Dr. Mark Zen in 1990, and has received treatment for his Tourette's disorder and depression since then. He cannot remember all the medications he tried, but reports 'I tried almost all of them.'"

EDUCATIONAL HISTORY:
Mr. Muse reports that he graduated from high school. He reports that he received Special Education services sometime between the 7th grade and 9th grades, with placement in a separate classroom because of tics. No other special education services were noted.

PAST MEDICAL AND PSYCHIATRIC HISTORY:
Information is limited to Medical Records made available to me, and to Mr. Muse's recollection during today's assessment.

Mr. Muse reports that during his pre-natal course, his mother smoked approximately one pack of cigarettes daily. There was no reported use of alcohol, illicit substances, prescription medications or integrative healthcare approaches by his mother during pregnancy. Birth was by planned cesarean section to a presumed gravida-2 para-2 mother. Extra-uterine transition was reportedly unremarkable.

Mr. Muse has undergone at least 3 surgical procedures including:
- Tonsillectomy age 6 or 7 years (reason unknown)
- Plastic reconstruction of left-hand digit status post trauma (adulthood)
- Removal of an undefined mass (presumably cyst) on right upper back (adulthood)

Date 8-9-06  Exhibit # 3
Case
Deponent Minnis
Reporter SYNDIE HAGARDT
Naegeli Reporting Corporation
(800) 528-3335  FAX (503) 227-7123


EXHIBIT A

1

22013300153 148

There is no reported hearing difficulty.

Mr. Muse has worn corrective visual lenses for reading for approximately one year.

Medical history is significant for:
- Elevated serum cholesterol/hyperlipidemia
- Cigarette smoking
- Overweight
- Impacted cerumen (ear wax)
- Polysubstance dependence (in sustained full remission since January 7, 1990)
- History of positive PPD (purified protein derivative)
- Possible history of hepatitis

Dr. Sheehan's initial intake on July 19, 2000 documents that Mr. Muse reported that he "also had symptoms of attention deficit disorder, being inattentive and distractible. He also reports some obsessive compulsive features as well." The obsessive compulsive features are not specified, but I discussed these features with Mr. Muse, who identifies a history of gambling and substance abuse as the features.

Dr. Sheehan's intake describes an "attractive, casually dressed and groomed man who looks his stated age. Affect is expressive and appropriate and his mood is serious. Some tongue thrusts are noted, he has motor tics including impulsively sticking his middle finger into the air, looking away, and thrusting his chin forward. He occasionally had coprolalia. He denies suicidal or homicidal ideation, and he was not psychotic."

Dr. Sheehan's intake "Discussion" section notes "Long history of Tourette's disorder, history of compulsive behavior including drug and alcohol use and gambling, fortunately his substance abuse has been in remission for 10 years, but I think gambling may still be a bit of a problem for him. He also has depression, most of which seems to be due to the residual of childhood trauma, living with Tourette's disorder, and the recent breakup of a relationship."

Subsequent impressions by Dr. Sheehan (noted September 29, 2000) remark:
- "Tourette's Disorder – not fully responsive to multiple medication trials over past 15 years
- Compulsive behavior
- Attention deficit"

Dr. Sheehan's intake "Treatment Plan" section notes:
1. "Records have been sent for from Dr. Zen's office
2. For the time being, I am going to continue him on his current medications consisting of haloperidol 5 mg at bedtime, Benadryl 150 mg at bedtime, and will increase the Wellbutrin SR to 150 mg twice a day.
3. Will refer him to Therapy, to help him adjust to the depression, and move on with his life.
4. I also referred him to Department of Vocational Rehabilitation, his intake appointment is on Tuesday, August 8, 2000 at 10:00 a.m."

The subsequent medical records report discussions and conversations with Dr. Sheehan addressing management of stress and anxiety, in addition to management of tics. Approaches documented include medication management, as well as non-specific references to stress management (including anticipating stressors, managing them rather than reacting to them) and documents that Mr. Muse "felt better after talking".

Mr. Muse reports no history of major illnesses or physical trauma.

