# EXHIBIT "C"

# Tourette Disorder

Samuel H. Zinner, MD*

---

**OBJECTIVES**

*After completing this article, readers should be able to:*

1. List the important properties of tics.
2. Describe the features of comorbid conditions.
3. Delineate the medications used to treat tics.

---

## Introduction

Although first reported more than 175 years ago, the features that later would comprise Tourette Disorder (TD) and its common comorbid conditions have been widely recognized only within the past 2 decades. The disorder's namesake is Georges Gilles de la Tourette, a young French neurologist and friend to the pioneering psychoanalyst Sigmund Freud. In 1885, Gilles de la Tourette published an account of nine patients characterized by convulsive tics, obscene utterances, repetition of the words of others, extreme provocative behaviors, and frequent testing of social or physical boundaries. Fourteen years later, he described obsessive-compulsive behaviors among these patients. Freud's seminal ideas regarding neurosis, which describe unconscious processes and the resulting maladaptive behaviors, often were used in an attempt to understand the nature of tics and related behaviors. Until recently, TD was considered a very rare psychiatric diagnosis that was witnessed perhaps once in a medical professional's life. Although no longer considered rare, this disorder often is undetected, partly because of its diverse expression. The increasingly appreciated range of comorbid features has so complicated classification that disagreement persists about whether this represents a "syndrome" or a "disorder." Because of the variety of cardinal and comorbid features in TD, many different health-related specialties often contribute to its treatment. The most favorable outcome is associated with early recognition and coordinated management, with treatment directed at those areas most disruptive to the child.

## Case Presentation

Although the progression of tics often follows a typical course, as described in the text, it is important to recognize that there is no "typical case."

*An otherwise well 8-year-old boy develops an eye-blink tic that goes unnoticed or is presumed to be a seasonal allergic response. A few months later, he begins to clear his throat softly, so no one hears except for a shy classmate at an adjacent desk. One month later, a stuffy nose compels him to mouth-breathe and to lubricate his lips with his tongue, cultivating a new tic and resulting in severely excoriated lips. The tics abate, the lips heal, and all is forgotten for 1 month until he begins to jerk his head rapidly in succession 10 or more times, sometimes followed by a momentary pause, then another succession of head jerks. This pattern persists for months, although the jerking is not noticed at school because the child "saves it" until break time or after he returns home, when no one is around. The jerks are very apparent at home and are so forceful that he develops a strained neck muscle.*

*Through adolescence and into adulthood, his tics wax and wane and include eye-rolling, abdominal tensing, shoulder popping, sudden bursts of air blown through his nostrils, and tongue clicking, among others, with up to five tics present during some weeks. Others seldom notice these tics because he is able to "sneak" them in at strategic moments, such as when a companion is looking away. Often, he performs only those tics that are not openly visible or audible, such as tensing the soles of his feet, reserving the more florid tics for private moments. While daydreaming on a bus, he suddenly utters a loud "TUH!" at the moment he mentally reaches a word with the phoneme "T," such as "terrible." A neighboring girl giggles, but he quickly recovers by sniffing in and wiping his nose, simulating a sneeze.*

## Definitions

Tics are motor or vocal, "involuntary," purposeless, sudden and rapid, repetitive, and stereotyped productions. They can be categorized by motor or vocal expression, age of onset, frequency, severity, complexity (simple versus complex), duration, anatomic site, and interference with function. Four diagnosable tic disorders are described in the *Diagnostic and Statistical Manual of Mental Disorders–Fourth Edition* (DSM-IV), distinguished by chronicity and modality (motor versus vocal).

TD (Table 1) is characterized by movement-based (motor) and phonic-based (vocal) tics, although they are not necessarily concurrent, that have a duration of more than 1 year during which time no more than 3 consecutive months pass without tics. It is usually the most severe of the tic disorders, having more complex tics and a greater incidence of comorbid conditions. The diagnostic criteria for Chronic Motor or Vocal Tic Disorder differ from TD only in that they describe the presence of either motor or vocal tics, but not both. Transient Tic Disorder (Table 2) is the least enduring of these four disorders, lasting at least 4 weeks but no more than 1 year, and may be characterized by either motor or vocal tics, or both. In all three disorders, tics occur many times daily nearly every day, there is secondary distress or

---

*Assistant Professor of Pediatrics, St. Louis University School of Medicine, Cardinal Glennon Children's Hospital, St. Louis, MO.
Dr Zinner is supported in part by the Tourette Syndrome Association, Inc.*



118
22013300123

| TABLE 1. Diagnostic Criteria for Tourette Disorder |
|---|
| A. Both multiple motor and one or more vocal tics have been present at some time during the illness, although not necessarily concurrently. |
| B. The tics occur many times a day (usually in bouts) nearly every day or intermittently throughout a period of more than 1 year, and during this period there was never a tic-free period of more than 3 consecutive months. |
| C. The disturbance causes marked distress or significant impairment in social, occupational, or other important areas of functioning. |
| D. The onset is before age 18 years. |
| E. The disturbance is not due to the direct physiological effects of a substance (eg, stimulants) or a general medical condition (eg, Huntington disease or postviral encephalitis). |
| *Reprinted with permission from the Diagnostic and Statistical Manual of Mental Disorders. 4th ed. Copyright 1994 American Psychiatric Association.* |

| TABLE 2. Diagnostic Criteria for Transient Tic Disorder |
|---|
| A. Single or multiple motor and/or vocal tics (ie, sudden, rapid, recurrent, nonrhythmic, stereotyped motor movements or vocalizations) |
| B. The tics occur many times a day, nearly every day for at least 4 weeks, but for no longer than 12 consecutive months. |
| C. The disturbance causes marked distress or significant impairment in social, occupational, or other important areas of functioning. |
| D. The onset is before age 18 years. |
| E. The disturbance is not due to the direct physiological effects of a substance (eg, stimulants) or a general medical condition (eg, Huntington disease or postviral encephalitis). |
| F. Criteria have never been met for Tourette disorder or chronic motor or vocal tic disorder. |
| *Reprinted with permission from the Diagnostic and Statistical Manual of Mental Disorders. 4th ed. Copyright 1994 American Psychiatric Association.* |

remains overlooked for a number of reasons. The diagnosis is based on history and clinical examination. Studies of its prevalence have returned widely divergent results. The disparity in estimates reflects a number of factors, including population sampling errors, variations in screening methods and inclusion criteria, and the potential recruitment of less experienced diagnosticians, an event more likely to occur when studying less common disorders. Data from most studies suggest a lifetime prevalence of 5 to 10 per 10,000 (0.05% to 0.1%) of the general population, with the male:female ratio typically ranging from 2:1 to 4:1. With inclusion of all tic disorders, the prevalence is estimated at 3% to 18% for boys and 1% to 10% for girls.

