IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>              Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>              Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S DEFENDANT HOME DEPOT USA, INC.'S SECOND (2ND) MOTION IN LIMINE (RESTRAINING PLAINTIFF JON MUSE FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE OPINIONS OF SAMUEL H. ZINNER, M.D.) ; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS 'A'-'C'," dated September 20, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Stanley E. Levin, Esq.    slevin@davislevin.com        September 20, 2006

Bruce Sherman, Esq.    Failey52@hawaii.rr.com    September 20, 2006

Attorneys for Plaintiff JON MUSE

DATED:  Honolulu, Hawaii, September 20, 2006.

                                      TORKILDSON, KATZ, FONSECA,
                                      MOORE & HETHERINGTON,
                                      Attorneys at Law, A Law Corporation

                                      /s/ Jeffrey S. Harris
                                      JEFFREY S. HARRIS
                                      HEATHER M. RICKENBRODE
                                      Attorneys for Defendant
                                      HOME DEPOT USA, INC.