IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | **ORDER GRANTING EX PARTE** |
| vs. | **MOTION TO WITHDRAW** |
| | **ORIGINAL EXHIBIT "10" AND** |
| HOME DEPOT USA, INC., | **PLACE EXHIBIT "10" UNDER** |
| | **SEAL** |
| Defendant. | |

**ORDER GRANTING EX PARTE MOTION TO
WITHDRAW ORIGINAL EXHIBIT "10"
AND PLACE EXHIBIT "10" UNDER SEAL**

Upon review of the Ex Parte Motion to Withdraw Original Exhibit "10" and Place Exhibit "10" Under Seal filed herein by Plaintiff and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion to Withdraw Original Exhibit "10" and Placed Exhibit "10" Under Seal is granted, and that it is ordered that the clerk file Exhibit "10" under seal.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 22, 2006