# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/22/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 04-00154DAE-BMK

CASE NAME:          Jon Muse v. Home Depot

ATTYS FOR PLA:      Bruce Sherman, Stanley Levin

ATTYS FOR DEFT:     Jeffrey S. Harris

INTERPRETER:

JUDGE:    Barry M. Kurren           REPORTER:    C6F

DATE:     09/22/2006                TIME:        2:38 - 2:49

COURT ACTION: EP: [172] Plaintiffs' Fifth Motion to Compel Discovery and for Sanctions - GRANTED in part and DENIED in part. No sanctions imposed. Harris to prepare order.

Submitted by Richlyn W. Young, courtroom manager