TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS                2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
JOHN S. MACKEY                   7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  DEFENDANT HOME DEPOT USA, INC.'S AMENDED RESPONSES TO PLAINTIFF'S FOURTH REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JULY 19, 2006) |

## CERTIFICATE OF SERVICE

I hereby certify on September 26, 2006, DEFENDANT HOME DEPOT USA, INC.'S AMENDED RESPONSES TO PLAINTIFF'S FOURTH REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JULY 19, 2006, was duly served upon the following individuals as addressed as follows:

    Stanley E. Levin, Esq.    (by Hand Delivery; original + 1 copy)
    851 Fort Street
    400 Davis Levin Livingston Grande Place
    Honolulu, Hawaii 96813

    and

    Bruce F. Sherman, Esq.    (by U.S. first-class mail; 2 copies)
    1164 Bishop Street, Suite 124
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff
    JON MUSE

Dated: Honolulu, Hawaii, September 26, 2006.

    TORKILDSON, KATZ, FONSECA,
    MOORE & HETHERINGTON,
    Attorneys at Law, A Law Corporation

    /s/ Jeffrey S. Harris
    JEFFREY S. HARRIS
    HEATHER M. RICKENBRODE
    JOHN S. MACKEY
    Attorneys for Defendant
    HOME DEPOT USA, INC.