# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00154DAE-BMK

CASE NAME:        Muse v. Home Depot USA, Inc., et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     09/26/2006               TIME:

COURT ACTION:   EO: [66]Motion by Defendant Home Depot USA, Inc. for Summary Judgment.

On 2/28/2006, the Court granted Defendant Home Depot USA Inc.'s Motion to Continue the Hearing on its Motion for Summary Judgment [92]. Due to the indefinite duration of the continuance, the Court deemed Defendant's Motion for Summary Judgment [66] as withdrawn without prejudice. However, as the parties failed to amicably resolve the case, the Court, on August 17, 2006, set a hearing date for the Motion [66] on October 16, 2006, and thereby considered Defendant's Motion as re-filed as of that date.

Submitted by: Theresa Lam, Courtroom Manager