ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN   8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2005

at 3 o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | CIVIL NO.  CV04-00154 DAE/BMK<br><br>NOTICE OF MOTION; DEFENDANT HOME DEPOT USA, INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:　　March 20, 2006<br>Time:　　10:00 a.m.<br>Judge:　　Hon. David A. Ezra<br><br>Trial:　　May 2, 2006 |

#612578

## NOTICE OF MOTION

TO: Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort St., #400
Honolulu, HI 96813

and

Bruce F. Sherman, Esq.
1164 Bishop Street, #124
Honolulu, HI 96813

Attorneys for Plaintiff
JOHN MUSE

PLEASE TAKE NOTICE that the hearing on DEFENDANT HOME DEPOT USA, INC.'S MOTION FOR SUMMARY JUDGMENT will be heard before the Honorable David A. Ezra in his courtroom, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March 20, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Dated: Honolulu, Hawaii, November 29, 2005.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ JSH

JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
Attorneys for Defendant
HOME DEPOT USA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S MOTION FOR SUMMARY JUDGMENT |

### DEFENDANT HOME DEPOT USA, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Home Depot USA, Inc., through its undersigned attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on Plaintiff's First Amended Complaint.

Summary judgment should be granted in Defendant's favor because: (1) Plaintiff's Tourette's Syndrome ("TS") does not substantially limit Plaintiff in a major life activity; (2) Plaintiff could not have been denied modifications he never requested; (3) Plaintiff's allegedly requested modification was unreasonable because it required Home Depot to become a courier for a sexist viewpoint, to incur liability for failure to respond to sexist, vulgar, and harassing comments, and to serve a customer whose statements were so incendiary that the customer posed a danger to himself and others; (4) Plaintiff was not physically disabled under

Hawai'i law, and even if Plaintiff was disabled, he received treatment becoming to a customer making sexist, vulgar, and harassing comments; and (5) enforcement of Title III and Hawai'i law as to Home Depot's refusal to serve a customer making sexist, racist, vulgar, and harassment statements would violate the United States and Hawai'i Constitutions, which protect against compelled ideological speech.

This motion is supported by the accompanying Separate Concise Statement of Facts and the attached memorandum, which are incorporated herein.

DATED: Honolulu, Hawaii, November 29, 2005.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> _____
> JEFFREY S. HARRIS
> JAN MURANAKA BOIVIN
> Attorneys for Defendant
> HOME DEPOT USA INC.