IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF COMPLIANCE |

### CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.5(d) and (e) of the Local Rules for the District of Hawai'i, Defendant Home Depot, Inc. states that this Memorandum in Support of Motion for Summary Judgment is double-spaced, is in Times Roman 14 point font, and contains 7,261 words (according to the Word Count function of Microsoft Word), exclusive of the case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel and certificates of service.

DATED: Honolulu, Hawaii, November 29, 2005.

                                            TORKILDSON, KATZ, FONSECA,
                                            MOORE & HETHERINGTON,
                                            Attorneys at Law, A Law Corporation

                                            _/s/ Jeffrey S. Harris_
                                            JEFFREY S. HARRIS
                                            JAN MURANAKA BOIVIN
                                            Attorneys for Defendant
                                            HOME DEPOT USA, INC.