IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify on this date, a true and accurate copy of "DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS COMPLAINT" was duly served upon the following individual by depositing same in the United States Mail, postage prepaid, addressed as follows:

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort St., #400
    Honolulu, HI 96813

    and

    BRUCE F. SHERMAN, ESQ.
    1164 Bishop Street, #124
    Honolulu, HI 96813

    Attorneys for Plaintiff
    JON MUSE

-2-

Dated: Honolulu, Hawaii, November 29, 2005.

>TORKILDSON, KATZ, FONSECA,
>MOORE & HETHERINGTON,
>Attorneys at Law, A Law Corporation
>
>
>_____
>JEFFREY S. HARRIS
>JAN MURANAKA BOIVIN
>Attorneys for Defendant
>HOME DEPOT USA INC.