IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A |

<u>DECLARATION OF JEFFREY S. HARRIS</u>

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.　I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

2.　Attached hereto as Exhibit A is a true and correct copy of Defendant Home Depot USA, Inc.'s Amended Memorandum In Support of Motion for Summary Judgment, filed September 15, 2006.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 28, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Harris
　　　　　　　　　　　　　　　　　　　　JEFFREY S. HARRIS

631268.V1