IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S 09/18/2006 MOTION FOR PARTIAL SUMMARY JUDGMENT AND REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT," dated September 28, 2006, was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Stanley E. Levin, Esq.     slevin@davislevin.com              September 28, 2006

631268.V1

-2-

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          September 28, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, September 28, 2006.

                                           TORKILDSON, KATZ, FONSECA,
                                           MOORE & HETHERINGTON,
                                           Attorneys at Law, A Law Corporation

                                           /s/ Jeffrey S. Harris
                                           JEFFREY S. HARRIS
                                           HEATHER M. RICKENBRODE
                                           Attorneys for Defendant
                                           HOME DEPOT USA, INC.

631268.V1