IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "1"-"10" |

<u>DECLARATION OF JEFFREY S. HARRIS</u>

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

2. Attached hereto as Exhibit "1" is a true and correct copy of Plaintiff's Response to Defendant's Third Request for Interrogatory Answers.

3. Attached hereto as Exhibit "2" is a true and correct copy of excerpts of the deposition transcript for Jon Muse's deposition, dated October 12, 2005.

4. Attached hereto as Exhibit "3" is a true and correct copy of excerpts of the deposition transcript for Debra Peterson's deposition, dated January 7, 2006.

631269.V2

-2-

5. Attached hereto as Exhibit "4" is a true and correct copy of excerpts of the deposition transcript for Samuel Zinner, M.D.'s deposition, dated August 9, 2006.

6. Attached hereto as Exhibit "5" is a true and correct copy of excerpts of the deposition transcript for William Sheehan, M.D.'s deposition, dated August 3, 2006.

7. Plaintiff did not claim that his working or interacting with others activities were limited until September 18, 2006; he limited his claim to communication in Exhibit "1", from before six of the seven depositions in this case, until weeks after the discovery cutoff.

8. Attached hereto as Exhibit "6" is a true and correct copy of excerpts of the deposition transcript for Michael Donlan's deposition, dated July 21, 2006.

9. Attached hereto as Exhibit "7" is a true and correct copy of Plaintiff's Response to Defendant's First Request for Answers to Interrogatories.

10. In May of 2004, Lunsford Phillips and I agreed that Plaintiff would not enter Home Depot's stores until after the motion to dismiss was decided.

11. Attached hereto as Exhibit "8" is a true and correct copy of the Transcript of Proceedings before the Honorable David Alan Ezra, Chief United States District Judge, dated September 10, 2004.

631269.V2

-3-

12.  Attached hereto as Exhibit "9" is a true and correct copy of excerpts of the deposition transcript for Darlyn Kuhia's deposition, dated July 20, 2006.

13.  Attached hereto as Exhibit "10" is a true and correct copy of the United States Attorney's Response to the Notice of Challenge to Constitutionality of Federal Statute, filed March 23, 2006.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, September 28, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS