Page 1

UNITED STATES DISTRICT COURT

STATE OF HAWAII

JON MUSE,

        Plaintiff,

vs                                    Case No. CV04-00154 DAE/BMK

HOME DEPOT USA, INC.,

        Defendant.

_____

VIDEOTAPE DEPOSITION OF SAMUEL ZINNER, M.D.

Taken on behalf of the Defendant

AUGUST 9, 2006

- - -

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedures, the deposition of Samuel Zinner, M.D. was taken before Syndie Hagardt, a Certified Shorthand Reporter, #2312, on August 9, 2006, commencing at the hour of 9:01 a.m., the proceedings being reported at 1420 Fifth Avenue, Suite 4100, Seattle, Washington.


EXHIBIT 4

1  was a danger to other people?
2       A.  I don't know if I rendered an opinion on that.
3       Q.  Did you reach any opinion on whether or not Home Depot
4  should post a sign to advise its customers of the situation when
5  Mr. Muse was on the property?
6       A.  That was my suggestion, that was in my report.
7       Q.  Let's go to page -- we are on Exhibit-3 -- let's go to
8  page 13 of your report.  Paragraph starting, "I was informed
9  that as a potential accommodation while shopping it was proposed
10 that Mr. Muse be provided with a store chaperone."  Do you see
11 that?
12      A.  I do.
13      Q.  Who informed you of that?
14      A.  I don't remember but it would have to be Mr. Sherman.
15      Q.  Why would it have to be Mr. Sherman?
16      A.  He is the only person I spoke with about the case.
17      Q.  Then there is a sign, for example, "Such a sign might
18 read," and then there's six paragraphs.  Who drafted that sign?
19      A.  There is no sign.  This was my proposal.  I drafted
20 it.
21      Q.  Okay.  Did you consult with anybody concerning the
22 drafting of this sign?
23      A.  I don't think so.  Let me review what I wrote.
24      Q.  Yes, please do.
25      A.  I don't know if I looked at the website for the

1   Tourette's Syndrome Association.  With that exception, this
2   would have been mine.
3       Q.   Okay.  In your report you say, "Given the longevity of
4   tics from Mr. Muse it is very likely that his tics will endure
5   lifelong, however tics wax and wane in severity over time."  Is
6   that an accurate statement?
7       A.   Yeah.
8       Q.   What does the longevity of tics have to do with your
9   conclusion that they will be lifelong?
10      A.   I don't want to talk too much, I know that's not the
11  approach.  So let me make this pithy, which is hard for me to
12  do.  The outcome of Tourette's Syndrome in adults over the
13  course of time has not been well studied, only retrospectively.
14  Tourette's Syndrome was very poorly understood until about 40
15  years ago.  So its continuity over the course of life has been
16  -- there have not been longitudinal, meaning prospective,
17  studies to understand this other than short term.  I think the
18  longest is seven years.
19           That having been said, retrospective information
20  strongly supports that people who have Tourette's Syndrome that
21  endures into adulthood will always have Tourette's Syndrome.
22      Q.   Okay.  In your Tourette's disorder article --
23      A.   Which article?
24      Q.   Tourette's Disorder Pediatrics in Review, Volume 21,
25  No. 11, November 2000, you say -- let's back up a little bit.

1   Court case in Nelson v University of Hawaii?

2       A.   No.

3            MR. SHERMAN:  Objection, relevant.

4       Q.   (By Mr. Harris) Have you ever read the Hawaii Supreme

5   Court decision in Arquero v Hilton Hawaiian Village?

6       A.   No.

7       Q.   And this is the first time you have served as a

8   testifying expert in court litigation, correct?

9       A.   That's true.

10      Q.   Thinking back to the three hours you spent in the

11  hotel room with Jon Muse, did you have any difficulty

12  communicating with him?

13      A.   Difficulty of what sort?

14      Q.   Did you understand everything he was saying?

15      A.   Yes.

16      Q.   Okay.  Did he understand what you were saying as far

17  as you could tell?

18      A.   Yes.

19      Q.   Looking at your report, you determined that he has

20  close friendships with people whom he respects and enjoys,

21  correct?

22      A.   Yes.

23      Q.   You determined that he has multiple sexual partners,

24  correct?

25           MR. SHERMAN:  Objection, relevance.

1    A.   Okay, I'm sorry.  Yes, I had forgotten.  Yes.

2    Q.   (By Mr. Harris) Okay.  "He describes this relationship

3  as stable and has endured for about one year."  Did you accept

4  that statement as accurate?

5         MR. SHERMAN:  Objection, relevance.

6    A.   Yes.

7    Q.   (By Mr. Harris) Page 5, paragraph six, same page.

8  "Mr. Muse participates in Narcotics Anonymous, an organization

9  for which he holds great respect and with which he has been a

10 reliable and ongoing participant."  Did you accept that

11 statement as accurate?

12        MR. SHERMAN:  Objection, relevance.

13   A.   Yes.

14   Q.   (By Mr. Harris) "Mr. Muse also serves as a sponsor for

15 another participant in Narcotics Anonymous."  Did you also

16 accept that statement as accurate?

17        MR. SHERMAN:  Objection, relevance.

18   A.   Yes.

19   Q.   (By Mr. Harris) Over on page 6 you say:  "Mr. Muse was

20 friendly, cordial and agreeable."  Was that your opinion based

21 on the three hours you spent with him.

22   A.   Yes.

23   Q.   You say, "He appeared enthusiastic to participate and

24 fully cooperative throughout today's 3.5 hour assessment."  Was

25 that your opinion of your interaction with him?

1    A.    It was.

2    Q.    You say at the bottom of that paragraph, "His social
3 pragmatics were generally typical and appropriate characterized
4 by appropriate physical distance, eye contact, turn taking and
5 speech prosody." Is that your opinion of his abilities?

6    A.    My -- not his ability, it was my opinion of his
7 demeanor.

8    Q.    Okay. What's social pragmatics?

9    A.    Pragmatics refers to the practicality, the social
10 facility and reasonableness of one's social behaviors. It's
11 often used to describe, to qualify or disqualify. It's used in
12 Tourette's Syndrome in autism and other developmental challenges
13 where social behaviors are inappropriate or appropriate.

14    Q.    And at least in this extent you were opining that his
15 behavior was appropriate, correct?

16    A.    It was generally typical and appropriate.

17    Q.    And then on page 8, paragraph 1 you say: "Mr. Muse
18 was agreeable and cooperative throughout the administration of
19 the KBIT-2." Is that an accurate statement?

20    A.    Yes.

21    Q.    Okay. And KBIT-2 involves you asking him a bunch of
22 questions, right?

23    A.    Yes. It's a standardized intelligence tool,
24 instrument.

25    Q.    It's kind of like what I am doing to you here today?

CERTIFICATE

I, Syndie Hagardt, do hereby certify that pursuant to the Rules of Civil Procedure, the witness named herein appeared before me at the time and place set forth in the caption herein; that at the said time and place, I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; and that the foregoing transcript pages constitute a full, true and correct record of such testimony adduced and oral proceeding had and of the whole thereof.

IN WITNESS HEREOF, I have hereunto set my hand this 17th day of August , 2006.


*Syndie Hagardt*
Syndie Hagardt

January 30, 2010
Commission Expiration