IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S SEPARATE AND CONCISE STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFF'S 09/18/2006 MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS 1-10," dated September 28, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.　　slevin@davislevin.com　　　　September 28, 2006

631269.V2

-2-

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          September 28, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, September 28, 2006.

                                                   TORKILDSON, KATZ, FONSECA,
                                                 MOORE & HETHERINGTON,
                                                 Attorneys at Law, A Law Corporation

                                                 /s/ Jeffrey S. Harris
                                                 JEFFREY S. HARRIS
                                                 HEATHER M. RICKENBRODE
                                                 Attorneys for Defendant

631269.V2