OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION IN LIMINE |
| vs. | ) | NO. 2: TO PROHIBIT ANY |
| | ) | REFERENCE TO THE |
| HOME DEPOT USA, INC., | ) | CONSTITUTIONALITY OF THE |
| | ) | AMERICANS WITH DISABILITY |
| Defendant. | ) | ACT AND CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | TRIAL WEEK: October 24, 2006 |
| _____ | ) | JUDGE: David A. Ezra |

PLAINTIFF'S MOTION IN LIMINE NO. 2: TO PROHIBIT
ANY REFERENCE TO THE CONSTITUTIONALITY OF
THE AMERICANS WITH DISABILITY ACT

I. INTRODUCTION

About eight months ago, Defendant, filed a document indicating that Home Depot was challenging the constitutionality of the Americans with Disability Act, Title III to the extent that it required Home Depot to illegally compromise the first amendment rights of its employees. Although Home Depot made that overture eight months ago, has done nothing else about its position since that time. Plaintiff believes it is important to determine if Home Depot intends to proceed or not. If it does intend to proceed, then this court should rule against this challenge.

This is a Title III case and that changes all of the analysis of the Defendant which has analyzed this case as though it were a Title I employment case. In any event, there does not appear to be a current constitutional issue and the purpose of the instant motion is to nail down that the Defendant has indeed dropped all notions and constitutional challenges to Title III. Plaintiff believes that this is no longer a relevant concern of the Defendants. Once Judge Ezra notified the parties, the U.S. Government and the State of Hawaii, and the brief opposing Defendant's position was filed, the Defendants have done nothing more regarding this claim.

## II.   CONCLUSION

Therefore, by granting this motion, this Court and Plaintiff can finally put this issue to rest.

DATED: Honolulu, Hawaii, October 3, 2006.


/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE  F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff