OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN      5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY      5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | PLAINTIFF'S MOTION IN LIMINE |
| vs. | NO. 3: TO PROHIBIT ANY |
| | REFERENCE OR DESCRIPTION |
| HOME DEPOT USA, INC., | OF PLAINTIFF THAT HE YELLED |
| | AT THE HOME DEPOT |
| Defendant. | PERSONNEL AND CERTIFICATE |
| | OF SERVICE |
| | |
| | TRIAL WEEK: October 24, 2006 |
| _____ | JUDGE: David A. Ezra |

PLAINTIFF'S MOTION IN LIMINE NO. 3: TO PROHIBIT
ANY REFERENCE OR DESCRIPTION OF PLAINTIFF THAT
HE YELLED AT THE HOME DEPOT PERSONNEL

**I.     INTRODUCTION**

Throughout this case, in an effort to demonize Plaintiff, defense counsel, has referred to the incident of November 3, 2003 as when Plaintiff "yelled" the words "f[]ck" and "c[]nt." Since there is no support for this position in the depositions, the instant motion must be granted.

**II.    THE DEPOSITIONS SUPPORT AND REFERENCE THAT PLAINTIFF WAS TALKING IN A NORMAL VOICE**

Somehow, defense counsel believes it is much more difficult to be sympathetic if the Plaintiff were a screaming person at Home Depot on November 3, 2003. The first deposition to review is that of Darlyn Kuhia, the head cashier on duty at the time of the incident. She said that Debra Peterson called her to tell her that "someone yelling and screaming at her." But this is not Darlyn Kuhia's statement. The most important part was that Darlyn was only reporting what Debra said.

Furthermore, Darlyn wrote in her statement nothing about the yelling and screaming:

> Q. (Mr. Sherman) Okay. You didn't write here when you did this in February of 2004 that he was yelling and screaming, did you?
>
> A. (Witness) No.

Deposition of Darlyn Kuhia taken on July 20, 2006 at p. 39, lines 16-18.

> Q. (Mr. Sherman) Okay. And so if you didn't write in this statement that he was yelling and screaming, isn't it possible that he wasn't yelling and screaming?
> A. (Witness) Maybe.
> Q. So maybe your recollection today is a little flawed; is that correct?
> A. No.
> Q. So which is correct, what you're saying that he was yelling and screaming today or what you wrote then, which doesn't mention that he was yelling or screaming?
> A. What I wrote there was he wasn't even yelling and screaming. I didn't write anything about no yelling and screaming.

Deposition of Darlyn Kuhia taken on July 20, 2006 at p. 40, lines 2-14.

> Q. (Mr. Sherman) Why don't you tell me where in this document – read out where it says that Mr. Muse was yelling and screaming at the time of the incident in November of 2003.
>
> A. (Witness) It doesn't say that.

Deposition of Darlyn Kuhia taken on July 20, 2006 at p. 45, lines 1-4.

> Q. (Mr. Sherman) Okay. Why is there no mention in either your written statement or the written Declaration that Mr. Muse was yelling and screaming?
>
> A. (Witness) I don't know.
>
> Q. Well, why didn't you make sure it was put in?
>
> A. I didn't see him yelling or screaming.
>
> Q. Okay. So he wasn't yelling and screaming at that time; is that correct?
>
> A. He was swearing at us.
>
> Q. But he wasn't yelling and screaming; is that right?
>
> A. He was just swearing at us.

Q. Okay. Was he yelling or screaming at that time, "yes" or "no"?

A. No.

Deposition of Darlyn Kuhia taken on July 20, 2006 at p. 45. line 25 to 46, line 13.

**Debra Peterson testified about the tone of Mr. Muse's voice that:**

Q. (Mr. Sherman) Now, going back to the November incident, when Mr. Muse spoke to you, did he speak to you in an even voice, a low voice?

A. (Witness) No.

Q. How would you describe his voice?

A. The tone was normal, but every time the C word would come out it was a higher tone, higher.

Q. Did you at that time think he was calling you a cunt himself?

A. Yes.

Deposition of Debra Peterson taken on January 7, 2006 at p. 40, lines 4-13.

Q. (Mr. Sherman) Did Mr. Muse use that word in a loud fashion?

A. (Witness) Yes.

Q. he screamed it out, did he?

A. No.

Q. He shouted it out, did he?

A. No.

Deposition of Debra Peterson taken on January 7, 2006 at p. 57, lines 3-8.

**Mr. Dolan testified that:**

Q. (Mr. Sherman) Was he yelling at you?

A. (Witness) I wouldn't call it exactly yelling.

Q. Okay. So he wasn't yelling; is that correct?

A. It was he was – it was loud enough where others could hear it.

Q. So he wasn't whispering; is that correct?

A. I don't recall. It was loud enough where others could hear it.

Deposition of Michael J. Dolan taken on July 21, 2006 at p. 59, line 21 to p. 60, line 3.

## II.  CONCLUSION

For the foregoing reasons, there is no basis in this record to conclude that Plaintiff yelled any words to any employees of Home Depot.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff