OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | PLAINTIFF'S MOTION IN LIMINE |
| | ) | NO. 4: TO PROHIBIT |
| vs. | ) | DEFENDANT HOME DEPOT |
| | ) | FROM MENTIONING OR |
| HOME DEPOT USA, INC., | ) | REFERRING TO CASE LAW OR |
| | ) | TITLE I OF THE AMERICANS |
| Defendant. | ) | WITH DISABILITIES ACT AND |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | TRIAL WEEK: October 24, 2006 |
| _____ | ) | JUDGE: David A. Ezra |

PLAINTIFF'S MOTION IN LIMINE NO. 4: TO PROHIBIT FROM MENTIONING OR REFERRING TO CASE LAW OR TO TITLE I OF THE AMERICANS WITH DISABILITIES ACT

**I.     INTRODUCTION**

The purpose of this motion is to force attorneys for Defendant to be prohibited from mentioning or referring to case law or to Title I of the Americans with Disabilities Act (hereinafter ADA).

The entire purpose is to focus this case on the relevant law. Title II of the ADA and not Title I. Title I deals only and exclusively with disabilities in the employment context. The duties and responsibilities for the employer and employee are set forth in Title I. This is completely separate from the rights and responsibilities for private companies and business establishments that are covered by Title III. There has been a problem throughout this case with Defendant's constant and repeated references to Title I. In fact, Defendant's counsel filed a memorandum of law in opposition to the pending summary judgment motions and in that document did not cite to one Title III case. Title III involves completely different responsibilities and very different considerations from Title I. Granting of this motion will force defense counsel to deal with this case as it is not what defense counsel wants it to be. Title I arguments or references are not relevant to any material issue in this lawsuit and do not comply with the requirements of Federal Rule of Evidence Rule 402. Such arguments or references will also

produce confusion, needless delay, and expense in the conduct of the trial in this case in violation of the mandates of Federal Rule of Evidence Rule 403.

## II.   CONCLUSION

For the foregoing reasons, attorneys for Defendant should be prohibited from mentioning or referring to case law or to Title I of the Americans with Disabilities Act.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff