IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HOME DEPOT USA, INC., | ) |
| | ) |
| _____Defendant._____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2006, a copy of Plaintiff's Motion in Limine No. 4: to Prohibit Defendant Home Depot from Mentioning or Referring to Case Law or Title I of the Americans with Disabilities Act was electronically transmitted to the following:

| | | |
|---|---|---|
| Jeffrey S. Harris, Esq. | Electronically: | jsh@torkildson.com; |
| | | ecf@torkildson.com; |
| John S. Mackey, Esq. | | jsm@torkildson.com; |
| | | rlp@torkildson.com; |
| | | khm@torkildson.com; |
| Heather M. Rickenbrode, Esq. | | hmr@torkildson.com; |
| | | nay@torkildson.com |

2

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff