OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN      1152-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S LIST OF WITNESSES |
| vs. | ) | FOR TRIAL AND CERTIFICATE OF |
| | ) | SERVICE |
| HOME DEPOT USA, INC. | ) | |
| | ) | |
| Defendant. | ) | TRIAL DATE:  October 24, 2006 |
| | ) | CHIEF JUDGE: Hon. David A. Ezra |

# PLAINTIFF'S LIST OF WITNESSES FOR TRIAL

## I. WITNESSES TO BE CALLED

### A) EXPERT WITNESS

1. Samuel H. Zinner, M.D., F.A.A.P.
   University of Washington
   Center on Human Development & Disability
   Box 357920
   Seattle, Washington 98195-7920

Dr. Zinner will testify as an expert on Tourette Syndrome. He has evaluated the Plaintiff Jon Muse and will testify as to liability. Dr. Zinner will testify about all of the matters covered in his reports, which have been submitted to the Defendants.

### B) LAY WITNESSES

1. William P. Sheehan, M.D.
   Medical Director
   State of Hawaii Department of Health, Adult Mental Health Division
   1250 Punchbowl Street, Room 256
   Honolulu, HI 96813

Dr. Sheehan will testify as the treating physician for Plaintiff Jon Muse from approximately 2000 through 2005.

2. Rule 30(b)(6)(person most knowledgeable for Home Depot)
   Emory L. Cooper
   c/o Torkildson Katz Fonseca
    Moore & Hetherington
   700 Bishop Street, 15th Floor
   Honolulu, Hawaii 96813

Emory Cooper will testify about, among other things, the national and local (Hawaii) policy relating to persons with disabilities. He is also knowledgeable about Home Depot's policy relating to profanity.

3. Debra Peterson
   45-1133 Makaleha St.
   Kaneohe, Hawaii 96744

Debra Peterson is a percipient witness. She was employed by Defendant Home Depot at the time of the November 3, 2003 incident.

4. Darlyn Kuhia
   831 Ku'ikahi St.
   Honolulu, Hawaii 96826

Darlyn Kuhia is a percipient witness. She was and still is employed by Defendant Home Depot at the store where the November 3, 2003 incident took place.

5. Michael J. Dolan
   1650 Ala Moana Blvd., Unit 1613
   Honolulu, HI. 96813

Michael J. Dolan is a percipient witness. He was employed as an assistant store manager at the subject store at the time of the November 3, 2003 incident.

6. Jon Muse
   c/o Davis Levin Livingston Grande
   851 Fort Street
   400 Davis Levin Livingston Grande Place
   Honolulu, Hawaii 96813

Mr. Muse will testify as to liability and damages.

7.  Additional witnesses:  Plaintiff reserves the right to call any of the witnesses listed in Defendant's Pre-Trial Statement.  Plaintiff may call any rebuttal witnesses as necessary.

8.  Custodian of Records of Kaiser Permanente regarding medical records.

9.  Custodian of Records of Certified Legal Video Services for the Day in the Life of Jon Muse.

10. Custodian of Records of Social Security Administration.

DATED:  Honolulu, Hawai'i, October 3, 2006.

/S/ STANLEY E. LEVIN

_____
BRUCE F. SHERMAN
STANLEY LEVIN
THOMAS F. FEENEY

Attorneys for Plaintiff