IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| _____Defendant._____ | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2006, a copy of Plaintiff's List of Witnesses for Trial was electronically mailed to the following:

Jeffrey S. Harris, Esq.     Electronically:     jsh@torkildson.com;
                                                ecf@torkildson.com;
John S. Mackey, Esq.                            jsm@torkildson.com;
                                                rlp@torkildson.com;
                                                khm@torkildson.com;
Heather M. Rickenbrode, Esq.                    hmr@torkildson.com;
                                                nay@torkildson.com

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff