TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **THIRD (3rd) MOTION IN LIMINE** (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT ON THE SEPTEMBER 14, 2005 REPORT BY ROBERT C. MARVIT, M.D., EXCEPT TO THE EXTENT THAT IT COMES WITHIN AN EXCEPTION TO THE HEARSAY RULE); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>Date:     _____<br>Time:    _____<br>Judge:  Hon. David A. Ezra<br>Trial:    October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S THIRD (3rd)
MOTION IN LIMINE (EXCLUDING EVIDENCE,
TESTIMONY, ARGUMENT AND COMMENT ON THE
SEPTEMBER 14, 2005 REPORT BY ROBERT C. MARVIT, M.D.,
EXCEPT TO THE EXTENT THAT IT COMES WITHIN
<u>AN EXCEPTION TO THE HEARSAY RULE)</u>**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE (hereinafter "Plaintiff") from attempting to introduce evidence, testimony, argument and comment on the September 14, 2005 report by Dr. Robert C. Marvit, except to the extent that it comes within an exception to the hearsay rule.

This Motion is made pursuant to Rules 104, 403, 702 and 703 of the Federal Rules of Evidence and Rule 7 of the Federal Rules of Civil Procedure and is based upon the record herein, the attached memorandum in support of motion, declaration of Jeffrey S. Harris and exhibit, and the files and record in this action.

DATED:  Honolulu, Hawaii, October 3, 2006.

          TORKILDSON, KATZ, FONSECA,
          MOORE & HETHERINGTON,
          Attorneys at Law, A Law Corporation

          /s/ Jeffrey S. Harris
          JEFFREY S. HARRIS
          HEATHER M. RICKENBRODE
          Attorneys for Defendant
          HOME DEPOT USA, INC.