ROBERT C. MARVIT, M.D.
1314 S. KING STREET, SUITE 862
HONOLULU, HAWAII 96814
Telephone: (808) 591-2420
Fax:        (808) 591-2423

September 14, 2005

RECEIVED
SEP 1 5 2005

Torkildson, Katz, Fonseca, Jaffe
Moore & Hetherington

Jeffrey S. Harris, Esq.
Torkildson, Katz, Fonseca, Moore
  and Hetherington
700 Bishop Street, 15th Floor
Honolulu, Hawaii 96813-4187

Dear Mr. Harris:

### RE:  JON MUSE

### COMPLEX MEDICAL EVALUAITON

### STATEMENT OF THE PROBLEM:

This is a 44-year old man who has been given the diagnosis of Tourette's Syndrome, and in November, 2003, was involved in an incident at Home Depot. He is being evaluated for his neuropsychiatric status, factors entering into his condition, necessary treatment, relevance of the incident at Home Depot to his overall functioning, and recommendations for the future, if appropriate.

### CURRENT EXAMINATION:

He was examined on September 7, 2005, and was cooperative throughout the entire examination. Mental status examination revealed a hyperactive individual who, with some effort, was able to sustain attention and concentration. He had some mild coprolalia and this primarily was the repetitive use of the word "cunt". He also had mannerisms, which were the bilateral action of sticking up his middle finger. He demonstrated no overt signs or symptoms of organic brain disease or psychotic thinking. His affect was appropriate. There was no manifestation of anxiety or depression. His current treatment is at Kaiser with Dr. William Sheehan, whom he sees maximally once a



EXHIBIT A


PLAINTIFF'S
EXHIBIT

Jeffrey S. Harris, Esq.
Re. Jon Muse
September 14, 2005
Page 2


month. He has been taking 5 mgs. Haldol, at bedtime, for fifteen years. He also takes
150 mgs. Benadryl to counteract the extra pyramidal side effects of the Haldol. He also
takes 1 or 2 Clonazepam at bedtime, but this is for the past two months.


## ACTIVITIES OF DAILY LIVING:

He lives with his mother. This is less than an ideal situation. She tends to be unaccepting
of his condition and somewhat hypercritical. His son visits him on the weekends. He is
self-employed and has been for some time. He has a plant nursery where he sells tropical
flowers, both sales and raising them. He manages his own books and handles his
accounts, as well as merchandising by himself. He learned to do this basically by means
of on the job training.

He gets up in the morning, fills his orders at work, and does his propagating and planting.
He is very active in Narcotics Anonymous, going to meeting two to three times a week.
He has been clean and sober for 16 years in January, 2006. He goes surfing, plays
basketball with his son who is 14 years old. He was divorced in 1992. He doesn't like to
travel secondary to his Tourette's. He avoids crowds, as well as social settings, movies
and things of that nature. He has basically directed his life around avoiding unnecessary
contact with people who might be offended by his behavior.


## REPORTED SOMATIC REVIEW OF SYSTEMS:

He denies any problems with headaches. Visually he is presbyopic. Hearing he has
some difficulty, although non-specific. He has no problems with smell, taste, chewing, or
swallowing. He smokes two packs a day of cigarettes, and has since he was 16. He
denies any specific shortness of breath or cardiovascular symptoms. He is 5'11" and
weighs 195 lbs. He denies any gastrointestinal or genitourinary complaints. His libido is
good and he has no problems with his sex life. He has some trouble sleeping in that he
worries about the future. He gets what he calls dyskinesia, which are really mind-racing
thoughts rather than body movements. This occurs once or twice a month at bedtime,
lasting a couple of hours. He was told that it is a reaction to the medication, he just has to
tough it out, and it apparently goes away after a bit. He denies any cognitive difficulties
in terms of receptive or expressive speech, calculations, or coordination. Mood-wise, he
says he is depressed living with Tourette's. There is a certain lack of motivation. He is
not really realizing his full potential. He tends to be preoccupied with his condition and it
serves as a variety of connections to his attitude about a multiplicity of things.


