IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S THIRD (3rd) MOTION IN LIMINE (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT ON THE SEPTEMBER 14, 2005 REPORT BY ROBERT C. MARVIT, M.D., EXCEPT TO THE EXTENT THAT IT COMES WITHIN AN EXCEPTION TO THE HEARSAY RULE); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A," dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

　　　Stanley E. Levin, Esq.　　slevin@davislevin.com　　　　　　October 3, 2006

631390.V2

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, October 3, 2006.

                                            TORKILDSON, KATZ, FONSECA,
                                            MOORE & HETHERINGTON,
                                            Attorneys at Law, A Law Corporation

                                            /s/ Jeffrey S. Harris
                                            JEFFREY S. HARRIS
                                            HEATHER M. RICKENBRODE
                                            Attorneys for Defendant
                                            HOME DEPOT USA, INC.