TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **FOURTH (4TH) MOTION IN LIMINE** (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING ANY MAJOR LIFE ACTIVITY OTHER THAN COMMUNICATION); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS A-D; CERTIFICATE OF SERVICE<br><br>Date:  _____<br>Time:  _____<br>Judge:  Hon. David A. Ezra<br>Trial:  October 24, 2006 |

631084.V1

**DEFENDANT HOME DEPOT USA, INC.'S FOURTH (4TH)
MOTION IN LIMINE (EXCLUDING EVIDENCE, TESTIMONY,
ARGUMENT AND COMMENT CONCERNING ANY
<u>MAJOR LIFE ACTIVITY OTHER THAN COMMUNICATION</u>)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE from attempting to introduce evidence, testimony, argument and comment concerning any major life activity other than communication.

This Motion is made pursuant to Rules 7, 26, 33 and 37 of the Federal Rules of Civil Procedure, and is based upon the record herein, the attached memorandum in support of motion, declaration of Jeffrey S. Harris and exhibits, and the files and record in this action.

DATED:  Honolulu, Hawaii, October 3, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        <u>/s/ Jeffrey S. Harris</u>
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.