IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" – "D" |

## **DECLARATION OF JEFFREY S. HARRIS**

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.      I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action.  All statements made herein are based upon personal knowledge.

2.      Attached hereto as Exhibit "A" is a true and correct copy of "Defendant Home Depot USA, Inc.'s First Request for Admissions to Plaintiff Jon Muse", dated May 24, 2006.

3.      Attached hereto as Exhibit "B" is a true and correct copy of "Plaintiff's Response to Defendant Home Depot USA, Inc.'s First Request for Admissions to Plaintiff Jon Muse Dated May 24, 2006".

631084.V1

4. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Response to Defendant Home Depot USA, Inc.'s Third Request for Answers to Interrogatories to Plaintiff Jon Muse Dated May 24, 2006.

5. Attached hereto as Exhibit "D" is a true and correct copy of Defendant Home Depot USA, Inc.'s Third Request for Answers to Interrogatories to Plaintiff Jon Muse.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS

631084.V1