ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
Attorney At Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JON MUSE DATED MAY 24, 2006 |



EXHIBIT B

PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S
FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF
JON MUSE DATED MAY 24, 2006

TO:  JEFFREY S. HARRIS, ESQ.
     CLAYTON A. KAMIDA, ESQ.
     TORKILDSON, KATZ, FONSECA,
      MOORE & HEATHERINGTON
     700 Bishop Street, 15th Floor
     Honolulu, Hawaii 96813

Plaintiff Jon Muse, by and through his undersigned counsel, responds to Defendant Home Depot USA, Inc.'s First Request For Admissions To Plaintiff Jon Muse Dated May 24, 2006. Said responses to the Request for Admission are attached hereto.

DATED: Honolulu, Hawaii, _June 23_, 2006.


                                    _____C_____
                                    STANLEY E. LEVIN
                                    BRUCE F. SHERMAN
                                    THOMAS F. FEENEY

                                    Attorneys for Plaintiff

# REQUEST FOR ADMISSIONS

Request for Admission 1:

The Plaintiff did not have any physical or mental impairment, during the period of time covered by the Complaint.

Objection: The request is compound, argumentative, and calls for a legal and medical conclusion. Notwithstanding the foregoing objections:

_____
STANLEY E. LEVIN
Attorney for Plaintiff

Admit: _____          Deny: _X_

Request for Admission 2

Any physical or mental impairment that Plaintiff had, during the period of time covered by the Complaint, did not substantially limit any major life activities of Plaintiff.

Objection: The request is irrelevant, is compound, argumentative, and calls for a legal and medical conclusion. Notwithstanding the foregoing objections:

_____
STANLEY E. LEVIN
Attorney for Plaintiff

Admit: _____          Deny: _X_

Request for Admission 3

There in no reasonable modification that would allow Plaintiff to shop in Defendant's stores.

Objection: The request is irrelevant, is compound, argumentative, and calls for a legal and medical conclusion. Notwithstanding the foregoing objections:

_____
STANLEY E. LEVIN
Attorney for Plaintiff

Admit: _____     Deny: _X_

# VERIFICATION

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

JON S. MUSE, being first duly sworn upon oath, deposes and says that he has read the foregoing responses to DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JON MUSE, that he knows the contents hereof, and that the same is true to the best of his information and belief.

_____
JON MUSE

Subscribed and sworn to before me this
23rd day of June, 2006.

_____
Notary Public, State of Hawaii
Bruce P. Ellis
My Commission Expires: 6/3/08

53039/0011/624765.V1