TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
JOHN S. MACKEY              7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JON MUSE, | NO. CV04-00154 DAE/BMK |
|---|---|
| Plaintiff, | DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; INTERROGATORIES |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |




53039/0011/624771.V2

## DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE

TO:  Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

PLEASE TAKE NOTICE that pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant HOME DEPOT USA, INC. (hereinafter "Defendant"), by and through its undersigned attorneys, Torkildson, Katz, Fonseca, Moore & Hetherington, Attorneys at Law, A Law Corporation, hereby requests that Plaintiff JON MUSE ("Plaintiff"), answer the following the Interrogatories served upon him.

PLEASE TAKE NOTICE that responses to these interrogatories must be made within thirty (30) days after its service at the offices of TORKILDSON, KATZ, FONSECA, MOORE & HETHERINGTON, TOPA Building, 15th Floor,

700 Bishop Street, Honolulu, Hawaii 96813.

Dated: Honolulu, Hawaii, May 24, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

_/s/_

JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
JOHN S. MACKEY

Attorneys for Defendant
HOME DEPOT USA, INC.

## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions apply to this Request for Answers to Interrogatories:

1. "You" and "your" means and refers to Plaintiff.

2. "Defendants" means and refers to Defendants, its agents, employees, attorneys and anyone else acting on their behalf.

3. The term "documents" means and includes any and all:

    a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, videotaped recorded, visually reproduced, stenographically reproduced or reproduced in any other matter;

    b. Originals and all copies of any and all communications;

    c. Writings of any kind or type whatsoever;

    d. Data compilations, from which information can be obtained, translated, if necessary, by Defendants through detection devices into reasonably usable form as defined by Fed R. Civ. P. 33;

    e. Books and pamphlets;

    f. Microtape, microfilm, photographs, movies, records, recordings, tape recordings and videotape recordings, stenographically or otherwise reproduced;

    g. Diaries and appointment books;

     h. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

     i. Computer disks or programs;

     j. Letters and correspondence;

     k. Contracts, agreements or proposals for contracts;

     l. Other legal instruments or official documents;

     m. Deeds, leases, mortgages, assignments or other instruments relating to real property or personal property;

     n. Published material of any kind;

     o. Financial statements, balance sheets, profit and loss statements, checking account statements, savings account statements, savings/time certificates, statements of financial condition, income tax returns, accounting records, worksheets, reports, projections, schedules, ledgers, books, records and journals;

     p. Vouchers, expense accounts, receipts, invoices, bills, orders, billings, and checks, including but not limited to canceled checks;

     q. Loans and letters of credit, including any applications, extensions and modifications thereto;

     r. Investigation or incident reports;

     s. Files and records;

     t. Notes or summaries of conferences, meetings, discussions,

interviews, or telephone conversations or messages; and,

    u. Drafts or draft copies of any of the above.

4. The word "person" means and includes a natural person, firm, association, organization, partnership, business trust, corporation or public entity.

5. The term "communication" means and includes any oral or written exchange of information, whether telephonic, telegraphic, printed, recorded, graphic, photographic, or otherwise, and therefore, includes "documents" as described above.

6. A request for the identification of any document means and includes a request for the following information with respect to each such document:

    a. The type of document, its title, subject matter, and substance, and any other similar particulars as may be reasonably necessary to enable the Defendants to understand the nature and general purpose of the writing and to be able to identify the writing in a manner sufficient to distinguish it from all other writings;

    b. The date, if any, which it bears;

    c. The date or dates, if known, it was prepared or drafted;

    d. The date or place, if any, the document was sent, received, executed, or recorded;

    e. The full name, present address or addresses, and present telephone

number or numbers of each such person who prepared or participated in the preparation of, drafted or participated in the drafting, mailing, receiving, execution or recording of such document;

    f. Any file, reference, invoice, or similar identifying number, symbol or date thereof, or connected therewith;

    g. The present or last known location of any originals or copies, including the names, addresses and telephone numbers of each person having possession, custody or control of each such original or copy; and

    h. A statement whether it will voluntarily be produced and made available to Defendants for inspection and copying. You need not comply with subparagraphs g. and h. of this paragraph with respect to any documents that you have previously produced, so long as you describe such previously produced documents and circumstances surrounding their production in sufficient detail as to enable the Defendants to identify such documents. You also need not comply with subparagraphs g. and h. of this paragraph with respect to any documents which you voluntarily produce in conjunction with you responses hereto.

    7. A request for the identification of any person means and includes a request for the following information with respect to such person:

    a. Full name, present residence and business addresses and telephone numbers;

    b. The last known residence and business addresses and telephone numbers if the present residence and business addresses and telephone numbers and unknown;

    c. The person's occupations, position, or official capacity at the time the person performed the act to which the answer relates;

    d. The person's present occupation, position, or official capacity;

    e. The person's present company or governmental affiliation; and

    f. As to each person identified, state those facts within that person's knowledge, information or belief.

8. A request for the identification of any oral communication means and includes a request for the following information with respect to such communication:

    a. The date and time of the oral communication;

    b. The place of oral communication;

    c. The identification of each of the persons that participated in the oral communication;

    d. A description of each oral communication, including everything that was said or done by each of the participants; and

e. Identification of each document relating or referring to the oral communication which has not already been identified as a document.

9. If, after exercising due diligence to obtain the information requested, you cannot or will not answer any interrogatory fully or completely, whether because of privilege or otherwise, please:

a. State that your answer is incomplete;

b. Specify the part or parts of the interrogatory to which you are unable to unwilling to respond;

c. State the facts and/or grounds upon which you rely to support your contention that you are not able and/or should not be compelled to answer completely;

d. Answer fully and completely the part or parts of the interrogatory to which you are able to respond; and

e. State the information, knowledge or belief you have concerning the unanswered part or parts of such interrogatory. This subparagraph e. is not applicable to interrogatories not answered due to the claim of privilege.

10. "Request for Admissions" means DEFENDANT HOME DEPOT USA, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JON MUSE, which are being served with this document.

## INTERROGATORIES

### INTERROGATORY NO. 1:

If your response to any part of the Requests for Admissions is anything other than an unqualified admission, then separately for each response:

    a.    set forth in particular and in detail all facts upon which you rely in so contending, and:

    b.    identify all documents, which you have reason to believe relate or refer to the facts set forth by you;

    c.    identify all persons which you have reason to believe have knowledge of the facts set forth by you;

    d.    identify all oral communications, which you have reason to believe relate or refer to the facts set forth by you.



Answer:

(Please attach separate sheets if necessary.)

## VERIFICATION

STATE OF HAWAII              )
                             ) SS.
CITY AND COUNTY OF HONOLULU  )

JON S. MUSE, being first duly sworn upon oath, deposes and says that he has read the foregoing responses to DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE, that he knows the contents hereof, and that the same is true to the best of his information and belief.

_____
JON MUSE

Subscribed and sworn to before me this
_____ day of _____, 2006.


_____
Notary Public, State of Hawaii

My Commission Expires:_____