IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,                     Plaintiff,    v.    HOME DEPOT USA, INC.,                     Defendant. | NO. **CV04-00154 DAE/BMK**    CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S FOURTH (4TH) MOTION IN LIMINE (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING ANY MAJOR LIFE ACTIVITY OTHER THAN COMMUNICATION); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS A-D," dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com    October 3, 2006

631084.V1

Bruce Sherman, Esq.    Failey52@hawaii.rr.com    October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, October 3, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        /s/ Jeffrey S. Harris
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.

631084.V1