TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
JOHN S. MACKEY              7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>   v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; DOCUMENTS TO BE PRODUCED |


EXHIBIT E

53039/0011/624778.V2

# DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE

TO: Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, #400
Honolulu, Hawaii 96813

Bruce Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Home Depot USA, Inc. ("Home Depo" and/or "Defendant"), by and through its undersigned attorneys, Torkildson, Katz, Fonseca, Moore & Hetherington, hereby requests that Plaintiff Jon Muse ("Plaintiff"), produce for examination, inspection and copying all of the following documents or items which are in his possession, custody and control, at the offices of Torkildson, Katz, Fonseca, Moore & Hetherington, 700 Bishop Street, 15th Floor, Honolulu, Hawai`i 96813, or at some other convenient location mutually agreed upon by the parties within thirty (30) days of receipt of this Request.

PLEASE TAKE FURTHER NOTICE that Plaintiff is required by Rule 34 of the Federal Rules of Civil Procedure to file a written response hereto within thirty (30) days after service, and that the failure to respond or produce the items

requested will be grounds for a motion by Defendant pursuant to Rule 37 of the Federal Rules of Civil Procedure to compel production and impose sanctions.

Dated: Honolulu, Hawaii, May 24, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> _/s/_
>
> JEFFREY S. HARRIS
> HEATHER M. RICKENBRODE
> JOHN S. MACKEY
>
> Attorneys for Defendant
> HOME DEPOT USA, INC.

## INSTRUCTIONS AND DEFINITIONS

The following definitions and instructions apply to this request:

1. "You" and "Your" mean and refer to Plaintiff.

2. The term "documents" means and includes any and all:

   a. Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, videotape recorded, visually reproduced, stenographically reproduced, or reproduced in any other manner;

   b. Originals and all copies of any and all communications;

   c. Writings of any kind or type whatsoever;

   d. Data compilations from which information can be obtained, translated, if necessary, by Defendant through detection devices into reasonably usable form as defined by Fed. R. Civ. P. 34;

   e. Books and pamphlets;

   f. Microtape, microfilm, photographs, movies, records, recordings, tape recordings and videotape recordings, stenographically or otherwise reproduced;

   g. Diaries and appointment books;

   h. Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

i. Computer disks or programs;

j. Letters and correspondence;

k. Contracts, agreements or proposals for contracts;

l. Other legal instruments or official documents;

m. Deeds, leases, mortgages, assignments or other instruments relating to real property or personal property;

n. Published material of any kind;

o. Financial statements, balance sheets, profit and loss statements, checking account statements, savings account statements, savings/time certificates, statements of financial condition, income tax returns, accounting records, worksheets, reports, projections, schedules, ledgers, books, records, and journals;

p. Vouchers, expense accounts, receipts, invoices, bills, orders, billings, and checks, including but not limited to cancelled checks;

q. Loans and letters of credit, including any applications, extensions and modifications thereto;

r. Investigation or incident reports;

s. Files and records;

t. Notes or summaries of conferences, meetings, discussions, interviews, or telephone conversations or messages; and,

    u. Drafts or draft copies of any of the above.

3. The word "person" means and includes a natural person, firm, association, organization, partnership, business trust, corporation or public entity.

4. A request for the identification of any person means and includes a request for the following information with respect to such person.

    a. Full name, present residence and business addresses and telephone numbers;

    b. The last known residence and business addresses and telephone numbers if the present residence and business addresses and telephone numbers are unknown;

    c. The person's occupations, positions, or official capacity at the time the person performed the act to which the answer relates;

    d. The person's present occupation, position, or official capacity;

    e. The person's present company or governmental affiliation; and

    f. As to each person identified, state those facts within that person's knowledge, information or belief.

5. "Request for Answers to Interrogatories" means DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; INTERROGATORIES, which is being served with this

document.

6.  In producing the requested documents, you are requested to furnish all documents known or available to you regardless of whether these documents are possessed directly by you or your agents, employees, representatives, investigators, or by your attorneys or their agents, employees, representatives or investigators.

7.  If any of the requested documents cannot be produced in full, produce to the extent possible, specifying your reasons for your inability to produce the remainder and stating whatever information, knowledge, or belief you do have concerning the unproduced portion.

8.  If any documents or things requested were at one time in existence, but are no longer in existence, please so state, specifying for each document or thing: a) the type of document or thing; b) the types of information contained thereon; c) the date upon which it ceased to exist; d) the identities of all persons having knowledge of the circumstances under which it ceased to exist; and e) the identities of all persons having knowledge or who had knowledge of the contents thereof.

9.  This request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this Request, you are required to produce such additional documents.

10. If any documents covered by this request are withheld by reason of a claim of privilege, a list shall be furnished, as part of your required response to this

request, identifying each document for which a privilege is claimed together with the following information with respect to each document withheld: a) date; b) sender; c) recipient; d) the identity of any person to whom copies were furnished; e) general subject matter; f) basis on which privilege is claimed; and g) the paragraph of the Request to which such document relates.

## DOCUMENTS TO BE PRODUCED

A. Please produce all of the documents identified in response to paragraph 1.b. of Request for Answers to Interrogatories.

## VERIFICATION

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

JON S. MUSE, being first duly sworn upon oath, deposes and says that he has read the foregoing responses to DEFENDANT HOME DEPOT USA, INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE; DEFINITIONS AND INSTRUCTIONS; DOCUMENTS TO BE PRODUCED, that he knows the contents hereof, and that the same is true to the best of his information and belief.

_____
JON MUSE

Subscribed and sworn to before me this
_____ day of _____, 2006.


_____
Notary Public, State of Hawaii

My Commission Expires:_____