OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
Attorney At Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE DATED MAY 24, 2005 |



EXHIBIT F

**PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JON MUSE DATED MAY 24, 2005**

TO: JEFFREY S. HARRIS, ESQ.
    CLAYTON A. KAMIDA, ESQ.
    TORKILDSON, KATZ, FONSECA,
     MOORE & HEATHERINGTON
    700 Bishop Street, 15th Floor
    Honolulu, Hawaii 96813

Plaintiff Jon Muse, by and through his above named attorneys, responds to Defendant Home Depot USA, Inc's First Request For Production Of Documents To Plaintiff Jon Muse Dated May 24, 2005. Said response to Production of Documents is attached hereto.

DATED: Honolulu, Hawaii, 7/15/05.

STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

## PRODUCTION OF DOCUMENTS

NO. 1:

Any and all documents and writings, constituting, referring, relating, or pertaining to your mental and/or physical condition for the period between 1990 to present, including but not limited to, all medical reports, memos, doctors' notes, progress notes, nurses' notes, summaries, test results, statements and invoices.

Response: To the extent that Plaintiff understands those terms, all such documents (001-087) are in Defendant's possession.

NO. 2

Any and all writings or documents constituting, relating, referring and pertaining to any of the allegations contained in your Complaint and/or First Amended Complaint.

Response: To the extent that Plaintiff understands those terms, all such documents are in Defendant's possession.

NO. 3

Any and all writing or documents constituting, relating, referring and pertaining to any and all interview notes of any all persons who you believe have information or knowledge related to any of the allegations contained in your Complaint and/or First Amended Complaint.

Response: To the extent that Plaintiff understands those terms, those documents not in Defendant's possession will be produced and made available for review and copying upon request.

| P | **Hawai'i Civil Rights Commission** |
|---|---|
| | **Pre-Complaint Questionnaire - Public Accommodation** |
| | 830 Punchbowl St., Rm. 411 Honolulu, HI 96813 TEL: 586-8636 FAX: 586-8655 TDD: 586-8692 |

**Directions:** Please fill out this questionnaire completely. The information will be used to determine if we have jurisdiction to investigate your discrimination complaint, and to draft the charge of discrimination. You may be contacted for either a telephone or in-office interview. Please print clearly. Submit documents that support your allegation of discrimination.

Date: 11/13/03

**1. Information about you:**

Name: Muse, Jon R.
     Last / First / Middle Initial(s)

Address: 1219 Kokea St #E101, Honolulu, 96817
     Number/Street / City / Zip Code

Telephone: Home: 845-4931    Work: 551-5005

*Race/Ethnicity: Japanese/Caucasian    *Sex: M

Social Security Number: 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    *Age & Date of Birth: 42  4/8/61

Name/Telephone/Address of a person to contact if we can't reach you:
Jean E. Phillips  1219 Kokea St #E101 Hon HI 96817  845-4931
      WK-949-6147

**2. Business that discriminated against you:**

Name: The Home Depot

Address: 421 Alakawa St, Hon. HI, 96817
     Number/Street / City / Zip Code

Island: ✓ O'ahu  ___Kaua'i  ___Maui  ___Hawai'i  ___Moloka'i  ___Lana'i

Telephone: 521-7355

*Used for statistical purposes only
Revised: March 1, 1999
Previous Editions Obsolete

**088**

3. I was discriminated against because of my:
   (Check the protected basis)

   ___ Race
   ___ Color
   ___ Ancestry
   ___ Religion
   ___ Sex (male female pregnant)
   ___ Retaliation (opposed discrimination)
   ✓ Disability (physical mental)
   What is the disability: _Tourette's Syndrome_

4. I was discriminated against by being:
   (Check the adverse action)

   ___ Denied Goods
   ✓ Denied Services
   ___ Denied Accommodations
   ___ Denied Privileges
   ___ Denied Advantages
   ___ Denied Facilities
   ✓ Other (specify): _Humiliated + to leave premisis_

5. Date of the last discriminatory denial: _11/3/03_
   (Must be within the past 180 days)

6. Name(s) and job title of the person who discriminated against you: _Debra_
   _Dar – Supervisor – Mike Dolan Manager_ _Cashier_

7. What reason was given to you for the denial:
   _Because I couldn't control my swearing_

8. What remedy are you seeking through us:
   _Money – Damages_

9. How did you learn about the Civil Rights Commission:
   _Through Lunsford Phillips – Attorney_

089

2

1. Directions: Please provide a summary of the discriminatory adverse actions with the names of those who discriminated against you. Start with the earliest date and end with the last date. Use separate sheets of paper as necessary. On the next page, include the name/telephone/address of witnesses who have evidence of the discrimination.

| Dates of Discrimination | Describe the Discriminatory Adverse Actions (Explain why the actions were because of your protected basis) |
|---|---|
| 11/3/03 | I went to Home Depot at approx 11:30 AM. I went there to fix my wheelbarrow that I had purchased there a little while ago. I went to the returns clerk and she started to help me. About 3 minutes later a supervisor named "Dot" came and told me in an angry voice not to use that language to her cashier. I proceeded to explain to her why I swore and she cut me off and told me she didn't care what was wrong with me, and to stop swearing. About 5 minutes later, a manager named Mike Dolan came by and told me that I couldn't use that language in the store or I would have to leave the premises. I tried to explain to him that I suffered from Tourettes Syndrome |

3

090

| Dates of Discrimination | Continuation of the Discriminatory Adverse Actions (Explain why the actions were because of your protected basis) |
|---|---|
| 11/3/03 | but he didn't seem to care. He again said that I couldn't use that language and that I would have to leave. I told him I just want to finish my business then I would leave. He humiliated me in front of about 8-10 people. I then left and broke down emotionally when I got to my truck. Today is 11/3/03 and I've been severely depressed and down since. |

| Witnesses Who Have Evidence of the Discriminatory Adverse Actions | | |
|---|---|---|
| Name | Telephone (Home and Work) | Address |
| Debra - Cashier | | |

091

4