ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
Attorney At Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | PLAINTIFF'S RESPONSE TO |
| vs. | DEFENDANT HOME DEPOT USA, |
| | INC.'S THIRD REQUEST FOR |
| HOME DEPOT USA, INC., | PRODUCTION OF DOCUMENTS |
| | TO PLAINTIFF JON MUSE DATED |
| Defendant. | MAY 24, 2006 |



EXHIBIT J

PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT USA, INC.'S
THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO
PLAINTIFF JON MUSE DATED MAY 24, 2006

TO:   JEFFREY S. HARRIS, ESQ.
      CLAYTON A. KAMIDA, ESQ.
      TORKILDSON, KATZ, FONSECA,
       MOORE & HEATHERINGTON
      700 Bishop Street, 15th Floor
      Honolulu, Hawaii  96813

      Plaintiff Jon Muse, by and through his undersigned counsel, responds to

Defendant Home Depot USA, Inc.'s Third Request For Production Of Documents

To Plaintiff Jon Muse Dated May 24, 2006.   Said response to Production of

Documents is attached hereto.

      DATED:  Honolulu, Hawaii, ___June 28___, 2006.


                                    _____
                                    STANLEY E. LEVIN
                                    BRUCE F. SHERMAN
                                    THOMAS F. FEENEY

                                    Attorneys for Plaintiff

## DOCUMENTS TO BE PRODUCE

A.     Please produce all of the documents identified in response to paragraph 1.b of Request for Answers to Interrogatories.

Response:

Plaintiff objects to the request as being overly broad and unduly burdensome.

STANLEY E. LEVIN
Attorney for Plaintiff

To the extent that Plaintiff understands those terms, all such documents are in Defendant's possession pursuant to *Plaintiff's Response To Defendant Home Depot Usa, Inc's First Request For Production Of Documents To Plaintiff Jon Muse* dated May 24, 2005 served on July 18, 2005, Bates stamped 001 – 087, and all such documents produced by Defendants in response to *Plaintiff's Request for Production of Documents*.

As discovery is ongoing these maybe supplemented in necessary.

## VERIFICATION

STATE OF HAWAII                                          )
                                                         ) SS.
CITY AND COUNTY OF HONOLULU       )

      JON S. MUSE, being first duly sworn upon oath, deposes and says that he

has read the foregoing responses to DEFENDANT HOME DEPOT USA, INC.'S

THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

JON MUSE; DEFINITIONS AND INSTRUCTIONS; DOCUMENTS TO BE

PRODUCED, that he knows the contents hereof, and that the same is true to the

best of his information and belief.

 

JON MUSE

Subscribed and sworn to before me this
23rd day of _____June_____, 2006.

 

_____
Notary Public, State of Hawaii
Bruce P. Ellis
My Commission Expires: 6/3/08

L.S.