IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF LAURA WHITMAN |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF LAURA WHITMAN

I, LAURA WHITMAN, declare that:

1. I am the President of Certified Legal Video Services.

2. One of Plaintiff's attorneys, Stanley E. Levin, contacted our office to request that we take a day in the life video of Mr. Muse.

3. Robert Whitman is the Vice President of Certified Legal Video Services and a certified legal videographer. He was the videographer who shot the footage for the day in the life video of Mr. Muse. Mr. Whitman took the video of Mr. Muse on April 11 and May 6, 2006.

4. I am the custodian of records for Certified Legal Video Services.



EXHIBIT M



PLAINTIFF'S EXHIBIT 29

5. I am the editor of the Muse day in the life video. I edited the video on August 17, 28 and September 8 and 11, 2006 resulting in the current version of 18 minutes. No changes were made to the video other than editing.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, September 18, 2006.

*[signature]*
LAURA WHITMAN