IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S FIFTH (5th) MOTION IN LIMINE (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING ANY DOCUMENTS PLAINTIFF FAILED TO PRODUCE PRIOR TO THE DISCOVERY DEADLINE); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" – "M"," dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

   Stanley E. Levin, Esq.    slevin@davislevin.com          October 3, 2006

631214.V2

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, October 3, 2006.

                                    TORKILDSON, KATZ, FONSECA,
                                    MOORE & HETHERINGTON,
                                    Attorneys at Law, A Law Corporation

                                    /s/ Jeffrey S. Harris
                                    JEFFREY S. HARRIS
                                    HEATHER M. RICKENBRODE
                                    Attorneys for Defendant
                                    HOME DEPOT USA, INC.

631214.V2