TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS              2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **SIXTH (6th) MOTION IN LIMINE** (TO PRECLUDE PLAINTIFF FROM AMENDING HIS FIRST AMENDED COMPLAINT AND TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OF ANY THEORY OF LIABILITY NOT SET FORTH IN THE FIRST AMENDED COMPLAINT); MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date:    _____<br>Time:   _____<br>Judge:  Hon. David A. Ezra<br>Trial:    October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S SIXTH (6TH) MOTION IN LIMINE (TO PRECLUDE PLAINTIFF FROM AMENDING HIS FIRST AMENDED COMPLAINT AND TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OF ANY THEORY OF LIABILITY NOT SET FORTH IN THE FIRST AMENDED COMPLAINT)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court, in limine, for an order restraining PLAINTIFF JON MUSE from attempting to amend his First Amended Complaint, whether to conform to the evidence or otherwise, and barring Plaintiff from introducing evidence of any theory of liability not set forth in the First Amended Complaint. By this Motion, Defendant expressly withholds its consent to try <u>any</u> issue or theory of liability other than those pled in Plaintiff's First Amended Complaint, and which remain after the motions have been presented in this case.

This Motion is made pursuant to Rule 7 and Rule 15(b) of the Federal Rules of Civil Procedure, and Rules 401, 402 and 403 of the Federal Rules of Evidence, and is based on the attached memorandum and the record and files in this case.

DATED: Honolulu, Hawaii, October 3, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        /s/ Jeffrey S. Harris
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.