IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S SIXTH (6th) MOTION IN LIMINE (TO PRECLUDE PLAINTIFF FROM AMENDING HIS FIRST AMENDED COMPLAINT AND  TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OF ANY THEORY OF LIABILITY NOT SET FORTH IN THE FIRST AMENDED COMPLAINT); MEMORANDUM IN SUPPORT OF MOTION," dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.     slevin@davislevin.com                    October 3, 2006

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED:  Honolulu, Hawaii, October 3, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> /s/ Jeffrey S. Harris
> JEFFREY S. HARRIS
> HEATHER M. RICKENBRODE
> Attorneys for Defendant
> HOME DEPOT USA, INC.

-2-