IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A" |

## **DECLARATION OF JEFFREY S. HARRIS**

　　　　I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

　　　　1.　　I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

　　　　2.　　Attached hereto as Exhibit "A" is a true and correct copy of Hampton v. Henderson, No. C 00-2529 SI, 2001 U.S. Dist. Lexis 6489 (N. D. Cal. 2001).

631451.V1

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, October 3, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS

-2-

631451.V1