IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S SEVENTH (7TH) MOTION IN LIMINE (EXCLUDING EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING INDIVIDUALS WHO ARE NOT SIMILARLY SITUATED TO PLAINTIFF); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A," dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Stanley E. Levin, Esq.    slevin@davislevin.com            October 3, 2006

631451.V1

Bruce Sherman, Esq.     Failey52@hawaii.rr.com            October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, October 3, 2006.

        TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.