TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS                 2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **EIGHTH (8TH) MOTION IN LIMINE** (TO EXCLUDE TRANSCRIPTS DESIGNATED AS EXHIBITS EXCEPT AS PERMITTED UNDER R. 32 FRCP AND 804(B)(1) FRE AND IN ACCORDANCE WITH RULE 16 SCHEDULING ORDER); MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date:  _____<br>Time:  _____<br>Judge:  Hon. David A. Ezra<br>Trial:   October 24, 2006 |

631261.V1

## DEFENDANT HOME DEPOT USA, INC.'S EIGHTH (8TH) MOTION IN LIMINE (TO EXCLUDE TRANSCRIPTS DESIGNATED AS EXHIBITS EXCEPT AS PERMITTED UNDER R. 32 FRCP AND 804(B)(1) FRE AND IN ACCORDANCE WITH RULE 16 SCHEDULING ORDER)

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE from attempting to introduce deposition transcripts designated as exhibits, except as permitted under Rule 32 of the Federal Rules of Civil Procedure, Rule 804(b)(1) of the Federal Rules of Evidence, and in accordance with the Rule 16 Scheduling Order.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure. It is based upon the attached memorandum in support of motion and the files and record in this action.

DATED: Honolulu, Hawaii, October 3, 2006.

> TORKILDSON, KATZ, FONSECA, MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> /s/ Jeffrey S. Harris
> JEFFREY S. HARRIS
> HEATHER M. RICKENBRODE
> Attorneys for Defendant
> HOME DEPOT USA, INC.