IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. CV04-00154 DAE/BMK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

In general, deposition testimony constitutes inadmissible hearsay unless the requirements of Federal Rule of Evidence 801(d)(1)(2) are satisfied or unless the deponent is unavailable and the other requirements of Federal Rule of Evidence Rule 804(b)(1) are satisfied.  See Orr v. Bank of America, NT & SA, 285 F.3d 764, 778 n27 (9th Cir. 2002).  Designation is required for use under Rule 804(b)(1), as set forth in the Amended Rule 16 Scheduling Order dated February 28, 2006 ("Order").  Transcripts are not to be listed as exhibits but rather excerpts from depositions are to be designated in accordance with paragraph 28(a) of that Order.

631261.V1

Alternatively, deposition transcripts can be used at trial for impeachment in accordance with Rule 32 of the Federal Rules of Civil Procedure.

Plaintiff has identified as exhibits the following deposition transcripts: deposition of Michael Dolan (exhibit 20), deposition of Debra Peterson (exhibit 21), deposition of Darlyn Kuhia (exhibit 22), deposition of Dr. Sheehan (exhibit 24), deposition of Dr. Zinner (exhibit 25), videotaped deposition of Dr. Zinner (exhibit 26), deposition of Jon Muse (exhibit 27).

Plaintiff has not established that any witness is unavailable. To the extent Plaintiff wishes to use deposition testimony of any witness who may be unavailable, Plaintiff must comply with the requirements of paragraph 28(a) of the Order by designating which portions of the testimony he intends to use.

All other transcripts listed above cannot be introduced as exhibits and should therefore be excluded except as allowed under Federal Rule of Civil Procedure 32 for impeachment.

For the foregoing reasons, Defendant seeks an order precluding Plaintiff from presenting these transcripts as exhibits at trial, except as permitted under

-3-

Federal Rule of Civil Procedure 32, and Federal Rule of Evidence 804(b)(1), and in accordance with this Court's Amended Rule 16 Scheduling Order.

    DATED: Honolulu, Hawaii, October 3, 2006.

                                          TORKILDSON, KATZ, FONSECA,
                                          MOORE & HETHERINGTON,
                                          Attorneys at Law, A Law Corporation

                                          /s/ Jeffrey S. Harris
                                          JEFFREY S. HARRIS
                                          HEATHER M. RICKENBRODE
                                          Attorneys for Defendant
                                          HOME DEPOT USA, INC.