IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S EIGHTH (8TH) MOTION IN LIMINE (TO EXCLUDE TRANSCRIPTS DESIGNATED AS EXHIBITS EXCEPT AS PERMITTED UNDER R. 32 FRCP AND 804(B)(1) FRE AND IN ACCORDANCE WITH RULE 16 SCHEDULING ORDER); MEMORANDUM IN SUPPORT OF MOTION", dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com            October 3, 2006

Bruce Sherman, Esq.        Failey52@hawaii.rr.com        October 3, 2006

Attorneys for Plaintiff JON MUSE

DATED:  Honolulu, Hawaii, October 3, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

631261.V1