TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOME DEPOT USA, INC.,<br><br>                    Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **NINTH (9TH) MOTION IN LIMINE** (TO EXCLUDE DAY IN THE LIFE VIDEO); CERTIFICATE OF SERVICE<br><br>Date:  _____<br>Time:  _____<br>Judge:  Hon. David A. Ezra<br>Trial:   October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S NINTH (9TH)
MOTION IN LIMINE (TO EXCLUDE DAY IN THE LIFE VIDEO)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter

"Defendant"), and respectfully moves this Honorable Court for an in limine order

631233.V2

-2-

restraining PLAINTIFF JON MUSE from attempting to introduce into evidence a video entitled "A Day in the Life of Jon Muse."

This Motion is made pursuant to Rules 402, 403, 602, 603, 615, 701 and 801 of the Federal Rules of Evidence, and is based upon the record herein, the attached memorandum in support of motion, and the files and record in this action.

DATED: Honolulu, Hawaii, October 3, 2006.

    TORKILDSON, KATZ, FONSECA,
    MOORE & HETHERINGTON,
    Attorneys at Law, A Law Corporation

    /s/ Jeffrey S. Harris
    JEFFREY S. HARRIS
    HEATHER M. RICKENBRODE
    Attorneys for Defendant
    HOME DEPOT USA, INC.