IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>              Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>              Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S NINTH (9TH) MOTION IN LIMINE (TO EXCLUDE DAY IN THE LIFE VIDEO)", dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com         October 3, 2006

631233.V2

-2-

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          October 3, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, October 3, 2006.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation

                        /s/ Jeffrey S. Harris
                        JEFFREY S. HARRIS
                        HEATHER M. RICKENBRODE
                        Attorneys for Defendant
                        HOME DEPOT USA, INC.