IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. CV04-00154 DAE/BMK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiff identified as Exhibit 31 a letter from defense counsel Jeffrey S. Harris dated July 27, 2004 addressed to Plaintiff's counsel, offering to settle the instant matter. This letter is an inadmissible offer to compromise under Federal Rule of Evidence 408. See Rendleman v. Shalala, 864 F. Supp. 1007, 1011 (D. Ore. 1994). Accordingly, Defendant seeks an order excluding Mr. Harris' July 27, 2004 from introduction in evidence.

DATED: Honolulu, Hawaii, October 3, 2006.

                                            TORKILDSON, KATZ, FONSECA,
                                            MOORE & HETHERINGTON,
                                            Attorneys at Law, A Law Corporation

                                            /s/ Jeffrey S. Harris
                                            JEFFREY S. HARRIS
                                            HEATHER M. RICKENBRODE
                                            Attorneys for Defendant
                                            HOME DEPOT USA, INC.