IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                Plaintiff,<br><br>        v.<br><br>HOME DEPOT USA, INC.,<br><br>                Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A" |

## **DECLARATION OF JEFFREY S. HARRIS**

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.   I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

2.   Attached hereto as Exhibit "A" is a true and correct copy of the July 27, 2004 letter from Jeffrey S. Harris to Stanley E. Levin.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, October 3, 2006.

                                                            /s/ Jeffrey S. Harris
                                                            JEFFREY S. HARRIS

631369.V1