IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S TENTH (10TH) MOTION IN LIMINE (EXCLUDING PLAINTIFF'S EXHIBIT 31, COUNSEL'S 07/27/2004 R. 408 LETTER); DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A", dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.      slevin@davislevin.com            October 3, 2006

631369.V1

-2-

Bruce Sherman, Esq.        Failey52@hawaii.rr.com        October 3, 2006

Attorneys for Plaintiff JON MUSE

    DATED: Honolulu, Hawaii, October 3, 2006.

                                        TORKILDSON, KATZ, FONSECA,
                                        MOORE & HETHERINGTON,
                                        Attorneys at Law, A Law Corporation

                                        /s/ Jeffrey S. Harris
                                        JEFFREY S. HARRIS
                                        HEATHER M. RICKENBRODE
                                        Attorneys for Defendant
                                        HOME DEPOT USA, INC.