TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                 Plaintiff,<br><br>     v.<br><br>HOME DEPOT USA, INC.,<br><br>                 Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **ELEVENTH (11TH) MOTION IN LIMINE** (EXCLUDING PLAINTIFF'S EXHIBIT 28, THE PURPORTED 09/08/2006 LETTER FROM THE SOCIAL SECURITY ADMINISTRATION); DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>Date:    _____<br>Time:   _____<br>Judge:  Hon. David A. Ezra<br>Trial:    October 24, 2006 |

631350.V1

-2-

**DEFENDANT HOME DEPOT USA, INC.'S ELEVENTH (11TH)
MOTION IN LIMINE (EXCLUDING PLAINTIFF'S EXHIBIT 28,
THE PURPORTED 09/08/2006 LETTER FROM THE
<u>SOCIAL SECURITY ADMINISTRATION</u>)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE from attempting to introduce the purported 9/08/2006 "Eligibility Confirmation letter from the Social Security Administration" he has identified as Exhibit 28.

This Motion is made pursuant to Rules 401, 403, 802 and 901 of the Federal Rules of Evidence, and Rule 7 of the Federal Rules of Civil Procedure, and is based upon the record herein, the attached memorandum in support of motion, declaration of Jeffrey S. Harris and exhibit, and the files and record in this action.

DATED:  Honolulu, Hawaii, October 3, 2006.

                                               TORKILDSON, KATZ, FONSECA,
                                               MOORE & HETHERINGTON,
                                               Attorneys at Law, A Law Corporation

                                               /s/ Jeffrey S. Harris
                                               JEFFREY S. HARRIS
                                               HEATHER M. RICKENBRODE
                                               Attorneys for Defendant
                                               HOME DEPOT USA, INC.

631350.V1