IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A" |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## **DECLARATION OF JEFFREY S. HARRIS**

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1.    I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action.  All statements made herein are based upon personal knowledge.

2.     Attached hereto as Exhibit "A" is a true and correct copy of the "Eligibility Confirmation letter from the Social Security Administration", dated September 8, 2006.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, October 3, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS