:IAL SECURITY ADMINISTRATION

Date: September 8, 2006
Claim Number: 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A
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DI

JON R MUSE
1219 KOKEA ST
APT E101
HONOLULU HI 96817-3412

u asked us for information from your record. The information that you
quested is shown below. If you want anyone else to have this information, you
y send them this letter.

pe of Social Security Benefit Information

You are entitled to monthly disability benefits.

 .ou Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 808-541-3600. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

> SOCIAL SECURITY
> RM 1-114 FED BLDG
> 300 ALA MOANA BLVD
> HONOLULU, HI 96850

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

*L. Bauer /cv*

OFFICE MANAGER





PLAINTIFF'S EXHIBIT 28