OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S DESIGNATION OF |
| vs. | ) | EXCERPTS OF THE ORAL |
| | ) | DEPOSITION OF EMORY L. COOPER |
| HOME DEPOT USA, INC. | ) | AND CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | TRIAL DATE: October 24, 2006 |
| | ) | CHIEF JUDGE: Hon. David A. Ezra |

PLAINTIFF'S DESIGNATION OF EXCERPTS OF THE
ORAL DEPOSITION OF EMORY L. COOPER

Plaintiff hereby submits the following designation of the oral deposition of Emory L. Cooper who is the 30(b)(6) representative of Home Depot USA, Inc. taken on June 6, 2006.

| | |
|---|---|
| Page 18 | Lines 17-25 |
| Page 19 | Lines 1-15 |
| Page 24 | Lines 22-25 |
| Page 25 | Lines 1-2 |
| Page 26 | Lines 24-25 |
| Page 27 | Lines 1-22 |
| Page 42 | Lines 14-25 |
| Page 43 | Lines 1-25 |
| Page 44 | Lines 1-25 |
| Page 45 | Lines 1-9 |
| Page 60 | Lines 15-25 |
| Page 61 | Lines 1-11 |
| Page 64 | Lines 1-25 |
| Page 65 | Lines 1-23 |
| Page 67 | Lines 9-25 |
| Page 68 | Lines 1-5 |

| | |
|---|---|
| Page 73  | Lines 22-25 |
| Page 74  | Lines 1-14 |
| Page 80  | Lines 13-25 |
| Page 81  | Lines 1-25 |
| Page 82  | Lines 1-4 |
| Page 83  | Lines7-25 |
| Page 84  | Lines 1-8 |
| Page 90  | Lines 2-25 |
| Page 91  | Lines1-20 |
| Page 93  | Lines 1-25 |
| Page 94  | Lines 1-19 |
| Page 95  | Lines 1-25 |
| Page 100 | Lines 3-25 |
| Page 101 | Lines 1-25 |
| Page 102 | Lines 1-13 |
| Page 103 | Lines 1-25 |
| Page 104 | Lines 1-25 |
| Page 105 | Lines 1-25 |
| Page 106 | Lines 1-25 |
| Page 107 | Lines 1-25 |

| | |
|---|---|
| Page 108 | Lines 1-25 |
| Page 109 | Lines 1-25 |
| Page 110 | Lines 1-25 |
| Page 111 | Lines 1-25 |
| Page 112 | Lines 1-25 |

DATED:  Honolulu, Hawai'i, October 3, 2006.

/S/ STANLEY E. LEVIN

_____

BRUCE F. SHERMAN
STANLEY LEVIN
THOMAS F. FEENEY
Attorneys for Plaintiff