IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
|           Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| _____Defendant._____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2006, a copy of Plaintiff's Designation of the Excerpts of the Oral Deposition of Emory L. Cooper was electronically mailed to the following:

| | | |
|---|---|---|
| Jeffrey S. Harris, Esq. | Electronically: | jsh@torkildson.com; |
| | | ecf@torkildson.com; |
| John S. Mackey, Esq. | | jsm@torkildson.com; |
| | | rlp@torkildson.com; |
| | | khm@torkildson.com; |
| Heather M. Rickenbrode, Esq. | | hmr@torkildson.com; |
| | | nay@torkildson.com |

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, October 3, 2006.

                                                                           /s/ STANLEY E. LEVIN
                                                                           STANLEY E. LEVIN
                                                                           BRUCE F. SHERMAN
                                                                           THOMAS F. FEENEY
                                                                           Attorneys for Plaintiff