TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>          Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>          Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **TWELFTH (12TH) MOTION IN LIMINE** (EXCLUDING PLAINTIFF'S EXHIBIT 32, CONFIDENTIAL SETTLEMENT AGREEMENT); MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date:  _____<br>Time:  _____<br>Judge:  Hon. David A. Ezra<br>Trial:  October 24, 2006 |

631370.V1

**DEFENDANT HOME DEPOT USA, INC.'S**
**TWELFTH (12TH) MOTION IN LIMINE**
**(EXCLUDING PLAINTIFF'S EXHIBIT 32,**
**CONFIDENTIAL SETTLEMENT AGREEMENT)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE from attempting to introduce the Confidential Settlement Agreement and Release entered into between Bank of Hawaii and Jon Muse in connection with <u>Muse v. Bank of Hawaii</u>, CV No. 04-00156 DAE-BMK, identified as Plaintiff's Exhibit 32.

This Motion is made pursuant to Rules 402 and 408 of the Federal Rules of Evidence, and Rule 7 of the Federal Rules of Civil Procedure, and is based upon the record herein, the attached memorandum in support of motion, and the files and record in this action.

DATED:  Honolulu, Hawaii, October 3, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> /s/ Jeffrey S. Harris
> JEFFREY S. HARRIS
> HEATHER M. RICKENBRODE
> Attorneys for Defendant
> HOME DEPOT USA, INC.

631370.V1