IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>                Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S TWELFTH (12TH) MOTION IN LIMINE (EXCLUDING PLAINTIFF'S EXHIBIT 32, CONFIDENTIAL SETTLEMENT AGREEMENT); MEMORANDUM IN SUPPORT OF MOTION", dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com             October 3, 2006

631370.V1

-2-

Bruce Sherman, Esq.    Failey52@hawaii.rr.com    October 3, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, October 3, 2006.

                                      TORKILDSON, KATZ, FONSECA,
                                      MOORE & HETHERINGTON,
                                      Attorneys at Law, A Law Corporation

                                      /s/ Jeffrey S. Harris
                                      JEFFREY S. HARRIS
                                      HEATHER M. RICKENBRODE
                                      Attorneys for Defendant
                                      HOME DEPOT USA, INC.