TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S **THIRTEENTH (13TH) MOTION IN LIMINE** (EXCLUDING WILLIAM P. SHEEHAN, M.D.'S OCTOBER 10, 2004 LETTER ATTACHED TO PLAINTIFF'S EXHIBIT 32, CONFIDENTIAL SETTLEMENT AGREEMENT); MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge:  Hon. David A. Ezra<br>Trial:  October 24, 2006 |

631402.V1

-2-

**DEFENDANT HOME DEPOT USA, INC.'S
THIRTEENTH (13TH) MOTION IN LIMINE
(EXCLUDING WILLIAM P. SHEEHAN, M.D.'S
OCTOBER 10, 2004 LETTER ATTACHED
TO PLAINTIFF'S EXHIBIT 32,
CONFIDENTIAL SETTLEMENT AGREEMENT)**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), and respectfully moves this Honorable Court for an in limine order restraining PLAINTIFF JON MUSE from attempting to introduce William P. Sheehan, M.D.'s October 10, 2004 letter, attached to Plaintiff's Exhibit 32, Confidential Settlement Agreement.

This Motion is made pursuant to Rules 403, 702, 703 and 705 of the Federal Rules of Evidence and Rule 7 of the Federal Rules of Civil Procedure, and is based upon the record herein, the attached memorandum in support of motion, and the files and record in this action.

DATED:  Honolulu, Hawaii, October 3, 2006.

                         TORKILDSON, KATZ, FONSECA,
                         MOORE & HETHERINGTON,
                         Attorneys at Law, A Law Corporation

                         /s/ Jeffrey S. Harris
                         JEFFREY S. HARRIS
                         HEATHER M. RICKENBRODE
                         Attorneys for Defendant
                         HOME DEPOT USA, INC.

631402.V1