IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>               Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>               Defendant. | NO. CV04-00154 DAE/BMK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

**MEMORANDUM IN SUPPORT OF MOTION**

**I.    INTRODUCTION**

Plaintiff identified as Exhibit 32 a Confidential Settlement Agreement and Release entered into between Bank of Hawaii and Jon Muse in connection with Muse v. Bank of Hawaii, CV No. 04-00156 DAE-BMK ("BOH Settlement") which previously had been consolidated with the instant matter for limited purposes.  Attached to the BOH Settlement is a letter purportedly written by William P. Sheehan, M.D. dated October 10, 2004 ("Dr. Sheehan's letter") (the BOH Settlement, and Dr. Sheehan's letter attached thereto, are attached under seal as Exhibit 10 to Plaintiff's Motion for Partial Summary Judgment, filed September 18, 2006).

-2-

Defendant Home Depot seeks an order excluding Dr. Sheehan's letter for the reasons articulated in Defendant Home Depot USA, Inc.'s First (1st) Motion in Limine (Restraining Plaintiff Jon Muse from Attempting to Introduce Evidence, Testimony, Argument and Comment Concerning the Opinions of William P. Sheehan, M.D.).  Particularly troubling is Dr. Sheehan's comment on page two of his letter that Mr. Muse's condition does not cause the sufferer to "bother" others.  This statement constitutes rank speculation on the part of Dr. Sheehan and is inadmissible on that ground alone.

DATED:  Honolulu, Hawaii, October 3, 2006.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        /s/ Jeffrey S. Harris
        JEFFREY S. HARRIS
        HEATHER M. RICKENBRODE
        Attorneys for Defendant
        HOME DEPOT USA, INC.