IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>         Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>         Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S THIRTEENTH (13TH) MOTION IN LIMINE (EXCLUDING WILLIAM P. SHEEHAN, M.D.'S OCTOBER 10, 2004 LETTER ATTACHED TO PLAINTIFF'S EXHIBIT 32, CONFIDENTIAL SETTLEMENT AGREEMENT); MEMORANDUM IN SUPPORT OF MOTION", dated October 3, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.     slevin@davislevin.com          October 3, 2006

631402.V1

-2-

Bruce Sherman, Esq.      Failey52@hawaii.rr.com         October 3, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, October 3, 2006.

                                TORKILDSON, KATZ, FONSECA,
                                MOORE & HETHERINGTON,
                                Attorneys at Law, A Law Corporation

                                /s/ Jeffrey S. Harris
                                JEFFREY S. HARRIS
                                HEATHER M. RICKENBRODE
                                Attorneys for Defendant
                                HOME DEPOT USA, INC.

631402.V1