OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S DESIGNATION OF THE |
| vs. | ) | ORAL DEPOSITION OF DEBRA |
| | ) | PETERSON AND CERTIFICATE OF |
| HOME DEPOT USA, INC. | ) | SERVICE |
| | ) | |
| Defendant. | ) | TRIAL DATE:  October 24, 2006 |
| | ) | CHIEF JUDGE: Hon. David A. Ezra |

PLAINTIFF'S DESIGNATION OF THE
ORAL DEPOSITION OF DEBRA PETERSON

Plaintiff hereby submits the entire oral deposition of Debra Peterson taken on January 7, 2006.

DATED: Honolulu, Hawai'i, October 3, 2006.

/S/ STANLEY E. LEVIN
_____
BRUCE F. SHERMAN
STANLEY LEVIN
THOMAS F. FEENEY
Attorneys for Plaintiff