IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| HOME DEPOT USA, INC., ) | |
| ) | |
| _____Defendant._____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2006, a copy of Plaintiff's Designation of the Oral Deposition of Debra Peterson was electronically mailed to the following:

Jeffrey S. Harris, Esq.        Electronically:    jsh@torkildson.com;
                                                    ecf@torkildson.com;
John S. Mackey, Esq.                                jsm@torkildson.com;
                                                    rlp@torkildson.com;
                                                    khm@torkildson.com;
Heather M. Rickenbrode, Esq.                        hmr@torkildson.com;
                                                    nay@torkildson.com

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff