TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JON MUSE, | NO. CV04-00154 DAE/BMK |
|---|---|
| Plaintiff, | DEFENDANT HOME DEPOT USA, INC.'S FINAL NAMING OF WITNESSES; CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | Trial:   October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S**
**FINAL NAMING OF WITNESSES**

COMES NOW Defendant HOME DEPOT USA, INC. ("Home Depot"), by

and through its attorneys, and, pursuant to the Amended Rule 16 Scheduling Order

631540.V1

filed February 28, 2006, hereby submits its final naming of witnesses expected to testify on Defendants behalf at trial.

**I.  LAY WITNESSES**

    **A.**    Michael J. Dolan
           c/o Torkildson, Katz, Fonseca,
             Moore & Hetherington
           700 Bishop Street, Suite 1500
           Honolulu, Hawaii  96813

Mr. Dolan will testify that Darlyn Kuhia contacted him on November 3, 2003 and requested that he come to Debra Peterson's counter right away, due to a problem with a customer.  Mr. Dolan will testify that he went to Ms. Peterson's counter and saw that she was visibly upset.  Mr. Dolan will testify that he approached Plaintiff and let him know that his use of obscene and offensive words was unacceptable in front of employees and customers.  Mr. Dolan will testify that Plaintiff swore at him before leaving the store, and that he found Plaintiff's swearing at him offensive.

Direct examination of Mr. Dolan should take approximately one hour.

    **B.**    Darlyn P. Kuhia
           c/o Torkildson, Katz, Fonseca,
             Moore & Hetherington
           700 Bishop Street, Suite 1500
           Honolulu, Hawaii  96813

Ms. Kuhia will testify that she was called to Debra Peterson's counter on November 3, 2003 because a customer was calling Peterson a "c[]nt". Ms. Kuhia will testify that she spoke with Plaintiff, who upset and offended her by repeatedly calling her a "f[]cking c[]nt". Ms. Kuhia will testify that she requested that manager Michael Dolan come to Ms. Peterson's counter immediately.

Direct examination of Ms. Kuhia should take approximately one hour.

**C.**     Debra A. Peterson
c/o Torkildson, Katz, Fonseca,
  Moore & Hetherington
700 Bishop Street, Suite 1500
Honolulu, Hawaii 96813

Ms. Peterson will testify that Plaintiff approached her counter on November 3, 2003 and called her a "c[]nt" repeatedly throughout the duration of his transaction. Ms. Peterson will testify that there were other customers around, that Plaintiff's conduct and statements were highly upsetting and offensive, and that she asked a co-worker to have a supervisor come to her counter and deal with Plaintiff.

Direct examination of Ms. Peterson should take approximately one hour.

**II.     RESERVATION OF RIGHTS**

Home Depot reserves the right to name and call any and all witnesses and elicit any and all testimony: (1) by witnesses named by Plaintiff in his Pre-Trial

-3-

-4-

Statement, Settlement Conference Statement and Final Naming of Witnesses;

(2) as necessary for rebuttal; and/or (3) as necessary for impeachment.

    DATED:  Honolulu, Hawaii, October 3, 2006.

                                    TORKILDSON, KATZ, FONSECA,
                                    MOORE & HETHERINGTON,
                                    Attorneys at Law, A Law Corporation

                                    /s/ Heather M. Rickenbrode
                                    JEFFREY S. HARRIS
                                    HEATHER M. RICKENBRODE
                                    Attorneys for Defendant
                                    HOME DEPOT USA, INC.

631540.V1