TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>                Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S DESIGNATION OF THE DEPOSITIONS OF MICHAEL DOLAN, DARLYN KUHIA AND DEBRA PETERSON; CERTIFICATE OF SERVICE<br><br>Trial:   October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S
DESIGNATION OF THE DEPOSITIONS OF
<u>MICHAEL DOLAN, DARLYN KUHIA AND DEBRA PETERSON</u>**

COMES NOW Defendant HOME DEPOT USA, INC. ("Home Depot"), by

and through its attorneys, and, pursuant to the Amended Rule 16 Scheduling Order

filed February 28, 2006, hereby submits its designation of the depositions of Michael Dolan, Darlyn Kuhia and Debra Peterson.

| \ | DESIGNATION OF DEPOSITIONS | |
|---|---|---|
| Name of Witness | Page Number | Line Number |
| Michael Dolan | 4 | 14-18 |
| | 8 | 13-20 |
| | 13 | 10-18 |
| | 14 | 01-25 |
| | 15 | 01-16 |
| | 17 | 03-20 |
| | 24 | 05-09 |
| | 25 | 09-25 |
| | 26 | 01-25 |
| | 27 | 01-25 |
| | 28 | 01-13 |
| | 28 | 24-25 |
| | 29 | 01-11 |
| | 31 | 03-25 |
| | 32 | 01-25 |
| | 33 | 01-17 |
| | 34 | 11-25 |
| | 35 | 01-25 |
| | 36 | 01-12 |
| | 38 | 12-25 |

| DESIGNATION OF DEPOSITIONS | | |
|---|---|---|
| Name of Witness | Page Number | Line Number |
| Michael Dolan | 39 | 01-25 |
| | 40 | 01-06 |
| | 41 | 23-25 |
| | 42 | 01-04 |
| | 44 | 05-18 |
| | 46 | 12-25 |
| | 47 | 03-25 |
| | 48 | 01-25 |
| | 49 | 01-25 |
| | 52 | 03-08 |
| | 53 | 10-25 |
| | 54 | 01-25 |
| | 55 | 01-25 |
| | 56 | 01-12 |
| | 56 | 21-23 |
| | 57 | 14-25 |
| | 58 | 01-25 |
| | 59 | 01-25 |
| | 60 | 11-14 |
| | 61 | 24-25 |
| | 62 | 01-19 |
| | 63 | 02-05 |
| | 64 | 09-22 |

| DESIGNATION OF DEPOSITIONS | | |
|---|---|---|
| Name of Witness | Page Number | Line Number |
| Michael Dolan | 67 | 08-11 |
| | 67 | 17-25 |
| | 72 | 16-25 |
| | 73 | 01-24 |
| | 74 | 11-25 |
| | 75 | 01-94 |
| | 78 | 21-25 |
| | 79 | 01-25 |
| | 80 | 01-05 |
| | 83 | 22-25 |
| | 84 | 01-22 |
| Darlyn Kuhia | 7 | 04-12 |
| | 12 | 04-25 |
| | 13 | 01-03 |
| | 16 | 16-25 |
| | 17 | 01-12 |
| | 19 | 22-14 |
| | 22 | 03-10 |
| | 25 | 14-25 |
| | 33 | 08-20 |
| | 33 | 25 |
| | 34 | 01-05 |

| DESIGNATION OF DEPOSITIONS | | |
|---|---|---|
| Name of Witness | Page Number | Line Number |
| Darlyn Kuhia | 35 | 14-25 |
| | 36 | 01-25 |
| | 37 | 01 |
| | 38 | 10-21 |
| | 49 | 21-25 |
| | 53 | 01-20 |
| | 54 | 24-25 |
| | 55 | 01-05 |
| | 60 | 05-25 |
| | 61 | 18-22 |
| | 65 | 02-06 |
| | 68 | 21-24 |
| Debra Peterson | 5 | 04-11 |
| | 10 | 24-25 |
| | 11 | 01-25 |
| | 17 | 07-25 |
| | 27 | 08-24 |
| | 31 | 05-16 |
| | 33 | 15-24 |
| | 38 | 04-24 |
| | 40 | 04-22 |
| | 41 | 17-22 |

| DESIGNATION OF DEPOSITIONS |||
| :---: | :---: | :---: |
| Name of Witness | Page Number | Line Number |
| Debra Peterson | 42 | 12-16 |
| | 43 | 06-13 |
| | 43 | 22-25 |
| | 44 | 01-25 |
| | 45 | 01-06 |
| | 45 | 14-23 |
| | 46 | 20-25 |
| | 47 | 01-03 |
| | 49 | 24-25 |
| | 50 | 01-25 |
| | 51 | 01-08 |
| | 57 | 03-04 |
| | 58 | 20-25 |
| | 59 | 17-25 |
| | 60 | 01-14 |
| | 65 | 22-25 |
| | 66 | 01 |
| | 66 | 12-20 |
| | 68 | 13-20 |
| | 73 | 14-23 |
| | 76 | 02-25 |
| | 77 | 01-21 |
| | 78 | 05-25 |

| DESIGNATION OF DEPOSITIONS | | |
|---|---|---|
| Name of Witness | Page Number | Line Number |
| Debra Peterson | 79 | 01-21 |
| | 85 | 23-25 |
| | 89 | 06-20 |
| | 92 | 03-09 |
| | 93 | 16-22 |
| | 94 | 18-25 |
| | 95 | 01-02 |

DATED:  Honolulu, Hawaii, October 3, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.