IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S DESIGNATION OF THE DEPOSITIONS OF MICHAEL DOLAN, DARLYN KUHIA AND DEBRA PETERSON", was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | | |
|---|---|---|
| Stanley E. Levin, Esq. | slevin@davislevin.com | October 3, 2006 |
| Bruce Sherman, Esq. | Failey52@hawaii.rr.com | October 3, 2006 |

Attorneys for Plaintiff JON MUSE

DATED:  Honolulu, Hawaii, October 3, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.