OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN       1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN 5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | PLAINTIFF'S MOTION IN LIMINE |
| | ) | NO. 5: TO PROHIBIT |
| vs. | ) | DEFENDANT HOME DEPOT USA, |
| | ) | INC. FROM ATTEMPTING TO |
| HOME DEPOT USA, INC., | ) | INTRODUCE EVIDENCE, |
| | ) | TESTIMONY, ARGUMENT AND |
| Defendant. | ) | COMMENT CONCERNING THE |
| | ) | LACK OF ANY NATIONAL OR |
| | ) | LOCAL POLICY FOR |
| | ) | ACCOMMODATING OR |
| | ) | HANDLING DISABLED |
| | ) | CUSTOMERS AND CERTIFICATE |
| | ) | OF SERVICE |
| | ) | TRIAL WEEK: October 24, 2006 |
| _____ | ) | JUDGE: David A. Ezra |

PLAINTIFF'S MOTION IN LIMINE NO. 5: TO PROHIBIT
DEFENDANT HOME DEPOT USA, INC. FROM ATTEMPTING
TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT
AND COMMENT CONCERNING THE LACK OF ANY
NATIONAL OR LOCAL POLICY FOR ACCOMMODATING
OR HANDLING DISABLED CUSTOMERS

**I.   INTRODUCTION**

This is a classic situation which demands the granting of a motion in limine. Generally, defense counsel has avoided confronting the issue of a National or local policy of Home Depot on the manner in which it recommends to its employees to handle the request for accommodations or just generally handle disabled customers. Lately there have been indications that defense counsel will claim that the policy is covered in one of the many manuals Home Depot has provided certain employees.

However, Plaintiff took the 30(b)(6) oral deposition of the person who was in part supposed to be knowledgeable about the National or local policy of Home Depot regarding the handling of disabled customers' needs of accommodation. Mr. Emery Cooper showed up and was deposed and he left no doubt that there is no National or local policy for accommodating or handling disabled customers.

Plaintiff's counsel just wants to clarify that defendant's counsel is bound by Mr. Cooper's oral deposition.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff