IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| | ) | |
| _____Defendant._____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2006, a copy of Plaintiff's Motion in Limine No. 5 to Prohibit Defendant Home Depot USA, Inc. from Attempting to Introduce Evidence, testimony, argument and Comment Concerning the Lack of any National or Local Policy for Accommodating or Handling Disabled Customers was electronically mailed to the following:

| | | |
|---|---|---|
| Jeffrey S. Harris, Esq. | Electronically: | jsh@torkildson.com; ecf@torkildson.com; |
| John S. Mackey, Esq. | | jsm@torkildson.com; rlp@torkildson.com; khm@torkildson.com; |
| Heather M. Rickenbrode, Esq. | | hmr@torkildson.com; nay@torkildson.com |

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE  F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff