OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN 5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION IN LIMINE |
| vs. | ) | NO. 6: TO EXCLUDE |
| | ) | SETTLEMENT NEGOTIATIONS |
| HOME DEPOT USA, INC., | ) | OR PROPOSALS RELATING TO |
| | ) | TITLE III ADA |
| Defendant. | ) | ACCOMMODATIONS AND |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | TRIAL WEEK: October 24, 2006 |
| _____ | ) | JUDGE: David A. Ezra |

## PLAINTIFF'S MOTION IN LIMINE NO. 6: TO EXCLUDE SETTLEMENT NEGOTIATIONS OR PROPOSALS RELATING TO TITLE III ADA

Plaintiff, by his attorneys, hereby moves the Court for an order, pursuant to Federal Rules of Evidence 408, excluding from the evidence at trial in this action and prohibiting any statement with respect to settlement negotiations, offers to compromise, and settlement proposals between the parties relating to Title III ADA accommodations or reasonable accommodations.

DATED: Honolulu, Hawaii, October 3, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff