TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| JEFFREY S. HARRIS | 2718-0 |
| (jsh@torkildson.com) | |
| HEATHER M. RICKENBRODE | 8174-0 |
| (hmr@torkildson.com) | |
| JOHN S. MACKEY | 7006-0 |
| (jsm@torkildson.com) | |

700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | NO. CV04-00154 DAE/BMK<br><br>ORDER PARTIALLY GRANTING AND PARTIALLY DENYING PLAINTIFF JON MUSE'S FIFTH MOTION TO COMPEL DISCOVERY |

ORDER PARTIALLY GRANTING AND PARIALLY DENYING
PLAINTIFF JON MUSE'S FIFTH MOTION TO COMPEL DISCOVERY

Plaintiff Jon Muse's Fifth Motion to Compel Discovery came on for hearing before the Honorable Barry M. Kurren on September 22, 2006. Bruce Sherman and Stanley Levin appeared for Plaintiff Jon Muse. Jeffrey S. Harris appeared for Defendant Home Depot.

629294.V2

The Court, having considered the Fifth Motion to Compel Discovery, and being fully advised after reviewing the records and briefs filed herein and having heard the oral argument of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED that Jon Muse's Fifth Motion to Compel Discovery is PARTIALLY GRANTED and PARTIALLY DENIED.

IT IS FURTHER ORDERED that Defendant Home Depot's denials as to the Requests for Admission shall be treated as denials, that Defendant's objections to Requests for Admission 57, 58, 59, 60, 62, 64, 65 and 67 shall be sustained, that Defendant's response to Request for Admission 66 shall be amended to explicitly admit or deny the same, and that Defendant shall state whether or it has any documents with respect to the Requests for Production corresponding to the Requests for Admission that are denied. The request for sanctions is denied.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, __10 · 3__, 2006.

_____
JUDGE OF THE ABOVE ENTITLED COURT

APPROVED AS TO FORM:

_____
BRUCE SHERMAN
STANLEY LEVIN
Attorneys for Plaintiff JON MUSE

---

Jon Muse v. Home Depot USA, Inc.; No. CV04-00154 DAE/BMK; ORDER PARTIALLY GRANTING AND PARTIALLY DENYING PLAINTIFF JON MUSE'S FIFTH MOTION TO COMPEL DISCOVERY