IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) DECLARATION OF STANLEY E. |
| vs. | ) LEVIN |
| | ) |
| HOME DEPOT USA, INC. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am an attorney licensed to practice in the State of Hawaii and am one the attorneys for the Plaintiff in the above-entitled action.

2. Attached hereto as Exhibit "11" is a true and correct copy of various portions (pages 43-45, 67, 68, 83-84) of the Representative of Home Depot under Rule 30(b)(6) of Emory L. Cooper deposition taken on June 6, 2006.

I declare under penalty of perjury that the above is true and correct.

Executed on the 9th day of October, 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN