TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>           Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>           Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS A-B; CERTIFICATE OF SERVICE<br><br>Judge:   Hon. David A. Ezra<br>Trial:    October 24, 2006 |

631858.V1

**DEFENDANT HOME DEPOT USA, INC.'S MOTION TO STRIKE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM**

COMES NOW Defendant HOME DEPOT USA, INC., by and through its undersigned counsel, and moves this Honorable Court for an order striking Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment on the grounds that it was filed after the filing deadline, and that it exceeds the scope allowed by Local Rule 7.4 and attempts to introduce new evidence. In the alternative, Defendant requests leave to address factual matters raised for the first time in Plaintiff's Reply Memorandum.

This Motion is brought pursuant to Local Rules 7.4 and 7.9, and Rules 7 and 12 of the Federal Rules of Civil Procedure. It is based upon the record herein, the attached memorandum in support of motion, declaration of Jeffrey S. Harris and exhibits, and the files and record in this action.

DATED: Honolulu, Hawaii, October 10, 2006.

             TORKILDSON, KATZ, FONSECA,
             MOORE & HETHERINGTON,
             Attorneys at Law, A Law Corporation

             /s/ Jeffrey S. Harris
             JEFFREY S. HARRIS
             HEATHER M. RICKENBRODE
             Attorneys for Defendant
             HOME DEPOT USA, INC.