IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A"-"B" |

<u>DECLARATION OF JEFFREY S. HARRIS</u>

　　　I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

　　　1.　　I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

　　　2.　　Attached hereto as Exhibit "A" is a true and correct copy of pages 42-44, 49-50, 73-75, and 102-103 of the deposition transcript for Emory Cooper's deposition, dated June 6, 2006.

　　　3.　　Attached hereto as Exhibit "B" is a true and correct copy of excerpts from Home Depot USA, Inc.'s Associate Guide, attached as Exhibit 2 to Emory

631858.V1

Cooper's deposition.  <u>See</u> Exh. A at 49:11-50:02.  The excerpts include several national policies addressing the disabled.

4.   Plaintiff's Response to Defendant Home Depot USA, Inc.'s Third Request for Answers to Interrogatories, No. 1, which is attached as Exh. 1 to Defendant's Separate and Concise Statement of Facts in Opposition to Plaintiff's 9/18/2006 Motion for Partial Summary Judgment, limited Plaintiff's disability claim to the major life activity of communication.

5.   The foregoing discovery response was given more than eight months after Plaintiff's deposition, which was taken on October 12, 2005.  It also preceded the taking of the remaining six depositions, including those of Plaintiff's experts.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, October 10, 2006.

<u>/s/ Jeffrey S. Harris</u>
JEFFREY S. HARRIS