PLAINTIFF'S
EXHIBIT NO.
FOR IDENTIFICATION
Cooper
DATE: 6-12-06   RPTR: fo

# ASSOCIATE GUIDE

EMPLOYER OF CHOICE

RETAILER OF CHOICE

INVESTMENT OF CHOICE

**CAREER OF CHOICE.**



EXHIBIT B

1401-300491

EXHIBIT 15

# Additional Policies

## EMPLOYEE PRACTICE STATEMENTS

### Discrimination

As an equal opportunity employer, The Home Depot is committed to ensuring that associates work in an environment of mutual respect, free of harassment and discrimination. The Home Depot will not discriminate against any associate, applicant, customer or vendor with regard to race, color, gender, sexual orientation, age, religion, national origin, disability or any characteristic protected by applicable law.

It is the policy of The Home Depot to comply with all relevant and applicable federal, state and local laws regarding fair employment practices. The Home Depot will not discriminate against any qualified applicant or associate on the basis of protected characteristics with respect to any terms, privileges or conditions of employment. The Home Depot's policy regarding non-discrimination applies to all associates and to all employment practices including hiring, promotions, transfers, job assignments, recruitment or recruitment advertising, terminations, compensation of any kind, selection for training and company-sponsored events.

### Workplace Harassment

The Home Depot is committed to ensuring that our associates work in an environment of mutual respect, free of harassment and discrimination. Discrimination or harassment on the basis of race, color, gender, sexual orientation, age, religion, national origin, disability or any characteristic protected by applicable laws will not be tolerated.

Harassment or disrespectful behavior can be verbal, non-verbal or physical. Examples of conduct that could be considered harassment include yelling at another associate, offensive jokes, intimidation, repeated threats of termination, scheduling as a form of punishment, and derogatory written comments.

### Sexual Harassment

The Home Depot will not tolerate sexual harassment of associates, customers, or vendors. Any unwelcome or unsolicited behavior of a sexual nature such as sexually explicit jokes or stories, sexual advances or demands for sex, and any other unwelcome visual, verbal, or physical conduct that has sexual overtones are examples of conduct that might result in an allegation of sexual harassment.

Sexual harassment typically occurs in one of two forms:

- A hostile work environment is created when conduct or language of a sexual nature denies an associate his or her right to a non-offensive work atmosphere.
- Quid pro quo ("this for that") occurs when sexual favors are demanded as a condition of employment.

If you become aware of, or even suspect a violation of the Company's harassment/discrimination policy, you have the responsibility to notify a Home Depot manager, a member of Human Resources management or a designated Company resource to determine a proposed course of action. The Home Depot will investigate thoroughly and impartially all complaints of harassment or discrimination and take appropriate action based on the circumstances. The Home Depot prohibits retaliation against any associate who makes a good faith report of harassment or discrimination.

### Retaliation

It is an unlawful practice to retaliate against any person who exercises his or her rights under any employment laws. An associate has the right to file a charge with a government agency or file a lawsuit. He or she also has the right to testify, assist or participate in a legal proceeding such as an investigation, hearing or trial. Associates also have the right, as well as the duty, to report to Management known or suspected wrongdoing.

The Home Depot will not tolerate any retaliation or threats of retaliation against anyone who exercises his or her legal rights or makes good-faith reports of workplace harassment, sexual harassment or discrimination.

**Distribution of Literature**

The Home Depot prohibits distribution of literature, pamphlets, business cards, petitions or printed material of any kind in work and selling areas, with the following exceptions:

**Exceptions**

- Company literature (such as promotional materials, sales information, etc.)
- Approved vendor literature (such as product information, etc.)
- Distribution of literature pertaining to the Homer Fund
- Distribution of literature permitted as part of permissible, non-commercial speech and petitioning activity in the State of California. See "Internal Policy and Guidelines for Non-Commercial Speech and Petitioning Activity" (California only).

Associates are responsible for immediately notifying a Manager when they observe a violation of this policy on distribution of literature.

## AMERICANS WITH DISABILITIES ACT (ADA)

The Home Depot does not discriminate against individuals with disabilities. Individuals with a disability can begin, or continue employment, so long as they:

- can perform the essential functions of their job, either with or without reasonable accommodation, and
- pose no serious health risk to others or themselves

If you are a qualified individual with a disability and require a reasonable accommodation in order to perform the essential functions of your job, contact your Human Resources Manager. The Human Resource Manager will work with you to determine if there is a reasonable accommodation available.

## PRIVACY AND INFORMATION PROTECTION AWARENESS

**What is Privacy and Information Protection Awareness?**

Privacy and Information Protection Awareness is a training effort with the objective of educating associates about the actions they should undertake to protect The Home Depot's information assets.

**Why is Privacy and Information Protection Awareness so Important?**

Associates need to know their obligation in protecting The Home Depot's information assets. Associates that exercise information privacy, security and due diligence are the best defense against a breach in confidentiality, integrity and availability of The Home Depot's information assets and information resources. A breach in information protection and misuse of information could result in financial and legal liability for The Home Depot as well as damage to our public reputation and customer trust.

The Home Depot commits to protecting information assets entrusted to the company through contractual agreements with third parties. To comply with the contracts, associates need to know the correct behavior that will result in protecting the information assets entrusted to The Home Depot.

Privacy is important to The Home Depot. This is not just because of the privacy legislation in the countries in which we do business, but more importantly because our customers and associates expect us to protect their personal information (such as name, address, phone number and credit information). To comply with the federal and state laws regarding privacy, associates need to familiarize themselves with The Home Depot's privacy policies.

POLICIES & PROCEDURES

1401330052

INSTRUCTIONS FOR THE ASSOCIATE 29