TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF ITS 10/10/2006 MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM; DECLARATION OF JEFFREY S. HARRIS; CERTIFICATE OF SERVICE<br><br>Judge:  Hon. David A. Ezra<br>No Trial Date |

-2-

DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF ITS 10/10/2006 MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM

COMES NOW Defendant HOME DEPOT USA, INC., by and through its undersigned counsel, and moves this Honorable Court for an order shortening time for the hearing on Home Depot's "Motion To Strike Plaintiff's Reply Memorandum In Support Of Plaintiff's Motion For Partial Summary Judgment Or, In The Alternative, For Leave To Address Factual Matters Raised For The First Time In Plaintiff's Reply Memorandum" filed concurrently herewith.

Presently scheduled before the Court for October 16, 2006, at 9:00 a.m. are Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment. Home Depot believes it is appropriate to set its Motion to Strike for hearing along with the related summary judgment motions already scheduled, as the Motion to Strike addresses Plaintiff's untimely attempt to

631860.V1

-3-

introduce new evidence in his Reply Memorandum.  Defendant therefore respectfully requests that the Court to order such hearing.

    DATED:  Honolulu, Hawaii, October 10, 2006.

                                              TORKILDSON, KATZ, FONSECA,
                                              MOORE & HETHERINGTON,
                                              Attorneys at Law, A Law Corporation

                                              /s/ Jeffrey S. Harris
                                              JEFFREY S. HARRIS
                                              HEATHER M. RICKENBRODE
                                              Attorneys for Defendant
                                              HOME DEPOT USA, INC.

631860.V1