IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS |

<u>DECLARATION OF JEFFREY S. HARRIS</u>

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge, unless otherwise stated.

2. This Motion relates to the matter that is presently scheduled for hearing Monday, October 16, 2006, on motions for summary judgment and partial summary judgment filed, respectively, by Home Depot and by Plaintiff.

3. On Monday October 9, 2006, Plaintiff filed his Reply Memorandum in support of his Motion for Partial Summary Judgment.

631860.V1

-2-

4.	The undersigned is concurrently filing Defendant's "Motion To Strike Plaintiff's Reply Memorandum In Support Of Plaintiff's Motion For Partial Summary Judgment, Or In The Alternative, For Leave To Address Factual Matters Raised For The First Time In Plaintiff's Reply Memorandum" on the grounds that the Reply Memorandum is untimely and contains new evidence that was not introduced in Plaintiff's Motion for Partial Summary Judgment.

5.	On that basis, the undersigned requests the Court to call the Motion to Strike Plaintiff's Reply Memorandum to be heard in conjunction with the related motions for summary judgment and partial summary judgment presently scheduled for hearing at 9:00 a.m., Monday, October 16, 2006.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, October 10, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS