IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF ITS 10/10/2006 MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM |

CERTIFICATE OF SERVICE RE:
DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF ITS 10/10/2006 MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED <u>FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM</u>

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING OF ITS 10/10/2006 MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS

631860.V1

-2-

FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM; DECLARATION OF JEFFREY S. HARRIS," dated October 10, 2006, was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | | |
|---|---|---|
| Stanley E. Levin, Esq. | slevin@davislevin.com | October 10, 2006 |
| Bruce Sherman, Esq. | Failey52@hawaii.rr.com | October 10, 2006 |

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, October 10, 2006.

TORKILDSON, KATZ, FONSECA, MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.