OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN    5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel:(808) 599-3955/Fax: (808) 599-3944
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | PLAINTIFF'S OPPOSITION TO |
| | ) | DEFENDANT HOME DEPOT USA, |
| vs. | ) | INC.'S MOTION TO STRIKE |
| | ) | PLAINTIFF'S REPLY MEMORANDUM |
| HOME DEPOT USA, INC. | ) | IN SUPPORT OF PLAINTIFF'S |
| | ) | MOTION FOR PARTIAL SUMMARY |
| Defendant. | ) | JUDGMENT OR, IN THE |
| | ) | ALTERNATIVE, FOR LEAVE TO |
| | ) | ADDRESS FACTUAL MATTERS |
| | ) | RAISED FOR THE FIRST TIME IN |
| | ) | PLAINTIFF'S REPLY |
| | ) | MEMORANDUM; AFFIDAVIT OF |
| | ) | STANLEY E. LEVIN; AND |
| | ) | CERTIFICATE OF SERVICE |
| | ) | TRIAL DATE:  October 24, 2006 |
| | ) | CHIEF JUDGE: Hon. David A. Ezra |

PLAINTIFF'S OPPOSITION TO DEFENDANT HOME DEPOT USA, INC.'S
MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN
THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS
<u>RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM</u>

Plaintiff attaches hereto the Declaration of Stanley E. Levin, which amply opposes the MOTION TO STRIKE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM ("Motion to Strike") or ("Motion") filed by Defendant. That Motion to Strike has numerous fatal flaws. First, to the extent that the Motion is anchored in Defendant's misguided belief that the Defendant has a right to reply to Plaintiff's Reply Memorandum is wrong.

Second, as the declaration, and the record in this case show, there are no new facts interjected in the Reply. Finally, due to the interplay between Rule 56(f) and Local Rule 7.9, Plaintiff's counsel recognizes that a Reply should have been filed earlier. However, counsel strongly believes that it was harmless error.

DATED: Honolulu, Hawai'i, October 11, 2006.

/S/ STANLEY E. LEVIN

_____
BRUCE F. SHERMAN
STANLEY LEVIN
THOMAS F. FEENEY
Attorneys for Plaintiff