# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Stanley Levin<br>Thomas Feeney |
| ATTYS FOR DEFT: | Jeffrey S. Harris<br>Jan Muranaka Boivin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/16/2006 | TIME: | 9:00am-9:30am |

COURT ACTION:  EP: [196]Defendant Home Depot USA, Inc.'s Motion for Summary Judgment.  [184]MOTION for Partial Summary Judgment.

Oral arguments heard.

[196]Defendant Home Depot USA, Inc.'s Motion for Summary Judgment- TAKEN UNDER ADVISEMENT.

[184]MOTION for Partial Summary Judgment- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager