# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Bruce Sherman, Stanley Levin, Thomas Feeney |
| ATTYS FOR DEFT: | Jeffrey S. Harris, Jeather M. Rickenbrode |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 10/16/2006 | TIME: | 9:48 - 9:57 |

COURT ACTION:   EP: Status Conference Regarding the Resetting of Non Jury Trial - new dates given.  Court to prepare an amended scheduling order.

1.   Non-jury trial on January 17, 2007 at 9:00 a.m. before DAE
2.   Final Pretrial Conference on December 11, 2006 at 9:30 a.m. before BMK
3.
4.   Final Pretrial Statement by December 4, 2006
5.
6.
7.
8a.
8b.   File opposition memo to a Motion in Limine by December 4, 2006
11a.
11b.
12.
13.
14.
20.
21.
24.
25.   Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 27, 2006
26.   File objections to the Exhibits by January 3, 2007

28a.
28b.    File Deposition Counter Designations and Objections by December 4, 2006
29.     File Trial Brief by December 4, 2006
30.     File Findings of Fact & Conclusions of Law by December 4, 2006

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00154DAE-BMK;
Jon Muse v. Home Depot USA, Inc.;
Rule 16 Scheduling Conference Minutes
10/16/2006