IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CV. NO. 04-00154 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## AMENDED RULE 16 SCHEDULING ORDER

A status conference regarding resetting trial date and other scheduling deadlines was held on October 16, 2006, before the Honorable Barry M. Kurren, United States Magistrate Judge. Appearing at the conference were Bruce Sherman, Stanley Levin and Thomas Feeney for Plaintiff and Jeffrey S. Harris and Heather M. Rickenbrode for Defendant.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

**1.** **NON-JURY** trial in this matter will commence before the Honorable David Alan Ezra, United States District Judge on January 17, 2007, at 9:00 a.m.

**2.** A final pretrial conference shall be held on December 11, 2006, at 9:30 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

3. (RESERVED)

**4.** Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by December 4, 2006.

**MOTIONS:**

**5.** (RESERVED)

**6.** (RESERVED)

**7.** (RESERVED)

**8.** Any opposition memorandum to a motion in limine shall be filed by December 4, 2006.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.** (RESERVED)

**11.** (RESERVED)

**12.** (RESERVED)

**SETTLEMENT:**

**13.** (RESERVED)

14. (RESERVED)

15. (RESERVED)

**TRIAL SUBMISSIONS:**

16. (RESERVED)

17. (RESERVED)

18. (RESERVED)

19. (RESERVED)

20. (RESERVED)

    **WITNESSES:**

21. (RESERVED)

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

    **EXHIBITS:**

24. (RESERVED)

**25.**     The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by December 27, 2006.

**26.**     By January 3, 2007, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27.     The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

### DEPOSITIONS:

**28 a.**   (RESERVED)

  **b.**   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by December 4, 2006.

### TRIAL BRIEFS:

**29.**     By December 4, 2006, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

**30.**     Each party shall serve and file proposed findings of fact and conclusions of law by December 4, 2006.

**OTHER MATTERS:**

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 18, 2006

MUSE V. HOME DEPOT USA, INC.; CV. NO. 04-00154 DAE-BMK; AMENDED RULE 16 SCHEDULING ORDER.