IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-154 DAE BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION TO STRIKE REPLY, OR IN THE
ALTERNATIVE, FOR LEAVE TO ADDRESS FACTUAL MATTER RAISED
FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant's Ex Parte Motion to Shorten Time to Hear Defendant's Motion to Strike Reply lodged on October 10, 2006, the Court DENIES Defendant's Ex Parte Motion. However, the Court GRANTS Defendant's Motion to Strike Reply or In the Alternative, For Leave to Address Factual Matters Raised for the First Time in Plaintiff's Reply Memorandum, filed on October 10, 2006.

Home Depot argues that Mr. Muse's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment should be stricken because it was untimely filed. Local Rule 7.9 requires that the moving party on a counter

motion file its reply brief three days after receipt of the opposition. LR 7.9. Home Depot filed its opposition to Mr. Muse's partial summary judgment motion on September 28, 2006. Mr. Muse did not file his reply brief until October 9, 2006. Mr. Muse's counsel admits that the reply brief should have been filed earlier.

Accordingly, the Court finds that Plaintiff's reply memorandum was untimely filed and it is STRICKEN from the record.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, November 7, 2006.



_____
David Alan Ezra
United States District Judge

Muse. vs. Home Depot USA, Inc., Civ. No. 04-00154 DAE-BMK; ORDER GRANTING MOTION TO STRIKE OR IN THE ALTERNATIVE, LEAVE TO ADDRESS FACTUAL MATTERS RAISED FOR THE FIRST TIME IN PLAINTIFF'S REPLY MEMORANDUM