TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>               Plaintiff,<br><br>       v.<br><br>HOME DEPOT USA, INC.,<br><br>               Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S OBJECTIONS TO PLAINTIFF JON MUSE'S 10/03/2006 DESIGNATION OF EXCERPTS OF THE DEPOSITION OF EMORY L. COOPER; CERTIFICATE OF SERVICE<br><br>Trial:   October 24, 2006 |

DEFENDANT HOME DEPOT USA, INC.'S OBJECTIONS TO
PLAINTIFF JON MUSE'S 10/03/2006 DESIGNATION OF
<u>EXCERPTS OF THE DEPOSITION OF EMORY L. COOPER</u>

Defendant HOME DEPOT USA, INC., by and through its undersigned

counsel, hereby submits its objections to Plaintiff JON MUSE's "Designation of

631675.V2

Excerpts of the Oral Deposition of Emory L. Cooper," filed October 3, 2006, as follows. HOME DEPOT objects to any testimony that was beyond the scope of Rule 30(b)(6), and of the subject areas described in the Notice.

| No. | Page/Lines | Objection Based on Rule(s) |
|---|---|---|
| 1. | Page 26, lines 24-25 | Outside scope of Notice and Rule 30(b)(6) |
| 2. | Page 27, lines 1-22 | Outside scope of Notice and Rule 30(b)(6) |
| 3. | Page 42, lines 14-25 | Rules 403, 611(a) |
| 4. | Page 43, lines 1-25 | Rules 403, 407, 611(a) |
| 5. | Page 44, lines 1-25 | Rules 403, 611(a) |
| 6. | Page 45, lines 1-9 | Rules 403, 611(a) |
| 7. | Page 60, lines 15-25 | Outside scope of Notice and Rule 30(b)(6), Rules 403, 602, 701 |
| 8. | Page 61, lines 1-11 | Outside scope of Notice and Rule 30(b)(6), Rules 403, 602, 701 |
| 9. | Page 64, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 10. | Page 65, lines 1-23 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 11. | Page 67, lines 9-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 12. | Page 68, lines 1-5 | Rules 403, 611(a) |
| 13. | Page 73, lines 22-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 14. | Page 74, lines 1-14 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |

631675.V2

| No. | Page/Lines | Objection Based on Rule(s) |
|---|---|---|
| 15. | Page 80, lines 13-25 | Rules 403, 611(a) |
| 16. | Page 81, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 17. | Page 82, lines 1-4 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 18. | Page 83, lines 7-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 19. | Page 84, lines 1-8 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 20. | Page 90, lines 2-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 21. | Page 91, lines 1-20 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 22. | Page 93, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 23. | Page 94, lines 1-19 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 24. | Page 95, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 25. | Page 100, lines 3-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 26. | Page 101, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 27. | Page 102, lines 1-13 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 28. | Page 103, lines 1-25 | Rules 401, 402, 403 |

631675.V2

| No. | Page/Lines | Objection Based on Rule(s) |
|---|---|---|
| 29. | Page 104, lines 1-25 | Rules 401, 402, 403 |
| 30. | Page 105, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 31. | Page 106, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 32. | Page 107, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 33. | Page 108, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 34. | Page 109, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 35. | Page 110, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 36. | Page 111, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |
| 37. | Page 112, lines 1-25 | Outside scope of Notice and Rule 30(b)(6), Rules 402, 403, 602, 701 |

DATED: Honolulu, Hawaii, December 4, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

631675.V2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S OBJECTIONS TO PLAINTIFF JON MUSE'S 10/03/2006 DESIGNATION OF EXCERPTS OF THE DEPOSITION OF EMORY L. COOPER," dated December 4, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.　　slevin@davislevin.com　　　　December 4, 2006

631675.V2

-2-

Bruce Sherman, Esq.     Failey52@hawaii.rr.com        December 4, 2006

Attorneys for Plaintiff JON MUSE

    DATED: Honolulu, Hawaii, December 4, 2006.

                                TORKILDSON, KATZ, FONSECA,
                                MOORE & HETHERINGTON,
                                Attorneys at Law, A Law Corporation

                                /s/ Jeffrey S. Harris
                                JEFFREY S. HARRIS
                                HEATHER M. RICKENBRODE
                                Attorneys for Defendant
                                HOME DEPOT USA, INC.

631675.V2