IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| HOME DEPOT USA, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2006, a copy of the PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S TWELFTH MOTION IN LIMINE was electronically mailed through CM/ECF to the following:

| | | |
|---|---|---|
| Jeffrey S. Harris, Esq. | Electronically: | jsh@torkildson.com; |
| | | ecf@torkildson.com; |
| John S. Mackey, Esq. | | jsm@torkildson.com; |
| | | rlp@torkildson.com; |
| | | khm@torkildson.com; |
| Heather M. Rickenbrode, Esq. | | hmr@torkildson.com; |
| | | nay@torkildson.com |

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, December 4, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff