OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN    1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel: (808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant.<br>_____ | CIVIL NO. 04-00154 DAE/BMK<br>(Civil Rights Violation)<br><br>PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT HOME DEPOT USA, INC.'S THIRTEENTH (13th) MOTION IN LIMINE (EXCLUDING WILLIAM P. SHEEHAN, M.D.'S OCTOBER 10, 2004 LETTER ATTACHED TO PLAINTIFF'S EXHBIIT 32, CONFIDENTIAL SETTLEMENT AGREEMENT) AND CERTIFICATE OF SERVICE<br>TRIAL WEEK: January 17, 2007<br>JUDGE: David A. Ezra |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT HOME DEPOT USA, INC.'S THIRTEENTH (13th)
MOTION IN LIMINE (EXCLUDING WILLIAM P.
SHEEHAN, M.D.'S OCTOBER 10, 2004 LETTER
ATTACHED TO PLAINTIFF'S EXHBIIT 32,
CONFIDENTIAL SETTLEMENT AGREEMENT)

Dr. William P. Sheehan will be able to testify as Plaintiff's treating physician (from 2000 through 2005) and to authenticate the Exhibit 32, pursuant to Federal Rule of Evidence (hereafter F.R.E.) Rule 901. The Defendant does not explain in its memorandum how the various rules it cites in the motion are applicable to Dr. Sheehan's letter.

Again, this is a bench trial and it is extremely unlikely that the introduction of this particular exhibit will lead to confusion, prejudice, or undue cost and it therefore satisfies the requirements of F.R.E. Rule 403. The statement by Dr. Sheehan that despite his condition the Plaintiff does not "bother" others is based on observations made by Dr. Sheehan over the years that he has treated the Plaintiff. Dr. Sheehan, however, will be available to testify and will likely be able to assuage the Defendant of its concerns relating to F.R.E. Rules 702, 703, and 705.

Plaintiff's Opposition to Defendant Home Depot USA, Inc.'s First Motion in Liming (relating to Dr. Sheehan himself) should be read in conjunction with this opposition.

DATED: Honolulu, Hawaii, December 4, 2006.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE  F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff