TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS             2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>    v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S MOTION TO STRIKE PLAINTIFF'S SUBMISSIONS OF THE ENTIRE TRANSCRIPTS OF THE DEPOSITIONS OF WITNESSES MICHAEL J. DOLAN, DARLYN KUHIA AND DEBRA PETERSON ON OCTOBER 3, 2006; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date: _____<br>Time: _____<br>Judge: Hon. David A. Ezra<br>Trial: |

634705.V1

**DEFENDANT HOME DEPOT USA, INC.'S MOTION TO STRIKE PLAINTIFF'S SUBMISSIONS OF THE ENTIRE TRANSCRIPTS OF THE DEPOSITIONS OF WITNESSES MICHAEL J. DOLAN, DARLYN KUHIA AND DEBRA PETERSON ON OCTOBER 3, 2006**

COMES NOW DEFENDANT HOME DEPOT USA, INC. (hereinafter "Defendant"), by and through its undersigned counsel, and respectfully moves this Honorable Court for a Motion to Strike PLAINTIFF JON MUSE's Submissions of the Entire Transcripts of The Depositions of Witnesses Michael J. Dolan, Darlyn Kuhia and Debra Peterson on October 3, 2006.

This Motion is brought pursuant to Local Rules 7.2 and 16.8 of the Federal Rules of Civil Procedure. It is based upon the record herein, the attached memorandum in support of motion, and the files and record in this action.

DATED:  Honolulu, Hawaii, December 4, 2006.

TORKILDSON, KATZ, FONSECA,<br>
MOORE & HETHERINGTON,<br>
Attorneys at Law, A Law Corporation<br>
<br>
/s/ Jeffrey S. Harris<br>
JEFFREY S. HARRIS<br>
HEATHER M. RICKENBRODE<br>
Attorneys for Defendant<br>
HOME DEPOT USA, INC.

634705.V1

2