IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | MEMORANDUM IN SUPPORT OF MOTION |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiff John Muse submitted the entire transcripts of the depositions of witnesses Michael J. Dolan, Darlyn Kuhia and Debra Peterson on October 3, 2006. This violated paragraph 28 a. of the Amended Rule 16 Scheduling Order filed February 7, 2006 (amended in other respects), which required him to serve and file "statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial". The Rule 16 scheduling order controls the course of this action under L.R. 16.8.

Defendant requests that Plaintiff's submissions be stricken, or that Plaintiff be ordered to serve and file compliant statements, in sufficient time for Defendant

634705.V1

to submit corresponding objections, in the event that Michael J. Dolan, Darlyn Kuhia and/or Debra Peterson are unable to appear and testify.

DATED: Honolulu, Hawaii, December 4, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> /s/ Jeffrey S. Harris
> JEFFREY S. HARRIS
> HEATHER M. RICKENBRODE
> Attorneys for Defendant
> HOME DEPOT USA, INC.