IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MOTION TO STRIKE PLAINTIFF'S SUBMISSIONS OF THE ENTIRE TRANSCRIPTS OF THE DEPOSITIONS OF WITNESSES MICHAEL J. DOLAN, DARLYN KUHIA AND DEBRA PETERSON ON OCTOBER 3, 2006; MEMORANDUM IN SUPPORT OF MOTION," dated December 4, 2006, was served on the following at their last known addresses:

634705.V1

<u>Served Electronically through CM/ECF</u>:

    Stanley E. Levin, Esq.    slevin@davislevin.com    December 4, 2006

    Bruce Sherman, Esq.    Failey52@hawaii.rr.com    December 4, 2006

    Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, December 4, 2006.

    TORKILDSON, KATZ, FONSECA,
    MOORE & HETHERINGTON,
    Attorneys at Law, A Law Corporation

    /s/ Jeffrey S. Harris
    JEFFREY S. HARRIS
    HEATHER M. RICKENBRODE
    Attorneys for Defendant
    HOME DEPOT USA, INC.