IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | NO. **CV04-00154 DAE/BMK** |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| HOME DEPOT USA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2: TO PROHIBIT ANY REFERENCE TO THE CONSTITUTIONALITY OF THE AMERICANS WITH DISABILITIES ACT; DECLARATION OF JEFFREY S. HARRIS; EXHIBIT A; CERTIFICATE OF SERVICE", dated December 4, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com         December 4, 2006

631671.V1

Bruce Sherman, Esq.        Failey52@hawaii.rr.com          December 4, 2006

Attorneys for Plaintiff JON MUSE

      DATED:  Honolulu, Hawaii, December 4, 2006.

                TORKILDSON, KATZ, FONSECA,
                MOORE & HETHERINGTON,
                Attorneys at Law, A Law Corporation

                /s/ Jeffrey S. Harris
                JEFFREY S. HARRIS
                HEATHER M. RICKENBRODE
                Attorneys for Defendant
                HOME DEPOT USA, INC.