IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A" |

## **DECLARATION OF JEFFREY S. HARRIS**

  I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

  1. I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

  2. Attached hereto as Exhibit "A" is a true and correct copy of <u>Matsuura v. E.I. du Ponte de Nemours & Co.</u>, Civ. No. 96-01180 SOM-LEK, 2006 U.S. Dist. Lexis 68909, *17 (D. Haw. Sept. 22, 2006).

-2-

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  Honolulu, Hawaii, December 4, 2006.

                                          /s/ Jeffrey S. Harris
                                          JEFFREY S. HARRIS