IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4: TO PROHIBIT DEFENDANT HOME DEPOT FROM MENTIONING OR REFERRING TO CASE LAW OR TITLE I OF THE AMERICANS WITH DISABILITIES ACT", dated October 10, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.      slevin@davislevin.com           December 4, 2006

631726.V1

-2-

Bruce Sherman, Esq.   Failey52@hawaii.rr.com   December 4, 2006

Attorneys for Plaintiff JON MUSE

DATED: Honolulu, Hawaii, December 4, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

-2-

631726.V1