IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>DECLARATION OF COUNSEL;<br>EXHIBIT "A" |

## **DECLARATION OF COUNSEL**

I, JEFFREY S. HARRIS, declare under penalty of law that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and a member of the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in this action. All statements made herein are based upon personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of pages 42-44 and 102-103 from the June 6, 2006 deposition transcript for Home Depot USA, Inc., taken through its representative Emory L. Cooper.

-2-

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, December 4, 2006.

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS

631745.V1