IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>             Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>             Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 5: TO PROHIBIT DEFENDANT HOME DEPOT USA, INC. FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE LACK OF ANY NATIONAL OR LOCAL POLICY FOR ACCOMMODATING OR HANDLING DISABLED CUSTOMERS", dated December 4, 2006, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Stanley E. Levin, Esq.    slevin@davislevin.com            December 4, 2006

631745.V1

-2-

Bruce Sherman, Esq.    Failey52@hawaii.rr.com        December 4, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, December 4, 2006.

                                   TORKILDSON, KATZ, FONSECA,
                                   MOORE & HETHERINGTON,
                                   Attorneys at Law, A Law Corporation

                                   /s/ Jeffrey S. Harris
                                   JEFFREY S. HARRIS
                                   HEATHER M. RICKENBRODE
                                   Attorneys for Defendant
                                   HOME DEPOT USA, INC.