TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>              Plaintiff,<br><br>       v.<br><br>HOME DEPOT USA, INC.,<br><br>              Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN LIMITED OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 6: TO EXCLUDE SETTLEMENT NEGOTIATIONS OR PROPOSALS RELATING TO TITLE III ADA ACCOMMODATIONS; DECLARATION OF JEFFREY S. HARRIS; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Date:    January 17, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. David A. Ezra<br>Trial:    January 17, 2007 |

**DEFENDANT HOME DEPOT USA, INC.'S
MEMORANDUM IN LIMITED OPPOSITION TO
PLAINTIFF'S MOTION IN LIMINE
NO. 6:  TO EXCLUDE SETTLEMENT NEGOTIATIONS
OR PROPOSALS RELATING TO TITLE III ADA**

Plaintiff's Sixth Motion in Limine seeks an order "excluding from evidence at trial in this action and prohibiting any statement with respect to settlement negotiations, offers to compromise, and settlement proposals between the parties relating to Title III ADA accommodations or reasonable accommodations."  Yet Plaintiff has identified several exhibits that he intends to introduce at trial in violation of Federal Rules of Evidence 408.  These include Exhibit 31 (Letter from Harris to Stan Levin dated July 27, 2004) (attached as Exhibit 7 to Plaintiff's Motion for Partial Summary Judgment), and Exhibit 32 (Settlement Agreement between Jon Muse and Bank of Hawaii) (attached under seal as Exhibit 6 to Plaintiff's Motion for Partial Summary Judgment).  The inadmissibility of these exhibits has been more fully briefed in Defendant Home Depot USA, Inc.'s Tenth Motion in Limine (Excluding Plaintiff's Exhibit 31, Counsel's 7/27/04 R. 408 Letter) and Twelfth Motion in Limine (Excluding Plaintiff's Exhibit 32, Confidential Settlement Agreement).

Plaintiff should not be allowed to violate his own motion.  To the extent that Plaintiff's Sixth Motion in Limine is granted, its scope should include Exhibits 31 and 32.  To the extent that any offers to compromise are admitted despite Rule 408,

-3-

all correspondence concerning settlement should be admitted to ensure completeness under Fed. R. Evid. 106.

    DATED:  Honolulu, Hawaii, December 4, 2006.

                                    TORKILDSON, KATZ, FONSECA,
                                    MOORE & HETHERINGTON,
                                    Attorneys at Law, A Law Corporation

                                    /s/ Jeffrey S. Harris
                                    JEFFREY S. HARRIS
                                    HEATHER M. RICKENBRODE
                                    Attorneys for Defendant
                                    HOME DEPOT USA, INC.

631673.V1