IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>            Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S MEMORANDUM IN LIMITED OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 6: TO EXCLUDE SETTLEMENT NEGOTIATIONS OR PROPOSALS RELATING TO TITLE III ADA ACCOMMODATIONS", dated October 10, 2006, was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

Stanley E. Levin, Esq.    slevin@davislevin.com            December 4, 2006

631673.V1

-2-

Bruce Sherman, Esq.     Failey52@hawaii.rr.com          December 4, 2006

Attorneys for Plaintiff JON MUSE

    DATED:  Honolulu, Hawaii, December 4, 2006.

                      TORKILDSON, KATZ, FONSECA,
                      MOORE & HETHERINGTON,
                      Attorneys at Law, A Law Corporation

                      /s/ Jeffrey S. Harris
                      JEFFREY S. HARRIS
                      HEATHER M. RICKENBRODE
                      Attorneys for Defendant
                      HOME DEPOT USA, INC.