TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001
Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOME DEPOT USA, INC.,<br><br>                    Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL CITATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ON CONSTITUTIONAL GROUND); EXHIBIT "A"; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Judge:  Hon. David A. Ezra<br>Trial:    January 17, 2007 |

## DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL CITATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ON CONSTITUTIONAL GROUND)

Defendant Home Depot U.S.A., Inc. respectfully cites to Entertainment

Software Association, et al. v. Rod R. Blagojevich, et al, Case No. 061012 (7th Cir.

634831.V1

Nov. 27, 2006) (copy attached).  The analysis on page 17 and 18 of the opinion

relates to the issue whether compelling Defendant to subject employees and

customers to Plaintiff using "c[]nt" and "f[]ck" would violate the U.S. Constitution,

which the Court has not yet addressed in a written ruling.

DATED:  Honolulu, Hawaii, December 8, 2006.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation


/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

2