IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL CITATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT" dated December 8, 2006, was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | | |
|---|---|---|
| Stanley E. Levin, Esq. | slevin@davislevin.com | December 8, 2006 |
| Bruce Sherman, Esq. | Failey52@hawaii.rr.com | December 8, 2006 |
| Attorneys for Plaintiff JON MUSE | | |

DATED: Honolulu, Hawaii, December 8, 2006.

　　　　　　　　　　　　　　　　TORKILDSON, KATZ, FONSECA,
　　　　　　　　　　　　　　　　MOORE & HETHERINGTON,
　　　　　　　　　　　　　　　　Attorneys at Law, A Law Corporation

　　　　　　　　　　　　　　　　<u>/s/ Jeffrey S. Harris</u>
　　　　　　　　　　　　　　　　JEFFREY S. HARRIS
　　　　　　　　　　　　　　　　HEATHER M. RICKENBRODE
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　HOME DEPOT USA, INC

634831.V1