# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 04-00154DAE-BMK

CASE NAME:          Jon Muse v. Home Depot

ATTYS FOR PLA:      Bruce Sherman, Stanley Levin

ATTYS FOR DEFT:     Jeffrey S. Harris, Heather M Rickenbrode

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
|---|---|---|---|
| DATE: | 12/14/2006 | TIME: | 10:35 - 10:40 |

COURT ACTION:  EP: Final Pretrial Conference held.  Trial 3-4 days.

Submitted by Richlyn Young, Courtroom Manager