TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:  (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　　　Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S OBJECTIONS TO PLAINTIFF'S 09/26/2006 LIST OF EXHIBITS; PLAINTIFF'S EXHIBITS 1-2, 10-11, 16 (REDACTED), 17-19, 20-27 (REDACTED), 28-29, 30 (REDACTED, AND 31-47; CERTIFICATE OF SERVICE<br>Trial:    January 17, 2007 |

**DEFENDANT HOME DEPOT USA, INC.'S**
**<u>OBJECTIONS TO PLAINTIFF'S 09/26/2006 LIST OF EXHIBITS</u>**

　　COMES NOW Defendant HOME DEPOT USA, INC. ("Home Depot"), by

and through its undersigned counsel, and hereby submits its objections to Plaintiff

Jon Muse's September 26, 2006 List of Plaintiff's Exhibits as follows:

631536.V1

| \ | PLAINTIFF JON MUSE'S EXHIBITS | |
|---|---|---|
| Exhibit No. | Description | Position |
| 1. | First Amended Complaint | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 2. | Defendant's Answer to First Amended Complaint | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 3. | 2/20/04 Statement of Debra A. Peterson | No objection |
| 4. | 4/26/04 Statement of Debra A. Peterson | No objection, without waiving relevance as to other evidence |
| 5. | 11/27/05 Declaration of Debra A. Peterson | No objection, without waiving relevance as to other evidence |
| 6. | 2/20/04 Statement of Darlyn P. Kuhia | No objection |
| 7. | 11/22/05 Declaration of Darlyn Kuhia | No objection |
| 8. | 2/24/04 Statement of Michael J. Dolan | No objection |
| 9. | 11/28/05 Declaration of Michael J. Dolan | No objection |
| 10. | 9/14/05 Report of Robert C. Marvit, M.D. | Objection: irrelevant and unreliable hearsay, except as to limited purpose of containing prior inconsistent statements by Plaintiff |
| 11. | Financial Statement of Home Depot, Inc. | Objection: not produced, irrelevant, unauthenticated hearsay |

631536.V1

| **PLAINTIFF JON MUSE'S EXHIBITS** |
|---|---|---|
| **Exhibit No.** | **Description** | **Position** |
| 12. | The Home Depot, Inc.; Living Our Values | No objection, without waiving relevance as to other evidence |
| 13. | The Home Depot, Inc. Code of Conduct | No objection, without waiving relevance as to other evidence |
| 14. | The Home Depot, Inc. Policies and Rules | No objection, without waiving relevance as to other evidence |
| 15. | The Home Depot, Inc. Associates Guide | No objection, without waiving relevance as to other evidence |
| 16. | Kaiser Permanente Medical Record of Jon Muse | Objection: irrelevant, unreliable and unauthenticated |
| 17. | Curriculum Vitae of Dr. William Sheehan | Objection: irrelevant and unauthenticated |
| 18. | Curriculum Vitae of Dr. Samuel Zinner | Objection: irrelevant and unauthenticated |
| 19. | Report of Dr. Samuel Zinner | Objection: irrelevant and unreliable hearsay, except as to limited purpose of showing Plaintiff's ability to interact with others |
| 20. | Deposition Transcript of: Michael J. Dolan | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |

| **PLAINTIFF JON MUSE'S EXHIBITS** |
| --- | --- | --- |
| **Exhibit No.** | **Description** | **Position** |
| 21. | Deposition Transcript of: Debra Peterson | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 22. | Deposition Transcript of: Kuhia | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 23. | Deposition Transcript of: 30(b)(6) Representative, Emory L. Cooper | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 24. | Deposition Transcript of: William P. Sheehan, M.D. | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 25. | Deposition Transcript of: Samuel Zinner, M.D. | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 26. | Video Deposition of Samuel Zinner, M.D. | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |

