TORKILDSON, KATZ, FONSECA,
  OORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN   8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 1 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT; CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT HOME DEPOT USA, INC.'S
ANSWER TO FIRST AMENDED COMPLAINT

Defendant HOME DEPOT USA, INC. (hereinafter referred to as

"Defendant") hereby answers the First Amended Complaint (hereinafter referred to



PLAINTIFF'S EXHIBIT 2

as "Complaint") of Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), as follows:

## FIRST DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

2. Defendant admits the allegations of Paragraphs 1, 2, 13, 19, and 26 of the Complaint.

3. Defendant denies the allegations of Paragraphs 5, 6, 7, 8, 9, 10, 15, 16, 21, 22, 23, 28, 29, and 30 of the Complaint.

4. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraphs 3, 4, 12, 18 and 25 of the Complaint, and therefore denies the same.

5. In response to the allegations of Paragraphs 11, 17 and 24 of the Complaint, Defendant incorporates its answers to the paragraphs of the Complaint incorporated in those paragraphs.

6. In response to the allegations of Paragraph 14 of the Complaint, ADA Title III speaks for itself.

7. In response to the allegations of Paragraph 20 of the Complaint, H.R.S. § 347-13 speaks for itself.

8. In response to the allegations of Paragraph 27 of the Complaint, H.R.S. Chapter 489 speaks for itself.

9. Each and every allegation of the Complaint not specifically admitted is denied.

## THIRD DEFENSE

10. Plaintiff did not request a reasonable modification.

## FOURTH DEFENSE

11. The modifications that Plaintiff proposed after he filed the lawsuit would be unreasonable. Plaintiff could not have been denied a modification he never requested.

## FIFTH DEFENSE

12. The modifications that Plaintiff proposed after he filed the lawsuit would violate the First Amendment of the United States Constitution.

WHEREFORE, Defendant prays that the Complaint filed herein and against it be dismissed with prejudice, and that Defendant be awarded its costs, attorneys' fees and other such relief as the Court may deem just and proper under the circumstances.

DATED: Honolulu, Hawai'i, November 1, 2005.

                                        TORKILDSON, KATZ, FONSECA,
                                        MOORE & HETHERINGTON,
                                        Attorneys at Law, A Law Corporation

                                        /s/ Jeffrey S. Harris
                                        _____
                                        JEFFREY S. HARRIS
                                        JAN MURANAKA BOIVIN
                                        Attorneys for Defendant
                                        HOME DEPOT USA, INC.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following individuals via hand delivery, addressed as follows:

>   Stanley E. Levin, Esq.
>   851 Fort Street
>   400 Davis Levin Livingston Grande Place
>   Honolulu, Hawai'i 96813
>   AND
>   Bruce Sherman, Esq.
>   1164 Bishop Street, Suite 124
>   Honolulu, Hawai'i 96813
>
>   Attorneys for Plaintiff
>   JON MUSE

53039/0011/612818.V2

DATED: Honolulu, Hawai'i, November 1, 2005.

                            TORKILDSON, KATZ, FONSECA,
                            MOORE & HETHERINGTON,
                            Attorneys at Law, A Law Corporation



                            JEFFREY S. HARRIS
                            JAN MURANAKA BOIVIN
                            Attorneys for Defendant
                            HOME DEPOT USA, INC.