Financial Statements for The Home Depot, Inc. - Google Finance

Sign In

# Google Finance BETA

e.g. "Google", "Cars", "AAPL"

Search

## Financial Statements

# The Home Depot, Inc. (NYSE:HD)

Overview | Income Statement | **Balance Sheet** | Cash Flow

View: **Quarterly Data** | Annual Data

| In Millions of USD (except for per share items) | As of 2006-04-30 | As of 2006-01-29 | As of 2005-10-30 | As of 2005-07-31 | As of 2005-05-01 |
|---|---|---|---|---|---|
| Cash & Equivalents | 2,586.00 | 793.00 | 905.00 | 736.00 | 2,992.00 |
| Short Term Investments | - | 14.00 | 473.00 | 1,582.00 | - |
| Cash and Short Term Investments | 2,586.00 | 807.00 | 1,378.00 | 2,318.00 | 2,992.00 |
| Accounts Receivable - Trade, Net | 3,412.00 | 2,396.00 | 2,550.00 | 2,182.00 | 1,973.00 |
| Receivables - Other | - | - | - | - | - |
| Total Receivables, Net | 3,412.00 | 2,396.00 | 2,550.00 | 2,182.00 | 1,973.00 |
| Total Inventory | 13,401.00 | 11,401.00 | 12,039.00 | 11,252.00 | 11,305.00 |
| Prepaid Expenses | - | - | - | - | - |
| Other Current Assets, Total | 880.00 | 742.00 | 509.00 | 652.00 | 652.00 |
| **Total Current Assets** | **20,279.00** | **15,346.00** | **16,476.00** | **16,404.00** | **16,922.00** |
| Property/Plant/Equipment, Total - Gross | - | 31,530.00 | 30,593.00 | 29,615.00 | - |
| Goodwill, Net | 5,432.00 | 3,286.00 | - | 1,994.00 | 1,476.00 |
| Intangibles, Net | - | - | - | - | - |
| Long Term Investments | - | - | - | - | - |
| Other Long Term Assets, Total | 1,673.00 | 601.00 | 3,564.00 | 288.00 | 641.00 |
| **Total Assets** | **52,679.00** | **44,482.00** | **44,670.00** | **42,689.00** | **42,070.00** |
| Accounts Payable | 9,452.00 | 6,032.00 | 8,101.00 | 7,705.00 | 8,035.00 |
| Accrued Expenses | 1,223.00 | 3,311.00 | 3,607.00 | 3,429.00 | 1,001.00 |
| Notes Payable/Short Term Debt | 0.00 | 900.00 | - | - | 0.00 |
| Current Port. of LT Debt/Capital Leases | 15.00 | 513.00 | 513.00 | 14.00 | 14.00 |
| Other Current liabilities, Total | 5,588.00 | 2,145.00 | 2,097.00 | 2,152.00 | 4,643.00 |
| **Total Current Liabilities** | **16,278.00** | **12,901.00** | **14,318.00** | **13,300.00** | **13,693.00** |
| Long Term Debt | 6,652.00 | 2,672.00 | 2,661.00 | 2,168.00 | 2,145.00 |
| Capital Lease Obligations | - | - | - | - | - |
| **Total Long Term Debt** | **6,652.00** | **2,672.00** | **2,661.00** | **2,168.00** | **2,145.00** |
| **Total Debt** | **6,667.00** | **4,085.00** | **3,174.00** | **2,182.00** | **2,159.00** |
| Deferred Income Tax | - | 1,023.00 | 1,080.00 | 1,301.00 | - |
| Minority Interest | - | - | - | - | - |
| Other Liabilities, Total | 1,957.00 | 977.00 | 819.00 | 781.00 | 2,411.00 |
| **Total Liabilities** | **24,887.00** | **17,573.00** | **18,878.00** | **17,550.00** | **18,249.00** |
| Redeemable Preferred Stock, Total | - | - | - | - | - |
| Preferred Stock - Non Redeemable, Net | - | - | - | - | - |
| Common Stock, Total | - | 120.00 | 120.00 | 120.00 | - |
| Additional Paid-In Capital | - | 7,287.00 | 7,099.00 | 6,958.00 | - |
| Retained Earnings (Accumulated Deficit) | - | 28,943.00 | 27,870.00 | 26,546.00 | - |
| Treasury Stock - Common | - | -9,712.00 | -9,488.00 | -8,621.00 | - |

PLAINTIFF'S EXHIBIT 11

5/31/2006

| | | | | | |
|---|---|---|---|---|---|
| Other Equity, Total | 27,792.00 | 409.00 | 337.00 | 263.00 | 23,821.00 |
| **Total Equity** | **27,792.00** | **26,909.00** | **25,792.00** | **25,139.00** | **23,821.00** |
| **Total Liabilities & Shareholders' Equity** | **52,679.00** | **44,482.00** | **44,670.00** | **42,689.00** | **42,070.00** |
| Shares Outs - Common Stock Primary Issue | - | - | - | - | - |
| **Total Common Shares Outstanding** | **2,114.00** | **2,119.00** | **2,124.00** | **2,143.00** | **2,151.00** |

Financial Statements provided by Reuters. Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice.
Index data is in real-time. Quotes are delayed 15 minutes for Nasdaq, 20 minutes for AMEX and NYSE. For other exchange delays, please see disclaimer.

©2006 Google   Google Home - About Google Finance - Privacy Policy - Terms of Service

5/31/2006