# R-E-D-A-C-T-E-D

**PLAINTIFF'S EXHIBIT 16:**

**KAISER PERMANENTE MEDICAL RECORDS OF JON MUSE**

**(Full copy of this Exhibit will be delivered to Court and Counsel)**