# CURRICULUM VITAE
# SAMUEL H. ZINNER, M.D., F.A.A.P.

## CURRENT POSITIONS

| | |
|---|---|
| Assistant Professor of Pediatrics | – University of Washington School of Medicine, Seattle, WA |
| Developmental/Behavioral Pediatrician | – University of Washington, Ctr. on Human Development & Disability |
| | – Children's Hospital & Regional Medical Ctr., Seattle, WA |

## PERSONAL DATA

Birthdate:
Birthplace:     Charlottesville, Virginia
Citizenship:    U.S.A.
Languages spoken:   English and French

Business Addresses:
University of Washington                          Tel: (206) 685-1290
Center on Human Development & Disability          Fax: (206) 543-5771
Box 357920                                        szinner@u.washington.edu
Seattle, WA 98195-7920

Children's Hospital & Regional Medical Ctr       Tel: (206) 987-2590
4800 Sand Point Way, N.E.                         Fax: (206) 987-3824
Mail Stop M2-8, P.O. Box 5371                     sam.zinner@seattlechildrens.org
Seattle, WA 98105-0371

## EDUCATION

| | | |
|---|---|---|
| Undergraduate: | University of California, Berkeley<br>B.A. (Biological Psychology) | 1982 – 1987 |
| | Université de Bordeaux, France<br>Education Abroad Program | 1984 – 1985 |
| | University of California, Berkeley<br>"Limited Status" (Premedicine) | 1987 – 1988 |
| Graduate: | University of California, San Diego<br>M.D. | 1989 – 1994 |

## POSTGRADUATE TRAINING

| | | |
|---|---|---|
| Internship: | Kaiser Permanente Medical Center, Los Angeles, CA<br>Pediatrics | 1994 – 1995 |
| Residency: | Kaiser Permanente Medical Center, Los Angeles, CA<br>Pediatrics | 1995 – 1997 |
| Fellowship: | Harvard Medical School/Boston Children's Hospital<br>General Academic Pediatrics/Developmental-Behavioral Pediatrics | 1997 – 1999 |



PLAINTIFF'S EXHIBIT

## FACULTY POSITIONS HELD

**Saint Louis University School of Medicine (Missouri)**
    Assistant Professor, Pediatrics – Division of Developmental Pediatrics          1999 – 2002

**University of Washington School of Medicine**
    Assistant Professor, Pediatrics – Division of Genetics and Developmental Medicine    2003 –

## HOSPITAL POSITIONS HELD

**SSM Cardinal Glennon Children's Hospital, Saint Louis, MO**
    Attending Physician: Inpatient and Outpatient Developmental-Behavioral Pediatrics    1999 – 2002
    Attending Physician: General Inpatient Pediatrics          1999 – 2002

**Children's Hospital & Regional Medical Center, Seattle, WA**
    Attending Physician: Inpatient and Outpatient Developmental-Behavioral Pediatrics    2003 –
    Attending Physician: General Inpatient Pediatrics          2003 –

**University of Washington Medical Center – Center on Human Development & Disability**
    Attending Physician: Outpatient Developmental-Behavioral Pediatrics      2003 –

## HONORS/AWARDS

Summa Cum Laude - University of California, Berkeley (Bachelor of Arts)          1987
Honors in Independent Study Project - University of California, San Diego          1994
    Measures of central inhibition in Tourette's syndrome
National Health Information Award (Bronze) for Developmental-Behavioral Pediatrics    2001
    Community Referral Directory-metropolitan St. Louis

## BOARD CERTIFICATION

National Board of Medical Examiners          1995
American Board of Pediatrics #063494
    General Pediatrics:
        Certified          1997 – 2004
        Recertified          2005 – 2011
    Subspecialty- Developmental/Behavioral Pediatrics:
        Certified          2004 – 2011

## LICENSES TO PRACTICE (MEDICAL)

California (#A55657)          1996 – 2000
Massachusetts (#153634)          1997 – 2002
Missouri (#119696)          1999 – 2004
Washington State (#025209)          2002 –

