R-E-D-A-C-T-E-D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---

JON MUSE,                              CIVIL NO. 04-00154 DAE/BMK

        Plaintiff,              (Civil Rights Violation)

  vs.

HOME DEPOT USA, INC.,

        Defendant.

---

DEPOSITION OF MICHAEL J. DOLAN

Taken on behalf of the plaintiff at the office of Davis Levin Livingston Grande, 851 Fort Street, Suite 400, Honolulu, Hawai'i, commencing at 9:32 a.m. on July 21st, 2006, pursuant to Notice.

BEFORE:    B. KANOELANI COCKETT

           Certified Shorthand Reporter

           HI CSR NO. 379, CA CSR NO. 7995


PLAINTIFF'S EXHIBIT