R-E-D-A-C-T-E-D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
JON MUSE,                      )
                               )
            Plaintiff,         )
                               )
       vs.                     )  Civil No. CV04-00154 DAE/BMK
                               )
HOME DEPOT USA, INC.,          )
                               )
            Defendants.        )
                               )
```

DEPOSITION OF DEBRA PETERSON

Taken on behalf of the Plaintiff at the offices of Davis Levin Livingston Grande, 851 Fort Street, 500 Davis Levin Livingston Grande Place, Honolulu, Hawaii, commencing at 9:01 a.m. on January 7, 2006, pursuant to Notice.

BEFORE:    JESSICA R. PERRY, CSR NO. 404

           Certified Shorthand Reporter

Ralph Rosenberg Court Reporters
OFC: (808) 524-2090    FAX: (808) 524-2596



PLAINTIFF'S EXHIBIT 21