R-E-D-A-C-T-E-D

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3    _____

4    JON MUSE,                          CIVIL NO. 04-00154 DAE/BMK

5                    Plaintiff,         (Civil Rights Violation)

6         vs.

7    HOME DEPOT USA, INC.,

8                    Defendant.         **SEALED TESTIMONY**

9    _____        **PAGE 14**

10

11

12    DEPOSITION OF DARLYN KUHIA

13

14         Taken on behalf of the plaintiff at the office of

15    Davis Levin Livingston Grande, 851 Fort Street, Suite 400,

16    Honolulu, Hawai'i, commencing at 9:41 a.m. on July 20th, 2006,

17    pursuant to Notice.

18

19

20

21

22

23    BEFORE:    B. KANOELANI COCKETT

24               Certified Shorthand Reporter

25               HI CSR NO. 379, CA CSR NO. 7995



PLAINTIFF'S EXHIBIT 22