R-E-D-A-C-T-E-D

IN THE UNITED STATES DISTRICT

FOR THE DISTRICT OF HAWAII

ORIGINAL

| | |
|---|---|
| JON MUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| HOME DEPOT USA, INC., ) | |
| ) | |
| Defendant. ) | |

**The deponent read corrected, and executed-this deposition transcript**

DEPOSITION OF HOME DEPOT USA, INC.

THROUGH ITS REPRESENTATIVE EMORY L. COOPER

ORANGE, CALIFORNIA

JUNE 6, 2006

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: LISA O'SULLIVAN, CSR NO. 7822

FILE NO.: A003F61



PLAINTIFF'S EXHIBIT 23