R-E-D-A-C-T-E-D

```
                  IN THE UNITED STATES DISTRICT
                    FOR THE DISTRICT OF HAWAII

JON MUSE,                      )
                               )
     Plaintiffs,               )
                               )
vs.                            )   NO. CV04-00154 DAE/BMK
                               )
HOME DEPOT USA, INC.,          )
     Defendant.                )
_____)




          DEPOSITION OF WILLIAM P. SHEEHAN, M.D.
    Taken on behalf of the Defendant at the offices of
Torkildson Katz Fonseca, 700 Bishop Street, 15th Floor,
Honolulu, Hawaii, commencing at 12:04 a.m. on August 3, 2006,
pursuant to Notice.



BEFORE:    JESSICA R. PERRY, CSR NO. 404
           Certified Shorthand Reporter
```

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090



PLAINTIFF'S EXHIBIT 24