COPY     R-E-D-A-C-T-E-D

Naeger Reporting Corporation — Court Reporting · Trial Presentation · Videography · Videoconferencing
800.528.3335 · www.naegelireporting.com
Coeur d'Alene, ID 208.667.1163
Spokane, WA 509.838.6000
Seattle, WA 206.622.3376
Portland, OR 503.227.1544

UNITED STATES DISTRICT COURT
STATE OF HAWAII

JON MUSE,

    Plaintiff,

vs    Case No. CV04-00154 DAE/BMK

HOME DEPOT USA, INC.,

    Defendant.



VIDEOTAPE DEPOSITION OF SAMUEL ZINNER, M.D.
Taken on behalf of the Defendant
AUGUST 9, 2006

- - -

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedures, the deposition of Samuel Zinner, M.D. was taken before Syndie Hagardt, a Certified Shorthand Reporter, #2312, on August 9, 2006, commencing at the hour of 9:01 a.m., the proceedings being reported at 1420 Fifth Avenue, Suite 4100, Seattle, Washington.



PLAINTIFF'S EXHIBIT 25