R-E-D-A-C-T-E-D

# DEPOSITION VIDEO OF SAMUEL ZINNER, M.D.

# TAKEN ON 8/9/06

# VIDEOTAPES 1 AND 2



PLAINTIFF'S EXHIBIT 26