R-E-D-A-C-T-E-D

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3       ------------------------------------
 4  JON MUSE,
 5            Plaintiff,
 6       vs.              Case No. CV04-00154 DAE/BMK
 7  HOME DEPOT USA, INC.,
 8            Defendants.
 9       ------------------------------------
10
11
12              DEPOSITION OF JON MUSE
13
14  Taken on behalf of the Defendant at Torkildson Katz
15  Fonseca Moore & Hetherington, 700 Bishop St., 15th
16  Floor, Honolulu, Hawaii 96813, commencing at 10:04 a.m.,
17  Wednesday, October 12, 2005, pursuant to Notice.
18
19
20   BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
21            Notary Public, State of Hawaii
22
23
24
25
```



RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090



PLAINTIFF'S EXHIBIT 27