IAL SECURITY ADMINISTRATION

Date: September 8, 2006
Claim Number:

JON R MUSE

HONOLULU HI 96817-3412

u asked us for information from your record. The information that you
quested is shown below. If you want anyone else to have this information, you
y send them this letter.

pe of Social Security Benefit Information

 are entitled to monthly disability benefits.

Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 808-541-3600. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

        SOCIAL SECURITY
        RM 1-114 FED BLDG
        300 ALA MOANA BLVD
        HONOLULU, HI 96850

If you do call or visit an office, please have this letter with you. It will
help us answer your questions.

*L. Bauer /CSA*

OFFICE MANAGER


PLAINTIFF'S EXHIBIT 28