R-E-D-A-C-T-E-D

# DAY IN THE LIFE VIDEO

# (DVD) OF JON MUSE



PLAINTIFF'S
EXHIBIT
30