# TORKILDSON, KATZ, FONSECA, MOORE & HETHERINGTON

ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813-4187
TELEPHONE (808) 523-6000 • FACSIMILE (808) 523-6001

JEFFREY S. HARRIS
E-MAIL: JSH@TORKILDSON.COM

July 27, 2004

Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, HI 96813

Re:   John Muse v. Home Depot USA, Inc.; Civil No. CV04-00154

Dear Mr. Levin:

Thank you for your July 21, 2004 letter. Home Depot USA, Inc. is willing to pay Mr. Muse $1,000 if he will dismiss the action and continue to stay out of it stores until he avoids using vulgar language in front of employees and customers. I should also note that Mr. Muse has failed to comply with our April 5, 2004 and April 14, 2004 requests for information. Thank you.

Very truly yours,

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON
Attorneys At Law, A Law Corporation

Jeffrey S. Harris
Attorney for Defendant
HOME DEPOT USA, INC.

JSH/gma

583851.V1


PLAINTIFF'S EXHIBIT 31