# R-E-D-A-C-T-E-D

## PLAINTIFF'S EXHIBIT 32:

## CONFIDENTIAL SETTLEMENT AGREEMENT & RELEASE

Case 1:04-cv-00154-DAE-BMK   Document 275-22   Filed 01/03/2007   Page 1 of 1