TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
CLAYTON A. KAMIDA          6359-0
(cak@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT USA, INC., <br><br> Defendant. | CIVIL NO. CV04-00154 DAE/BMK <br><br> DEFENDANT HOME DEPOT USA, INC.'S ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES |

**DEFENDANT HOME DEPOT USA, INC.'S ANSWERS TO PLAINTIFF'S FIRST
REQUEST FOR ANSWERS TO INTERROGATORIES**

595342.VI


PLAINTIFF'S
EXHIBIT
33

ANSWERS TO INTERROGATORIES

<u>INTERROGATORY</u> <u>NO. 1</u>:

1.    What is the name, title and business address of the employee of the Home Depot who is most knowledgeable about the claims made in this instant case?

<u>ANSWER</u>:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

<u>INTERROGATORY NO.2</u>:

2.    What is the name, title and business address of the employee of the Home Depot who is most knowledgeable about the Americans with Disabilities Act ("ADA") and its application to the Home Depot?

<u>ANSWER</u>:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

595342.V1

INTERROGATORY NO.3:

3.      What is the business relationship between the Home Depot in Hawaii (located at 421 Alakawa Street) and the mainland Home Depots?

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

INTERROGATORY NO.4:

4.      Does the Home Depot located at 421 Alakawa Street have full independence from the Home Depots on the mainland to make its own decision about any resolution of this lawsuit?

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

2

595342.V1

## INTERROGATORY NO.5:

5.    What is the name of the manager or the person in charge of the Home Depot store located at 421 Alakawa Street on the day that Plaintiff complains of?

### ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

## INTERROGATORY NO.6:

6.    List all the names and addresses of all of the Home Depot employees who were involved to any degree in the acts complained of by the Plaintiff in the Complaint.

### ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

3

595342.V1

## INTERROGATORY NO.7:

7.    Since January 1, 2000, how many occasions has the Home Depot located at 421 Alakawa Street, had written complaints about any of its policies regarding accessibility for the disabled?

### ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

## INTERROGATORY NO.8:

8.    Under Rule 34, Plaintiff requests that you produce a copy of any and all complaints, documents or any materials relating to paragraph 7 above.

### ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

4

595342.V1

INTERROGATORY NO.9:

9.    State your name, address, social security number, employment position and the capacity in which you respond to these interrogatories.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

INTERROGATORY NO. 10:

10.    List the name, address and telephone number of all person(s) who possess knowledge of the liability or damage aspects of this case or of any affirmative defense raised by the parties. Include in your response a summary of those matters to which those persons would testify.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

5

595342.V1

## INTERROGATORY NO. 11:

11.    List the names, addresses and telephone numbers of each witness you intend to call at the trial of this action. Include in your response whether they are lay or expert witnesses and for each lay witness provide a summary of matters about which said witness would testify.

### ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

## INTERROGATORY NO. 12:

12.    For each expert witness you intend to call at trial, please provide the following information:
   a. Description of degrees received and area of specialty;
   b. List of publications in his area of expertise;
   c. Occupation for last five years;
   d. Subject matter of expert's testimony and a description of its substance; and
   e. Summary of the basis of the expert's opinion.

6

595342.VI

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

INTERROGATORY NO. 13:

13.    Please describe with particularity all exhibits you intend to introduce at trial.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

INTERROGATORY NO. 14:

14.    Please describe all documents, photographs or other physical evidence known by you to be relevant to the issues of this action which you did not list in your answer to the preceding interrogatory.

7

595342.V1

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

## INTERROGATORY NO. 15:

15.    Has any expert, or other person at your request evaluated Jon Muse, or any medical records or opinion letters relating to Jon Muse.

ANSWER:

Objection:  Defendant objects on the grounds that a Rule 26(f) conference as not yet been held.

Without waiving the objection, Defendant answers:

No

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

## INTERROGATORY NO. 16:

16.    Do you intend to have anyone evaluate Jon Muse?

8

595342.V1

ANSWER:

Objection: Defendant objects on the grounds that a Rule 26(f) conference has not yet been held.

Without waiving the objection, Defendant answers:

No

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC


INTERROGATORY NO. 17:

17.    If the answer to either of the preceding two interrogatories are yes, please provide the name, address and telephone numbers of such persons and include the date and time when such evaluation was or is planned to be conducted.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome, but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

9

595342.V1

INTERROGATORY NO. 18:

18.    Provide the names, addresses and telephone numbers of all persons that you, any insurance company, any investigator or anyone on your behalf have talked to, interviewed, taken statements from or otherwise contacted that have knowledge about the facts surrounding the claims of any party to this action. Identify which of those persons gave a statement that was recorded, video taped, transcribed or written.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

INTERROGATORY NO. 19:

19.    Do you contend that Defendant, at the time of the incident complained of, offered Plaintiff a "reasonable accommodation" and if the answer is in the affirmative, then specify the exact details of that "reasonable accommodation" and the time and date it was offered.

ANSWER:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet, and that answering the request is unduly burdensome but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

10

595342.V1

INTERROGATORY NO. 20:

20.    Does the Defendant claim that Plaintiff is not an "individual with a disability", and if the answer is in the affirmative, specify why Defendant so contends.

ANSWER:

Defendant objects on the grounds that a Rule 26(f) conference has not yet been held.

Without waiving the objection, Defendant answers:

Defendant does not have an impairment that substantially limits a major life activity.

JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC

11

595342.V1