TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS            2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
JOHN S. MACKEY              7006-0
(jsm@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2005 |

625706.V1



PLAINTIFF'S EXHIBIT 39

DEFENDANT HOME DEPOT USA, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2005

Defendant HOME DEPOT USA, INC. hereby supplements its Responses to Plaintiff's First Request for Admissions to Defendant Home Depot USA, Inc. dated January 4, 2005, as follows:

REQUEST FOR ADMISSION NO. 9:

Plaintiff has already supplied and Defendant's counsel has already seen a letter dated October 10, 2004 from Dr. William Sheehan, of Kaiser Permanente Clinic, which confirms the nature and severity of Plaintiff's Tourette's Syndrome.

RESPONSE TO REQUEST FOR ADMISSION NO. 9:

Defendant admits the letter from Dr. Sheehan was supplied and has been seen by Defendant's counsel. However, Defendant does not have enough iformation to admit or deny that the nature and severity of Plaintiff's alleged impairment is "confirmed" by that letter.

REQUEST FOR ADMISSION NO. 10:

Exhibit "A" attached hereto is a copy of the October 10, 2004, letter from Dr. Sheehan about Plaintiff's condition.

RESPONSE TO REQUEST FOR ADMISSION NO. 10:

Defendant admits that Exhibit "A" is a copy of a letter that Plaintiff produced and that it refers to Plaintiff's "condition." Defendant does not have enough information to admit or deny that Dr. Sheehan sent the letter or that it describes Plaintiff's "condition."

Dated: Honolulu, Hawaii, June 15, 2006.

                TORKILDSON, KATZ, FONSECA,
                MOORE & HETHERINGTON,
                Attorneys at Law, A Law Corporation

                /s/ John S. Mackey
                JEFFREY S. HARRIS
                HEATHER M. RICKENBRODE
                JOHN S. MACKEY
                Attorneys for Defendant
                HOME DEPOT USA, INC.