TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS        2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN   8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>ERRATA REGARDING DEFENDANT HOME DEPOT USA, INC.'S RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS TO DEFENDANT HOME DEPOT USA, INC., DATED AUGUST 9, 2005; EXHIBIT A; CERTIFICATE OF SERVICE |

ERRATA REGARDING DEFENDANT HOME DEPOT USA, INC.'S
RESPONSE TO PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS TO
DEFENDANT HOME DEPOT USA, INC., DATED AUGUST 9, 2005;
EXHIBIT A; CERTIFICATE OF SERVICE



On September 22, 2005, Defendant HOME DEPOT USA, INC. filed its Response to Plaintiff's Third Request for Admissions to Defendant Home Depot USA, Inc., dated August 9, 2005. Page three of the Admissions included an inadvertent error. Attached hereto as Exhibit "A" is the corrected page of the Response to Plaintiff's Third Request for Admissions to Defendant Home Depot USA, Inc., dated August 9, 2005.

DATED: Honolulu, Hawaii, September 23, 2005.

        TORKILDSON, KATZ, FONSECA,
        MOORE & HETHERINGTON,
        Attorneys at Law, A Law Corporation

        _/s/ Boivin_
        JEFFREY S. HARRIS
        JAN MURANAKA BOIVIN
        Attorneys for Defendant
        HOME DEPOT USA INC.

Admit: _____   Deny: __X__

Objection: Defendant objects to this request on the grounds that it is vague and ambiguous.

Without waiving any objection, defendant responds that if the statement that the request refers to is the one bates-stamped 11013300004, then it speaks for itself.

_____
JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
Attorneys for Defendant

REQUEST FOR ADMISSION NO. 48:

Deborah Peterson, in her written statement, claims the incident occurred on November 3, 2002.

RESPONSE TO REQUEST FOR ADMISSION NO. 48:

Admit: _____   Deny: __X__

Objection: Defendant objects to this request on the grounds that it is vague and ambiguous.

Without waiving any objections, Defendant responds that this is obviously a clerical error, as Ms. Peterson did not start working at the Defendant until December 2002.

_____
JEFFREY S. HARRIS
JAN MURANAKA BOIVIN
Attorneys for Defendant

REQUEST FOR ADMISSION NO. 49:

Deborah Peterson completed a second incident form memorializing the events of April 25, 2004.

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS 2718-0
(jsh@torkildson.com)
JAN MURANAKA BOIVIN 8138-0
(jmb@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and accurate copy of the foregoing document was duly served upon the following via hand delivery, addressed as follows:

Stanley E. Levin, Esq.   (Original +1)
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813

and

Bruce Sherman, Esq.   (1 copy)
1164 Bishop Street, Suite 124
Honolulu, HI  96813

Attorneys for Plaintiff
JON MUSE


DATED: Honolulu, Hawaii, September 23, 2005.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation


                        _____
                        JEFFREY S. HARRIS
                        JAN MURANAKA BOIVIN
                        Attorneys for Defendant
                        HOME DEPOT USA INC.