TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
CLAYTON A. KAMIDA          6359-0
(cak@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>DEFENDANT HOME DEPOT USA, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2005 |

### DEFENDANT HOME DEPOT USA, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT HOME DEPOT USA, INC., DATED JANUARY 4, 2005

COMES NOW, Defendant HOME DEPOT USA, INC. ("DEFENDANT"), by and through its undersigned counsel, and hereby responds and objects to


PLAINTIFF'S EXHIBIT 44

Plaintiff Jon Muse's First Request for Production of Documents and Things to Defendant Home Depot USA, Inc., dated January 4, 2005 (the "Request"), as follows:

## DOCUMENTS AND THINGS TO BE PRODUCED

**DOCUMENT PRODUCTION REQUEST NO. 1:** Each and every document which are not subject to a claim of privilege that Defendant plans to introduce at trial in this case.

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 1:**

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 2:** Each and every document received from the mainland or were not generated by the store located at 421 Alakawa Street which the Defendant is currently relying on as a source for and defense to liability in this case.

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 2:**

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 3:** Each and every document received from the mainland or were not generated by the store located at 421 Alakawa Street which the Defendant is currently relying on as a source of any claim that Defendant offered a "reasonable accommodation to Plaintiff".

**ESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 3:**

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 4**: Each and every document that refers to or mentions this Plaintiff by name or by capacity (as the Plaintiff).

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 4**:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

                                              _____
                                              JEFFREY S. HARRIS
                                              CLAYTON A. KAMIDA
                                              Attorneys for Defendant
                                              HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 5**: Each and every document that Defendant plans to use as an exhibit in depositions in this case.

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 5**:

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

                                              _____
                                              JEFFREY S. HARRIS
                                              CLAYTON A. KAMIDA
                                              Attorneys for Defendant
                                              HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 6:** Each and every document which Defendant believes sets the policy on handling persons with Tourette's Syndrome who are customers of Defendant.

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 6:**

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**DOCUMENT PRODUCTION REQUEST NO. 7:** Each and every document provided to Defendant's employees to guide the employees' handling of customers who are demonstrating symptoms of Tourette's Syndrome.

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

**RESPONSE TO DOCUMENT PRODUCTION REQUEST NO. 7:**

Defendant objects on the grounds that the Rule 26(f) conference has not been held yet and that answering the request is unduly burdensome, but that the response may be supplemented.

_____
JEFFREY S. HARRIS
CLAYTON A. KAMIDA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: Honolulu, Hawaii, February 2, 2005.

          TORKILDSON, KATZ, FONSECA,
          MOORE & HETHERINGTON,
          Attorneys at Law, A Law Corporation

          */s/*

          JEFFREY S. HARRIS
          CLAYTON A. KAMIDA
          Attorneys for Defendant
          HOME DEPOT U.S.A., INC.