OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
ATTORNEY AT LAW
A Law Corporation
E-mail: failey52@hawaii.rr.com

THOMAS F. FEENEY   5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel: (808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| vs. | ) | PLAINTIFF'S OBJECTIONS TO |
| | ) | DEFENDANT HOME DEPOT USA, |
| HOME DEPOT USA, INC. | ) | INC.'S TRIAL EXHIBITS AND |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | TRIAL DATE: January 17, 2007 |
| | ) | TIME:           9:00 a.m. |
| _____ | ) | JUDGE:        Hon. David A. Ezra |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT
HOME DEPOT USA, INC.'S TRIAL EXHBITS**

I.   NO OBJECTION TO DEFENDANT'S PROPOSED EXHIBITS 101-109.

II.  DEFENDANT'S PROPOSED EXHIBITS 110-117 (POLICY EXHIBITS)

Defendant's Exhibits numbered 110-117 do not satisfy the requirements of F.R.E. Rules 401, 402, and 403. The exhibits relate to employment by the Defendant. These exhibits are also hearsay in violation of F.R.E. Rule 801 and do not fit within any of the exceptions to the rule. The Defendant has not listed as a witness any custodian of records or other individual, who might be able to bring the exhibits within an exception to the hearsay exclusion. The Defendant's own Rule 30(b)(6) corporate designee has testified at a deposition that the Defendant does not have any specific policy relating to the care and treatment of customers with disabilities. The Defendant's own employee (Darlyn Kuhia) has also testified at the deposition that she would not interfere or step in if one customer swore at another customer.

**III.   DEFENDANT'S PROPOSED EXHIBIT 118 (LETTER FROM HARRIS TO PHILLIPS)**

Defendant's Exhibit 118 does not satisfy the requirements of F.R.E. Rules 401, 402, and 403. It is also hearsay and does not appear to fit within any exception. It also should be excluded pursuant to F.R.E. Rule 408.

**IV.   DEFENDANT'S PROPOSED EXHIBIT 119 (PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT HOME DEPOT USA, INC.'S FIRST (1ST) MOTION IN LIMINE (RESTRAINING PLAINTIFF JON MUSE FROM ATTEMPTING TO INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT, AND COMMENT CONCERNING THE OPINIONS OF WILLIAM P. SHEEHAN, M.D.)**

Exhibit 119 is Plaintiff's Memorandum in Opposition to Defendant Home Depot USA, Inc.'s First (1st) Motion in Limine (Restraining Plaintiff Jon Muse from Attempting to Introduce Evidence, Testimony, Argument, and Comment Concerning the Opinions of William P. Sheehan, M.D.) Statements made in memorandums are not evidence, but argument and do not constitute evidence for purposes of trial.

**V.   DEFENDANT'S PROPOSED EXHIBITS 120-123 (HCRC PROPOSED AND FINAL OPINIONS)**

Defendant's Exhibits 120-123 do not satisfy the requirements of F.R.E. Rules 401, 402, and 403. The proposed exhibits relate to intentional, malicious statements, which is not the case in the present litigation.

Furthermore, the exhibits are nothing more than an attempt to re-brief an issue which has already been addressed in this Court's decision relating to Defendant's motion for summary judgment.  There is nothing to indicate that these "opinions" were not available to the Defendant at an earlier time.

DATED:  Honolulu, Hawaii, January 3, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE