IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | ) CIVIL NO. 04-00154 DAE/BMK |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HOME DEPOT USA, INC., | ) |
| | ) |
| _____Defendant._____ | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2007, a copy of the PLAINTIFF'S OBJECTIONS TO DEFENDANT HOME DEPOT USA, INC.'S TRIAL EXHIBITS was electronically mailed through CM/ECF to the following:

Jeffrey S. Harris, Esq.       Electronically:   jsh@torkildson.com;
                                                ecf@torkildson.com;
John S. Mackey, Esq.                            jsm@torkildson.com;
                                                rlp@torkildson.com;
                                                khm@torkildson.com;
Heather M. Rickenbrode, Esq.                    hmr@torkildson.com;
                                                nay@torkildson.com

Torkildson Katz Fonseca Moore & Hetherington
700 Bishop Street, 15th Fl.
Honolulu, HI 96813-4187
Attorneys for Defendant
HOME DEPOT USA, INC.

DATED: Honolulu, Hawaii, January 3, 2007.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY
Attorneys for Plaintiff