OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
ATTORNEY AT LAW
A Law Corporation
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: FeeneyatLaw@cs.com
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Tel: (808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | SUPPLEMENTAL DECLARATION |
| vs. | ) | OF STANLEY E. LEVIN IN |
| | ) | SUPPORT OF PLAINTIFF'S |
| HOME DEPOT USA, INC., | ) | MEMORANDUM IN OPPOSITION |
| | ) | TO DEFENDANT'S FIRST |
| Defendant. | ) | MOTION IN LIMINE |
| | ) | (RESTRAINING PLAINTIFF FROM |
| | ) | ATTEMPTING TO INTRODUCE |
| | ) | EVIDENCE, TESTIMONY, |

|  | ) | ARGUMENT AND COMMENT |
|---|---|---|
|  | ) | CONCERNING THE OPINIONS OF |
|  | ) | WILLIAM P. SHEEHAN, M.D.) |
|  | ) | FILED ON DECEMBER 4, 2006; |
|  | ) | EXHIBIT "A" AND CERTIFICATE |
|  | ) | OF SERVICE |
|  | ) |  |
|  | ) | TRIAL WEEK:  January 17, 2007 |
| _____ | ) | JUDGE:  DAVID A. EZRA |

SUPPLEMENTAL DECLARATION OF STANLEY E. LEVIN IN
SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANT'S FIRST MOTION IN LIMINE
(RESTRAINING PLAINTIFF FROM ATTEMPTING TO
INTRODUCE EVIDENCE, TESTIMONY, ARGUMENT AND
COMMENT CONCERNING THE OPINIONS OF WILLIAM P.
SHEEHAN, M.D.) FILED ON DECEMBER 4, 2006

I, STANLEY E. LEVIN, declare as follows:

1.      I am one of the named attorneys in the above captioned case.

2.      I am licensed in all of the courts in the State of Hawaii and make the

following declaration in support of PLAINTIFF'S MEMORANDUM IN

OPPOSITION TO DEFENDANT'S FIRST MOTION IN LIMINE

(RESTRAINING PLAINTIFF FROM ATTEMPTING TO INTRODUCE

EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING

THE OPINIONS OF WILLIAM P. SHEEHAN, M.D.) FILED ON DECEMBER

4, 2006.

2

3.     The purpose of this Declaration is to authenticate Exhibit "A" attached hereto which is a true and correct copy of WILLIAM P. SHEEHAN, M.D.'s Curriculum Vitae.

I declare under penalty of perjury that the above is true and correct.

Executed on the 4th day of January, 2007.

/S/ STANLEY E. LEVIN

_____

STANLEY E. LEVIN

3