William P. Sheehan, M.D.
Curriculum Vitae
July 7, 2006

1250 Punchbowl Street, Room 256
Honolulu, Hawaii 96813
wpsheeha@amhd.health.state.hi.us

## PERSONAL INFORMATION

Name:  William Patrick Sheehan
Place of Birth: Toledo, Ohio
Martial Status: Married, Margery Y. Sheehan
Child:  Patrick W.W. Sheehan, July 17, 1992

## EDUCATION

June 1974
St. John's Jesuit High School, Toledo, Ohio
**Diploma**

June 1978
Miami University, Oxford, Ohio
**Bachelor of Arts (Zoology and Chemistry)**

June 1981
Medical College of Ohio at Toledo, Toledo, Ohio
**Doctor of Medicine**

July 1981-June 1984
Timberlawn Psychiatric Hospital, Dallas, Texas
**Resident in Psychiatry**

July 1984-June 1986
University of Hawaii, Honolulu, Hawaii
**Child Psychiatry Fellowship**

## PROFESSIONAL EXPERIENCE

July 1986–January 1997
Child, Adolescent and Adult Psychiatry, Honolulu, Hawaii;
Office Practice; Hospital Work at Kahi Mohala and Queen's Medical Center
**Private Practice in Child, Adolescent and Adult Psychiatry**



EXHIBIT A

William P. Sheehan, M.D.
Curriculum Vitae
July 7, 2006

1250 Punchbowl Street, Room 256
Honolulu, Hawaii 96813
wpsheeha@amhd.health.state.hi.us

## PROFESSIONAL EXPERIENCE con't.

July 1986-July 1987
Primary Counseling Project, State of Hawaii, Department of Health,
Honolulu, Hawaii
**Consulting Child Psychiatrist**

July 1986-July 1987
Children's Day Treatment Program, State of Hawaii, Department of Health,
Honolulu, Hawaii
**Child Psychiatrist**

July 1987-January 1989
Kaiser Permanente Department of Psychiatry, Honolulu, Hawaii
**Consulting Psychiatrist**

July 1987-February 1991
Child Protective Services, State of Hawaii, Department of Human Services,
Honolulu, Hawaii
**Team Psychiatric Consultant**

July 1987-October 1989 and February 1991-February 1993
Residential Treatment Services, Kahi Mohala Psychiatric Hospital,
Ewa Beach, Hawaii
**Clinical Director**

July 1987-January 1994
Tripler Army Medical Center, Department of Child Psychiatry, Honolulu, Hawaii
**Clinical Faculty**

October 1989-February 1991
Adolescent Substance Abuse Counseling Service, Department of the Army,
Schofield Barracks, Hawaii
**Consultant Psychiatrist**

February 1991-January 1994
Kahi Mohala Psychiatric Hospital, Ewa Beach, Hawaii
**Medical Director**

William P. Sheehan, M.D.                                      1250 Punchbowl Street, Room 256
Curriculum Vitae                                                         Honolulu, Hawaii 96813
July 7, 2006                                                        wpsheeha@amhd.health.state.hi.us

## PROFESSIONAL EXPERIENCE con't.

April 1994-December 1995
Women's Addiction Treatment Center of Hawaii, Honolulu, Hawaii
**Consulting Psychiatrist**

April 1994-December 1995
St. Francis Medical Center, Honolulu, Hawaii
**Consulting Psychiatrist**

May 1994-December 1995
Honolulu, Medical Group, Honolulu, Hawaii
**Child, Adolescent, and Adult Psychiatrist**

January 1996-January 1997
Kapiolani Counseling Center, Kapiolani Medical Center for Women and Children
Honolulu, Hawaii
**Child, Adolescent, And Adult Psychiatrist**

January 1997– October 2005
Kaiser Permanente, Honolulu, Hawaii
**Child, Adolescent, And Adult Psychiatrist**

January 2003- October 2005
Kaiser Permanente, Honolulu, Hawaii
**Chief, Behavioral Health Services**

October 2005- present
State of Hawaii, Department of Health, Adult Mental Health Division
**Medical Director**

## LICENSURE AND CERTIFICAITON

Licensed in State of Hawaii, License MD-4925

Board Certified in Psychiatry, November, 1994
Recertified, August 2004

Board Certified in Child and Adolescent Psychiatry, September, 1996
Recertified, May 2006

William P. Sheehan, M.D.                              1250 Punchbowl Street, Room 256
Curriculum Vitae                                              Honolulu, Hawaii 96813
July 7, 2006                                          wpsheeha@amhd.health.state.hi.us

## *COMMUNITY BOARD*

1998-2000
Governing Advisory Council, AWARE Project (Assisting with Appropriate Rights in Education), Learning Disability Association of Hawaii

## *FACULTY APPOINTMENTS*

Assistant Clinical Professor, Department of Psychiatry, University of Hawaii, John A. Burns School of Medicine, Honolulu, Hawaii, 1991-2000

## *ELECTED AND APPOINTED OFFICE*

October 1987-September 1989
Quality Assurance Committee, Kahi Mohala Psychiatric Hospital,
Ewa Beach, Hawaii
**Chair**

