# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA |
| ATTYS FOR PLA: | Bruce Sherman, Stanley Levin |
| ATTYS FOR DEFT: | Jeffrey Harris, Heather Rickenbrode |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 01/12/2007 | TIME: | 9:50 - 2:30 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time. Parties will continue to work on settlement.

Submitted by Richlyn W. Young, courtroom manager