# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot USA, Inc. |
| ATTYS FOR PLA: | Bruce Sherman<br>Stanley Levin<br>Thomas Feeney |
| ATTYS FOR DEFT: | Jeffrey S. Harris<br>Heather M. Rickenbrode |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/17/2007 | TIME: | 9:30am-9:50am |

COURT ACTION:  EP:  Settlement on the Record held.

Terms stated. Trial date and all deadlines are Vacated.

Settlement documents to be submitted to the Court by 2/6/2007.

Submitted by:  Theresa Lam, Courtroom Manager