# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/01/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00154DAE-BMK

CASE NAME:        Jon Muse v. Home Depot USA, Inc.

ATTYS FOR PLA:    Bruce Sherman, Stanley Levin

ATTYS FOR DEFT:   Jeffrey S. Harris, Heather M. Rickebrode

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
|---|---|---|---|
| DATE: | 02/01/2007 | TIME: | 9 - 9:15 |

COURT ACTION:  EP: Status Conference Re Settlement - parties to continue to work on settlement.

Submitted by Richlyn Young, Courtroom Manager