Of Counsel:

DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: FeeneyatLaw@cs.com
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S MOTION TO |
| vs. | ) | ENFORCE SETTLEMENT |
| | ) | AGREEMENT; MEMORANDUM |
| HOME DEPOT USA, INC. | ) | IN SUPPORT OF MOTION; |
| | ) | DECLARATION OF THOMAS F. |
| Defendant. | ) | FEENEY; EXHIBITS "A" TO "C" |
| | ) | AND CERTIFICATE OF SERVICE |
| | ) | DATE:    _____ |
| | ) | TIME:    _____ |
| _____ | ) | JUDGE:  Barry M. Kurren |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff, above named, hereby moves this Court to enforce the Settlement Agreement negotiated and entered into by the parties, and put on the record before presiding Judge David A. Ezra. Plaintiff also moves for an award of interest on the settlement amount from the time that the parties put the settlement on the record and for attorneys' fees and costs in an amount commensurate with the time required to enforce the agreement.

This motion is brought pursuant to Rules 7(b) of the Federal Rules of Civil Procedure, and is based upon the affidavit and exhibits (filed under seal) attached hereto, the records and files herein, and the arguments to be presented at a hearing on the motion.

DATED:  Honolulu, Hawai'i, February 27, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff
JON MUSE