OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY    5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **EX PARTE MOTION** |
| vs. | ) | **SHORTENING TIME TO HEAR** |
| | ) | **PLAINTIFF'S MOTION TO** |
| HOME DEPOT USA, INC. | ) | **ENFORCE SETTLEMENT** |
| | ) | **AGREEMENT; DECLARATION** |
| Defendants. | ) | **OF STANLEY E. LEVIN AND** |
| _____ | ) | **CERTIFICATE OF SERVICE** |

## EX PARTE MOTION SHORTENING TIME TO HEAR
## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), by and through his undersigned attorneys, hereby move this Court *ex parte* for Leave to shorten time to hear Plaintiff's Motion to Enforce Settlement Agreement.

This Motion is made pursuant to 6(d) of the Federal Rules of Civil Procedure and the declaration of counsel attached hereto, the records and files herein, and the argument of counsel at a hearing on the motion.

DATED:  Honolulu, Hawai'i, February 27, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff

2