IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF STANLEY E. |
| vs. | ) | LEVIN |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>DECLARATION OF STANLEY E. LEVIN</u>

I, STANLEY E. LEVIN, declare as follows:

1.      I am one of the named attorneys in the above captioned case.

2.      I am licensed to practice in all of the courts in the State of Hawaii.

3.      It is upon my information and belief that the parties were to have finished documentation of the Settlement Agreement by February 6, 2007.

4.      It is my information and belief that the Defendant's counsel did not provide a response relating to non-material provisions until February 7, 2007.

5.      It is my information and belief that the Defendant's counsel have failed to respond to Plaintiff's counsel (Mr. Feeney, Mr. Sherman and/or myself) over the past two weeks, with the exception of one phone message

left on or about February 22, 2007 despite numerous telephone calls and e-mails from Plaintiff's counsel.

6.    It is my information and belief that given the refusal of Defendant's counsel to engage in any type of talks relating to the resolution of the non-material terms of the Confidential Settlement Agreement, this matter will not be resolved without the court's immediate intervention.

7.    This declaration is also made pursuant to my information and belief and relies on the Declaration of Thomas F. Feeney which was filed with Plaintiff's Motion to Enforce Settlement Agreement.

I declare under penalty of perjury that the above is true and correct.

Executed on the 27th day of February, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN