OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN     1152-0
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

BRUCE F. SHERMAN   5996
E-mail: failey52@hawaii.rr.com
THOMAS F. FEENEY   5546
E-mail: feen@compuserve.com
ATTORNEY AT LAW
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944

Attorneys for Plaintiff
JON MUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, | CIVIL NO. 04-00154 DAE/BMK |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | **EX PARTE MOTION TO PLACE** |
| vs. | **EXHIBITS "A" TO "C" UNDER** |
| | **SEAL; DECLARATION OF** |
| HOME DEPOT USA, INC. | **STANLEY E. LEVIN AND** |
| | **CERTIFICATE OF SERVICE** |
| Defendants. | |
| _____ | |

**EX PARTE MOTION TO PLACE EXHIBITS "A" TO "C" UNDER SEAL**

COME NOW, Plaintiff JON MUSE (hereinafter referred to as "Plaintiff"), by and through his undersigned attorneys, hereby move this Court *ex parte* for an order placing Plaintiff's Exhibits "A", "B" and "C" to Plaintiff's Motion to Enforce Settlement Agreement to be filed under seal.

This Ex Parte Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure for the reasons set forth in the declaration of counsel attached hereto, the records and files herein, and the argument of counsel at a hearing on the motion.

DATED:  Honolulu, Hawai'i, February 27, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
BRUCE F. SHERMAN
THOMAS F. FEENEY

Attorneys for Plaintiff