IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF STANLEY E. |
| vs. | ) | LEVIN |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>DECLARATION OF STANLEY E. LEVIN</u>**

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. I am licensed to practice in all of the courts in the State of Hawaii.

3. The terms of the settlement call for a confidential settlement and Plaintiff's Motion to Enforce Settlement Agreement will have drafts of the Confidential Settlement Agreement and e-mails relating to the terms attached as Exhibits "A", "B" and "C."

4. Plaintiff's counsel, Bruce F. Sherman requested that Defendant's counsel Jeffrey Harris stipulate to file the Motion to Enforce Settlement Agreement and file said documents under seal, but no courtesy call was ever received by Mr. Harris to any of the Plaintiff's counsel.

5.      Therefore, it is based upon my information and belief that Exhibits "A", "B" and "C" should be placed under seal since it contains confidential settlement information.

I declare under penalty of perjury that the above is true and correct.

Executed on the 27th day of February, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN