IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE, ) | CIVIL NO. 04-00154 DAE/BMK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | **ORDER GRANTING EX PARTE** |
| vs. ) | **MOTION SHORTENING TIME** |
| ) | **TO HEAR PLAINTIFF'S** |
| HOME DEPOT USA, INC., ) | **MOTION TO ENFORCE** |
| ) | **SETTLEMENT AGREEMENT** |
| Defendant. ) | |
| ) | |

**ORDER GRANTING EX PARTE MOTION
SHORTENING TIME TO HEAR PLAINTIFF'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Upon review of the Ex Parte Motion Shortening Time to Hear Plaintiff's Motion to Enforce Settlement Agreement filed herein by Plaintiff and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion Shortening Time to Hear Plaintiff's Motion to Enforce Settlement Agreement is hereby granted.

Plaintiff's Motion to Enforce Settlement Agreement is to be heard on March 15, 2007, 2007 at 2:00 p.m. before Judge Barry M. Kurren.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 1, 2007

---

JON MUSE V. HOME DEPOT USA, INC.; CIVIL NO. 04-00154 DAE/BMK; ORDER GRANTING EX PARTE MOTION SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT