IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON MUSE,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL NO. CV04-00154 DAE/BMK<br><br>DECLARATION OF COUNSEL;<br>EXHIBIT "A" |

## DECLARATION OF COUNSEL

I, HEATHER M. RICKENBRODE, do hereby declare the following under penalty of perjury:

1. I am an attorney licensed to practice law before all courts of the State of Hawaii and am an associate with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel of record for Defendant HOME DEPOT USA, INC. in the above-entitled action. I have personal knowledge of the facts in this case and could and would competently testify to them if called as a witness.

2. Attached hereto as Exhibit "A" is a true and correct copy of the February 7, 2007 email that I sent to Plaintiff's counsel forwarding the finalized Settlement Agreement as an attachment. Exhibit "A" has been submitted under seal.

639181.V1

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 12, 2007.

/s/ Heather M. Rickenbrode
HEATHER M. RICKENBRODE