# EXHIBIT "A" – FILED UNDER SEAL

639181.V1