IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JON MUSE,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2007, a true and correct copy of the foregoing document was duly served upon the following individuals at the addresses shown, by depositing in the U.S. Mail, postage prepaid:

STANLEY E. LEVIN, ESQ.
851 Fort Street
400 Davis Levin Livingston Grande Place
Honolulu, Hawaii 96813

– and –

BRUCE F. SHERMAN, ESQ.
THOMAS F. FEENEY, ESQ.
1164 Bishop Street, Suite 124
Honolulu, HI 96813

Attorneys for Plaintiff
JON MUSE

639181.V1

DATED: Honolulu, Hawai‘i, March 12, 2007.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation


                        /s/ Heather M. Rickenbrode
                        JEFFREY S. HARRIS
                        HEATHER M. RICKENBRODE
                        Attorneys for Defendant
                        HOME DEPOT USA, INC.