**ORIGINAL**

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JON MUSE,<br><br>      Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>      Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO PLACE EXHIBIT "A" TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, FILED FEBRUARY 27, 2007 UNDER SEAL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Trial:    October 24, 2006 |

**DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO PLACE EXHIBIT "A" TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, FILED FEBRUARY 27, 2007 UNDER SEAL**

COME NOW, Defendant HOME DEPOT USA, INC., by and through its undersigned counsel, and hereby moves this Court *ex parte* for an order allowing Defendant's Exhibit "A" to Defendant's Memorandum in Opposition to Plaintiff's Motion to Enforce Settlement Agreement, filed February 27, 2007 to be filed under seal.

This Ex Parte Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is supported by the declaration of counsel attached hereto, the records and files herein, and the argument of counsel at a hearing on the motion.

DATED: Honolulu, Hawai'i, March 12, 2007.

           TORKILDSON, KATZ, FONSECA,
           MOORE & HETHERINGTON,
           Attorneys at Law, A Law Corporation

           /s/ Heather Rickenbrode
           JEFFREY S. HARRIS
           HEATHER M. RICKENBRODE
           Attorneys for Defendant
           HOME DEPOT USA, INC.