IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>DECLARATION OF COUNSEL; |

DECLARATION OF COUNSEL

I, HEATHER M. RICKENBRODE, do hereby declare the following under penalty of perjury:

　　1.　　I am an attorney licensed to practice law before all courts of the State of Hawaii and am an associate with the law firm of Torkildson, Katz, Fonseca, Moore & Hetherington, counsel for record for Defendant HOME DEPOT USA, INC. in the above-entitled action. I have personal knowledge of the facts in this case and could and would competently testify to them if called as a witness.

　　2.　　The parties reached a settlement on January 16, 2007 and placed the settlement on the record on January 17, 2007.

　　3.　　Among other things, the parties agreed that the terms of settlement would be confidential.

4.     Exhibit "A" to Defendant's Memorandum in Opposition of Plaintiff's Motion to Enforce Settlement Agreement, filed February 27, 2007, contains a copy of the finalized settlement agreement that I emailed to Plaintiff's counsel on February 7, 2007.

5.     Since the parties agreed that the terms of the settlement agreement should remain confidential, it should therefore be placed under seal.

I declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, March 12, 2007.

*[signature]*
HEATHER M. RICKENBRODE