IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JON MUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | **CIVIL NO. CV04-00154 DAE/BMK**<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2007, a true and correct copy of the foregoing document was duly served upon the following individuals at the addresses shown, by depositing in the U.S. Mail, postage prepaid:

　　STANLEY E. LEVIN, ESQ.
　　851 Fort Street
　　400 Davis Levin Livingston Grande Place
　　Honolulu, Hawaii 96813

　　– and –

　　BRUCE F. SHERMAN, ESQ.
　　THOMAS F. FEENEY, ESQ.
　　1164 Bishop Street, Suite 124
　　Honolulu, HI 96813

　　Attorneys for Plaintiff
　　JON MUSE

53039/0011/639405.V1

DATED: Honolulu, Hawai'i, March 12, 2007.

                                            TORKILDSON, KATZ, FONSECA,
                                            MOORE & HETHERINGTON,
                                            Attorneys at Law, A Law Corporation

                                            /s/ Heather Rickenbrode
                                            JEFFREY S. HARRIS
                                            HEATHER M. RICKENBRODE
                                            Attorneys for Defendant
                                            HOME DEPOT USA, INC.