IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JON MUSE, | ) | CIVIL NO. 04-00154 DAE/BMK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING EX PARTE** |
| vs. | ) | **MOTION TO PLACE EXHIBITS** |
| | ) | **"A" TO "C" UNDER SEAL** |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING EX PARTE MOTION TO
PLACE EXHIBITS "A" TO "C" UNDER SEAL**

Upon review of the Ex Parte Motion to Place Exhibits "A" to "C" to Plaintiff's Motion to Enforce Settlement Agreement Under Seal filed on February 27, 2007 and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion to Place Exhibits "A" to "C" to Plaintiff's Motion to Enforce Settlement Agreement Under Seal is granted, and that it is ordered that the clerk file Exhibits "A" to "C" under seal.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 14, 2007

-------------------------------------------------------------------------------------------
JON MUSE V. HOME DEPOT USA, INC.; CIVIL NO. 04-00154 DAE/BMK; ORDER GRANTING EX PARTE MOTION TO PLACE EXHIBITS "A" TO "C" UNDER SEAL