IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN MUSE, | ) | CV. NO. 04-00154 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOME DEPOT USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO PLACE EXHIBIT "A" TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, FILED <u>FEBRUARY 27, 2007 UNDER SEAL</u>

Defendant Home Depot USA, Inc. ("Home Depot") has moved this court for an order sealing its Exhibit "A", attached to its memorandum in opposition to Plaintiff John Muse's ("Muse") motion to enforce settlement agreement. After careful consideration of the motion and the supporting documents, Defendant's motion is hereby GRANTED.

The applicable standards governing motions to seal are set forth by the Ninth Circuit Court of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006) ("documents attached to dispositive motions must

meet the high threshold of showing that 'compelling reasons' support secrecy"). "Compelling reasons" exist where "court files might . . . become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." Id. at 1179.

Here, Home Depot must meet Kamakana's "compelling reasons" standard because the document they seek to seal is submitted in opposition to a dispositive motion, namely, the motion to enforce settlement.

The Court finds that Home Depot does have compelling reasons for submitting its Exhibit "A" under seal. Exhibit "A" is a confidential settlement agreement between the parties. The public has only a negligible interest in knowing the contents of this settlement agreement, while the parties have a very strong interest in keeping its contents out of the public view. Moreover, the parties negotiated this settlement with the expectation that it would remain confidential. To the extent that confidentiality of settlement agreements fosters settlement, the Court itself has an interest in allowing parties to maintain the confidentiality of those agreements.

Compelling reasons exist for sealing Home Depot's Exhibit A, and its motion is hereby GRANTED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 16, 2007

JOHN MUSE V. HOME DEPOT USA, INC.; CV. NO. 04-00154 DAE-BMK; ORDER GRANTING DEFENDANT HOME DEPOT USA, INC.'S EX PARTE MOTION TO PLACE EXHIBIT "A" TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, FILED FEBRUARY 27, 2007 UNDER SEAL