# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/19/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00154DAE-BMK |
| CASE NAME: | Jon Muse v. Home Depot |
| ATTYS FOR PLA: | Bruce Sherman, Thomas Feeney by phone |
| ATTYS FOR DEFT: | Jeffrey S. Harris |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 03/19/2007 | TIME: | 10:23 - 10:38 |

COURT ACTION:  EP: [291] Plaintiff's Motion to Enforce Settlement - further hearing set for 3/20/2007 @ 9:30 a.m., BMK.

Submitted by Richlyn W. Young, courtroom manager