# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/20/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00154DAE-BMK

CASE NAME:       Jon Muse v. Home Depot USA

ATTYS FOR PLA:   Bruce Sherman and Thomas Feeney by phone

ATTYS FOR DEFT:  Jeffrey Harris by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 03/20/2007 | TIME: | 9:40 - 9:50 |

COURT ACTION:  EP:  Further Hearing on [291] Plaintiff's Motion to Enforce Settlement Agreement **-** GRANTED in part.  Court enforced settlement agreement. Feeney to prepare the settlement documents.

Submitted by Richlyn W. Young, courtroom manager