# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 04-00154DAE-BMK

CASE NAME:   Jon Muse v. Home Depot USA, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   David Alan Ezra           REPORTER:

DATE:    03/30/2007                TIME:

---

COURT ACTION:  EO:  Parties having informed the Court that they have reached a settlement in this case, case is hereby dismissed. Case is termed, stipulation to follow pursuant to hearing held before Magistrate Judge Kurren on 3/20/2007.


Submitted by: Theresa Lam, Courtroom Manager