TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

JEFFREY S. HARRIS           2718-0
(jsh@torkildson.com)
HEATHER M. RICKENBRODE  8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813-4187
Telephone:  (808) 523-6000
Facsimile:   (808) 523-6001

Attorneys for Defendant
HOME DEPOT USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON MUSE,<br><br>             Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC.,<br><br>             Defendant. | **NO. CV04-00154 DAE/BMK**<br><br>STIPULATION AND ORDER |

STIPULATION AND ORDER

**I.  INTRODUCTION**

On March 5, 2004, Plaintiff Jon Muse ("Muse") filed the First Amended

Complaint in this action against Defendant Home Depot USA, Inc. ("Home

Depot"), pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C.

§12181 et seq. ("Title III"), Haw. Rev. Stat. §347-13 and Haw. Rev. Stat. §489-2 ("Sections 347 and 489"), to remedy alleged violations of those statutes. Home Depot answered the Muse's First Amended Complaint and denied all claims asserted by Muse.

In the interest of resolving this matter and as a result of having engaged in comprehensive settlement discussions, Muse and Home Depot have agreed that this action should be finally resolved by entry of this Stipulation and Order.

This Stipulation and Order shall not constitute an adjudication and/or finding on the merits of the case. The Parties acknowledge that this Stipulation and Order shall not be construed as an admission by either party of any wrongdoing.

The Parties enter into this Stipulation and Order to further the objectives of providing full and equal enjoyment of goods and services as set forth in Title III and Sections 347 and 489, while at the same time clarifying issued related to potentially perceived sexual, racial or other harassment of employees and customers under Title VII of the Civil Rights Act, 42 U.S.C. §2000e, et. seq. ("Title VII"), Haw. Rev. Stat. §368, Haw. Rev. Stat. §378, and Haw. Rev. Stat. §489 ("Sections 368, 378 and 489").

The Court has reviewed the terms of this STIPULATION AND ORDER in light of the pleadings, the record herein, and the applicable law, and now approves the STIPULATION AND ORDER in its entirety.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

## II.  GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action.

2. This Stipulation and Order constitutes a full resolution of all issues set forth in No. CV04-00154 DAE/BMK, and the underlying charges of discrimination that Muse filed with the Hawaii Civil Rights Commission ("HCRC") before entry of this Stipulation and Order by the Court.

3. This Stipulation and Order shall become effective upon its entry by the Court.

4. Each party shall bear its own costs and attorney fees.

5. No party to this action may recover attorneys' fees or costs for work spent to monitor or enforce compliance with this Stipulation and Order, except as to matters in which it prevails and for which that party satisfies otherwise applicable law.

## III.  INJUNCTIVE RELIEF

1. Consistent with Title III and Sections 347 and 489, Home Depot will make reasonable efforts to provide Muse full and equal enjoyment goods and services of its establishment, subject to the following conditions:

(a) Home Depot shall designate an assistant manager or managers in the store located at 451 Alakawa Street ("the Alakawa store") for Muse to contact, who is/are prepared to accompany Muse during his store visit, or who shall designate someone to do so.

(b) Muse shall notify the designated manager at least 24 hours beforehand of the date and time that he intends to shop at the Alakawa store and the kinds of goods and services that he intends to shop for, provided that such notice shall not restrict the shopping areas for Muse. Muse will endeavor and make good faith efforts to avoid shopping at Home Depot during the peak business hours of 10:00 a.m. to 2:00 p.m. , Mondays through Fridays and all weekends and holidays.

(c) Home Depot shall have the right to have a representative accompany Muse, at all times that he is in the store.

2. Consistent with Title VII and Sections 368, 378 and 489, Muse will make every effort, to the extent that his impairment allows, to avoid uttering or making comments, words, noises, or gestures that may be considered as derogatory, discriminatory, or harassing. In addition, Muse shall communicate while he is in the store only with the designated assistant manager or representative.

3. The Court concludes and hereby rules that any comments, words,

noises, or gestures by Muse that may be considered as derogatory, discriminatory or harassing, shall as a matter of law, not be actionable under state or federal law. The Court concludes that compliance with the above steps is sufficient to establish as a matter of law that Home Depot exercised reasonable care to prevent and promptly correct any potentially harassing behavior with respect to employees, customers or other persons.

      4.     Neither Muse nor any other person who is permitted to intervene in this action may: seek to recover additional relief for acts or omissions which occurred in part or in whole before the entry of this Stipulation and Order, in this action or in any other action where relief is sought; or offer any evidence of such acts or omissions in such actions; or rely on such acts or omissions in any manner in such actions.

### IV.  OTHER RELIEF

      1.     Home Depot will provide other relief in full settlement of the claims made in this lawsuit, as set forth in the separate Settlement Agreement between the Parties.

      2.     The other relief is being provided in complete compromise of all disputed issues arising out of this lawsuit.  There shall be no other payments by Home Depot, for damages, attorneys' fees, costs or of any other nature.

5
641599.V1

## VII.  EFFECT OF STIPULATION AND ORDER

1.  The civil action in which this Stipulation Order is entered shall be and is hereby dismissed, provided that this Stipulation and Order is enforceable in this Court.

| On behalf of Plaintiff: | On behalf of Defendant: |
|---|---|
| /s/ Stan Levin | /s/ Jeffrey S. Harris |
| Stan Levin | Jeffrey S. Harris |
| Bruce Sherman | Heather Rickenbrode |
| Thomas Feeney | Attorney for Home Depot USA, Inc. |
| Attorneys for Jon Muse | |

IT IS SO ORDERED:

DATED:    Honolulu, Hawaii, April 25, 2007.



_____
David Alan Ezra
United States District Judge

---

*Jon Muse v. Home Depot USA, Inc.*; No. CV04-00154 DAE/BMK STIPULATION AND ORDER.