Neurological history:
Mr. Muse reports difficulty in falling asleep. Typically, he goes to bed at midnight, and requires between 90-120 minutes in order to fall asleep, despite soporific medication support. Once asleep, he sleeps soundly, awakening spontaneously between 9:00am and 10:00am. He takes 1-hour to 2-hour naps occasionally during afternoons.

There is a history of tics as will be described.

There is no history of seizures, staring episodes, difficulty with coordination or gait, headache, or head trauma.

Medications:
Mr. Muse reports the following information regarding current prescriptions:
- Clonidine 0.1mg by mouth twice daily
- Haloperidol 5mg by mouth at bedtime
- Diphenhydramine 150mg by mouth at bedtime
- Clonazepam 1-2mg by mouth at bedtime
- Sildenafil (Viagra) 100mg by mouth before relations as directed

Medical records report the following information regarding former psychotropic prescriptions through Kaiser:
- Risperidone (Risperdal)
- Guanfacine (Tenex)
- Buproprion (Wellbutrin SR)
- Fluoxetine (Prozac)

Mr. Muse reports the following information regarding former prescriptions:
- Diazepam (Valium)

Non-Medication psychoactive substances:
- Cigarettes (2 packs per day)
- Caffeine pills (medical record dated February 4, 2005 reports these had been stopped. Unclear if Mr. Muse continues to use. Mr. Muse drinks coffee.)

Integrative ("complementary/alternative") Treatment or Prevention approaches:
- Vitamin E is recommended in the medical record. Unclear if Mr. Muse is taking this.

Psychotherapeutic or Other Counseling Support:
Participated in individual psychotherapy during high school (details not discussed). Has had none since. There have been no non-medication therapeutic approaches attempted for tics.

Allergies:
There are no reported food or medication allergies

Laboratory data:
Information regarding laboratory data was available via medical records provided to me:
- June 30, 2000
  - Lipid profile
    - Cholesterol 253 mg/dl (elevated)
    - Triglycerides 189 mg/dl (within reference range)
    - HDL 34 mg/dl (borderline low)
    - VLDL 38 micrograms/dl (within reference range)
    - LDL 181 micrograms/dl (elevated)
  - Thyroid Stimulating Hormone 1.06 — Within normal limits
  - RPR (syphilis) — Non-reactive

3

- o  HIV-1/HIV-2 antibody screen – Negative
- o  Culture for gonorrhea – Negative
- o  Chlamydia antigen test - Negative

* February 18, 2004 collection
    - o  Complete blood count (CBC) – Within normal limits
    - o  AST (SGOT) – Within normal limits
    - o  Electrolytes, BUN, creatinine – Within normal limits
    - o  Thyroid Stimulating Hormone 1.40 – Within normal limits
    - o  Hepatitis C Virus Antibody – Negative
    - o  Lipid profile
        - Cholesterol 239 mg/dl (elevated)
        - Triglycerides 219 mg/dl (elevated)
        - HDL 30 mg/dl (low)
        - VLDL 44 micrograms/dl (elevated)
        - LDL 165 micrograms/dl (elevated)

* August 18, 2004
    - o  ALT and AST – Within normal limits
    - o  Lipid profile
        - Cholesterol 250 mg/dl (elevated)
        - Triglycerides 154 mg/dl (within reference range)
        - HDL 33 mg/dl (borderline low)
        - VLDL 31 (within reference range)
        - LDL calculated 186 (elevated)

FAMILY HISTORY:
Mr. Muse has a 48-year-old sister who has no offspring; he has a 14-year-old son. His mother is living and his father is deceased.

Mr. Muse reports the following information:
* Tic disorder (mother with simple motor tics)
* Attention Deficit Hyperactivity Disorder (son)
* Alcohol abuse (father, who had been sober since Mr. Muse was 2 years old)

There was no family history identified for obsessive-compulsive behaviors, autism, learning problems, mental retardation, other developmental delays, genetic disorders, metabolic disorders, consanguinity, frequent miscarriage, seizure disorders, sensorineural hearing loss, schizophrenia, bipolar disorder, major depression, or violent behavior.