In addition to male gender, risk factors include genetic predisposition, younger age, environmental influences, and comorbid modifiers. The presence of these comorbid conditions is the norm rather than the exception in clinically referred youth who have TD. The conditions may include any combination of attention deficit disorder with hyperactivity, learning difficulties/disorders, obsessive-compulsive symptoms/disorder, phobias and other anxiety disorders, speech and language disorders, mood disorders, sleep disorders, impairment in executive function, and disruptive and other behavioral disorders. However, the association between comorbid conditions and tic severity, persistence, or recurrence is unknown. The natural history of TD has not been studied well, and its prevalence and course among adults is unclear.

Several lines of investigation have strongly suggested the contribution of genetic, environmental, infectious, and psychosocial factors in the etiology of TD (Table 3). The spectrum of tic disorders generally has been understood to be of autosomal dominant inheritance, with increased penetrance for phenotypic expression in males. Recent studies challenge this hypothesis, suggesting an additive model, with increased susceptibility in individuals inheriting the gene(s) from both parents. At this time, no genetic locus has been identified, although two prevailing models include a dominant single major locus and an intermediate single major locus, with the number of involved genes unknown. Most probably, a susceptibility to tics (and comorbid disorders) is inherited genetically, and the phenotypic expression as tics, obsessions and compulsions, and learning and other difficulties is influenced by many other factors.

Nongenetic factors that may influence the development and expression of TD include perinatal events such as lower birthweight,[1] gestational influences of maternal stress,[2] and obstetric complications.[3]

impairment in an important area of functioning, the onset occurs before 18 years of age, and there is no other explanation for the disturbance. Tic Disorder Not Otherwise Specified is inclusive of tic disorders that do not meet criteria for a specific tic disorder. It is critical to note that the comorbid conditions may determine functional status more strongly than the tic disorder.

## Epidemiology

The prevalence of TD has been widely appreciated over the past 2 decades, but epidemiologic parameters remain ill-defined. Although the diagnostic criteria are discretely and clearly delineated, TD often

TABLE 3. Suspected Risk Determinants for Expression of Tourette Disorder and Comorbid Conditions

Genetic
- ?Autosomal dominant inheritance pattern with reduced penetrance, but less reduced (for having tics) in males than in females
- ?Additive bilineal inheritance pattern (ie, both parents have tics, highly comorbid conditions of obsessive-compulsive symptoms or attention deficit disorder and possibly other comorbid conditions, or a combination of these features)

Nongenetic
- Lower birthweight
- Maternal life stress during pregnancy
- Obstetric complications (eg, forceps-assisted vaginal delivery)
- Maternal use of coffee, cigarettes, or alcohol during pregnancy
- Androgenic hormones
- Autoimmune mechanisms/ Pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS)

Androgenic hormonal influences may contribute to the higher prevalence of tics among males.[4] Other hormones, including those released during periods of stress, appear to exacerbate tic severity and frequency reversibly. Autoimmune mechanisms may play a role in tic onset and exacerbation; in particular, pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS) are receiving considerable attention for their possible (although unproven) association with tic, obsessive-compulsive, and other developmental disorders.

## Pathogenesis

Neuroanatomic models of this disorder implicate abnormalities along circuits connecting the brain's cortex and subcortex. A circuit is a pathway of interconnecting neurons that work together to produce specific functions, such as the planning, sequencing, and execution of movements or motivational drives and cognition. There is likely a failure in filtering at points along the circuit, resulting in the ineffective removal of unwanted, interfering information. For example, before a tic is expressed, a psychic tension or "premonitory urge" in affected muscle groups may occur in response to messages originating in cortical areas that are not effectively inhibited in subcortical areas. The proposed filtering mechanism may link TD to its frequent comorbid conditions, such that an ineffectively filtered thought or "obsession" creates the psychic tension that triggers compulsive behaviors, and poorly filtered executive functions originating in prefrontal cortical regions result in impulsive reactions in attention deficit disorder.

## Clinical Aspects

### SYMPTOMS/SIGNS

The development of tics in TD generally follows a typical course, although there is no "typical case." Tics evolve over time from "simple" to "complex," and they begin in midline body regions and progress to include more peripheral regions. Simple tics are brief, sudden and meaningless, and involve one or only a few muscle groups; complex tics appear more purposeful, often are slower and of a more sustained duration, and involve several muscle groups.

Tics involving head and neck muscles usually present first, typically at about the age of 6 or 7 years. These simple motor tics may include eye blinking (the most prevalent tic), eye movements, nose twitching, head jerks, or facial grimacing. Phonic tics typically present 2 or more years later and may include simple vocalizations, such as throat clearing, coughing, sniffing, grunting, barking, squealing, and many others. Over time, tics may become increasingly complex; motor tics may express as an unusual sustained regard, touching, gyrating, bending, jumping, dystonic posturing, or echopraxia (imitation of the observed movements of another person). Phonic tics may incorporate words or phrases, speech atypicalities that involve unusual rhythms; accentuation of syllables, consonants, or vowel sounds; or linguistically meaningful utterances, such as palilalia (repetition of one's own sounds) or echolalia (repetition of another's utterance). These may appear to mimic a stutter, stammer, or other speech irregularity. Vocal signs often occur at linguistic transitions, such as at the beginning or end of a word or sentence, and are characterized by a slur, a change in volume, or a heightened emphasis of a phoneme. Although widely recognized as a specific sign of TD, coprolalia (obscene utterances) and copropraxia (obscene gestures) are relatively rare, occurring only in a minority of affected people. Tics typically wax and wane over time, with periods of exacerbation and remission ranging from moments to weeks or more. Newer tics may replace older ones or they simply may be added to a growing repertoire. Tic severity generally peaks by age 10 or 11 years.

Beyond the first decade of life, most people who have TD describe a sensation or "premonitory urge" preceding a tic. This sensation occurs in the muscle group(s) expressing the tic and is described as a tension that is relieved by performing the tic. To understand this phenomenon, it may be helpful to consider the analogy of an itch on one's nose. The itch may intensify, with the temptation to scratch becoming increasingly acute. With this in mind, the tic usually can be suppressed to a greater or lesser degree. However, if the tic is suppressed voluntarily, the tension will build and ultimately become unbearable. The longer in duration that tics are suppressed, the greater will be both the degree of tension and the duration and severity of the tics expressed. In addition, tics are exac-

erbated during periods of elevated stress or extreme fatigue.