## REPORTED PAST MEDICAL HISTORY:

Jeffrey S. Harris, Esq.
Re. Jon Muse
September 14, 2005
Page 3

He was born and raised in Honolulu. As a child he had chicken pox and measles, but no brain injury or encephalitis. He had an alcoholic stepfather who used to beat him daily, between the ages of 9 and 12. He was first diagnosed with Tourette's at age 9. This had to do with twitching, lip smacking, and similar types of behavior. The coprolalia did not start till he was 12. He felt he also had an attention deficit disorder. He was put into special education. His biological parents divorced when he was 7 years old. As a result of all the beatings with the stepfather and the family dysfunction, he moved to the Big Island between the ages of 12 and 15 to live with his biological father.

His treatment for Tourette's seems to be somewhat limited both historically and at the present time. He was given Valium initially, which caused him to have wry neck or torticollis. It also made him high and dopey, with a heavy tongue. As stated earlier, his coprolalia started at age 12. It began with the word honey, and then moved to fucking, cunt, and bitch. Now it is just cunt. His middle finger twitched in both hands. In the 7th grade he had grunting and barking in class. When he was in the 10th grade at Farrington, the teacher asked him to be removed and that is when he began his placement in special education, from that point on. He visited a Tourette's support group once, ten years ago, and felt uncomfortable.

He started using street drugs at age 20, and had gone from cocaine snorting and smoking, to intravenous, until he went for help and got clean and sober for three years. Six months later he went off and into ice. He has now dropped all mind-altering non-prescribed substances, working the 12-step program with Narcotics Anonymous. He has a sponsor and his knowledge about the program seems too substantial.

## EDUCATION:

He graduated from Farrington High School in 1979. He worked in the wholesale flower business from 1982 to 1986. He was with the company for about four years. His drug addiction sort of got the best of him. It was then that he saw Mark Zen. He didn't go to rehab. He said he went cold turkey. It should be noted that he does not recall any treatment for his Tourette's up until the time he saw Zen. He got married in 1990, but had a compulsive gambling habit. He got divorced secondary to this after three years. He has one son who is 14 years old from that union. He also goes to Gamblers Anonymous. He used to engage in promiscuous sex and smoking. He has had a lot of addiction problems, but has allegedly got them all under control.

## FAMILY HISTORY:

Jeffrey S. Harris, Esq.
Re. Jon Muse
September 14, 2005
Page 4

His mother is 78. She works as a hairdresser. She is intolerant of his Tourette's, as I already mentioned. His biological father died in 2001 or 2002 of cancer of the throat. He was a mason. He also had by-pass surgery. His stepfather died somewhat earlier. He has a sister, age 48, who works for the Post Office. She is in good health, although she drinks somewhat heavily.

He has been receiving Social Security disability income for the past three years. He was evaluated by psychologist Tom Green for this benefit. He also gets Medicare health coverage.

During his divorce he fought for joint custody and this has cost him $20,000.

His son is in the 9th grade at Aiea High School. He has attention deficit, hyperactivity disorder, but he is not on medication now. He was on amphetamine and apparently got tics apparently from that medication.

Vocationally he enjoys working in the plant nursery business. He was a steward for six years at the Waikiki Park Hotel. He was teased and humiliated and when he was up for promotion as Chief Steward, they told him that he would not get the promotion because of his Tourette's. This was in spite of the fact that he felt he could do the job. He threatened them and felt he was discriminated against, but waited too long. Apparently the statute of limitations had run on his EEOC complaint.

## HOME DEPOT INCIDENT:

Regarding the Home Depot incident, he had gone there to return a spray canister that he felt was defective. He had shopped at Home Depot before without problems. Basically he would go in, buy what he needed, checked out, and that was it. He had to go to Customer Service this time. The problem was not with the clerk, but with the clerk's supervisor. He said he was polite and explained his position. He said he felt that the supervisor humiliated him. When the manager came and told him to leave the store if he cannot control his language, he felt that this was also embarrassing since it was done in front of other people, rather than simply taking him aside. They, however, did give him a new canister, but not without some sense of being put down. He objected to being talked to that way in public. He went to his truck, and when he went home and spoke to his ex-wife, she suggested he see a lawyer. His ex-wife drives for a handi-van. Since then he doesn't want to go to Home Depot, although he will have people go for him if necessary.