631536.V1

| | **PLAINTIFF JON MUSE'S EXHIBITS** | |
|---|---|---|
| **Exhibit No.** | **Description** | **Position** |
| 27. | Deposition Transcript of: Jon Muse | Objection: hearsay except as to use as prior statement by witness, admission by party opponent, or unavailable and designated |
| 28. | Eligibility Confirmation letter from the Social Security Administration | Objection: unauthenticated, irrelevant, specialized opinion from lay witness, hearsay, not produced |
| 29. | "Declaration of Video" (Declaration of Laura Whitman, Video Editor) | Objection: irrelevance, lack of personal knowledge, hearsay, not produced |
| 30. | Day in the Life of Jon Muse Video | Objection: irrelevant, prejudicial under FRE 403, lack of personal knowledge, unsworn, specialized opinion from lay witness, hearsay, unauthenticated, not produced |
| 31. | Letter from Harris to Stan Levin dated July 27, 2004 | Objection: offer to compromise, incomplete as to all other settlement communications |
| 32. | Settlement Agreement between Jon Muse and Bank of Hawaii | Objection: irrelevant, offer to compromise, specialized opinion from lay witness, hearsay |

-5-

| **PLAINTIFF JON MUSE'S EXHIBITS** |
|---|---|---|
| **Exhibit No.** | **Description** | **Position** |
| 33. | 2/4/05 Home Depot's Answers to Interrogs. | Objection: hearsay, except as to admissions and exceptions for limited purposes, unauthenticated |
| 34. | 2/18/05 Defendant's Amended Response to Req. for Interrogs. | Objection: hearsay, except as to admissions and exceptions for limited purposes, unauthenticated |
| 35. | 2/25/05 Defendant Home Depot's Second Amended Response to 1st Req. for Ans. to Interrogs. | Objection: hearsay, except as to admissions and exceptions for limited purposes, unauthenticated |
| 36. | 4/8/05 Defendant's Third Amended Response to Plaintiff's First Request for Answers to Interrogatories | Objection: hearsay, except as to admissions and exceptions for limited purposes, unauthenticated |
| 37. | 2/4/05 Home Depot's Response to Plaintiff's First Request for Admissions | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 38. | 2/18/05 Defendant's Amended Response to Request for Admissions | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 39. | 6/15/05 Defendant's Supplemental Responses to Plaintiff's First Request for Admissions to Defendant Home Depot; COS | Objection: hearsay, except as to admissions and exceptions for limited purposes |

631536.V1

| **PLAINTIFF JON MUSE'S EXHIBITS** |
|---|---|---|
| **Exhibit No.** | **Description** | **Position** |
| 40. | 5/10/05 Defendant Home Depot's Response to Plaintiff's Second Request for Admissions | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 41. | 9/22/05 Defendant's Response to Plaintiff's Third Request for Admissions to Home Depot | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 42. | 9/23/05 Errata Re: Defendant's Response to Plaintiff's Third Request for Admissions | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 43. | 8/18/06 Defendant's Response to Fourth Req. for Admiss. | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 44. | 2/4/05 Home Depot's Response to Plaintiff's First Request for Production of Documents | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 45. | 2/18/05 Defendant's First Amended Response to Production of Documents | Objection: hearsay, except as to admissions and exceptions for limited purposes |
| 46. | 2/25/05 Defendant Home Depot's Second Amended Response to 1st Req. for Production of Documents | Objection: hearsay, except as to admissions and exceptions for limited purposes |

631536.V1

| Exhibit No. | PLAINTIFF JON MUSE'S EXHIBITS | |
|---|---|---|
| | Description | Position |
| 47. | 8/18/06 Defendant's Response to Second Req. POD | Objection: hearsay, except as to admissions and exceptions for limited purposes |

DATED:  Honolulu, Hawaii, January 3, 2007.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

/s/ Jeffrey S. Harris
JEFFREY S. HARRIS
HEATHER M. RICKENBRODE
Attorneys for Defendant
HOME DEPOT USA, INC.

631536.V1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>        Defendant. | NO. **CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on the dates and by the methods of service noted below, a true and correct copy of "DEFENDANT HOME DEPOT USA, INC.'S OBJECTIONS TO PLAINTIFF'S 09/26/2006 LIST OF EXHIBITS", dated January 3, 2007, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Stanley E. Levin, Esq. | slevin@davislevin.com | January 3, 2007 |
| Bruce Sherman, Esq. | Failey52@hawaii.rr.com | January 3, 2007 |

Attorneys for Plaintiff JON MUSE

DATED:  Honolulu, Hawaii, January 3, 2007.

                                            TORKILDSON, KATZ, FONSECA,
                                            MOORE & HETHERINGTON,
                                            Attorneys at Law, A Law Corporation

                                            /s/ Jeffrey S. Harris
                                            JEFFREY S. HARRIS
                                            HEATHER M. RICKENBRODE
                                            Attorneys for Defendant
                                            HOME DEPOT USA, INC.