## PROFESSIONAL ORGANIZATIONS

Ambulatory Pediatric Association          1998 –
American Academy of Pediatrics          1997 –
    Developmental-Behavioral Pediatrics Section          1999 –
American Academy of Sleep Medicine          1999 – 2001
American Medical Association          1994 – 2000

## Professional Organizations, *continued*

| | |
|---|---|
| Massachusetts Medical Society | 1998 – 2000 |
| Northwest Society for Developmental-Behavioral Peds. | 2004 – |
| Puget Sound Pediatric Society | 2003 – |
| Saint Louis Pediatric Society | 2001 – 2003 |
| Society for Developmental and Behavioral Pediatrics | 1999 – |
| Tourette Syndrome Association: | |
| • Physician Member | 1999 – |
| • Medical Advisory Board | 2001 – |
| Tourette Syndrome Foundation of Canada | 1999 – 2001 |
| Western Society for Pediatric Research | 2003 – |

## TEACHING RESPONSIBILITIES

**Harvard Medical School (Fellowship):**

| | |
|---|---|
| Administrator and speaker recruitment – General Pediatrics Fellows seminar series | 1998 – 1999 |
| Chief Fellow – Developmental Consultation Program | 1998 – 1999 |
| Tutor – Primary Care Conference for medical students | 1998 – 1999 |

**Saint Louis University School of Medicine:**
Continuing Medical Education:

| | |
|---|---|
| • Originator and Director – Developmental Pediatrics monthly Journal Club | 1999 – 2002 |
| • Originator and Director – Developmental/Behavioral Pediatrics monthly focus group | 1999 – 2002 |
| Course Director and Lecturer - Weekly developmental pediatrics seminars for residents | 1999 – 2002 |
| Attending Physician – Inpatient General Pediatrics Cardinal Glennon Children's Hospital | 2000 – 2002 |
| Lecturer: | |
| • 3-part repeating series for Pediatric residents - "Normal School-Age Development" | 2001 – 2002 |
| • Repeating series for medical students - "Speech and Language Delays" | 2001 – 2002 |

**University of Washington School of Medicine:**

| | |
|---|---|
| Assistant Director of Fellowship Training – Developmental/Behavioral Pediatrics | 2003 – |
| Attending Physician: | |
|    Autism Center, Center on Human Development & Disability (CHDD) | 2003 – |
|    Birth Defects Clinic, Children's Hospital & Regional Medical Center | 2003 – |
|    Child Development Clinic, Center on Human Development & Disability | 2003 – |
|    Inpatient General Pediatrics, Children's Hospital & Regional Medical Center | 2003 – |
|    Whatcom County Developmental Pediatrics Outreach Clinic, Bellingham WA | 2004 – |
| Course Director and Lecturer - Weekly developmental pediatrics seminars for trainees | 2003 – |
| Director Residency Training – Developmental/Behavioral Pediatrics | 2003 – |
| Visiting Professorship - WWAMI (Peninsula Children's Clinic, Port Angeles, WA) | 2004 (Dec) |

## EDITORIAL RESPONSIBILTIES

**Saint Louis University School of Medicine:**

| | |
|---|---|
| Medical Editor and Administrator – "Focus On Pediatrics" (quarterly newsletter) | 2000 – 2002 |

**Ad hoc reviews:**

| | |
|---|---|
| Patient Care "Tourette's Disorder" | 2002 |
| Tourette Syndrome Association "Health Insurance: Issues and Solutions" | 2002 |
| Tourette Syndrome Association "Q & A about Tourette Syndrome" (brochure) | 2003 |
| Tourette Syndrome Association "Tourette Syndrome & the School Nurse" (brochure) | 2003 |
| Archives of Pediatrics & Adolescent Medicine "Low Back Pain in Female Caregivers..." | 2003 |
| WA state Medical Home Website "Attention Deficit Hyperactivity Disorder" | 2004 |
| Journal of Developmental & Behavioral Pediatrics "Premonitory Urge for Tics Scale" | 2005 |