October 1987-September 1989
Kahi Mohala Medical Staff, Kahi Mohala Psychiatric Hospital Ewa Beach, Hawaii
**President-elect**

September 1989-February 1991
Kahi Mohala Psychiatric Hospital, Ewa Beach, Hawaii
**President, Medical Staff**

May 1993-May 1996
Hawaii Psychiatric Medical Association, Honolulu, Hawaii
**Treasurer**

May 1996-May 1997
Hawaii Psychiatric Medical Association, Honolulu, Hawaii
**President-elect**

May 1997-May 1998
Hawaii Psychiatric Medical Association, Honolulu, Hawaii
**President**

William P. Sheehan, M.D.                                    1250 Punchbowl Street, Room 256
Curriculum Vitae                                                   Honolulu, Hawaii 96813
July 7, 2006                                                wpsheeha@amhd.health.state.hi.us

May 1999–May 2001
Hawaii Psychiatric Medical Association, Honolulu, Hawaii
**Hawaii Representative to APA Assembly.**

2004-present
Hawaii Council of Child and Adolescent Psychiatry
**Secretary**

## COMMITTEES

1987-1994
Kahi Mohala Psychiatric Hospital, Ewa Beach, Hawaii
**Medical Executive Committee**

1987-1994
Kahi Mohala Psychiatric Hospital, Ewa Beach, Hawaii
**Quality Assurance Committee**

1991-1994
Kahi Mohala Psychiatric Hospital, Ewa Beach, Hawaii
**Patient Care Committee**

January 1996-January 1997
Kapiolani Medical Center for Women and Children, Honolulu, Hawaii
**Pharmacy and Therapeutics Committee**

July 1999-present
Kaiser Permanente Behavioral Health Services, Honolulu, Hawaii
**Management Team**

January 2001-January 2003
Kaiser Permanente, Honolulu, Hawaii
**Quality Improvement/Quality Assurance Committee**

January 2003-October 2005
Kaiser Permanente, Hawaii Region
**Quality Improvement Committee**
**Practitioner Performance Review and Oversight Committee**
**Hawaii Permanente Medical Group Board of Directors, ex officio**

William P. Sheehan, M.D.
Curriculum Vitae
July 7, 2006

1250 Punchbowl Street, Room 256
Honolulu, Hawaii 96813
wpsheeha@amhd.health.state.hi.us

## PROFESSIONAL SOCIETIES

American Psychiatric Association, Distinguished Fellow
American Academy of Child and Adolescent Psychiatry
Hawaii Psychiatric Medical Association
Hawaii Council of Child and Adolescent Psychiatry

## PRESENTATIONS 1999-2005

March 1999
"Post Partum Depression"
Hawaii Academy of Family Physicians

April 1999
"Attention Deficit Hyperactivity Disorder"
Kaiser Permanente Neurology Conference

December 1999
"Stress and Diabetes"
Hawaii Chapter of American Diabetes Association

Regular Bimonthly meeting 2000-2005
ADHD Medications
ADHD Parent Support Group, Kaiser Permanente

September, 2000
"ADHD: Established and Alternative Treatments"
Hawaii Psychiatric Medical Association, CME Meeting Kauai Update

September, 2000
"Workplace Safety- the Angry Patient"
Kaiser Permanente Interdepartmental Conference

November, 2000
"Evaluation of ADHD in Childhood"
Physician's Review and Update, American Academy of Pediatrics, Hawaii Chapter

March, 2001
"Evaluation and Treatment of ADHD"
Alaska Psychiatric Association 2001 Continuing Education Conference

William P. Sheehan, M.D.
Curriculum Vitae
July 7, 2006

1250 Punchbowl Street, Room 256
Honolulu, Hawaii 96813
wpsheeha@amhd.health.state.hi.us

March, 2001
"Evaluation and Treatment of ADHD"
Family Practice/Pediatrics Grand Rounds, Kaiser Permanente, Honolulu, Hawaii

July, 2001
"Pharmacology of Antipsychotic Medications"
Clinical Training Conference, Kaiser Permanente Behavioral Health Services

February 2004
"ADHD – Current Treatment and Interventions" and
"The Medical Needs of Students with Learning Disabilities: Understanding the Diagnostic Process and Co-Morbid Conditions That Accompany Learning Disabilities"
2004 Pacific Basin Learning Disabilities, ADHD, and Teen Conference

July, 2005
 "Helping your Child Adjust to Life with Diabetes"
Diabetes Camp, Waianae, Hawaii

September, 2005
"Antidepressant Update"
Family Practice Grand Rounds, Kaiser Permanente, Honolulu, Hawaii

April, 2006
"The Role of the Certified Peer Specialist in the Recovery Process"
3rd Annual Evidence Based Practice Conference
Adult Mental Health Division, Department of Health, State of Hawaii

### *Examiner, American Board of Psychiatry and Neurology*
April 1996(New York, Dr. McDermott's Team)
May 2003(Chicago, Dr. McDermott's Team)
May 2004(Boston, Dr. McDermott's Team)