SOCIAL HISTORY:
Mr. Muse notes that his father left his mother when Mr. Muse was 7 years old. Mr. Muse's mother remarried about 2 years later to a man who abused alcohol and who beat Mr. Muse severely recurrently. Mr. Muse left this home environment at the age of 12 years to live with his father, with whom he stayed for 3 years. At 15 years of age, Mr. Muse returned to live with his mother because her husband had passed away.

Mr. Muse currently lives with his mother and shares custody 50-50 with his son's mother. Mr. Muse is the only cigarette smoker in the home.

Mr. Muse describes a close and supportive relationship with his son. His medical record in 2000 documents that he gets along "not well" with his mother, "well" with his father, "somewhat OK" with his sister, and "OK" with his former wife.

The medical record documents that Mr. Muse's father died in 2002.

4

Mr. Muse's sister works reliably for the United States Postal Service as a mail sorter.

Mr. Muse identifies his work as his hobby. He states that he has close friendships with people whom he respects and enjoys.

Mr. Muse's medical record reports he was married 1990-1993. His medical record notes a history of multiple sexual partners (though not implied as occurring during the time that he was married). He describes a current committed romantic relationship with a female 41-year-old partner. He describes this relationship as stable and has endured for about one year; this partner is gainfully employed, and also has a former substance addiction.

Mr. Muse remarks that he has lost a job working in a hotel (employed there 1990-1996) "due to Tourette".

Mr. Muse works approximately 20 hours per week (self-employment in the business of tropical foliage). His income includes money from work, as well as Supplemental Security Income (SSI) awarded due to his diagnosis with Tourette syndrome, and SSI for his son, also reportedly because of Mr. Muse's diagnosis. Mr. Muse reports an annual gross income of about $40,000 from these sources, with a net of approximately $10,000 annually when accounting for business expenses. He reports that these sources are adequate, although very limiting. Bankruptcy is reported in the past, as well as "behind in child support payments". Medical treatment options are limited because of restrictive financial resources, as documented repeatedly in the available medical record.

Mr. Muse participates in Narcotics Anonymous, an organization for which he holds great respect and with which he has been a reliable and ongoing participant. Mr. Muse also serves as a "sponsor" for another participant in Narcotics Anonymous.

Periodic self-determined "Review of Systems" in his medical record are variable over time, and have inconsistently documented the following subjective statements: feeling tired or having low energy; family conflicts; conflict within yourself; eating less than you should; feeling down, depressed or hopeless; trouble sleeping; trouble with concentration or memory; low self esteem or self worth; suicidal thoughts; worrying about a lot of different things; little interest or pleasure in doing things; financial problems; and low energy.

NEURO-DEVELOPMENTAL HISTORY:
There is a history of self-injurious behaviors that include:
- Picking at sores
- Lip-licking
- Nail-chewing
- Trichotillomania (pulling out of hair, resulting in a bald spot that was addressed by wearing a cap in school; this behavior occurred during early adolescence, lasting about 2 years)

Mr. Muse reports no known history of oppositional behavior, conduct disorder (i.e. aggression to people or animals, destruction of property, deceitfulness or theft, or other serious violations of rules), elimination disorders (enuresis or encopresis), anger dysregulation or rage attacks, eating disorders, or delays in the attainment of neuro-developmental "milestones" in the domains of gross motor, fine motor, social, cognitive, adaptive, or speech and language skills.

CURRENT REVIEW OF SYSTEMS:
Mr. Muse continues to have a tic disorder, which is interfering to him. Mr. Muse notes a brown birthmark on his back. Anxiety is an ongoing difficulty but manageable. Mr. Muse denies depression at this time. Sleep disturbance has been described in this report.

5

The remainder of his review of systems (constitutional, endocrine, eyes, ears, nose, throat, mouth, respiratory, cardiac, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, hematological, and skin) was unremarkable.

EXAMINATION:

Behavioral Observations:
Mr. Muse was friendly, cordial and agreeable. He appeared enthusiastic to participate and fully cooperative throughout today's 3.5-hour assessment. Over the course of the assessment, Mr. Muse was impulsive, distractible, and fidgety. He interrupted with some regularity and periodically posed topical questions. During the administration of the screening instruments below, Mr. Muse was somewhat impulsive in his responses so that a mild underestimate of his true abilities was presumed. His social pragmatics were generally typical and appropriate, characterized by appropriate physical distance, eye contact, turn-taking, and speech prosody. He smoked cigarettes intermittently throughout the assessment.