## COMORBID CONDITIONS

Tics may not be noticed if they are mild, suppressible, or incorporated into more deliberate movements to mask the tic or if providers in the child's environment are unaware of the nature or existence of tics and tic disorders (see case presentation). More commonly, disruption due to tics is overshadowed by comorbid afflictions that present greater interference to the child. Indeed, nearly all clinically referred children who have TD have one or more comorbid conditions (Table 4), whose initial presentation may precede that of tics. Management generally targets these conditions rather than the tics.

Between 50% and 70% of children who have TD have a comorbid diagnosis of attention deficit/hyperactivity disorder (ADHD), 50% of whom present with diagnostic features of ADHD prior to the onset of tics. Learning disabilities (LD) and lesser learning difficulties are seen in 20% to 40% of children who have TD. Reading and language difficulties tend to be common, and there is a greater incidence of LD among those who also have comorbid ADHD.

Most children who have TD are prone toward increased levels of anxiety; some have true anxiety disorders, including obsessive-compulsive disorder, seen in about one third of affected children. The distinction between a complex tic and a compulsion can be unclear; the organized, "purposeful" ritualistic behavior seen with compulsive actions, such as touching something repetitively until it feels "just right" or evening up something to perfect symmetry to relieve an obsessive tension, may appear to be a complex tic. Such distinctions may be artificial, representing variant phenotypic expressions of a common genotypic underpinning. Similar to the later presentation of more complex tics, obsessive-compulsive symptoms in TD typically present in later childhood or early adolescence.

Mood disorders occur often among clinically referred youth who have TD, with dysthymia and major depression being most common. Behavioral disorders are frequent and include oppositional defiant disorder, particularly when comorbid with ADHD, and complex tics presenting as self-injurious behaviors (eg, lip-licking to the point of severe circumoral excoriation or head-jerking resulting in strained muscles or retinal detachment). Various parasomnias and neuromaturational delays, such as bedwetting, are noted. Anger dysregulation or "rage attacks" represents a poorly understood entity that is reported in about 25% of clinically referred youth who have TD. The attacks are characterized by unpredictable, extreme outbursts of physical or verbal violence that are evoked by little or no apparent provocation, after which the child often feels great remorse. These outbursts are not expressions of mood disturbance, but a result of disordered impulse control or anxiety disorders.

Impairments in executive function often accompany developmental disorders. Executive functions are a subset of cognitive functions that include planning and organization, forming analogies, performing several simultaneous tasks, active working memory, sensitivity to social cues, and the ability to generalize information. The behaviors in TD that reflect executive dysfunction may be especially vexing to others and can take a particularly heavy toll on the child's self-esteem.

## EMOTIONAL AND BEHAVIORAL IMPACT

The psychodynamic consequences of TD vary widely. As a group, affected children tend to be more withdrawn and less popular than their peers. Interference from any of the comorbid conditions additionally threatens positive social adaptation. Feelings of guilt, shame, and embarrassment may be present and are compounded when the child suffers ridicule from classmates or siblings and impatience or admonitions from uninformed parents or teachers. Even informed parents may react with quick-tempered responses to annoying noises or activity level or feel guilty for periodic desires not to spend time with the child. Blends of isolation, school failure, depression, social anxiety, aggressive behaviors, and family dysfunction may ensue.

## RATING SCALES

Clinical rating scales have been designed to assist in characterizing qualitative and quantitative tic features, such as severity, frequency, complexity, and impairment. Most scales are based on some combina-

TABLE 4. Comorbid Conditions of Tourette Disorder

| FREQUENT COMORBID CONDITIONS | PREVALENCE |
|---|---|
| Attention Deficit Disorder ± Hyperactivity | ~50% to 70% |
| Obsessive-Compulsive Disorder | ~30% |
| Anxiety Disorders/Phobias | ~30% |
| Learning Disabilities/Learning Difficulties | ~20% to 40% |

**OTHER COMORBID CONDITIONS (LIMITED DATA AVAILABLE ON PREVALENCE)**

- Mood Disorders
- Bipolar Disorders
- Oppositional Defiant Disorder
- Self-injurious Behaviors
- Bedwetting
- Conduct Disorder
- Sleep Disorders
- Speech and Language Disorders
- Executive Function Difficulties
- Personality Disorders
- Rage Attacks

22013300123    121

tion of patient observation and historic information. Scales showing consistent inter-rater reliability include the Yale Global Tic Severity Scale[5] and the Hopkins Motor and Vocal Tic Scale.[6] They are designed for use by clinicians familiar with tics and tic disorders and rely on both subjective information and objective observations. They are useful for diagnostic assessment and help to assess the severity of functional impairments and to monitor the efficacy of management over time.

## LABORATORY ASSESSMENT

Laboratory testing rarely is indicated, but occasionally can be useful to rule out other diagnoses. For example, Sydenham chorea might be suspected if there is a recent history of pharyngitis (the preceding 2 weeks to 6 months) associated with the onset of chorea (quick uncoordinated motions) and athetosis (writhing movements). A throat culture and titers for streptococcal-related antibodies (antistreptolysin O and antiDNase B) may help to clarify the diagnosis. Drug-induced movements, such as tremor or dystonia (slow, sustained contortions), usually can be ruled out with serum or urine drug screening. A family history for hepatic and neurologic disease coupled with observed dystonia, tremor, or coarse flapping in a child may raise suspicion for Wilson disease; a serum ceruloplasmin level usually can rule out this diagnosis.

It remains imperative to recognize that tics exhibit specific features, as previously described, and these features are uncommon in nontic movement disorders. Accordingly, a careful history and examination may be sufficient to rule out these considerations.

The threshold for obtaining selective laboratory testing may be lowered under special circumstances, such as head imaging for a history of precipitous tic onset following head injury. Because abnormal findings on electroencephalographic studies of people who have TD are nonspecific, this study should not be performed without a suspected history of seizure or postictal state.