The incident has not derailed him from his clean and sober 12-step programs. Even in Narcotics Anonymous, 50% of the people don't tolerate him. He recognizes the need for psychotherapy to deal with his ambition and work ethic, but the Kaiser program doesn't have those kinds of benefits. It takes him three months to get to see Dr. Sheehan. He has

Jeffrey S. Harris, Esq.
Re. Jon Muse
September 14, 2005
Page 5


a tendency to have concrete, non-abstract thinking, but could benefit from cognitive behavioral alterations. He felt that Dr. Zen was only interested in money and fired him when he went to Sheehan and didn't want to go back to Zen. He said he was given Prozac, Paxil, and some other serotonin reuptake inhibitors, but it decreased his libido and potency, so he stopped taking them. In effect, he has had limited treatment for his condition, both pharmacologically and psycho therapeutically.


## RECORD REVIEW:

I had reviewed the records previously, and they seem to back to about 2000 with Kaiser. The content is relatively limited. He gets the Haldol there, sees Dr. Sheehan periodically, and complains about the stress and so forth. There is no mention of the specific incident at Home Depot. The records of Dr. Zen indicate that the patient had Medicare, so probably Social Security as far as 2002. On an intake form in 1984 with Dr. Zen, he listed his employment as being Field Supervisor for G. K. K. Specialties Inc. In 1986 Zen referred the patient to the Queen's Day Hospital program for his depression and cocaine addiction. There is no mention of his Tourette's. Zen gave him an excuse in 1996 to be released from work early on a new medication. The case transfer to Sheehan seems to be around 2000, not earlier as the patient suggested.


## NEUROPSYCHIATRIC TESTING:

His Beck Depression Inventory indicated a mild degree of depression. The Symptom Inventory Checklist indicted a variety of psychosomatic complaints, including anxiety and some depressive manifestation. The MMPI indicated some subjective depression, lassitude, and malaise, familial discord, emotional alienation, effect inhibition, with a lack of ego mastery.

His Coolidge Assessment Battery shows some social phobia elevation, but no other axis 1 abnormalities. Some degree of emotional lability and introversion, but otherwise a normal pattern.

His Coping Responses Inventory indicates average approach and avoidance summary index patterns. He uses above average logical analysis, as well as a positive reappraisal. He shows a willingness to seek guidance and support, and tries to make efforts at problem solving. He does engage in a fair amount of cognitive avoidance, and goes into alternative rewards. His emotional discharge is quite high, and all this is consistent with his clinical pattern.

Jeffrey S. Harris, Esq.
Re. Jon Muse
September 14, 2005
Page 6


## FORMULATION AND RECOMMENDATION:

Tourette's is seen in every race, culture, and level of society. It was not delineated until 1885. It doesn't have to be limiting in the sense that there are many successful people with Tourette's. Regarding the patient in question here, he has certainly demonstrated an ability and/or capacity to overcome adversity. Coming from an extremely punitive and dysfunctional family, having little or no treatment, segregated and discriminated against by a variety of authorities, going into substance abuse of an enormous sort, it has risen above it. He has been, by his self-report, clean and sober, a responsible parent, self-employed, utilizing the resources available from the government, as well as health care, to live as independently as he can. His limitations are self-imposed in the sense of his social concerns. Nevertheless, he attends 12-step meetings, has held jobs that require some degree of interaction, such as the hotel job and working at the nursery. He is able to deal with customers in the sales of his tropical flowers and so forth, and in essence has led a pretty full life, in spite of his impairment. Limitations certainly might relate to people having a difficulty in understanding this and having no tolerance for it, but nevertheless, this is part of life when one sees discrimination. He should be commended on his successes rather than focused on his limitations.

If you have any further questions about this, please let me know.

Sincerely,

ROBERT C. MARVIT, M.D.

RCM:djc


W127-CME.05 Muse. J.