**Editorial Responsibilities**, *continued*

<u>Biological Psychiatry</u> "Impact of OCD on Remission of Tourette's Disorder in Children.." 2005
<u>WA state Medical Home Website</u> "Developmental Surveillance & Screening" 2005
<u>Journal of Developmental & Behavioral Pediatrics</u> "Psychopathology..."Tourette/ADHD" 2005
<u>Arch. Ped. & Adolesc. Med.</u> "Children with Selective Mutism: Are elimination disorders..." 2005

## *SPECIAL INTERNATIONAL RESPONSIBILITIES*

International Steering Committee Member/Advisor – TIC Database Consortium        2004 –

## *SPECIAL NATIONAL RESPONSIBILITIES*

National Tourette Syndrome Association, Inc. - Medical Advisory Board          2001 –
   • Complementary and Alternative Medicine in Tourette Syndrome Task Force   2005 –
Association of University Centers on Disability: UCEDD Programs/LEND – Representative: 2004 –
   Council for Interdisciplinary Service
Autism Treatment Network – collaboration of physicians and researchers           2004 –
Medical Director – University of Washington site of Autism Treatment Network     2005 –
American Board of Pediatrics: exam writer – Developmental/Behavioral Boards certification   2005

## *SPECIAL LOCAL RESPONSIBILITIES*

**Kaiser Permanente Medical Center, Los Angeles, CA**
   Pediatrics Case Conference (physician staff and residents) - Director and originator  1994 – 1997
   Medical Spanish training program (physician staff and residents) - Director and creator  1996 – 1997

**Missouri Tourette Syndrome Association**
   Children's & adolescents' support and social skills dev't groups - Director and originator   1999 – 2001
   Medical Advisor          1999 – 2002

**Saint Louis University School of Medicine:**
   Continuing Medical Education Committee       1999 – 2002
   Guest speakers forum – Director and chief administrator (semi-annual)   1999 – 2002
   Medical Student Advisory Committee           2001 – 2002

**CHADD (Children with Hyperactivity and Attention Deficit Disorder) – Saint Louis, MO**
   Medical advisor         2001 – 2002

**American Academy of Pediatrics:**
   Advisor - Planning Committee "Every Child Deserves a Medical Home" - circulation   2002
     and utilization of my resource directory

**Washington Department of Health, and King County Public Health**
   CHILD Profile – Professional Review Committee: WA health promotion & immunization  2003 –

**Washington State chapter Tourette Syndrome Association**
   Medical Advisor         2003 –

**Children's Hospital & Regional Medical Center (Seattle, WA):**
   Collaborative Office Rounds participant (monthly focus group for Developmental Ped's)  2003 –

Special Local Responsibilities, *continued*

**University of Washington School of Medicine:**
    Autism Spectrum Disorders Executive Committee – Autism Center    2003 –
    Clinical Training Unit – Center on Human Development and Disability (CHDD):
- Clinical Services Committee    2003 – 2005
- Clinical Services Subcommittee: Promoting Medical Home    2003 – 2005
- Interdisciplinary Clinical Training Committee    2003 – 2005
- SITE Committee (Seeking Innovation Toward Excellence)    2004 –
- Learning Disabilities Committee    2005 –

    *Medical Director* – Autism Center - CHDD    2004 –
    *Director* – Interdisciplinary Training and Community Outreach Committee - UCEDD    2004 –

## RESEARCH FUNDING

**Tourette Syndrome Association, Inc.** - Principal Investigator ($5,605)    1999 – 2000
"Qualitative analysis of approaches to diagnosis and management of Tourette Syndrome and Comorbid Disorders among General Pediatric Practitioners"

**Fleur-de-Lis – St Louis University School of Medicine** - Principal Investigator ($10,000)    2001 – 2002
"Developmental-Behavioral Pediatrics: Resource and Referral Directory: Impact on Management Practices of Pediatric Primary Care Providers"

**National Foundation for Ectodermal Dysplasias** - Co-Investigator ($14,200)    2002 – 2003
"Psychoeducational Characteristics in Hypohidrotic Ectodermal Dysplasia"

**Association of University Centers on Disabilities** - Principal Investigator ($396,230)    2004 – 2006
In a collaborative agreement with the **U.S. Centers for Disease Control**
"Descriptive Study of Tourette Syndrome – Quality of Life"
20% FTE