Several motor and vocal productions were observed and appeared to be tics. These included vocal tics, with repetition of "cunt" and "fuck you", generally sotto voce, often interrupting his speaking in the middle of a sentence, but also at times when he was not speaking. In addition, echolalia (repeating me) and palilalia (repeating himself) was noted infrequently. Observed motor tics were limited to tongue protrusions.

Physical Examination:
Mr. Muse consented to a physical examination. A modified, focused physical examination was completed.

In general, Mr. Muse was a well-nourished, well-developed slightly overweight male with no grossly dysmorphic features. His ethnic appearance was consistent with his stated ethnic extractions of Japanese and Caucasian.

- Head and Neck
  Pinnae normally positioned and rotated and without preauricular pits or tags. Facial features normal and bilaterally symmetric. Nares patent. Conjunctivae clear. Philtrum normally indented. Dentition adequate with several fillings, no evidence of gingivitis, some back lower molars absent. Normally arched and intact hard palate and singular midline uvula. Buccal mucosa without lesions. Lips without circumoral chapping or other lesions. Hair of normal quality and distribution without current findings of alopecia or trichotillomania. Neck supple with full range of motion and without masses or thyromegaly.
- Chest
  Slightly depressed sternum (pectus excavatum – borderline). Unlabored breathing. Lungs clear to auscultation bilaterally. Heart with normal precordial impulse and with regular rate and rhythm and without murmur.
- Abdomen
  Normoactive bowel sounds. Soft, non-tender, non-distended, no masses, no organomegaly, no guarding or rebound tenderness. Back without costovertebral angle tenderness.
- Musculoskeletal
  Full range of motion of all 4 extremities. Upper and lower extremity tone and strength intact. Normal palmar creases, no syndactyly or clinodactyly. No clubbing, digital pallor or cyanosis. Brisk capillary refill. No increased joint laxity. No scoliosis.
- Skin
  Intact, warm and dry. Scattered small (1-cm) hyperpigmented lesions on all 4 extremities (explained as former scabs that he had picked at), with some infrequent similar scattered excoriated lesions. Two café-au-lait neurocutaneous lesions on his back (one is several cm in greatest diameter with sharp and irregular borders over his lumbosacral region, and

the other is approximately 1-cm in diameter and irregular over his right lower thoracic region on his back). There is no axillary freckling and no other neurocutaneous lesion noted. Fingernails are chewed but intact. There is a well-healed scar measuring several cm with a depressed center over the right scapular region explained as the surgical removal of a cyst. There is a small cystic lesion (firm, immobile, non-tender) measuring approximately 1cm over the left scapular region.

- Neurological
  Cranial nerves:
    o I (Olfactory) – Not tested
    o II (Optic) – Visual fields full. Visual acuity not tested
    o III, IV and VI (Oculomotor, Trochlear and Abducens) – Extraocular movements intact
    o V and VII (Trigeminal and Facial) – Intact sensation in V1,V2 and V3 distributions, motor intact at masseter and upper muscles of facial expression
    o VIII (Vestibulocochlear) – Hearing intact for purpose of general speech
    o IX and X (Glossopharyngeal and Vagus) – Symmetric palatal elevation
    o XI (Accessory) – Intact lateral neck and trapezius strength against resistance
    o XII (Hypoglossal) – Intact tongue strength against resistance; normal range of motion, normal speech articulation

No nystagmus during extraocular movements

Deep tendon reflexes 3+ bilateral knees, 2+ bilateral Achilles, 1+ bilateral brachioradialis

No ankle clonus

Finger-Nose-Finger intact bilaterally

Heel-Shin intact bilaterally

Intact rapid alternating movement

Romberg negative

No tongue fasciculation on task of sustained motor stance

Soft neuromaturational signs:
  o Right pinkie flexion during sustained motor stance
  o Incomplete lateral dominance (right-foot, right-hand, left-eye) in the absence of reported compromise of visual acuity

Gait with appropriate meter and stability

STANDARDIZED SCREENING AND TESTING INSTRUMENTS USED:

1. **Kaufman Brief Intelligence Test *Second Edition* (KBIT-2)**
   The Kaufman Brief Intelligence Test, Second Edition is a brief, individually administered measure of the verbal and nonverbal intelligence of a wide range of children, adolescents, and adults, spanning the ages of 4 through 90 years. The test is administered by qualified personnel. The KBIT-2 has numerous features that make it particularly useful as a quick, reliable and well-normed measure of intelligence. These features include verbal and nonverbal subtests; ease of administration; scores translating well to major tests of general cognitive ability and intelligence; and a representative normative sample.