## DIAGNOSIS

TD is diagnosed from findings from the clinical presentation; at present there is no genetic or biochemical marker that can confirm the diagnosis. Several factors may obfuscate the detection of the necessary diagnostic criteria. Approximately 20% of affected people do not recognize that they have tics, owing perhaps to ignorance of the phenomenon or to having grown accustomed to their tics. The clinician and other observers, such as family members,

*Reading and language difficulties tend to be common, and there is a greater incidence of LD among those who also have comorbid ADHD.*

friends, and teachers, are also prone to this oversight. In addition, clinicians may be misdirected by false preconceptions of what constitutes TD (eg, shouting obscenities or easily and consistently observable tics). Further challenging the identification of TD are the inherent waxing and waning nature of tics; the bimodal peak distribution of tic incidence at ages 6 to 7 years and at 11 to 13 years; the incorporation of tics into seemingly purposeful movements, such as deliberately brushing one's hair from the face at the moment of a head-jerk tic; and the suppressibility of tics.

Primary care practitioners must become familiar with the range of tic expressions, from the more subtle tics of eye blinking and sniffing to the more obvious or interfering ones, and mindfully include TD in the differential diagnosis. It is helpful to obtain reports from several observers who are in regular contact with the child, such as parents, siblings, and teachers or other care providers, as well as to ask the child directly about the tics. Because children often suppress tics when they are aware of being observed, it may be helpful to observe the child in the waiting room surreptitiously from an office receptionist's area or to review videotaped events provided by the family. When the child is aware of the presence of suspected tics, positive responses about suppressibility ("Are you able to prevent making the movement/noise for a moment? For how long?") and premonitory urges ("Do you feel anything uncomfortable/any tension in your [name anatomical site] before you make the movement/noise? Do you feel relieved after you have made the movement/noise?") highly suggest tics.

Although the diagnosis of TD must be confirmed with standard objective criteria, it is equally necessary to expect and specifically screen for comorbid conditions because they usually present the most trouble and interference with academic and psychosocial functioning. Because clinical rating scales designed for assessment of tics do not typically address features of comorbidity, such conditions must be screened for and, if necessary, evaluated further. The clinician also must be mindful of the potential comorbid diagnosis of TD among children who present with other developmental and behavioral complaints.

A global profile of the child will guide the approach to diagnosis and management. A careful assessment of tics and comorbid features; medical and developmental history; family history, including tics and other developmental and behavioral disorders; psychosocial adaptation; environmental supports and stressors; and school function all contribute to understanding the child's status. A complete physical and neurologic examination should assess the presence of soft "overflow" neuromaturation signs, such as unintentional associated movements in contralateral muscle groups during execution of purposeful isolated or sustained motor tasks. These nonspecific signs are seen frequently in disorders of development and help to establish a neurologic baseline because future use of medications may distort the neurologic picture.

A wide variety of psychometric scales, such as the Conners Rating Scales of Behavior, the Children's Yale-Brown Obsessive Compulsive Scale, the Beck Depression Inven-

2201330012 7   122

**TABLE 5. Methods for Managing and Coping With Tourette Disorder**

Education of the child, family, teacher, and peers
- Explain the neurologic basis of TD and comorbid conditions
- Provide reassurance and support
- Reinforce child-advocacy and teach the child self-advocacy
- Recruit teacher as role model in interactions and regard for the child
- Emphasize the child's strengths
- Look at the whole child instead of the disorder

Identification of areas that are most troubling or functionally impairing
- Comorbid conditions (eg, ADHD, learning disabilities, obsessive-compulsive features, anxiety disorders)
- Tics
- Psychosocial adaptation (eg, self-esteem, interpersonal relationships, social skills)
- School function

Counseling and Supporting Services
- Supportive individual or family counseling
- Cognitive and behavioral therapy
- Social skills training
- Support and education through the Tourette Syndrome Association or other topical groups
- Youth support groups
- Parenting skills training/discipline and behavior management
- Assisting child in developing behavioral strategies for tic control

School Interventions and Educational Accommodations
- Psychoeducational testing if learning disabilities are suspected
- Individualized Education Plans
- Tic breaks
- Classroom modifications
- Organizational coaching
- Untimed tests
- Tests in private rooms
- Emphasizing the child's strengths
- Communication books

Targeted Medication
- ADHD (inattention, impulsive behavior, poor concentration, distractibility)
- Obsessive-compulsive disorder
- Mood disorders
- Anxiety disorders
- Tics

Behavioral Approaches for Tic Control
- Habit reversal

tory, and the Beery Developmental Test of Visual-Motor Integration, can be used to qualify and quantify comorbid features. A number of standardized comprehensive screening tests of development are available to the trained specialist.

## Management

Appropriate management of TD addresses those areas that are most troubling or functionally impairing (Table 5). Promoting and maintaining positive self-esteem is the keystone of any chosen strategy. Referral may be indicated for further evaluation and management and can include specialists in child psychiatry or neurology, developmental-behavioral pediatrics, occupational therapy, psychology, or social work. Extended time may be required to complete a full diagnostic functional assessment and to establish a trusting alliance with the child and family. Tics and comorbid conditions must be monitored over time because their range in inclusion, interference, and tolerance is susceptible to change.

## EDUCATION

Foremost in all management plans of TD is educating the child and family about the disorder. Shame and isolation are frequent consequences of misunderstood tics and accompanying difficulties. These behaviors may be seen as deliberate, and a mindful and sensitive explanation can help to exonerate the child. Explanation and reassurance alone often are sufficient, particularly in the context of good peer relations, self-regard, scholastic performance, a supportive family, and adaptive or compensatory strategies to cope with the unique set of challenges faced.

The teacher is a role model for the students and should demonstrate acceptance and positive regard in his or her interactions with the child. The parent or physician may discuss the nature of the difficulties with the teachers to assuage anxieties and to assist in any appropriate management if necessary. In all interactions, it is important to look at the whole child, strengths and weaknesses, rather than the disorder. Teach the avoidance of using labels that may form biases (eg, "the Tourette kid" or "the troublemaker"). Emphasize strengths in the child, and use these to develop self-esteem and social integration. Additionally, the child and teacher can work together to educate classmates about the disorder, which can help to demystify behaviors and reduce any associated stigmata and foster an identity of inclusion and normalcy.