<u>Training Grants</u>
    Pfizer Pharmaceuticals, Inc. - Principal Preceptor (~ $5,000)    2000 – 2002
        Scholarship grant for Developmental-Behavioral Pediatrics focus group series
    Ronald McDonald House Charitable Grant – Awardee (~ $1,500)    2002 – 2003
        Gave monthly VIP free access to St. Louis "Magic House" for special needs kids
    American Academy of Pediatrics/CATCH – Invited Participant (Chicago, IL)    2003 (May)
        "The Pediatricians' Title V CSHCN Institute" (Nat'l Ctr of Medical Home Initiatives)

## BIBLIOGRAPHY

**Manuscripts in Refereed Journals (Cover Articles):**
1. **Zinner SH**. Tourette Syndrome – Much More Than Tics: Part 1 – Moving Beyond Misconceptions to a Diagnosis. *Contemporary Pediatrics* 2004;21:22-36.
2. **Zinner SH**. Tourette Syndrome – Much More Than Tics: Part 2 – Management Tailored to the Entire Patient. *Contemporary Pediatrics* 2004;21:38-49.

**Manuscripts in Refereed Journals:**
3. **Zinner SH**. Panic attacks precipitated by sertraline. *American Journal of Psychiatry* 1994;151:147-148. {Letter to the editor}
4. Swerdlow NR, Magulac M, Filion D, **Zinner S**. Visuospatial priming and latent inhibition in children and adults with Tourette's Disorder. *Neuropsychology* 1996;10:485-494.

**Bibliography,** *continued*

5. The PREVENT Study Group (collaborator). Reduction of respiratory syncitial virus hospitalization among premature infants and infants with bronchopulmonary dysplasia using respiratory syncytial virus immune globulin prophylaxis. *Pediatrics* 1997;99:93-99.
6. Swerdlow NR, **Zinner S**, Farber RH, Seacrist C, Hartston H. Symptoms in Obsessive-Compulsive Disorder and Tourette Syndrome: A spectrum? *CNS Spectrums* 1999;4:21-33.
7. **Zinner SH.** Tourette Disorder. *Pediatrics in Review* 2000; 21:372-383.
8. **Zinner SH**, Batanian JR. Second reported patient with del(1)(p32.1p32.3) and similar clinical features suggesting a recognizable chromosomal syndrome. *American Journal of Medical Genetics.* 2003;122A:164-7.
9. **Zinner SH.** Tourette syndrome in infancy and early childhood. *Infants & Young Children.* (in press – to be published October 2006)

**Book Chapters and Articles:**
10. **Zinner SH.** Tics and Tourette Syndrome. In Shweder RA (Ed.), *The Chicago Companion to the Child,* The University of Chicago Press (in press).

**Published Books, Videos, Software, Website and Training Materials (non-refereed):**
11. **Zinner S.** Directory of Resources and Referral Information: St. Louis Regional Access Guide to Developmental and Behavioral Pediatric, Adolescent and Family Services. Copyright File No.: 02Z103/02 001CO02/2 (2002).
12. **Zinner S.** CD-ROM: Missouri and southern Illinois Developmental-Behavioral Pediatrics Resource Directory (distributed by *American Academy of Pediatrics*) "Every Child Deserves a Medical Home" Training Program, Shriner's Hospital for Children, Saint Louis, Missouri (2002, Dec); (later distributed by *Missouri Maternal and Child Health Bureau*).
13. **Zinner S.** Developmental-Behavioral Pediatrics Training website – University of Washington School of Medicine. (http://depts.washington.edu/dbpeds) 2003 – present; (Primary educational, clinical and administrative source and ongoing resource for pediatric residents and community physicians).
14. **Zinner SH.** Syllabus for Developmental-Behavioral Pediatrics residency training, St. Louis University - Creator and editor (1999-2002).