In general, Mr. Muse was agreeable and cooperative throughout the administration of the KBIT-2. Periodically, he appeared distracted and, at times, his replies were impulsive. In general, the results of testing are considered a slight underestimate of his true intelligence.

   a. *Verbal subtest*
      Verbal knowledge raw score = 44
      Riddles raw score = 37
      Verbal sum raw score = 81
      Standard Score = 87 (90% confidence interval = 81-95): 19 percentile rank
      Descriptive category: Average

   b. *Nonverbal subtest*
      Matrices raw score = 35
      Standard Score = 96 (90% confidence interval = 88-104): 39 percentile rank
      Descriptive category: Average

   c. *IQ Composite*
      Sum of Standard Scores = 183
      Standard Score = 90 (90% confidence interval = 84-97): 25 percentile rank
      Descriptive category: Average

      *Score Comparisons*
      Verbal-Nonverbal standard score difference = 9 (not statistically significant)

**In summary**, Mr. Muse's performance on the KBIT-2 shows verbal, non-verbal, and overall intelligence in the average range. There is no statistically significant difference between his verbal and nonverbal abilities.

2. **Kaufman Test of Educational Achievement, Second Edition (KTEA-II)**
   The Kaufman Test of Educational Achievement, Brief Form, Second Edition is an individually administered measure of academic achievement for examinees aged 4.5 years through 90 years that assesses the achievement domains of reading, mathematics, and written language. The test is a norm-referenced and curriculum-based instrument, and is designed for use in clinical, educational, vocational, and research settings.

   In general, Mr. Muse was cooperative and agreeable during testing. On occasion, he was impulsive, restless and inattentive.

   a. *Reading domain*
      Raw score = 59
      Standard score = 95 (90% confidence interval = 89-101): 37 percentile rank
      Descriptive category: Average

   b. *Math domain*
      Raw score = 48
      Standard score = 94 (90% confidence interval = 89-99): 34 percentile rank
      Descriptive category: Average

   c. *Writing domain*
      Raw score = 73
      Standard score = 91 (90% confidence interval = 81-101): 27 percentile rank
      Descriptive category: Average

   d. *Brief Achievement Composite*
      Sum of standard scores = 280

Standard score = 92 (90% confidence interval = 87-92): 30 percentile rank
Descriptive category: Average

*Subtest Comparisons*
  i. *Reading v. Math*
     Difference = 1 (not statistically significant)

  ii. *Reading v. Writing*
      Difference = 4 (not statistically significant)

  iii. *Math v. Writing*
       Difference = 3 (not statistically significant)

**In summary**, Mr. Muse's performance on the KTEA-II shows reading, math and writing skills in the average range. There is no statistically significant difference between any of the subtest domain comparisons.

3. **Yale Global Tic Severity Scale (YGTSS)**
   The YGTSS is designed to rate the overall severity of tic symptoms across a range of dimensions, and represents their expression over the previous week. Using the scale requires that the rater have clinical experience with patients diagnosed with Tourette syndrome. The final rating reflects the clinician's overall impression for each of the items rated. This tool is generally considered to be the "gold standard" for assessment and monitoring of tic symptoms.