## PSYCHOTHERAPEUTIC COUNSELING AND SUPPORT

Other measures should be taken to nurture self-esteem and self-correction. Individual counseling, cognitive and behavioral therapies, and group therapy should be considered. Areas of strength should be emphasized, such as talents and skills, interests, any family or peer

22013300123  123

supports, and psychological resilience. Social skills training can help to develop and reinforce more effective methods of confident and prosocial communication. Parents or other guardians may benefit from parent behavior management and discipline training, recognizing that the underlying purpose of discipline is to instill a sense of self-control and responsibility for one's behavior. Allowances must be made for the child's uncontrollable behaviors that result from processes of the disorder, but some behaviors, such as spitting at others or obscene gestures, have negative social connotations and require special guidance. Methods to help the child manage these behaviors include nonjudgmental acceptance of the child regardless of the nature of the behaviors and working with the child to adapt or substitute alternative, more appropriate behaviors that satisfy premonitory urges, such as spitting into a handkerchief instead of spitting openly. Parenting skills books, workshops, and trained specialists are widely available and emphasize practical methods in positive reinforcement of desirable behaviors through giving praise or rewards, modeling appropriate behaviors, and administering "time-outs" from rewards or attention for inappropriate or uncontrolled behaviors. Parents also may benefit from group support and education or other topical groups and from individual supportive counseling to cope with accompanying stress. Information is available through school counselors, psychologists, and representatives of local chapters of the Tourette Syndrome Association, Inc,[7] or related topical organizations (see Suggested Reading and Resources).

### EDUCATIONAL MODIFICATIONS

Multidisciplinary team evaluations that include psychoeducational testing may be indicated to assess achievement as well as cognitive and other abilities. This information can be used to determine whether educational modifications are required. When indicated, these evaluations are provided through the public school system, as stipulated both by the Individuals with Disabilities Education Act and by Section 504 of the Rehabilitation Act of 1973. These laws entitle any child who has a proven disability to a "free appropriate public education in the least restrictive environment." From such evaluations, an individualized education plan can be designed to meet the educational, social, and medical needs of the child and to target difficulties related to attention, hyperactivity, LDs, tics, social isolation, and other areas.

Provisions that might benefit children who have TD can include classroom modifications (eg, preferential seating to reduce distractions), organizational coaching, modified assignments, untimed tests, taking tests in a private room to avoid distracting other students and to permit the child to have tics and focus on the test material, tutoring, and placement in special education resource rooms. "Tic breaks" outside the classroom may be helpful, and a designated refuge can be made available to the child for times when symptoms become intensified. Parents and teachers can communicate regularly, either directly or through "communication books," to discuss progress, difficulties, strategies, or other interests. When necessary, child advocates can help parents who are unfamiliar with their legal rights or who are uncomfortable approaching school administrative personnel. Advocates can be procured without cost through local chapters of the Tourette Syndrome Association[7] or by contacting a federally mandated state protection and advocacy office. The local Bar Association may keep a database of private lawyers who specialize in the rights of children who have disabilities.

> ... psychostimulants are usually the first-line medication treatment for comorbid ADHD and should follow the customary dosing guidelines.

### PHARMACOTHERAPY FOR COMORBID CONDITIONS

The use of medication can be a helpful adjunct to a carefully designed management program. The choice of agent(s) should address the most disruptive or disturbing features. These features are most likely to be disturbances related to ADHD, anxiety, obsessions and compulsions, depression, and behavioral disturbances. If these disturbances are addressed effectively, tics are much less likely to require medication. The physician must keep in mind that tics wax and wane and often are at their worst when first brought to the clinician's attention. Monitoring tics over time may reveal a level of tolerance not recognized at the time of the initial encounter. Finally, all medications have side effects that may be more disturbing than the signs and symptoms for which they are prescribed. Primary care practitioners may wish to refer the child who has TD to another health professional who is familiar with medication management and treatment of this disorder.

Management of ADHD may include psychostimulant medications (Table 6). Although there is some controversy about the tendency of methylphenidate, dextroamphetamine, and other drugs in this class to uncover or intensify tics, it is understood that any potential worsening of tics tends to be minor or transient and reversible with discontinuation of the medication. Because tics wax and wane over time, any observed increase in tic frequency or severity with use of psychostimulants should not necessarily be attributed to use of the medication; monitoring may be all that is required. Therefore, psychostimulants are usually the first-line medication treatment for comorbid ADHD and should follow the customary dosing guidelines. However, in the presence of such complicating factors as high risk for abuse or severe complex tics, alternative agents may be tried. Side effects and tic exacerbation should be monitored. Common side effects include diminished appetite, headache, insomnia, and stomachache.

Less uniformly effective, alterna-

22013300129 124

TABLE 6. Psychostimulants Used for Treating Comorbid ADHD*

| MEDICATION | DOSE SCHEDULE | DOSE RANGE | ONSET/PEAK EFFECT/ DURATION | POTENTIAL SIDE EFFECTS/CAUTIONS |
|---|---|---|---|---|
| Methylphenidate 5-, 10-, 20-mg tablets | Initial: 2.5 to 5 mg or 0.3 mg/kg per dose<br>Increase: 2.5 to 5 mg weekly<br>Frequency: 2 to 3 doses per day | 2.5 to 60 mg/d<br>0.3 to 1.0 mg/kg per dose | Onset: 30 to 60 min<br>Peak effect: 1 to 2 h<br>Duration: 2 to 5 h | Nervousness, insomnia, anorexia, headache, nausea, abdominal pain, weight loss, weepiness<br>Monitor height, weight, blood pressure, pulse, tics |
| Methylphenidate 10-, 20-mg extended release tablets | Initial: 10 to 20 mg<br>Increase: 10 to 20 mg<br>Frequency: 1 to 2 doses per day | 10 to 60 mg/d | Onset: 1 to 2 h<br>Peak effect: 1 to 3 h<br>Duration: 3 to 8 h | Same as methylphenidate for side effects and monitoring<br>Do not chew or cut in half |
| Dextroamphetamine 5-, 10-mg tablets | Initial: 2.5 to 5 mg or 0.15 mg/kg per dose<br>Increase: 2.5 to 5 mg weekly<br>Frequency: 2 to 3 doses per day | 2.5 to 40 mg/d<br>0.15 to 0.4 mg/kg per dose | Onset: 30 to 60 min<br>Peak effect: 1 to 2 h<br>Duration: 4 to 6 h | Same as methylphenidate for side effects and monitoring |
| Dextroamphetamine 5-, 10-, 15-mg capsules | Initial: 5 mg<br>Increase: 5 mg weekly<br>Frequency: 1 to 2 doses per day | 5 to 40 mg/d | Onset: 60 to 90 min<br>Peak effect: 1 to 3 h<br>Duration: 6 to 10 h | Same as methylphenidate for side effects and monitoring |
| Amphetamine compounds 5-, 10-, 20-, 30-mg tablets (limited data) | Initial: 2.5 mg to 5 mg<br>Increase: 2.5 to 5 mg weekly<br>Frequency: 1 to 2 doses per day | 2.5 to 40 mg/d | Onset: 30 min (?)<br>Peak effect: 1 to 3 h (?)<br>Duration: 5 to 7 h (?) | Same as methylphenidate for side effects and monitoring |

*All agents approved by the United States Food and Drug Administration (FDA) for use in children who have ADHD.

tive agents include the alpha-2-adrenergic agonists clonidine and guanfacine (Table 7). Their mechanism of action is not well-understood. Clonidine can be provided in either oral preparation two to four times daily or by transdermal patch as infrequently as once weekly. Sedation is a very frequent side effect. Guanfacine can be given in fewer daily doses than oral clonidine (two to three times daily) because of its longer duration of action, and it causes less sedation and reduction in blood pressure. Use of either agent requires cardiovascular monitoring for hypotension and bradycardia, and use of both should be weaned because of the risk for rebound hypertension and rebound hyperadrenergic phenomena, including tremors, palpitations, or vomiting.