**Other Publications (non-refereed consumer education):**
15. **Zinner SH.** "Tic" of the iceberg: medication and other treatment options warming globally for people with Tourette's Disorder. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:3-5.
16. **Zinner SH.** Executive Functions – and Dysfunctions – Defined. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:5-10.
17. **Zinner SH.** Accessing school services for children with Tourette. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2003;10:8-10.
18. **Zinner SH.** Hypnosis and Tourette syndrome. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-7.
19. **Zinner SH.** Autism Spectrum Disorders: Medications. *University of Washington Autism Center* and *Health Online – University of Washington* (http://healthonline.washington.edu) 2004.
20. **Zinner SH.** Deep Brain Stimulation and Tourette Syndrome. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-8.
21. **Zinner SH.** Managing OCD in School-Aged Children. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2004;11:6-7.
22. Scahill L, Erenberg G, & the Tourette Syndrome Practice Parameter Work Group (with **Zinner S**). *Tourette Syndrome Association* 2004; 23pgs.
23. **Zinner SH.** Mind-Body Medicine in Tourette Syndrome. *Tourette Syndrome Association – Task Force for Complementary/Alternative Medicine* 2005.
24. **Zinner SH.** Manual Therapies and Energy Medicine in Tourette Syndrome. *Tourette Syndrome Association – Task Force for Complementary/Alternative Medicine* 2005.

Bibliography, *continued*

25. Zinner SH. Oh Behave! For A BIT of Behavioral Therapy in Tic Control, Think "CBIT". *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2005;12:6-7.

**Abstract:**
26. Swerdlow NR, **Zinner SH**, Hartston HH, Filion D, Magulac M. Central inhibitory deficits in Obsessive Compulsive Disorder and Tourette Syndrome. *Biological Psychiatry* 1994;35:664.
27. Maxim RA, Matsuo H, **Zinner S**, Fete M, Fete T. Psychoeducational characteristics of children with hypohidrotic ectodermal dysplasia. *Pediatric Academic Societies* (May 2005) #751182 – Washington, D.C.
28. **Zinner SH**. Possible Tourette Syndrome Gene Discovered – On Lucky Number 13. *Connections – Newsletter of the Washington State Chapter of the Tourette Syndrome Association* 2005;(in press)

**Posters:**
29. Maxim R, **Zinner S**, Ultmann M. Developmental assessment in the pediatric continuity clinic – a model curriculum for resident education. *Association of Pediatric Program Directors* (April 2001) – Baltimore, MD.
30. **Zinner S**. Creating a local Developmental-Behavioral Pediatrics referral directory in residency training. *Association of Pediatric Program Directors* (May 2002) – Baltimore, MD.

## CHAIRED SYMPOSIA

| | | |
|---|---|---|
| 1. | Tourette Syndrome Across the Life Span: Critical Issues & Comorbid Conditions<br>Chair and Co-Organizer. Children's Hospital: Child/Adolesc Neuropsychiatry, Seattle | 2004 (May) |
| 2. | Tourette Syndrome – Critical Issues and Associated Conditions<br>Co-Chair and Co-Organizer. Tourette Syndrome Association - WA State, Seattle | 2004 (May) |

## INVITED PRESENTATIONS

**International:**
1. Desenvolvimento e Comportamento (Development and Behavior) — 2002 (May)
   III Congresso de Pediatria do Hospital Universitário Evangélico de Curitiba
   (3rd Pediatrics Congress, Evangelical University Hospital)
   Curitiba, Paraná, BRAZIL
   ("Behavior Mgt 0 to 3 years"; "Learning Disabilities"; and, "Tourette Disorder")
2. Expert Panelist - Clinical Consultations: Case Presentations — 2004 (Jun)
   4th International Scientific Symposium on Tourette Syndrome, Cleveland Clinic, OH