   a. *Description of Motor Tics*
      i. Simple Motor (rapid, darting, "meaningless")
         - Sticking out tongue

      ii. Complex Motor (slower)
          - Copropraxia (extending middle finger)
          - Parakinesias (disguising the middle finger extension by blending it into a purposeful waving motion of the arm in order to camouflage its expression; however, the palm is directed in the posterior orientation)

   b. *Description of Phonic Tics*
      i. Simple Phonic (fast, "meaningless")
         - Coughing
         - Throat clearing
         - Grunting

      ii. Complex Phonic (more linguistic, such as words or phases)
          - Words ("Honey" or calling out names of nearby people without the intention of summoning them)
          - Coprolalia ("cunt"; "fuck you"; "nigger" in the presence of a person of African or other dark-complexion ethnic extraction; "fat ass" in the presence of a woman with apparent large buttocks; "tits" in the presence of a woman; "bitch")

   c. *Ordinal Scales (range 0 – 5)*
      i. Number
         - *Motor Score = 4*
         - *Phonic Score = 5*

   ii. *Frequency*
- *Motor Score* = 4 ("almost always")
- *Phonic Score* = 5 ("always")

   iii. *Intensity*
- *Motor Score* = 3 ("moderate")
- *Phonic Score* = 5 ("severe")

   iv. *Complexity*
- *Motor Score* = 3 ("moderate")
- *Phonic Score* = 5 ("severe")

   v. *Interference*
- *Motor Score* = 1 ("minimal")
- *Phonic Score* = 5 ("severe")

   vi. *Impairment (range 0 – 50)*
- "marked" (tics associated with major difficulties in self-esteem, family life, social acceptance, or job functioning.)

  d. *Global Severity Score (0 – 100)*
   80 points

**In summary**, Mr. Muse received a global severity score of 80 points, based on the presentation of tics over the preceding week, which takes into account a qualitative impairment. This score is quite high and indicates both significant tic severity and psychosocial consequence.

4. **Children's Yale-Brown Obsessive-Compulsive Scale (CY-BOCS)**
This scale is designed to rate the severity of obsessive and compulsive symptoms in children and adolescents, and is very similar to the Yale-Brown Obsessive-Compulsive Scale (Y-BOCS). The differences between the two instruments are not fundamental or clinically relevant for the purpose of this assessment.

There were no obsessions or compulsions identified. Mr. Muse recalls trichotillomania (recurrent pulling out of his own hair resulting in noticeable hair loss) during early adolescence. This activity may be considered a compulsive behavior, although is generally not strictly categorized as such.

**In summary**, Mr. Muse currently has no obsessions or compulsions.

5. **State-Trait Anxiety Inventory for Adults (STAI)**
This tool has been used extensively in research and clinical practice. It comprises separate self-report scales for measuring state and trait anxiety. The State Anxiety scale consists of 20 statements that evaluate how respondents feel "right now, at this moment". The Trait Anxiety scale consists of 20 statements that assess how people generally feel. Trait anxiety refers to relatively stable individual differences in anxiety-proneness; differences between people in the tendency to perceive stressful situations as dangerous or threatening and to respond to such situations with elevations in the intensity of their state anxiety reactions. Trait anxiety may also reflect individual differences in the frequency and intensity with which anxiety states have been manifested in the past, and in the probability that state anxiety will be experienced in the future. The stronger the anxiety trait, the more probable that the individual will experience more intense elevations in state anxiety in a threatening situation.

a. *State Anxiety*
   Total score = 45 (mean score for males 40-49 years = 35.88; SD = 10.52)

b. *Trait Anxiety*
   Total score = 54 (mean score for males 40-49 years = 35.06, SD = 8.88)

In summary, Mr. Muse's "State Anxiety" score (i.e. how he feels right now), was just under one standard deviation above the mean for men aged 40-49 years; this score suggests state anxiety within the high-average range. Mr. Muse's "Trait Anxiety" score (i.e. how he generally feels) was more than 2 standard deviations above the mean for men aged 40-49 years; this score suggests that his general anxiety level is significantly high.

IMPRESSIONS:
Mr. Muse is a 44-year-old male with a longstanding history of Tourette syndrome. In addition, it is my impression that Mr. Muse also suffers from the following conditions:

- Probable Attention Deficit Hyperactivity Disorder (based on observations today including hyperactivity, fidgetiness, frequent interrupting, slipping off-task, impulsive behavior and distractibility)
- Probable Anxiety Disorder
- Probable Depression (periodic)
- Insomnia – Not Otherwise Specified
- Self-injuring behaviors that are consistent with Tourette syndrome
- History of compulsive behaviors not consistent with Obsessive-Compulsive Disorder
- Reported history of victimization of child abuse
- Tobacco dependence
- History of substance abuse (in remission for over 15 years)
- Slight overweight
- Hyperlipidemia

There is no evidence of cognitive impairment; testing today suggests normal intelligence. Testing today shows no suggested learning disability in reading, writing or math. Additionally, there is no suspicion of obsessive-compulsive disorder, or of anger dysregulation or aggression.