Management with other alternative agents available for comorbid ADHD requires referral to a pediatric psychopharmacology specialist experienced in treating patients who have TD. These agents include the tricyclic antidepressants desipramine and imipramine, which demonstrate some efficacy in reducing symptoms of ADHD. If these agents are selected, baseline and periodic monitoring of cardiovascular function with electrocardiography and blood pressure measurement is necessary. The tricyclic antidepressants and the alpha-2-adrenergic agonists may attenuate tic symptoms, lending an additional advantage with use of either agent. Finally, buproprion is a unique antidepressant that may be offered as an alternative.

## PHARMACOTHERAPY FOR TICS

If comorbid depression, anxiety, impulsive behavior, obsessive-compulsive symptoms, and serious behavioral symptoms are addressed effectively and a management plan that incorporates education, psychotherapeutic support, and educational modifications is undertaken, most children who have TD will not require medication to control tics. If pharmacotherapy to attenuate tics is considered, awareness of potential side effects is paramount. More fre-

22013300130    125

TABLE 7. Alpha-2 Adrenergic Agonists Used in Treating Tics Alone and Tics With Comorbid ADHD*

| MEDICATION | DOSE SCHEDULE | DOSE RANGE | ONSET/ DURATION | POTENTIAL SIDE EFFECTS/CAUTIONS |
|---|---|---|---|---|
| Clonidine (oral) 0.1-, 0.2-, 0.3-mg tablets | Initial: 0.025 mg to 0.05 mg per dose at bedtime Increase: 0.025 to 0.05 mg every 3 to 4 days Frequency: 2 to 4 doses per day | 0.05 to 0.3 mg/d 3 to 5 mcg/kg per day | Duration: 3 to 6 h | Sedation, low blood pressure, headache, stomachache Monitor blood pressure, pulse, electrocardiography Avoid use if pre-existing cardiovscular disease To wean, taper slowly, reducing 0.05 mg every 3 days to avoid rebound hypertension |
| Clonidine (transdermal) 0.1, 0.2, 0.3 mg (amount released per day) | Initial: Stabilize on oral dose, then switch to comparable transdermal dose: 3.5 cm$^2$ = 0.1 mg/d 7.0 cm$^2$ = 0.2 mg/d 10.5 cm$^2$ = 0.3 mg/d (May cut and seal patch to achieve lower dose) Frequency: one patch/5 to 7 days | Same as for oral | Duration: 5 to 7 d | Same as oral for side effects and monitoring, but reduced in degree. Also, skin rash at patch site frequent (may be prevented by rotating skin site or applying 1% hydrocortisone cream to site). Place on hairless site, usually on back. Toxicity potential if patch consumed orally. |
| Guanfacine 1- and 2-mg tablets (limited data) | Initial: 0.25 to 0.5 mg per dose at bedtime Increase: 0.25 to 0.5 mg every 3 to 4 days Frequency: 2 to 3 doses per day | 0.75 to 4 mg/d | Duration: 6 to 8 h (?) | Sedation and low blood pressure (both less than with clonidine), fatigue, headache Monitor blood pressure, pulse, electrocardiography To wean, taper slowly, reducing 0.5 mg every 3 days to avoid rebound hypertension |

*Agents not approved by the FDA for use in children.

quent side effects of these medications include cognitive blunting, memory problems, significant changes in appetite, and sedation, which often result in noncompliance and discontinuation. The waxing and waning nature of tics necessitates regular communication between the clinician and patient to guide treatment. Appropriate medications frequently diminish tic severity and frequency, but complete remission is rare. Medication trials should begin using only a single agent. Although dopamine systems play important roles in the functional basis of TD, the range of suspected additional neurotransmitters, including other monoamines, is growing and presents alternative targets for medication.

The alpha-2-adrenergic receptor agonists show variable efficacy in reducing tics and other comorbid features among people who have TD. Symptoms of ADHD are addressed with clonidine or guanfacine and executive dysfunction with guanfacine. It should be emphasized that the onset of the tic-reducing effects with this medication class often does not occur until at least 6 weeks after initiation of therapy, which is a significant delay compared with the nearly immediate therapeutic effect of the neuroleptic agents. Therefore, a sustained trial of up to 3 months is warranted when using an alpha-2-adrenergic receptor agonist.

Both "typical" and the newer "atypical" neuroleptic agents are useful for tic control (Table 8). The clinician should begin with a low-dose "atypical" neuroleptic trial. If effective, the dose is maintained for

2201330013
126

TABLE 8. Neuroleptic Agents Used in Treating Tics Alone

| MEDICATION | DOSE SCHEDULE | DOSE RANGE | POTENTIAL SIDE EFFECTS/CAUTIONS |
|---|---|---|---|
| Risperidone 1-, 2-, 3-, 4-mg tablets (limited data) | Initial: 0.5 mg/d at bedtime<br>Increase: 0.5 mg every 4 to 7 days<br>Frequency: twice daily | 0.5 to 4 mg/day (?) | Weight gain, sedation, muscle cramps |
| *Haloperidol 0.5-, 1-, 2-, 5-, 10- and 20-mg tablets | Initial: 0.25 to 0.5 mg/d at bedtime<br>Increase: 0.25 to 0.5 mg every 4 to 7 days by adding morning dose<br>Frequency: 2 to 3 doses per day | 0.75 to 2.0 mg/d (0.05 to 0.075 mg/kg per day) | Frequent extrapyramidal side effects (akathisia, dyskinesia, dystonia) and cognitive dulling, sedation, dysphoria<br>Very infrequent: Tardive dyskinesia |
| *Pimozide 2-mg tablets | Initial: 0.5 to 1.0 mg/d (½ tablet every other day or ¼ tablet daily) at bedtime<br>Increase: 0.5 to 1.0 mg every 4 to 7 days<br>Frequency: 2 to 3 doses per day | 2 to 4 mg/d | Extrapyramidal side effects, sedation<br>Very infrequent: Tardive dyskinesia<br>Electrocardiography at baseline, at dose adjustments, and annually during maintenance due to potential prolongation of QT interval<br>Do not prescribe drugs that inhibit cytochrome P450 3A4 isoenzyme (eg, erythromycin) |
| Fluphenazine 1-, 2.5-, 5-, 10-mg tablets, 5 mg/mL oral liquid concentrate, 2.5 mg/5 mL elixir (limited data) | Initial: 0.5 to 1.0 mg/d<br>Increase: 0.5 to 1.0 mg every 4 to 7 days<br>Frequency: 2 to 3 doses per day | 2 to 4 mg/d | Extrapyramidal side effects, sedation<br>Very infrequent: Tardive dyskinesia |