**National:**
3. Collaborative Office Rounds – Summary of Tourette syndrome research findings — 1999 (Apr)
   Maternal & Child Health Bureau, Health Resources & Services Administration, Baltimore
4. Developmental-Behavioral Pediatrics Saint Louis Resource Guide — 2001 (Apr)
   Ambulatory Ped Assn: School & Community Health Special Interest Gp, Baltimore, MD
5. Update: Developmental-Behavioral Pediatrics Saint Louis Resource Guide — 2002 (May)
   Ambulatory Ped Assn: School & Community Health Special Interest Gp, Baltimore, MD
6. Tourette Syndrome and Learning Problems — 2002 (Nov)
   Tourette Syndrome Association national symposium, Alexandria, VA
7. Tourette Syndrome: Past, Present & Future — 2005 (Oct)
   28th Annual Advanced Practice in Primary & Acute Care, Seattle, WA (Convention Ctr.)
8. Tourette Syndrome and Complementary/Alternative Medicine: What Do the Data Say? — 2006 (Apr)
   Tourette Syndrome Association national symposium, Alexandria, VA
9. Forming a Support System and How to Know When You're in Too Deep — 2006 (Apr)
   Tourette Syndrome Association national symposium, Alexandria, VA

## Invited Presentations, *continued*

Regional (CME or other professional accreditation):
    Collaborative Office Rounds - Maternal and Child Health Bureau     1998 – 1999
    Guest director/facilitator pediatrician monthly focus groups
- Children's Hospital, Boston, MA
- Rainbow Babies & Children's Hospital, Cleveland, OH
- Dartmouth Medical School, Hanover, NH
- Vanderbilt University School of Medicine, Nashville, TN
- The Johns Hopkins Hospital, Baltimore, MD
- Children's Hospital and Regional Medical Center, Seattle, WA
- University of California, San Francisco, CA
- University of Minnesota Medical School, Minneapolis, MN

8. Tourette Disorder and Comorbid Conditions (various titles)
   - Noon lecture - Cardinal Glennon Children's Hospital, Saint Louis, MO     2000
   - Grand Rounds
     - Kaiser Permanente Medical Center, Los Angeles     2000 (Feb)
     - University of Missouri, Columbia School of Medicine     2000 (Jun)
     - Saint Louis University School of Medicine     2000 (Sep)
     - Children's Hospital and Regional Medical Center, Seattle     2003 (Jul)
     - University of Washington, Seattle – Dep't of Neurology     2005 (Jan)
     - Kaiser Permanente Medical Center, Los Angeles     2005 (Sep)
   - Focus On Pediatrics Conf. - St John's Mercy Med Ctr, St Louis, MO     2001 (Jun)
   - Developmental & Beh. Peds. – Biennial Update Conf. (CHRMC) - Seattle     2003 (Mar)
   - North Pacific Pediatric Society – 168th Scientific Conf. - Bellevue, WA     2004 (Mar)
   - Dept of Neurology - Children's Hospital – Seattle     2004 (Apr)
   - Child & Adolescent Neuropsychiatry Conf - Children's Hospital – Seattle WA     2004 (May)
   - Providence Healthcare - 23rd Annual Pediatric Conf. - Anchorage, AK     2004 (Oct)
   - Peninsula Children's Clinic, Port Angeles, WA     2004 (Dec)
   - National Ground Round series: Centers for Disease Control/Tourette Syndrome Assn partnership:
     - Oregon Health Sciences University, Portland     2005 (Mar)
     - Duke University Medical Center, Durham, North Carolina     2005 (May)
     - Saint Vincent's Healthcare, Billings, Montana     2005 (Nov)
9. Learning Disabilities – Pediatricians' Primer
   - Practical Pediatrics Series - St. Louis, MO     2000 (Jun)
   - Challenges in Developmental Peds - workshop, Ste Genevieve, MO     2000 (Nov)
   - Challenges in Developmental Peds - workshop, Hannibal, MO     2001 (Nov)
10. Behavior Management: Strategies for Children, Birth to 3 Years – Pediatricians' Primer
    - Southern Illinois Provider Enrichment Symposium – St. Louis, MO     2000 (Jun)
    - Sainte Genevieve County Hospital, MO     2000 (Nov)
    - Ladue Early Childhood Center – Ladue, MO     2001 (Apr)
11. Character Education Conference panelist (national symposium for educators)     2000 (Jul)
    Cooperating School Districts – St. Louis, MO
12. Office-based Assessment/Referral for Behavioral Issues
    - Saint Louis Pediatric Society - Missouri     2001 (Mar)
    - Grand Rounds – St. Louis University Dept of Pediatrics - Missouri     2001 (May)
13. ADHD: Comprehensive Management in the Pediatric Clinical Setting
    - "Practical Pediatrics" Conference – St. Louis, MO     2001 (May)
    - *Keynote Speaker* "Focus On Pediatrics" Conference – St. Louis, MO     2001 (Jun)
14. Office-based Assessment/Referral for Behavioral Issues – St. Louis MO     2002 (Jan)
    Teaching general pediatricians who serve as medical student mentors
15. ADHD: New Guidelines panelist - St. Louis Pediatric Society, MO     2002 (Mar)
16. Tourette Synd: Current Treatment - Children's Hosp. - Dept of Psychiatry – Phoenix AZ     2003 (Mar)