As discussed below, Mr. Muse can be expected to suffer disabling symptoms of Tourette syndrome over the course of his life. In his particular circumstance, these tic symptoms will include neurologically uncontrollable and socially embarrassing outbursts of profanity and vulgar gestures. His tics will continue to wax and wane over time irrespective of Mr. Muse's obedient efforts to limit their expression. The tics will occur at unpredictable times and places beyond Mr. Muse's willful power to suppress them. Mr. Muse is of sound mind and intellect, and is fully aware of the social and functional impact of these behaviors. Nevertheless, medical science has no cure for Tourette syndrome; Mr. Muse appears to maintain consistent compliance with appropriate medical care to the full extent that is within his control.

Mr. Muse's Strengths:
Mr. Muse has several important character strengths and behavioral assets. He appears to demonstrate compliance with medical follow-up and recommendations. He has a very friendly and agreeable disposition, and he is not prone to uncontrollable aggression (which occurs in a substantial minority of people who have Tourette syndrome). He is eager to educate others about Tourette syndrome. Based on my testing and my impressions today, Mr. Muse appears to have normal intelligence and reasoning abilities. He has shown an admirable and sustained commitment to personal well-being as demonstrated by his success in refraining from any substance abuse for over 15 years. These strengths are especially important to recognize, in the

context of his historical psychosocial and medical risk factors, including severe Tourette syndrome and a dysfunctional and abusive family of origin.

Description of the cause of Tourette syndrome:
Tourette syndrome is neurological in origin and is involuntary. As described by the National Institute of Neurological Disorders and Stroke (NINDS) which is a branch of the National Institutes of Health (NIH), Tourette syndrome "is a neurological disorder characterized by repetitive, stereotyped, involuntary movements and vocalizations called tics."

This disorder is defined by the presence of motor and vocal tics beginning in childhood and having a protracted, often lifelong course. No two people with Tourette syndrome have exactly the same symptoms. For some people, symptoms of Tourette syndrome are mild. For Mr. Muse, symptoms are severe.

At its root, Tourette syndrome is a brain-based condition characterized by "disinhibition". In other words, people with Tourette syndrome are not able to effectively inhibit their tics. Scientists don't fully understand the brain-based abnormality that causes the tics. However, we do understand that there is a circuit within the brain that connects areas on the surface of the brain to an area deep within the brain. This circuit is "wired" incorrectly in people with Tourette syndrome; as such, many, if not most, people afflicted with Tourette syndrome also have one or more associated clinical problems, as is the case for Mr. Muse. These associated problems feature other related "disinhibited" symptoms which may include impulsive behaviors (such as frequently interrupting, or a sense of restlessness and fidgetiness), compulsive behaviors, anxiety and sleeping difficulties.

For Mr. Muse, the ability to suppress his tics voluntarily is extremely limited. Because of the faulty wiring in his brain, Mr. Muse is no more able to stop the impulse to tic than a person with epilepsy is able to stop from having a seizure or a person on the brink of sneezing is able to postpone the sneeze. Furthermore, his voluntary control over the impulse is extremely limited. While his tics of "giving the finger" and saying socially inappropriate things that include profanity and ethnic slurs are shocking to people unfamiliar with Mr. Muse, there is no deliberate meaning behind these expressions. Again, the analogy of a seizure can be very useful in understanding this.

While there is no cure for Tourette syndrome, the good news is that Mr. Muse's Tourette syndrome poses no danger to other people, and some simple accommodations are likely to be effective in reducing any potential public stress or concern that may emerge. I will describe some possible accommodations shortly.