*Approved by the FDA for use in children who have TD.*

an indeterminate length of time, then tapered and discontinued as tolerated, monitoring for tic exacerbation. If ineffective, the dose either is increased, with re-examination for comorbid interference, or a different agent is tried.

The newer "atypical" agents include risperidone, which is not approved by the United States Food and Drug Administration as an indication for TD. These agents generally target combinations of dopaminergic, adrenergic, and serotonergic sites; usually are better tolerated than the "typical" agents; and may prove as effective. Side effects may include significant weight gain, sedation, and constipation, but the potential for extrapyramidal side effects and tardive dyskinesia is lower. Preliminary studies of other atypical agents in children and adolescents, including olanzapine and ziprasidone, are very encouraging, but data are very limited.

"Typical" neuroleptic agents used most commonly include haloperidol, pimozide, and fluphenazine, which target D2 dopamine receptors and have variable impact at other receptor sites. Side effects are frequent. Extrapyramidal side effects may include acute dystonic reactions, oculogyric crisis, and motor restlessness (akathisia), but their incidence may be reduced with anticholinergic agents such as benztropine or with agents believed to have prodopaminergic or anticholinergic properties, such as amantadine. Also, although rare among children, tardive dyskinesia, a potentially irreversible condition consisting of involuntary dyskinetic movements, is more likely to result from the use of typical neuroleptic agents than atypical ones.

EXPERIMENTAL MANAGEMENT APPROACHES

Several controversial approaches to reduce tics are being investigated. In experimental studies, nicotine, antinicotinic agents, some benzodiazepines, androgen receptor antagonists, cannabinoids, dopamine agonists, presynaptic dopamine-depleting drugs such as tetrabenazine (not commercially available in the United States), opioid antagonists, and under specific circumstances, intravenous immune globulin and intramuscular botulinum toxin have had mixed success in reducing tics.

22013300132

127

One form of structured behavior therapy, "habit reversal," appears to show moderate-to-significant efficacy, particularly among older, more cognitively developed children who have milder tic symptoms.[8] Habit reversal uses a competing deliberate movement to diminish the outward expression of a tic. For example, a head-shaking tic might be neutralized by simultaneous isometric contraction of the neck muscles.

Limited reports have described tics responsive to hypnosis and acupuncture. Use of neurosurgical approaches, generally targeted to production of lesions within the thalamus or its projections to cortical regions, is limited to incapacitating, recalcitrant, and injurious tics.[9]

## Prognosis

Tics usually last a lifetime, following a characteristic waxing and waning course. However, by adulthood, at least one third of children who have TD outgrow tics, and they are less severe in another third. The prognoses for comorbid conditions are highly variable. Swift diagnoses help to reduce the risks of blame, guilt, and poor self-esteem and their subsequent behavioral and emotional impact. The best outcomes depend on appropriate and continued multimodal management that consists of reassurance, anticipatory guidance, reinforced education, psychosocial support, advocacy, treatment directed toward the features that are most disturbing or functionally disruptive, judicious medication use, and a trusting alliance with the managing physician.

## Acknowledgments

Dr Zinner would like to thank Drs Barbara Coffey, John Knight, Tim Fete, Monica Ultmann, Sarah Legett, and two anonymous reviewers for their support and assistance.

## REFERENCES

1. Hyde TM, Aaronson BA, Randolph C, Rickler KC, Weinberger DR. Relationship of birth weight to the phenotypic expression of Gilles de la Tourette's syndrome in monozygotic twins. *Neurology.* 1992;42:652–658
2. Leckman JF, Dolnansky ES, Hardin MT, et al. Perinatal factors in the expression of Tourette's syndrome: an exploratory study. *J Am Acad Child Adolesc Psychiatry.* 1990;29:220–226
3. Santangelo SL, Pauls DL, Goldstein JM, Faraone SV, Tsuang MT, Leckman JF. Tourette's syndrome: what are the influences of gender and comorbid obsessive-compulsive disorder? *J Am Acad Child Adolesc Psychiatry.* 1994;33:795–804
4. Peterson BS, Zhang H, Anderson GM, Leckman JF. A double-blind, placebo-controlled, crossover trial of an antiandrogen in the treatment of Tourette's syndrome. *J Clin Psychopharmacol.* 1998;18:324–331
5. Leckman JF, Riddle MA, Hardin MT, et al. The Yale Global Tic Severity Scale: initial testing of a clinician-rated scale of tic severity. *J Am Acad Child Adolesc Psychiatry.* 1989;28:566–573
6. Walkup JT, Rosenberg LA, Brown J, Singer HS. The validity of instruments measuring tic severity in Tourette's syndrome. *J Am Acad Child Adolesc Psychiatry.* 1992;31:472–477
7. Tourette Syndrome Association, 42–40 Bell Boulevard, Bayside, New York 11361–2874. Phone: (718) 224–2999, Fax: (718) 279–9596. Website: http://tsa.mgh.harvard.edu
8. Woods DW, Miltenberger RG, Lumley VA. Sequential application of major habit-reversal components to treat tics in children. *J Appl Behav Anal.* 1996;29:483–493
9. Rauch SL, Baer L, Cosgrove GR, Jenike MA. Neurosurgical treatment of Tourette's syndrome: a critical review. *Compr Psychiatry.* 1995;36:141–156

## SUGGESTED READING

American Academy of Pediatrics. *The Classification of Child and Adolescent Mental Diagnoses in Primary Care-Diagnostic and Statistical Manual for Primary Care (DSM-PC): Child and Adolescent Version.* Elk Grove Village, Ill: American Academy of Pediatrics; 1996