## Invited Presentations, *continued*

17. Autism Spectrum Disorders: A Medical Approach - seminar for professionals
    - University of Washington Autism Center – Seattle — 2003 (Aug)
    - University of Washington Autism Center – Seattle — 2004 (Aug)
    - University of Washington Autism Center – Seattle — 2005 (Aug)
18. Pain Assessment in Children w/Developmental Disability - Pain Management Team Children's Hospital – Seattle WA — 2003 (Sep)
19. Billing and Coding for Developmental Pediatrics - U. Washington COR group – Seattle — 2004 (Jan)
20. Medication Mgt for ADHD - NW Neuropsychological Society – Seattle WA — 2004 (Mar)
21. Learning Problems in Tourette Synd - Child & Adolescent Neuropsychiatry Conf - Children's Hospital – Seattle WA — 2004 (May)
22. *Moderator* and panelist - Tourette Syndrome: Tales and Tips from the Trenches Children's Hospital – Seattle WA — 2004 (May)
23. Tourette Syndrome, Associated Manifestations and Learning Disabilities Washington State Tourette Syndrome Assn Conference – Seattle WA — 2004 (May)
24. Panelist - Practical Approaches for Living with Tourette Syndrome Washington State Tourette Syndrome Assn Conference – Seattle WA — 2004 (May)

**Regional (Community: no professional accreditation):**
25. Learning Disabilities - Lindbergh School District symposium – Webster Groves MO — 2000 (Mar)
26. "Families First" - Guest expert host for radio call-in show 97.1 FM – St. Louis MO — 2000 (Dec)
27. ADHD: Medication Management
    - St. Louis Learning Disabilities Association (community) – St. Louis MO — 2001 (Jan)
    - St. Louis Learning Disabilities Association (community) – St. Louis MO — 2001 (May)
    - Family Care Health Center (pediatricians) – St. Louis MO — 2001 (Oct)
    - CHADD (Children with ADHD) (community) – St. Louis, MO — 2001 (Oct)
    - Miriam School (private special education school) – St. Louis MO — 2001 (Oct)
28. Hyperlexia (faculty and residents) - Cardinal Glennon Children's Hospital – St. Louis MO — 2002 (Aug)

**Trainees (Fellows, Residents, Medical students, other)**
29. Tourette syndrome and Co-morbidity – invited noon lecture series for Pediatrics housestaff
    - Children's Hospital – Boston MA — 1998 & 1999
    - Tufts University School of Medicine – Boston MA — 1999
    - Boston Medical Center – MA — 1999
30. Weekly lecture series to fellows, residents, medical students and other disciplines
    - St Louis University School of Medicine – St Louis MO — 1999 – 2002
    - University of Washington — 2003 –
        TOPICS:
        - Tourette Disorder and Comorbid Conditions
        - Learning Disabilities
        - Interviewing Families
        - Health and Wellness for Teens Living with Disabilities
        - Autism Spectrum Disorders – A Medical Approach
        - Speech and Language Delays
        - Normal Behavior and Development – 3-part series
31. Invited additional presentations
    - Patient, Physician, Society - medical students St. Louis University – MO — 2001 (Aug)
    - Developmental Workshop (annual, for housestaff) – St Louis University – MO — 2000 – 2002
    - Medical Home - medical students, University of Washington, Seattle — 2005