Treatment options:
Given the longevity of tics for Mr. Muse, it is very likely that his tics will endure lifelong. However, tics wax and wane in severity over time. The management for his tics has included a wide range of psychotropic agents. Currently, his medication profile includes four psychotropic agents; this large number of medications is not unusual for patients with Tourette syndrome who are severely affected with tics. The current dosing schedule is appropriate. The efficacy of these medications for Mr. Muse is unclear. For patients with Tourette syndrome, these medications can be effective in reducing, but never in eliminating, the expression of tics. In addition, all medications used to reduce tics have important side effects, some of which can be potentially very unpleasant and, in some cases, irreversible. Mr. Muse is currently receiving appropriate medical care with a managing physician; it is my understanding that Mr. Muse is medically compliant.

Mr. Muse asked me about a surgical procedure that, by his description, most likely refers to a procedure known as "DBS" (Deep Brain Stimulation). This approach is experimental, its effectiveness is theoretical and currently based on a handful of case reports (no controlled trials), and it is potentially dangerous. I would guess that Mr. Muse would not likely be considered as an appropriate candidate for this highly experimental procedure, and I do not recommend this procedure for Mr. Muse.

Behavioral approaches for tic reduction are experimental, and reports of their use in the medical literature are quite limited. Currently there is a multi-center trial using "comprehensive behavioral intervention for tics". However, guidelines for its use have not been established and, as this approach is experimental, it cannot be recommended as "effective".

Reasonable Accommodations:
A variety of accommodations can be used for people with Tourette syndrome to help to reduce any unnecessary concern or alarm in others that may be evoked by observing tics.

In addition to accommodations, improved education regarding Tourette syndrome is of pivotal importance. The Tourette Syndrome Association (www.tsa-usa.org) provides a wealth of resources to help the lay public, as well as professionals, understand what we know about this disorder, and what can be done to make people feel more comfortable. There is a very unfortunate and misleading portrayal of Tourette syndrome in the popular media. To counter this misinformation, in November 2005, the cable television network *HBO - family* will begin to air a 30-minute program entitled, "I Have Tourette's But Tourette's Doesn't Have Me – Dispelling the Myth One Child at a Time". Once people understand that Tourette syndrome is a neurological disorder, they are likely to feel compassion and offer support.

Any accommodation while shopping or in other public areas is reasonable if it is effective, respectful of the needs of the location and of the rights of others in the location, and respectful of limitations posed by medical disabilities that are not dangerous to others.

I was informed that, as a potential accommodation while shopping, it was proposed that Mr. Muse be provided with a store chaperone. While I think that this suggestion is reasonable, as an alternative accommodation, the store could prominently display a prepared sign at the store entrance at times during which Mr. Muse is shopping there. For example, such a sign might read:

> Welcome to our store. It is our policy to provide a comfortable shopping experience with equal access to all patrons, including those with medical disabilities.
>
> One of our valued patrons has Tourette syndrome and currently is shopping here. He has asked that we post this sign for your information while he is in the store, so that you will not be confused or offended by his behavior. It is our pleasure and privilege to support him.
>
> Tourette syndrome is a brain-based disorder that causes involuntary movements and noises called "tics". In this case, our patron is unable to prevent himself from making sudden statements and hand gestures that would otherwise be considered inappropriate. It may appear that he doing this on purpose. He is not, and these actions are not within his control.
>
> If you would like to learn more, the Tourette Syndrome Association (TSA) has useful information and would be delighted to assist you. There are available videos, books, pamphlets and other resources. The TSA can be contacted at www.tsa-usa.org or by calling toll-free 1-888-4TOURET.
>
> If you would like to make a tax-deductible donation to the Tourette Syndrome Association, please contact our store manager for information. The Tourette Syndrome Association is a non-profit agency that provides education, resource and service programs.
>
> We greatly appreciate your continued patronage. Thank you for your support to our store and our community.

Thank you for the opportunity to examine this individual.

_____

Samuel H. Zinner, M.D., F.A.A.P.
Assistant Professor of Pediatrics – University of Washington School of Medicine
Board Certified Pediatrician
Board Certified Developmental-Behavioral Pediatrician
Medical Advisory Board member – national Tourette Syndrome Association, Inc.

C:\Documents and Settings\szinner\My Documents\TOURETTE\Expert TS Witness\Honolulu case