American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV).* Washington, DC: American Psychiatric Association; 1994

Bruun RD, Cohen DJ, Leckman JF. *Guide to the Diagnosis and Treatment of Tourette Syndrome.* Bayside, NY: Tourette Syndrome Association, Inc; 1995

Carter AS, O'Donnell DA, Schultz RT, Scahill L, Leckman JF, Pauls DL. Social and emotional adjustment in children affected with Gilles de la Tourette's sydrome: associations with ADHD and family functioning. *J Child Psychol Psychiatry.* 2000;41:215–223

Coffey BJ, Park KS. Behavioral and emotional aspects of Tourette syndrome. *Neurol Clin.* 1997;15:267–275

Garvey MA, Giedd J, Swedo SE. PANDAS. The search for environmental triggers of pediatric neuropsychiatric disorders. Lessons from rheumatic fever. *J Child Neurol.* 1998;13:413–423

Hanna PA, Janjua FN, Contant CF, Jankovic J. Bilineal transmission in Tourette syndrome. *Neurology.* 1999;53:813–818

Harris EL, Schuerholz LJ, Singer HS, et al. Executive function in children with Tourette syndrome and/or attention deficit hyperactivity disorder. *J Int Neuropsychol Soc.* 1995;1:511–516

Law SF, Schachar RJ. Do typical clinical doses of methylphenidate cause tics in children treated for attention-deficit hyperactivity disorder? *J Am Acad Child Adolesc Psychiatry.* 1999;38:944–951

Leckman JF, Cohen DJ. *Tourette's Syndrome—Tics, Obsessions, Compulsions: Developmental Psychopathology and Clinical Care.* New York, NY: John Wiley & Sons, Inc; 1999

Scahill L, Chappell PB, King RA, Leckman JF. Pharmacologic treatment of tic disorders. *Child Adolesc Psychiatr Clin North Am.* 2000;9:99–117

Sheppard DM, Bradshaw JL, Purcell R, Pantelis C. Tourette's and comorbid syndromes: obsessive compulsive and attention deficit hyperactivity disorder. A common etiology? *Clin Psychol Rev.* 1999;19:5:531–552

## LITERATURE FOR PARENTS AND EDUCATORS

Bronheim S. *An Educator's Guide to Tourette Syndrome.* Available from: Tourette Syndrome Association, Inc., 42–40 Bell Blvd., Bayside, NY 11361–2874. (718) 224–2999. http://tsa.mgh.harvard.edu

Clark L. *SOS! Help for Parents—A Practical Guide for Handling Common Everyday Behavior Problems.* 2nd ed. 1996. Available from: Parents Press, PO Box 2180, Bowling Green, KY 42102–2180. (800) 576–1582. http://www.sosprograms.com Available as a book and as a videocassette kit. Book editions available in English, Spanish, Korean, Hungarian, Arabic, Chinese, Icelandic, and Turkish

Collins R. *Discipline and the Child with TS: A Guide for Parents and Teachers of Children With Tourette Syndrome.* Available from: Tourette Syndrome Association, Inc., 42–40 Bell Blvd., Bayside, NY 11361–2874. (718) 224–2999. http://tsa.mgh.harvard.edu

Gordon T. *P.E.T.—Parent Effectiveness Training.* New York, NY: Penguin Putnam; 1975

Haerle T. *Children with Tourette Syndrome—A Parent's Guide.* Rockville, Md: Woodbine House; 1992

Shimberg EF. *Coping With Tourette Syndrome—A Parent's Viewpoint.* Available from: Tourette Syndrome Association, Inc., 42–40 Bell Blvd., Bayside, NY 11361–2874. (718) 224–2999. http://tsa.mgh.harvard.edu

## VIDEOTAPE TRAINING PROGRAMS

Lavoie R. *Understanding Learning Disabilities: How Difficult Can This Be? The F.A.T. City Workshop* 1989. Available from: Public Broadcasting Service, 1320 Braddock Place, Alexandria, VA

2201330013128

22314-1698. (800) 424-7963. http://www.pbs.org

The following programs are available through the national office of the Tourette Syndrome Association, Inc., 42-40 Bell Blvd., Bayside, NY 11361-2874. (718) 224-2999. http://tsa.mgh.harvard.edu

- A Regular Kid, That's Me
- Talking about Tourette Syndrome
- Tourette Syndrome: Guide to Diagnosis
- Tourette Syndrome: The Parent's Perspective—Diplomacy in Action

**PARENT ORGANIZATIONS**

Children, and Adults with Attention Deficit Disorders (C.H.A.D.D.), National Office: 499 NW 70th Ave., Plantation, FL 33317. (800) 233-4050. http://www.chadd.org/

Learning Disabilities Association of America. National Office: 4156 Library Rd., Pittsburgh, PA 15234. (888) 300-6710. http://ldanatl.org/

Tourette Syndrome Association, Inc. National Office: 42-40 Bell Blvd, Bayside, NY 11361-2874. (718) 224-2999. http://tsa.mgh.harvard.edu

---

**PIR QUIZ**

*Quiz also available online at www.pedsinreview.org.*

9. Which of the following *best* explains the underlying central nervous system abnormality in Tourette disorder?
   A. Abnormalities of cortical and subcortical interconnecting neurons.
   B. Defective myelination of cerebellar white matter.
   C. Hypoxic-ischemic injury to the germinal matrix.
   D. Paroxysmal excitation of motor cortex.
   E. Progressive degeneration of basal ganglia.

10. Which of the following is the *most* likely associated comorbid condition in Tourette disorder?
    A. Attention deficit/hyperactivity disorder.
    B. Autism.
    C. Mental retardation.
    D. Psychomotor epilepsy.
    E. Schizophrenia.

11. Which of the following is the *most* important in diagnosing Tourette disorder?
    A. Electroencephalography.
    B. History and physical examination.
    C. Laboratory evidence of recent group A streptococcal infection.
    D. Magnetic resonance imaging.
    E. Positron emission tomography.

12. A *true* statement about management of Tourette disorder is that:
    A. Affected children should be allowed to act out their impulses without restrictions.
    B. Alpha-2-adrenergic receptor agonist treatment requires up to 3 months to determine efficacy.
    C. Increase in frequency of tics after institution of pharmacotherapy is indicative of a drug side effect.
    D. Most affected children require pharmacotherapy.
    E. Using competing deliberate movement (habit reversal) to diminish a tic results in development of a new tic.

2201330013 129